# Exhibit F

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-K**
(Mark One)

☒ Annual Report Under Section 13 Or 15(d) Of The Securities Exchange Act Of 1934

For the fiscal year ended **December 31, 2018**

or

☐ Transition Report Under Section 13 Or 15(d) Of The Securities Exchange Act Of 1934

For the transition period from _____ to _____

**COMMISSION FILE NUMBER: 000-52446**

**ACTINIUM PHARMACEUTICALS, INC.**

(Exact name of registrant as specified in its charter)

| Delaware | 74-2963609 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**275 Madison Avenue, 7th Fl.**
**New York, NY 10016**

(Address of principal executive offices) (Zip Code)

**(646) 677-3870**

Registrant's telephone number, including area code

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of exchange on which registered |
|---|---|
| **Common stock, par value $0.001** | **NYSE American** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Date File required to be submitted pursuant to Rule 405 of Regulation S-T (Section 232.405 of the chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the act): Yes ☐ No ☒

The aggregate market value of voting stock held by nonaffiliates of the registrant as of June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price of the common stock on the NYSE AMERICAN on June 29, 2018 was $70,693,197.

As of March 15, 2019, 119,136,036 shares of common stock, $0.001 par value per share, were outstanding.

**Table of Contents**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 13 |
| Item 1B. | Unresolved Staff Comments | 33 |
| Item 2. | Properties | 33 |
| Item 3. | Legal Proceedings | 33 |
| Item 4. | Mine Safety Disclosures | 33 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholders Matters, and Issuer Purchases of Equity Securities | 34 |
| Item 6. | Selected Financial Data | 35 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| Item 8. | Financial Statements and Supplementary Data | F-1 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 44 |
| Item 9A. | Controls and Procedures | 44 |
| Item 9B. | Other Information | 45 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 46 |
| Item 11. | Executive Compensation | 60 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 63 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 66 |
| Item 14. | Principal Accountant Fees and Services | 67 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 68 |
| Signature Page | | 71 |

i

**PART I**

**Item 1. Business.**

**Business Overview**

Actinium Pharmaceuticals Inc. is a clinical-stage, biopharmaceutical company focused on developing and potentially commercializing therapies for targeted conditioning prior to cell therapies such as a BMT or Bone Marrow Transplant or CAR-T, a type of cellular therapy that genetically alters a patient's own T cells to target and kill their cancer cells, and for other adoptive cell therapies. In addition, we are also developing potential therapies for targeting and killing of cancer cells either as single agents or in combination with other drugs. Our targeted therapies are Antibody Radiation-Conjugates or ARC's, that combine the targeting ability of a monoclonal antibody (mAb) with the cell-killing ability of a radioisotope to deliver radiation internally in a precise manner to potentially generate more potent efficacy and with less toxicity than radiation that is delivered externally. We are developing two clinical stage ARC programs that target the antigens CD45 and CD33, respectively, that are currently being studied in several hematologic indications. We employ our ARCs at higher doses of radioisotope intensity for targeted conditioning prior to a BMT and at lower doses for targeted conditioning which is also known as lymphodepletion prior to CAR-T and other adoptive cell therapies. In addition, we are pursuing development of our ARC's at low doses in combination with other therapeutic modalities such as chemotherapy, targeted agents or immunotherapy and as a monotherapy. Our ARC based clinical programs are underpinned by our AWE or Antibody Warhead Enabling technology platform where we have data in both liquid and solid tumors, intellectual property and know-how that we intend to use to create additional ARCs targeting new antigens with multiple radioisotopes such as actinium-225 or Ac-225 or and iodine-131 or I-131. Our AWE technology platform is currently being utilized in a research collaboration with Astellas Pharma, Inc. centered around our technology for Ac-225.

**Targeted Conditioning Pipeline**

Our lead targeted conditioning product candidate is Iomab-B, an ARC that is comprised of the anti-CD45 mAb known as apamistamab or BC8 and the radioisotope iodine-131. CD45 is expressed on leukemia, lymphoma and nucleated immune cells with an average of 200,000 copies per cell but with minimal expression outside of the hematopoietic system. Iomab-B is currently being studied in the pivotal Phase 3 SIERRA or **S**tudy of **I**omab-B in **E**lderly **R**elapsed or **R**efractory **A**ML clinical trial for targeted conditioning prior to a BMT for patients with active, relapsed or refractory (r/r) Acute Myeloid Leukemia or AML who are over age 55. The SIERRA trial will compare outcomes of patients randomized to receive Iomab-B and a BMT (the study arm) to those patients randomized to receive physician's choice of salvage chemotherapy (the control arm). Salvage chemotherapy is also defined as conventional care, as no standard of care exists for this patient population. Patients who fail to achieve a CR or Complete Response on the control arm are ineligible to proceed to a BMT but the trial design permits these patients to cross over to the study arm if they meet the eligibility criteria. The primary endpoint of the SIERRA trial is dCR (durable Complete Remission) of 6 months and the secondary endpoint is 1-year Overall Survival (OS). The SIERRA trial is currently active at 18 sites in the U.S and Canada that includes many of the leading BMT sites based on volume.

Safety and feasibility data from the first 38 patients enrolled on the SIERRA trial which represents 25% of the total of 150 patients to be enrolled in the trial, was presented in an oral presentation at the American Society of Hematology (ASH) Annual Meeting in December 2018. It was reported that all patients initially randomized to the study arm that received a therapeutic dose of Iomab-B (18/18) received a BMT, with a median time to BMT of 28 days, and all patients achieved engraftment in a median time of 16 days despite a high median blast count of 30%. On the control arm, 4/19 patients received a BMT after receiving conventional care with a median time to BMT of 67 days and median blast count of 26%. Of the patients failing to achieve a CR with conventional care (15/19), 10 patients were eligible to cross over to the study arm. All cross over patients (10/10) received a BMT after receiving Iomab-B, with a median time to BMT of 66 days and all patients achieved engraftment in a median time of 17 days despite high median blast count of 45% at time of cross over. There was no (0/18) 100-day non-relapse mortality reported in the study arm, while 1 of 4 patients in the control arm and 1 of 10 cross over patients experienced 100-day non-relapse mortality.

Actimab-MDS is our second pivotal program for targeted conditioning. Actimab-MDS is an ARC comprised of the anti-CD33 mAb lintuzumab linked to the radioisotope Actinium-225. CD33 is expressed in a vast majority of patients with MDS. Actimab-MDS is informed by prior experience with our CD33 ARC in multiple trials for patients with AML, MDS and for patients that progressed from MDS to AML, which is also known as secondary AML. Data from these trials showed that our CD33 ARC had single-agent activity capable of producing CRs in certain patients at varying dose levels with minimal extramedullary toxicities. However, dose dependent myelosuppression was seen in many of these patients. Given this safety and efficacy profile, it was decided to pursue a trial in targeted conditioning in high-risk MDS patients with this ARC in combination with RIC or Reduced Intensity Conditioning regimens. RIC regimens are comprised of low doses of highly toxic chemotherapies such as fludarabine, cytarabine, busulfan and melphalan. Actimab-MDS is intended to enable targeted conditioning prior to a BMT in patients with MDS or Myelodysplastic Syndrome with poor or very poor cytogenetics, which is defined as having 3 or more chromosomal abnormalities. A bone marrow transplant is the only curative treatment option for these patients. However, these patients have poor outcomes due to high relapse rates following a BMT. We believe we have developed a pathway to a pivotal trial with input from the FDA that consists of a Phase 1 dose finding clinical trial that will be followed by a Phase 3 pivotal trial. We are currently finalizing the protocol and pathway for this trial with the FDA and expect to initiate the trial in 2019.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant.

Dated: March 15, 2019

**ACTINIUM PHARMACEUTICALS, INC.**

By:  /s/ Sandesh Seth
     Sandesh Seth
     Chairman and Chief Executive Officer (Duly
     Authorized Officer,
     Principal Executive Officer)

By:  /s/ Steve O'Loughlin
     Steve O'Loughlin
     Principal Financial Officer (Duly Authorized Officer,
     Principal Financial and Accounting Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following person on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Sandesh Seth<br>Sandesh Seth | Chairman and Chief Executive Officer<br>(Principal Executive Officer) | March 15, 2019 |
| /s/ Jeffrey Chell<br>Jeffrey Chell | Director | March 15, 2019 |
| /s/ David Nicholson<br>David Nicholson | Director | March 15, 2019 |
| /s/ Richard I. Steinhart<br>Richard I. Steinhart | Director | March 15, 2019 |
| /s/ Ajit J. Shetty<br>Ajit J. Shetty | Director | March 15, 2019 |

71