# Exhibit P

Excerpt from Actinium Pharmaceuticals, Inc. Fireside Chat hosted by B. Riley Securities
Date: Thursday, January 19, 2023
Time: 10:30AM - 11:00AM EST

Available at: https://brileyoncology22.sequireevents.com/recording?session_id=b400cc7d-1f50-4ad1-a7d3-3bd566e49f6d

| Timestamp | Speaker | Quote |
|---|---|---|
| 18:16 – 18:42 | Yuan | Got it, got it. So you were sharing the top line SIERRA results a little bit. Of course we were seeing more data coming out, at the medical conference next month. Just to remind the audience, what was the trial design, and, to the extent you can share, what are the key highlights from the SIERRA trial, what are the points or clinical benefits should the investor focus on? Can you share? |
| 18:43 – 22:25 | Sandesh Seth | Sure. So conceptually the trial design was very, uh you know, it was an experiment really that the FDA set up in conjunction with us, versus we setting it up in conjunction with the FDA .In our view, it was a pristine experiment designed to determine whether Iomab-B, uh you know, worked in the setting compared to standard of care. Right, so the trial design was small, 150 patients because of the power of the proof of concept study, it was one as to one randomization into control arm, the control arm was designed to exactly replicate anything the doctor would do for these patients in order to keep them alive, right. Typically, recall, these patients do not get a bone marrow transplant because they have active disease. So in the control arm we put in 20 regimens that the doctors could choose, that the transplanters and the hematologists could choose, in order to get them into a remission. However, recall that many drugs don't work on these patients, and so if they failed, two things would happen: one is for reasons of equipoise, they would get the crossover so that they could potentially be rescued by Iomab, and if they did crossover, and two thirds of the patients did cross over, and I believe 80% of them did not receive a remission, they were counted as failures for the control arm or the study, for the primary endpoint.  If they did get a remission, they were allowed to go to transplant or the doctor could just keep them in remission using maintenance therapies.  It was the physician's choice.  Be that as it may post and initial CR, then they would be at 6 months determined if that were in relapse or not, if that remission was durable then they |

1

|  |  | would qualify as a success for the primary endpoint, that's the control arm.  For IMF equally kind of simple, they would get a dosa metric dose to determine the therapeutic dose, 7 days later they would get therapeutic dose and then they got to go to a transplant 7-10 days later.  Once the transplant – once they were engrafted then they would determine whether they were in remission or not then the clock started for that 6-month durable complete remission primary end point and then the comparator of those two was the primary end point.  I will also say, you know, that we did build in some secondary measures, a durable complete remission in the relapse we practically said it is a regulatory end point, you know, that it's codified in 21 CFR and it is a very good proxy ultimately for how well these patients do. Keeping in mind that there was a crossover, you know, in the event free survival is also typically in trials that have a crossover that's also a very great point endpoint because overall survival is pretty much a useless endpoint because it is confounded by the crossover, right, so you can't really compare overall survival of the two arms because it is biased by the crossover but you can compare EFS.  So those are the metrics we would be looking to put out in addition to side effects like sepsis, we've already shown, we've had materially less sepsis, we've had less febrile neutropenia  overall this is a much safer drug compared to chemotherapy or targeted therapy.  So very excited to show the full data set in about a month or so. |
|---|---|---|

2