**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Actinium Pharmaceuticals, Inc. Securities Litigation | Case No. 1:25-cv-02553-JPO |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995, RULE 9(b), AND RULE 12(b)(6)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of the motion to dismiss the Amended Complaint pursuant to the Private Securities Litigation Reform Act of 1995, Federal Rule of Civil Procedure 9(b), and Federal Rule of Civil Procedure 12(b)(6) by defendants Actinium Pharmaceuticals Inc., Sandesh Seth, Steve O'Loughlin, Avinash Desai, Madhuri Vusirikala, and Sergio Giralt ("Defendants"), the Declaration of William M. Regan, dated October 24, 2025, and exhibits thereto, and all of the prior pleadings and proceedings in this action, Defendants, by and through their undersigned counsel, will and hereby do move this Court, before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order, pursuant to the Private Securities Litigation Reform Act of 1995, Federal Rule of Civil Procedure 9(b), and Federal Rule of Civil Procedure 12(b)(6), dismissing the Amended Complaint (ECF No. 37) against Defendants in its entirety, with prejudice, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to a stipulation between the parties and so ordered by this Court, Lead Plaintiffs' opposition is due by December 19, 2025, and the reply is due by February 2, 2026. *See* ECF No. 31.

Dated: October 24, 2025
New York, New York

**HOGAN LOVELLS US LLP**

*/s/ William M. Regan*
William M. Regan
Allison M. Wuertz
Jacey L. Gottlieb
Elizabeth B. Cochrane
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
allison.wuertz@hoganlovells.com
william.regan@hoganlovells.com
jacey.gottlieb@hoganlovells.com
elizbeth.cochrane@hoganlovells.com

*Attorneys for Defendants*