**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Actinium Pharmaceuticals, Inc. Securities Litigation | Case No. 1:25-cv-02553-JPO |

**DECLARATION OF WILLIAM M. REGAN IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE PRIVATE SECURITIES**
**LITIGATION REFORM ACT OF 1995, RULE 9(b), AND RULE 12(b)(6)**

I, WILLIAM M. REGAN, hereby declare as follows:

1.      I am a member of the law firm Hogan Lovells US LLP, attorneys for defendants Actinium Pharmaceuticals Inc., Sandesh Seth, Avinash Desai, Madhuri Vusirikala, and Sergio Giralt ("Defendants").  I make this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, dated October 24, 2025 (the "Motion to Dismiss").

2.      I submit this declaration to place before the Court true and correct copies, or true and correct excerpts where noted, of the following documents cited in Defendants' memorandum of law in support of the Motion to Dismiss:

| | |
|---|---|
| Exhibit A | Minutes of June 25, 2020 Meeting between Actinium Pharmaceuticals, Inc. and the U.S. Food & Drug Administration.<br><br>For ease of reference, Defendants have added page numbers to the bottom right corner of Exhibit A. |
| Exhibit B | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2023 (excerpted). |
| Exhibit C | Actinium Pharmaceuticals, Inc. Press Release dated March 30, 2016. |
| Exhibit D | Actinium Pharmaceuticals, Inc. Press Release dated November 17, 2015. |
| Exhibit E | Actinium Pharmaceuticals, Inc. Press Release dated December 17, 2015. |
| Exhibit F | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2018 (excerpted). |
| Exhibit G | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2019 (excerpted). |

| | |
|---|---|
| Exhibit H | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2020 (excerpted). |
| Exhibit I | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2021 (excerpted). |
| Exhibit J | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2022 (excerpted). |
| Exhibit K | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2017 (excerpted). |
| Exhibit L | Actinium Pharmaceuticals, Inc. Press Release dated September 15, 2021. |
| Exhibit M | Actinium Pharmaceuticals, Inc. Form 8-K dated October 31, 2022. |
| Exhibit N | Actinium Pharmaceuticals, Inc.  Form 8-K dated August 5, 2024. |
| Exhibit O | Combined excerpts from Actinium Pharmaceuticals, Inc.'s Definitive Proxy Statements dated October 7, 2020; October 18, 2021; November 21, 2022; November 10, 2023; and November 5, 2024.<br><br>For ease of reference, Defendants have added page numbers to the bottom right corner of Exhibit O. |
| Exhibit P | Transcript of B. Riley Securities Fireside Chat with Actinium Pharmaceuticals, Inc. dated January 19, 2023 (excerpt). |
| Exhibit Q | Transcript of Actinium Pharmaceuticals, Inc. Special Call dated February 28, 2023. |
| Exhibit R | Actinium Pharmaceuticals, Inc. Form 10-Q for the Quarter dated June 30, 2022 (excerpted). |
| Exhibit S | Actinium Pharmaceuticals, Inc. Press Release dated November 22, 2022. |
| Exhibit T | Actinium Pharmaceuticals, Inc. Form 10-K for the Fiscal Year Ended December 31, 2013 (excerpted). |

I swear under the penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025
        New York, New York

*/s/ William M. Regan*
William M. Regan
