# Exhibit O

# 2020 Definitive Proxy Statement

Ex. O - Page 1

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**SCHEDULE 14A INFORMATION**
**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material under §14a-12

**Actinium Pharmaceuticals, Inc.**
(Name of Registrant as Specified In Its Charter)
**N/A**
(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

 1. Title of each class of securities to which transaction applies:

 2. Aggregate number of securities to which transaction applies:

 3. Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

 4. Proposed maximum aggregate value of transaction:

 5. Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

 1. Amount Previously Paid:

 2. Form, Schedule or Registration Statement No.:

 3. Filing Party:

 4. Date Filed:



October 7, 2020

Dear Fellow Stockholders:

You are cordially invited to attend the Annual Meeting of Stockholders (the "Annual Meeting") of Actinium Pharmaceuticals, Inc. to be held at 9:30 a.m., Eastern Time, on November 18, 2020, at The Garden City Hotel, 45 Seventh St, Garden City, NY 11530.

**Annual Meeting Details**

We are distributing our proxy materials to certain stockholders via the Internet under the U.S. Securities and Exchange Commission (the "SEC") "Notice and Access" rules. We believe this approach allows us to provide stockholders with a timely and convenient way to receive proxy materials and vote, while lowering the costs of delivery and reducing the environmental impact of our Annual Meeting. We are mailing to our stockholders a Notice of Internet Availability of Proxy Materials (the "Notice of Internet Availability") beginning on or about October 7, 2020, rather than a paper copy of the proxy statement, the proxy card and our 2019 Annual Report, which includes our annual report on Form 10-K for the fiscal year ended December 31, 2019. The Notice of Internet Availability contains instructions on how to access the proxy materials, vote and obtain, if desired, a paper copy of the proxy materials.

While as of the date of this proxy statement we are intending to hold the Annual Meeting in a physical format, as part of our precautions regarding the coronavirus, or COVID-19, we are planning for the possibility, if necessary, of a change in the location of the Annual Meeting to hold a hybrid or virtual meeting, which would allow for remote participation by stockholders at the Annual Meeting, as entry to the physical location of the Annual Meeting may be limited due to the requirements of applicable laws or orders restricting the size of public gatherings or other public health measures. If we take this step, we will announce the decision to do so as soon as practicable via a press release that will also be filed with the SEC as proxy material, as well as by posting details on our website at *https://www.actiniumpharma.com/*. Please monitor our press releases and check our website regularly until the Annual Meeting for updated information.

You are required to register in advance of the Annual Meeting if you plan to attend the Annual Meeting in person. If you wish to register in advance of the Annual Meeting, please contact our investor relations office by no later than November 11, 2020, by e-mail to investorrelations@actiniumpharma.com, mail to Actinium Pharmaceuticals, Inc., 275 Madison Avenue, 7th Floor, New York, New York 10016, or telephone at (646) 677-3875.

Your vote is very important, regardless of the number of shares of our voting securities that you own. Whether or not you expect to be present at the Annual Meeting, after receiving the Notice of Internet Availability please vote as promptly as possible to ensure your representation and the presence of a quorum at the Annual Meeting. As an alternative to voting in person at the Annual Meeting, you may vote via the Internet, by telephone, or by signing, dating and returning the proxy card that is mailed to those that request paper copies of the proxy statement and the other proxy materials. If your shares are held in the name of a broker, trust, bank or other nominee, and you receive these materials through your broker or through another intermediary, please complete and return the materials in accordance with the instructions provided to you by such broker or other intermediary or contact your broker directly in order to obtain a proxy issued to you by your nominee holder to attend the Annual Meeting and vote in person at the Annual Meeting. Failure to do so may result in your shares not being eligible to be voted by proxy at the Annual Meeting. On behalf of the Board of Directors, I urge you to submit your vote as soon as possible, even if you currently plan to attend the meeting in person.

On behalf of the team at Actinium,

Sincerely,

Sandesh Seth
Chairman and Chief Executive Officer

**EXECUTIVE COMPENSATION**

*The following discussion provides compensation information pursuant to SEC rules and may contain statements regarding future individual and Company performance targets and goals. These targets and goals are disclosed in the limited context of the Company's compensation programs and should not be understood to be statements of management's expectations or estimates of results or other guidance. We specifically caution stockholders not to apply these statements to other contexts.*

The following table sets forth the names and positions of: (i) each person who served as our principal executive officer during the year ended December 31, 2019; (ii) our two most highly compensated executive officers, other than our principal executive officer, who was serving as an executive officer, as determined in accordance with the rules and regulations promulgated by the SEC, as of December 31, 2019, with compensation of $100,000 or more, and (iii) an additional individual for whom disclosure would have been provided pursuant to clause (ii) but for the fact that the individual was not serving as our executive officer at December 31, 2019 (collectively our "Named Executive Officers"):

| Name | Position |
| --- | --- |
| Sandesh Seth | Chairman and Chief Executive Officer |
| Mark S. Berger, M.D. | Chief Medical Officer |
| Dale L. Ludwig, Ph.D. | Chief Scientific and Technology Officer |
| Steve O'Loughlin | Chief Financial Officer, former Principal Financial Officer |

**Narrative Disclosure to Summary Compensation Table**

*Chief Executive Officer's Compensation*

In August 2018, we amended and restated Mr. Seth's, our Chairman and Chief Executive Officer, August 6, 2015 Executive Chairman Agreement (as amended and restated, the "2018 Agreement"). The 2018 Agreement set forth the terms related to his position as Chief Executive Officer and Chairman of the Board of the Company while retaining and adapting material provisions of the prior agreement to that of his role of Chief Executive Officer. Under the 2018 Agreement, Mr. Seth was paid an annual base salary of $561,350 in 2019 and $545,000 in 2018. Pursuant to the 2018 Agreement, the Board reviewed the amount of his base salary and performance bonus and determined the appropriate adjustments to each component of his compensation each calendar year, and he was entitled to a cash bonus in an amount determined by the Board with a target of 50% of the base salary. In addition, the Chairman and Chief Executive Officer was awarded stock options at our Board's discretion.

On August 12, 2020, we and Mr. Seth entered into a new employment agreement, which replaced the 2018 Agreement. Pursuant to the employment agreement, Mr. Seth will serve as Chairman and Chief Executive Officer until February 24, 2024 unless terminated earlier as set forth in the employment agreement.

Under the terms of the employment agreement, Mr. Seth is entitled to (i) a base salary, which will be determined by the Board and adjusted to be competitively aligned to a range between the 25th and 75th percentile of the relevant market data of chief executive officer positions of similarly situated publicly companies, (ii) a performance bonus with a target of 50% of his annual base salary as well as other multipliers as determined by the Board and (iii) options to purchase shares of common stock of the Company as the Board may grant. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. Seth's continuing service with the Company. Mr. Seth also receives the standard benefits available to other similarly situated employees.

If Mr. Seth's employment as Chief Executive Officer or Chairman is terminated due to death or disability, Mr. Seth will be entitled to earned, but unpaid, salary, benefits and the Pro-Rated Bonus (as defined herein) for the year of termination. Upon termination of his employment for Cause (as defined in the employment agreement), or his resignation without Good Reason (as defined in the employment agreement), Mr. Seth will receive any accrued and unpaid base salary, the Pro-Rated Bonus and benefits through the date of termination.

If we terminate Mr. Seth's employment without Cause, or if Mr. Seth resigns for Good Reason, Mr. Seth will be entitled to (i) a single lump sum payment equal to the 24 months of his compensation, (ii) continued health benefits for 24 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to his annual bonus subject to the achievement of the applicable goals, pro-rated based on the number of days in the Company's fiscal year through the date of termination (the "Pro-Rated Bonus").

In addition, if we terminate Mr. Seth's employment without Cause or if Mr. Seth resigns for Good Reason, or if we fail to renew his position as Chief Executive Officer and Chairman on February 21, 2024, in any case, within the 12-month period beginning on the date of a Change in Control (as defined in the 2013 Stock Plan and 2019 Plan), Mr. Seth will be entitled to (i) a single lump sum payment equal to 30 months of his compensation, (ii) continued health benefits for 30 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to the Pro-Rated Bonus.

*Chief Medical Officer Agreement*

In December 2016, we and Dr. Mark S. Berger entered into an agreement (the "2016 Berger Employment Agreement"), to employ Dr. Berger as our Chief Medical Officer.

Pursuant to the 2016 Berger Employment Agreement, Dr. Berger was entitled to the following compensation and benefits:

- Dr. Berger's annual base salary was $405,000 in 2019 and $400,000 in 2018. Dr. Berger was also entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- Dr. Berger was eligible to participate in the Company's benefit plans that are generally provided for executive employees.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.

On August 12, 2020, we entered into a new employment agreement with Dr. Berger, pursuant to which he serves as Chief Medical Officer of the Company. Under the terms of the employment agreement, Dr. Berger is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Dr. Berger's continuing service with the Company. Mr. Berger will also receive the standard benefits available to other similarly situated employees.

In addition, if we terminate Dr. Berger's employment without Cause (as defined in the employment agreement) within the 12-month period beginning on the date of a Change in Control, Dr. Berger will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Dr. Berger.

*Principal Financial Officer/Chief Financial Officer Compensation*

In August 2018, we amended and restated Mr. O'Loughlin's, our former Principal Financial Officer, September 17, 2015 Employment Agreement, as amended (as amended and restated, the "PFO Agreement"). The PFO Agreement set forth the terms related to his position as Principal Financial Officer of the Company while retaining and adapting material provisions of the prior agreement to that of his role of Principal Financial Officer.

20

Pursuant to the PFO Agreement, Mr. O'Loughlin was entitled to the following compensation and benefits:

- Mr. O'Loughlin's annual base salary was $293,550 in 2019 and $285,000 in 2018, and Mr. O'Loughlin was entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.
- Mr. O'Loughlin was eligible to receive all standard benefits that Company employees are eligible to receive.

On August 12, 2020, we entered into a new employment agreement with Mr. O'Loughlin, pursuant to which he serves as Chief Financial Officer of the Company. Under the terms of the employment agreement, Mr. O'Loughlin is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. O'Loughlin's continuing service with the Company. Mr. Loughlin will also receive the standard benefits available to other similarly situated employees.

In addition, if we terminate Mr. O'Loughlin's employment without Cause (as defined in the employment agreement) or if Mr. O'Loughlin resigns for Good Reason (as defined in the employment agreement), in either case, within the 12-month period beginning on the date of a Change in Control, Mr. O'Loughlin will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. O'Loughlin.

*Chief Scientific and Technology Officer Compensation*

We and Dr. Dale Ludwig, effective January 2018, entered into an Offer Letter pursuant to which Dr. Ludwig served as the Company's Chief Scientific Officer (the "Offer Letter"). Pursuant to the Offer Letter. Dr. Ludwig was entitled to the following compensation and benefits:

- Dr. Ludwig's annual base salary was $334,750 in 2019 and $325,000 in 2018, and Dr. Ludwig was entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.
- Dr. Ludwig was eligible to receive all standard benefits that Company employees are eligible to receive.

On August 12, 2020, we entered into a new employment agreement with Dr. Ludwig, pursuant to which he serves as Chief Scientific and Technology Officer of the Company. Under the terms of the employment agreement, Dr. Ludwig is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. Ludwig's continuing service with the Company. Dr. Ludwig will also receive the standard benefits available to other similarly situated employees.

21

In addition, if we terminate Dr. Ludwig's employment without Cause (as defined in the employment agreement) within the 12-month period beginning on the date of a Change in Control, Dr. Ludwig will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. Ludwig.

**Summary Compensation Table**

The following table provides information regarding the compensation earned during the fiscal years ended December 31, 2019 and 2018 for our Named Executive Officers.

| Name/Position | Year | Salary | Bonus (1) | Option Awards (2) | All Other Compensation | Total |
|---|---|---|---|---|---|---|
| Sandesh Seth | 2019 | $ 561,350 | $ 300,000 | $ 241,367 | $ - | $ 1,102,717 |
| *Chairman and Chief Executive Officer* | 2018 | $ 545,000 | $ 280,000 | $ 549,253 | $ - | $ 1,374,253 |
| Mark Berger | 2019 | $ 405,000 | $ 85,000 | $ 64,364 | $ - | $ 554,364 |
| *Chief Medical Officer* | 2018 | $ 400,000 | $ 75,000 | $ 137,313 | $ - | $ 612,313 |
| Dale Ludwig | 2019 | $ 334,750 | $ 97,500 | $ 64,364 | $ - | $ 496,614 |
| *Chief Scientific and Technology Officer* | 2018 | $ 323,769 | $ — | $ 100,926 | $ - | $ 424,695 |
| Steve O'Loughlin | 2019 | $ 293,550 | $ 85,000 | $ 64,364 | $ - | $ 442,914 |
| *Chief Financial Officer, former Principal Financial Officer* | 2018 | $ 285,000 | $ 75,000 | $ 145,552 | $ - | $ 505,552 |

(1)  The bonus disclosed in this column relates to performance in the prior year, but was contingent upon Board approval, and was paid in the year disclosed.

(2)  The dollar amounts in this column represent the aggregate grant date fair value of all option awards granted during the indicated year. These amounts have been calculated in accordance with FASB ASC Topic 718, using the Black-Scholes option-pricing model. For a discussion of valuation assumptions, see Note 7 to our financial statements in the Annual Report. These amounts do not correspond to the value that may be recognized from the option awards.

**PRINCIPAL STOCKHOLDERS**

The following table shows the beneficial ownership of our common stock as of September 29, 2020 held by (i) each person known to us to be the beneficial owner of more than five percent (5%) of any class of our common stock; (ii) each director; (iii) each Named Executive Officer; and (iv) all directors and executive officers as a group.

Beneficial ownership is determined in accordance with the rules of the SEC, and generally includes voting power and/or investment power with respect to the securities held. Shares of common stock subject to options and warrants currently exercisable or which may become exercisable within 60 days of September 29, 2020, are deemed outstanding and beneficially owned by the person holding such options or warrants for purposes of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. Except as indicated in the footnotes to this table, the persons or entities named have sole voting and investment power with respect to all shares of our common stock shown as beneficially owned by them.

Unless otherwise indicated, the principal address of each of the persons below is c/o Actinium Pharmaceuticals, Inc., 275 Madison Ave, 7th floor, New York, NY 10016.

| Named Executive Officers and Directors | Number of Shares of Common Stock Beneficially Owned | Percentage of Ownership[(a)] |
|---|---|---|
| Sandesh Seth | 110,837(1) | *% |
| Steve O'Loughlin | 21,972(2) | *% |
| Mark Berger, M.D. | 22,883(3) | *% |
| Dale Ludwig, Ph.D. | 9,599(4) | *% |
| Jeffrey W. Chell, M.D. | 5,350(5) | *% |
| David Nicholson, Ph.D. | 12,895(6) | *% |
| Ajit S. Shetty, Ph.D. | 6,657(7) | *% |
| Richard I. Steinhart | 11,214(8) | *% |
| **All Directors and Officers as a Group (8 persons)** | 201,407(9) | 1.5% |

\*    less than 1%

(a)  Based on 13,586,525 shares of common stock outstanding as of September 29, 2020.

(1)  Includes warrants to purchase an aggregate of 2,158 shares of common stock of the Company at an exercise price of $23.51 per share, exercisable on a cashless basis, warrants to purchase an aggregate of 3,320 shares of common stock of the Company at an exercise price of $23.51 per share, exercisable on a cashless basis issued to Amrosan, LLC, a partnership in which the majority member interest is owned by the family of Mr. Seth, and warrants to purchase 1,907 shares of common stock at an exercise price of $15.61515 per share. Excludes warrants to purchase an aggregate of 12,518 shares of common stock of the Company at par value per share, exercisable on a cashless basis issued to Amrosan, LLC as the warrants are not exercisable upon less than 90 days' notice. The holder may waive the 90-day exercise notice requirement by giving 65 days prior notice of such waiver. Excludes warrants to purchase an aggregate of 11,767 shares of common stock issued to Carnegie Hill Asset Partners and irrevocable trust linked to Mr. Seth's family and warrants to purchase an aggregate of 24,035 shares of common stock issued to Bioche Asset Management, LLC, a partnership in which the majority member interest is owned by the family of Mr. Seth, whose terms are the same as those issued to Amrosan LLC. On August 30, 2012 and December 19, 2012, Mr. Seth was granted options to purchase an aggregate of 1,664 shares of common stock at an exercise price of $45.05 per share. On September 23, 2014, Mr. Seth was granted an option to purchase 9,333 shares of common stock with an exercise price of $183.90 per share. On February 18, 2015, Mr. Seth was granted an option to purchase 5,000 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Mr. Seth was granted an option to purchase 16,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. Seth was granted options to purchase an aggregate of 24,998 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. Seth was granted an option to purchase 33,333 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. Seth was granted an option to purchase 50,000 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. Seth was granted an option to purchase 139,062 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase an aggregate of 98,071 shares of common stock will have vested. Includes 5,381 shares of common stock.

29

(2) On October 1, 2015, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock with an exercise price of $53.70 per share. On April 15, 2016, Mr. O'Loughlin was granted options to purchase of 1,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. O'Loughlin was granted an option to purchase 8,833 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. O'Loughlin was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. O'Loughlin was granted an option to purchase 59,066 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 20,789 shares of common stock will have vested. Includes 1,183 shares of common stock.

(3) On January 17, 2017, Dr. Berger was granted an option to purchase 10,833 shares of common stock with an exercise price of $31.20 per share. On July 13, 2018, Dr. Berger was granted an option to purchase 8,333 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Berger was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Berger was granted an option to purchase 46,667 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 22,133 shares of common stock will have vested. Includes 750 shares of common stock.

(4) On January 8, 2018, Dr. Ludwig was granted an option to purchase 6,666 shares of common stock with an exercise price of $21.69 per share. On July 12, 2019, Dr. Ludwig was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Ludwig was granted an option to purchase 50,000 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 9,266 shares of common stock will have vested. Includes 333 shares of common stock.

(5) On April 27, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock with an exercise price of $10.41 per share. On July 13, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 5,350 shares of common stock will have vested.

(6) On February 12, 2012, Dr. Nicholson was granted an option to purchase 1,665 shares of common stock at an exercise price of $23.51 per share and on August 12, 2012 and December 19, 2012, Dr. Nicholson was granted options to purchase an aggregate of 1,664 shares of common stock at an exercise price of $45.05 per share. On February 18, 2015, Dr. Nicholson was granted an option to purchase 833 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 12,562 shares of common stock will have vested. Includes 333 shares of common stock.

(7) On March 28, 2017, Dr. Shetty was granted an option to purchase 2,500 shares of common stock with an exercise price of $47.40 per share. On July 13, 2018, Dr. Shetty was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Shetty was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Shetty was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 5,900 shares of common stock will have vested. Includes 757 shares of common stock.

(8) On December 16, 2013 Mr. Steinhart was granted an option to purchase 1,665 shares of common stock at an exercise price of $201.00 per share. On February 18, 2015, Mr. Steinhart was granted an option to purchase 833 shares of common stock at an exercise price of $107.40 per share. On April 15, 2016, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. Steinhart was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. Steinhart was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. Within 60 days of September 29, 2020, options to purchase 10,898 shares of common stock will have vested. Includes 316 shares of common stock.

(9) Includes warrants to purchase 7,385 shares of common stock, vested options to purchase 184,969 shares of common stock and 9,053 shares of common stock.

30

# 2021 Definitive Proxy Statement

Ex. O - Page 10

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**SCHEDULE 14A INFORMATION**
**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material under §14a-12

**Actinium Pharmaceuticals, Inc.**
(Name of Registrant as Specified In Its Charter)
**N/A**
(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

1.     Title of each class of securities to which transaction applies:

2.     Aggregate number of securities to which transaction applies:

3.     Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

4.     Proposed maximum aggregate value of transaction:

5.     Total fee paid:

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

1.     Amount Previously Paid:

2.     Form, Schedule or Registration Statement No.:

3.     Filing Party:

4.     Date Filed:



October 2021

Dear Actinium Shareholder,

Your team at your company wishes to thank you for your loyal support during an important and exciting period for Actinium. Last year, we articulated the opportunity to build a specialty, radiopharmaceutical company focused on major cancer hospitals to address the unmet medical needs of relapsed, refractory patients with Acute Myeloid Leukemia – AML. The foundation supporting this vision is Iomab-B, our treatment-paradigm changing product candidate for bone marrow conditioning prior to transplant, followed by Actimab-A, which is being developed in therapeutic combinations with potential as a backbone therapy. We also saw opportunities to eliminate or reduce the use of chemotherapy prior to various cellular therapies, with improved conditioning or lymphodepletion via our Iomab-ACT program. We invested more in people and R&D in key areas to ensure your company remains at the forefront of radiopharmaceutical innovation and to ensure the success of our clinical stage programs. I am gratified to report that this year we made material progress on all fronts toward realizing the vision we have articulated.

Most importantly, the team is proud to report that we finished the SIERRA trial this summer – an exercise that until late last year proved to be a herculean one for our small, chronically underfunded company. However, our strengthened balance sheet in 2020 allowed us to revitalize the team with new clinical development leadership who drove the trial to completion. Trial completion has started the clock for an important data update by year-end, topline results in mid-2022, and a BLA or Biologics License Application filing later in the year. To prepare for these events, we promoted Dr. Avinash Desai to Chief Medical Officer, confident that his demonstrated performance with SIERRA enrollment, coupled with his significant clinical development and medical affairs track record with several successful cancer products will enable a timely and successful path forward with Iomab-B. We were also able to attract Dr. Arun Swaminathan as our Chief Business and Commercial Officer to prepare the launch of Iomab-B and steer our partnership efforts. Arun's blend of commercial and deal-making expertise will enable us to meet our goals in these areas. Short descriptions of their impressive track records are provided in Appendix A.

Actimab-A therapeutic combination trials with CLAG-M and venetoclax are progressing per plan and we expect to update you on these trials as well by year-end at the Annual ASH Meeting. These two trials are important contributors to our strategy of developing Actimab-A as a backbone therapy in the r/r AML setting, which remains underserved despite 9 drug approvals, none of which are effective for prolonged durations, much less curative. Importantly, our R&D team was excited to unveil their work with Actimab-A in combination with a CD47 checkpoint inhibitor, which can pave the way for trials with immunotherapeutics that target this pathway and further build on our backbone therapy strategy. CD47 is an important immune checkpoint target and companies with these relatively early CD47-based clinical programs have recently been purchased for billions of dollars in value. As the CD47-targeting field is crowded and growing, we expect that an Actimab-A combination strategy will enable competitive differentiation and value for us via partnerships.

Our R&D team is working internally and with external collaborators on other approaches intended to explore and exploit synergies between highly targeted internal radiation, delivered safety and effectively with Actimab-A, and other modalities in AML. In addition, we have expanded our R&D focus to solid tumors beyond the work we are doing with our partner, Astellas, and our team is excited to be able to reveal their work with the CD47 target at the upcoming SITC Conference. CD47-targeting companies are aspirational, but limited in their ability to demonstrate viability in the solid tumor setting and we are the first company that is working to demonstrate the synergy between targeted radiation, both alpha and beta, with this

immune checkpoint target in solid tumors. Harnessing the power of radio-conjugates to modulate immune pathways is an area where Actinium is staking new ground. We have brought the intellectual property function in-house this year to develop reach through patents in critical areas. The deep immune-oncology experience of our IP and research

---

1

---

teams (select bios in Appendix A) will enable us to stock the pipeline with truly innovative advances in the radioimmunotherapy area and build on the strong foundation of Iomab-B's success.

As we look ahead to the rest of 2021 and 2022, we see a period of immense activity as the team prepares to file a BLA for Iomab-B as soon as possible, post top-line results, prepares for appropriate trial expansion after the Actimab-A proof of concept data with both CLAG-M and venetoclax, expands the Iomab-ACT program trials post proof of concept data from the MSKCC/NIH CAR-T trial, and moves ahead with CD47-directed efforts and solid tumor programs. All this activity is possible not only due to the key milestones we have and will achieve this year, including those highlighted above, but also due to the not-so-visible, internal achievements, such as assembling a strong core team and investments in R&D deployed strategically. Significantly, our strong balance sheet, which supports several years of operations, will enable us to move ahead well through this period and into early commercial launch of Iomab-B.

Your support has and will continue to make our future success possible and TEAM ACTINIUM thanks you, dear shareholder. With strong accomplishments in 2021 thus far, enabled by our accomplished team, capital and vision, we are excited for the future with the goal of bringing value to patients and shareholders alike.

Sincerely,

/s/ Sandesh Seth

Sandesh Seth

Chairman and Chief Executive Officer

| ***Key Achievement in 2021 to Date*** | | ***Key Upcoming Milestones*** | |
|---|---|---|---|
| ✅ Positive SIERRA data at 75% enrollment | | SIERRA data update at ASH | 4Q:2021 |
| ✅ Completed SIERRA enrollment | | Actimab-A + CLAG-M Phase 1 data at ASH | 4Q:2021 |
| ✅ Fortified balance sheet - $80 million | | Actimab-A + Venetoclax Phase 1 data at ASH | 4Q:2021 |
| ✅ Expanded Astellas collaboration | | CD47 solid tumor and Actimab-A combination presentations at SITC | 4Q:2021 |
| ✅ Announced CD47 radiotherapy combos | | Iomab-ACT Phase 1 data | 1H:2022 |
| ✅ Solid tumor initiatives | | CD47 collaborative initiatives | 1H:2022 |
| | | SIERRA topline data | Mid-2022 |
| | | Solid tumor initiatives including collaborations | 2H: 2022 |
| | | CD47 clinical initiatives | 2H:2022 |
| | | Iomab-B BLA filing | 2H:2022 |

---

2

---



**Appendix A – Review and Outlook**

We outline our vision below for the specialty, hospital-focused, radiopharmaceutical company TEAM ACTINIUM is building by capitalizing on the opportunity afforded to us in conditioning prior to a bone marrow transplant via Iomab-B and with Actimab-A as a backbone of therapeutic combinations for relapsed and refractory AML patients. Also discussed are our Iomab-ACT program, focused on conditioning and lymphodepletion prior to cellular therapies and our R&D activities driven by our AWE platform technology. Our core team, which we have assembled this year, will be material in helping unlock our immense inherent value and it is well qualified to tackle the challenges ahead as evidenced by their highlighted biographies at the end of this report.

**Significant Opportunity for Iomab-B in r/r AML Bone Marrow Transplant Conditioning**

In recent years, 9 drugs have been approved for AML patients. However, at best, they extend survival for a couple of years or less, depending on when the disease is diagnosed and the age of the patient. The relapse rate remains high and many patients, after several courses of treatment with various agents, are unresponsive to therapy, surviving just a few months with the disease. A Bone Marrow Transplant, or BMT, is the only curative treatment option for many patients with relapsed or refractory AML and indeed for many other blood cancers. BMT procedures have grown and are expected to grow due to improvements across the continuum of care and use in more diseases. However, despite 60 years of progress and growth in the field of BMT, conditioning or preparing the bone marrow niches for donor cells remains reliant on chemotherapy and external radiation. These non-targeted, highly toxic conditioning regimens not only limit access to stronger, medically fit patients who can withstand such treatment and who do not have active disease, they also have sub-optimal outcomes, as BMT success with these regimens is very low. Iomab-B represents a potential paradigm shift as patients with active disease can be effectively conditioned and access a BMT with universal engraftment as seen in clinical data to date.

*Despite 9 drug approvals AML relapses are the norm, survival has not improved materially and a BMT remains the only curative outcome*          *Iomab-B, if approved, represents a paradigm change to transplant access and outcomes*

the audit committee.

20

## EXECUTIVE COMPENSATION

*The following discussion provides compensation information pursuant to SEC rules and may contain statements regarding future individual and Company performance targets and goals. These targets and goals are disclosed in the limited context of the Company's compensation programs and should not be understood to be statements of management's expectations or estimates of results or other guidance. We specifically caution stockholders not to apply these statements to other contexts.*

The following table sets forth the names and positions of: (i) each person who served as our principal executive officer during the year ended December 31, 2020; (ii) our two most highly compensated executive officers, other than our principal executive officer, who was serving as an executive officer, as determined in accordance with the rules and regulations promulgated by the SEC, as of December 31, 2020, with compensation of $100,000 or more, and (iii) an additional individual for whom disclosure would have been provided pursuant to clause (ii) but for the fact that the individual was not serving as our executive officer at December 31, 2020 (collectively our "Named Executive Officers"):

| Name | Position |
| --- | --- |
| Sandesh Seth | Chairman and Chief Executive Officer |
| Mark S. Berger, M.D.* | Chief Medical Officer |
| Dale L. Ludwig, Ph.D.** | Former Chief Scientific and Technology Officer |
| Steve O'Loughlin | Chief Financial Officer, former Principal Financial Officer |

\*    On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer.

\*\*  On July 26, 2021, Dr. Ludwig resigned as the Chief Scientific and Technology Officer.

**Narrative Disclosure to Summary Compensation Table**

*Chief Executive Officer's Compensation*

In August 2018, we amended and restated Mr. Seth's, our Chairman and Chief Executive Officer, August 6, 2015 Executive Chairman Agreement (as amended and restated, the "2018 Agreement"). The 2018 Agreement set forth the terms related to his position as Chief Executive Officer and Chairman of the Board of the Company while retaining and adapting material provisions of the prior agreement to that of his role of Chief Executive Officer. Under the 2018 Agreement, Mr. Seth was paid an annual base salary of $561,350 in 2019. Pursuant to the 2018 Agreement, the Board reviewed the amount of his base salary and performance bonus and determined the appropriate adjustments to each component of his compensation each calendar year, and he was entitled to a cash bonus in an amount determined by the Board with a target of 50% of the base salary. In addition, the Chairman and Chief Executive Officer was awarded stock options at our Board's discretion.

On August 12, 2020, we and Mr. Seth entered into a new employment agreement, which replaced the 2018 Agreement. Pursuant to the employment agreement, Mr. Seth will serve as Chairman and Chief Executive Officer until February 24, 2024 unless terminated earlier as set forth in the employment agreement.

Under the terms of the employment agreement, Mr. Seth is entitled to (i) a base salary, which will be determined by the Board and adjusted to be competitively aligned to a range between the 25th and 75th percentile of the relevant market data of chief executive officer positions of similarly situated publicly companies, (ii) a performance bonus with a target of 50% of his annual base salary as well as other multipliers as determined by the Board and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Mr. Seth's annual base salary was set at $578,191. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan, as applicable. The options will expire 10 years from the grant date, subject to Mr. Seth's continuing service with the Company. Mr. Seth also receives the standard benefits available to other similarly situated employees.

If Mr. Seth's employment as Chief Executive Officer or Chairman is terminated due to death or disability, Mr. Seth will be entitled to earned, but unpaid, salary, benefits and the Pro-Rated Bonus (as defined herein) for the year of termination. Upon termination of his employment for Cause (as defined in the employment agreement), or his

21

resignation without Good Reason (as defined in the employment agreement), Mr. Seth will receive any accrued and unpaid base salary, the Pro-Rated Bonus and benefits through the date of termination.

If we terminate Mr. Seth's employment without Cause, or if Mr. Seth resigns for Good Reason, Mr. Seth will be entitled to (i) a single lump sum payment equal to the 24 months of his compensation, (ii) continued health benefits for 24 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to his annual bonus subject to the achievement of the applicable goals, pro-rated based on the number of days in the Company's fiscal year through the date of termination (the "Pro-Rated Bonus").

In addition, if we terminate Mr. Seth's employment without Cause or if Mr. Seth resigns for Good Reason, or if we fail to renew his position as Chief Executive Officer and Chairman on February 21, 2024, in any case, within the 12-month period beginning on the date of a Change in Control (as defined in the 2013 Stock Plan and 2019 Plan, as applicable), Mr. Seth will be entitled to (i) a single lump sum payment equal to 30 months of his compensation, (ii) continued health benefits for 30 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to the Pro-Rated Bonus.

*Former Chief Medical Officer Agreement*

On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer

In December 2016, we and Dr. Mark S. Berger entered into an agreement (the "2016 Berger Employment Agreement"), to employ Dr. Berger as our Chief Medical Officer.

Pursuant to the 2016 Berger Employment Agreement, Dr. Berger was entitled to the following compensation and benefits:

- Dr. Berger's annual base salary was $405,000 in 2019. Dr. Berger was also entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- Dr. Berger was eligible to participate in the Company's benefit plans that are generally provided for executive employees.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.

On August 12, 2020, we entered into a new employment agreement with Dr. Berger, pursuant to which he served as Chief Medical Officer of the Company. Under the terms of the employment agreement, Dr. Berger was entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Dr. Berger's annual base salary was set at $415,000. When and if granted, the options would have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant would vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan

and 2019 Plan, as applicable. The options expire 10 years from the grant date, subject to Dr. Berger's continuing service with the Company. Mr. Berger also received the standard benefits available to other similarly situated employees.

*Chief Financial Officer/Principal Financial Officer Compensation*

In August 2018, we amended and restated Mr. O'Loughlin's, our former Principal Financial Officer, September 17, 2015 Employment Agreement, as amended (as amended and restated, the "PFO Agreement"). The PFO Agreement set forth the terms related to his position as Principal Financial Officer of the Company while retaining and adapting material provisions of the prior agreement to that of his role of Principal Financial Officer. Pursuant to the PFO Agreement, Mr. O'Loughlin was entitled to the following compensation and benefits:

22

- Mr. O'Loughlin's annual base salary was $293,550 in 2019, and Mr. O'Loughlin was entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.
- Mr. O'Loughlin was eligible to receive all standard benefits that Company employees are eligible to receive.

On August 12, 2020, we entered into a new employment agreement with Mr. O'Loughlin, pursuant to which he serves as Chief Financial Officer of the Company. Under the terms of the employment agreement, Mr. O'Loughlin is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Mr. O'Loughlin's annual base salary was set at $330,000. When and if granted, the options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan, as applicable. The options will expire 10 years from the grant date, subject to Mr. O'Loughlin's continuing service with the Company. Mr. Loughlin will also receive the standard benefits available to other similarly situated employees.

In addition, if we terminate Mr. O'Loughlin's employment without Cause (as defined in the employment agreement) or if Mr. O'Loughlin resigns for Good Reason (as defined in the employment agreement), in either case, within the 12-month period beginning on the date of a Change in Control, Mr. O'Loughlin will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. O'Loughlin.

*Former Chief Scientific and Technology Officer Compensation*

On July 26, 2021, Mr. Ludwig resigned as the Company's Chief Scientific and Technology Officer.

We and Dr. Dale Ludwig, effective January 2018, entered into an Offer Letter pursuant to which Dr. Ludwig served as the Company's Chief Scientific Officer (the "Offer Letter"). Pursuant to the Offer Letter. Dr. Ludwig was entitled to the following compensation and benefits:

- Dr. Ludwig's annual base salary was $334,750 in 2019, and Dr. Ludwig was entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.
- From time to time, the Board granted him options to purchase shares of common stock of the Company.
- Dr. Ludwig was eligible to receive all standard benefits that Company employees are eligible to receive.

On August 12, 2020, we entered into a new employment agreement with Dr. Ludwig, pursuant to which he served as Chief Scientific and Technology Officer of the Company until his resignation. Under the terms of the employment agreement, Dr. Ludwig was entitled to (i) a base salary, which was determined by the Board, (ii) a performance bonus, which could have been up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall have determined and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Dr. Ludwig's annual base salary was set at $375,000. When and if granted, the options would have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant would vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan, as applicable. The options would expire 10 years from the grant date, subject to Mr. Ludwig's continuing service with the Company. Dr. Ludwig would also receive the standard benefits available to other similarly situated employees.

23

### Summary Compensation Table

The following table provides information regarding the compensation earned during the fiscal years ended December 31, 2020 and 2019 for our Named Executive Officers.

| Name/Position | Year | Salary | Bonus (1) | Option Awards (2) | All Other Compensation | Total |
|---|---|---|---|---|---|---|
| Sandesh Seth | 2020 | $ 578,191 | $ 315,000 | $ 938,537 | $ - | $ 1,831,728 |
| *Chairman and Chief Executive Officer* | 2019 | $ 561,350 | $ 300,000 | $ 241,367 | $ - | $ 1,102,717 |
| Mark Berger* | 2020 | $ 415,000 | $ 100,000 | $ 314,958 | $ - | $ 829,958 |
| *Chief Medical Officer* | 2019 | $ 405,000 | $ 85,000 | $ 64,364 | $ - | $ 554,364 |
| Dale Ludwig** | 2020 | $ 375,000 | $ 105,000 | $ 337,453 | $ - | $ 817,453 |
| *Former Chief Scientific and Technology Officer* | 2019 | $ 334,750 | $ 97,500 | $ 64,364 | $ - | $ 496,614 |
| Steve O'Loughlin | 2020 | $ 330,000 | $ 90,000 | $ 398,640 | $ - | $ 818,460 |
| *Chief Financial Officer, former Principal Financial Officer* | 2019 | $ 293,550 | $ 85,000 | $ 64,364 | $ - | $ 442,914 |

\* On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer.

\*\* On July 26, 2021, Dr. Ludwig resigned as the Chief Scientific and Technology Officer.

(1) The bonus disclosed in this column relates to performance in the prior year, but was contingent upon Board approval, and was paid in the year disclosed.

(2) The dollar amounts in this column represent the aggregate grant date fair value of all option awards granted during the indicated year. These amounts have been calculated in accordance with FASB ASC Topic 718, using the Black-Scholes option-pricing model. For a discussion of valuation assumptions, see Note 6 to our financial statements in the Annual Report. These amounts do not correspond to the value that may be recognized from the option awards.

### OUTSTANDING EQUITY AWARDS AT FISCAL YEAR-END - 2020

### Outstanding Equity Awards at Fiscal Year-End Table

The following table sets forth all unexercised options that have been awarded to our Named Executive Officers by the Company that were

In September 2013, the Board approved the Company's 2013 Equity Incentive Plan (the "2013 Equity Plan"), which was approved by the Company's stockholders on December 23, 2013. The 2013 Equity Plan has an expiration date of September 9, 2023 and the total number of shares of the Company's common stock available for grant to employees, directors and consultants under this plan is 33,333 shares.

**Equity Compensation Plan Information**

The following table indicates shares of common stock authorized for issuance under our equity compensation plans as of December 31, 2020:

| Plan category | Number of securities to be issued upon exercise of outstanding options | Weighted-average exercise price of outstanding options | Number of securities remaining available for future issuance |
|---|---|---|---|
| Equity compensation plans approved by security holders | 815,112 | $ 21.53 | 3,874,999 |
| Equity compensation plans not approved by security holders | - | - | - |
| Total | 815,112 | $ 21.53 | 3,874,999 |

**Potential Payments Under Termination or Change in Control Arrangements**

We do not currently have any change-of-control or severance agreements with any of our executive officers or directors, other than as described under sections titled "Executive Compensation" and "Director Compensation" in this proxy statement. The table below sets forth potential payments payable to our executive officers or former executive officers in the event of a termination of employment arrangement under various circumstances. For purposes of calculating the potential payments set forth in the table below, we have assumed that the date of termination was June 30, 2021.

30

| Name | Termination of Employment Other Than for Cause or Resignation for Good Reason (Not in Connection with a Change in Control). ($) | Termination Following a Change in Control without Cause or Executive Resigns with Good Reason ($) |
|---|---|---|
| Sandesh Seth | $ 1,300,930 | $ 1,590,025 |
| Steve O'Loughlin | | 330,000 |
| Dale Ludwig* | | 389,697 |
| Mark Berger** | | 422,311 |
| **Total Cash and Benefits** | **$ 1,300,930** | **$ 2,732,033** |

\*   On July 26, 2021, Dr. Ludwig resigned as the Chief Scientific and Technology Officer.

\*\*   On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer.

The term "Change in Control" has the meaning set forth in the Company's 2013 Stock Plan and 2019 Plan, as applicable. The cash component of any change of control payment would be structured as a one-time cash severance payment.

31

**PRINCIPAL STOCKHOLDERS**

The following table shows the beneficial ownership of our common stock as of September 13, 2021 held by (i) each person known to us to be the beneficial owner of more than five percent (5%) of any class of our common stock; (ii) each director; (iii) each Named Executive Officer; and (iv) all directors and executive officers as a group.

Beneficial ownership is determined in accordance with the rules of the SEC, and generally includes voting power and/or investment power with respect to the securities held. Shares of common stock subject to options and warrants currently exercisable or which may become exercisable within 60 days of September 13, 2021, are deemed outstanding and beneficially owned by the person holding such options or warrants for purposes of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. Except as indicated in the footnotes to this table, the persons or entities named have sole voting and investment power with respect to all shares of our common stock shown as beneficially owned by them.

Unless otherwise indicated, the principal address of each of the persons below is c/o Actinium Pharmaceuticals, Inc., 275 Madison Ave, 7th floor, New York, NY 10016.

| Named Executive Officers and Directors | Number of Shares of Common Stock Beneficially Owned | Percentage of Ownership[a] |
|---|---|---|
| Sandesh Seth | 178,549(1) | *% |
| Steve O'Loughlin | 45,884(2) | *% |
| Mark Berger, M.D.** | 42,230(3) | *% |
| Dale Ludwig, Ph.D.*** | 23,699(4) | *% |
| Jeffrey W. Chell, M.D. | 12,040(5) | *% |

| | | |
|---|---|---|
| David Nicholson, Ph.D. | 19,335(6) | *% |
| Ajit S. Shetty, Ph.D. | 13,097(7) | *% |
| Richard I. Steinhart | 17,654(8) | *% |
| **All Directors and Officers as a Group (6 persons)** | 286,559(9) | 1.3% |

\* less than 1%

\*\* On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer.

\*\*\* On July 26, 2021, Dr. Ludwig resigned as the Chief Scientific and Technology Officer.

(a) Based on 22,024,167 shares of common stock outstanding as of September 13, 2021.

(1) Includes warrants to purchase an aggregate of 2,158 shares of common stock of the Company at an exercise price of $23.51 per share, exercisable on a cashless basis, warrants to purchase an aggregate of 3,320 shares of common stock of the Company at an exercise price of $23.51 per share, exercisable on a cashless basis issued to Amrosan, LLC, a partnership in which the majority member interest is owned by the family of Mr. Seth, and warrants to purchase 1,907 shares of common stock at an exercise price of $15.61515 per share. Excludes warrants to purchase an aggregate of 12,518 shares of common stock of the Company at par value per share, exercisable on a cashless basis issued to Amrosan, LLC as the warrants are not exercisable upon less than 90 days' notice. The holder may waive the 90-day exercise notice requirement by giving 65 days prior notice of such waiver. Excludes warrants to purchase an aggregate of 11,767 shares of common stock issued to Carnegie Hill Asset Partners and irrevocable trust linked to Mr. Seth's family and warrants to purchase an aggregate of 24,035 shares of common stock issued to Bioche Asset Management, LLC, a partnership in which the majority member interest is owned by the family of Mr. Seth, whose terms are the same as those issued to Amrosan

LLC. On August 30, 2012 and December 19, 2012, Mr. Seth was granted options to purchase an aggregate of 1,664 shares of common stock at an exercise price of $45.05 per share. On September 23, 2014, Mr. Seth was granted an option to purchase 9,333 shares of common stock with an exercise price of $183.90 per share. On February 18, 2015, Mr. Seth was granted an option to purchase 5,000 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Mr. Seth was granted an option to purchase 16,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. Seth was granted options to purchase an aggregate of 24,998 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. Seth was granted an option to purchase 33,333 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. Seth was granted an option to purchase 50,000 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. Seth was granted an option to purchase 139,062 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. Seth was granted an option to purchase 310,182 shares of common stock at an exercise price of $6.07 per share. All options are subject to vesting. Within 60 days of September 13, 2021, options to purchase an aggregate of 165,783 shares of common stock will have vested. Includes 5,381 shares of common stock.

(2) On October 1, 2015, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock with an exercise price of $53.70 per share. On April 15, 2016, Mr. O'Loughlin was granted options to purchase of 1,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. O'Loughlin was granted an option to purchase 8,833 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. O'Loughlin was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. O'Loughlin was granted an option to purchase 59,066 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. O'Loughlin was granted an option to purchase 107,463 shares of common stock at an exercise price of $6.07 per share. All options are subject to vesting. Within 60 days of September 13, 2021, options to purchase an aggregate of 44,701 shares of common stock will have vested. Includes 1,183 shares of common stock.

(3) On January 17, 2017, Dr. Berger was granted an option to purchase 10,833 shares of common stock with an exercise price of $31.20 per share. On July 13, 2018, Dr. Berger was granted an option to purchase 8,333 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Berger was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Berger was granted an option to purchase 46,667 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. Berger was granted an option to purchase 67,164 shares of common stock at an exercise price of $6.07 per share. All options are subject to vesting. On September 24, 2021, Dr. Berger resigned from the Company. On his resignation, unvested options to purchase 110,102 shares of common stock expired. Vested options to purchase 36,228 shares of common stock will expire December 23, 2021.Includes 750 shares of common stock.

(4) On January 8, 2018, Dr. Ludwig was granted an option to purchase 6,666 shares of common stock with an exercise price of $21.69 per share. On July 12, 2019, Dr. Ludwig was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Ludwig was granted an option to purchase 50,000 shares of common stock at an exercise price of $9.55 per share. All options are subject to vesting. On July 26, 2021, Dr. Ludwig resigned from the Company. On his resignation, unvested options to purchase 46,733 shares of common stock expired. Vested options to purchase 23,266 shares of common stock will expire October 24, 2021. Includes 333 shares of common stock.

(5) On April 27, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock with an exercise price of $10.41 per share. On July 13, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Dr. Chell was granted an option to purchase 18,351 shares of common stock at an exercise price of $6.07 per share. All options are subject to vesting. Within 60 days of September 13, 2021, options to purchase an aggregate of 12,040 shares of common stock will have vested.

(6) On February 12, 2012, Dr. Nicholson was granted an option to purchase 1,665 shares of common stock at an exercise price of $23.51 per share and on August 12, 2012 and December 19, 2012, Dr. Nicholson was granted options to purchase an aggregate of 1,664 shares of common stock at an exercise price of $45.05 per share. On February 18, 2015, Dr. Nicholson was granted an option to purchase 833 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Dr. Nicholson was granted an option to purchase 18,351 shares of common stock at an

# 2022 Definitive Proxy Statement

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**SCHEDULE 14A INFORMATION**
_____

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**

Filed by the Registrant                           ☒

Filed by a Party other than the Registrant   ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

# Actinium Pharmaceuticals, Inc.

(Name of Registrant as Specified In Its Charter)

**N/A**
_____
(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

Table of Contents

November 21, 2022

Dear Fellow Actinium Shareholder:

It is with great enthusiasm that we share the tremendous progress we have made in 2022. The success of our Iomab-B pivotal trial, the strong overall survival data from our earlier stage Actimab-A+CLAG-M trial and exciting pre-clinical data from our R&D collaborations, have laid a strong foundation for a bright future for the company. We believe the clinical data sets for Iomab-B and Actimab-A, which we expect to share in more detail by year-end, are the harbinger of a potential paradigm change in the treatment of relapsed/refractory AML (r/r AML), an area of high unmet need, as these patients have a very poor survival prognosis. We have also made significant strides in building our leadership team with key recent hires in core functional areas in anticipation of these key milestones and they are energized by this data and the opportunity to realize its full potential.

Investment dollars keep pouring into our niche radiotherapy sector. While the number of companies is growing, the majority feature undifferentiated, nascent, or at best very early-stage clinical programs. Actinium is truly differentiated by our clinical focus on late-stage, hematological malignancies, a growing number of earlier programs in solid tumors, a well-established supply chain into major oncology centers of excellence, and an industry leading intellectual property portfolio. We are at an inflection point in the Company's history with the opportunity to establish ourselves as a leader in the radiotherapeutics industry and are excited to provide you with this update on our Iomab-B and Actimab-A clinical programs, R&D, partnerships, and overall organizational development.

We were thrilled to announce highly positive topline results from the pivotal Phase 3 SIERRA trial for our lead asset Iomab-B last week. The SIERRA trial met its primary endpoint of durable Complete Remission (dCR) of 6 months post-initial remission after a bone marrow transplant (BMT) with high statistical significance (p<0.0001) compared to the control arm. The trial was conducted in patients 55 years of age or older with r/r AML who typically cannot access a potentially lifesaving BMT as they are deemed unfit and thus unable to tolerate standard chemotherapy-based conditioning. Trial results showed that with Iomab-B conditioning, these patients have increased access to a BMT with a clinically meaningful duration of complete remission, along with a favorable safety profile, potentially establishing a new treatment option for the majority of the 10,000 r/r AML patients in the U.S. who are deemed unfit for BMT with current approaches. Driven by strong encouragement from SIERRA trial investigators who represent the leading transplant physicians at the largest volume transplant hospitals, we expect to present detailed SIERRA trial data at upcoming BMT focused medical conference(s). We look forward to unveiling this data in a setting that will maximize the impact of our trial results for our target audience of transplant physicians as our team works assiduously toward a Biologics License Application (BLA) filing and Early Access Program in 2023.

We strongly believe that based on these results and prior clinical data in over 12 trials and several hundred patients in other blood cancers, Iomab-B has the potential to establish a new standard of care and to increase access to BMT with improved patient outcomes not only in AML but in MDS, ALL, Hodgkin's and Non-Hodgkin's Lymphoma and Multiple Myeloma. These results from our well-controlled SIERRA trial will help drive development of the broader opportunity for the Iomab-B clinical program that includes label expansion and also for Iomab-ACT, a low dose version of the Iomab-B construct that is focused on lymphodepletion and reduced intensity conditioning prior to CAR-T and gene and cellular therapies. We look forward to sharing additional details on our Iomab-B expansion strategy and sharing more on our Iomab-ACT trial with Memorial Sloan Kettering and the broader development program next year.

We are also excited to report results from our industry leading Actinium-225 based radiotherapeutic program Actimab-A which has been tested in six trials and ~150 AML patients demonstrating high response rates and good tolerability as a single agent. Actimab-A is being developed in combination with other regimens to exploit mechanistic synergies with the objective of establishing it as a backbone therapy. The Actimab-A+CLAG-M Phase 1 trial was conducted in high-risk, r/r AML patients who had failed two or more lines of therapy, many of whom had TP53 mutations or have failed venetoclax, and consequently have dismal survival of approximately two months. Previously reported data showed an Overall Response Rate of 67%, 83% at the recommended Phase 2 dose, high rates of MRD negativity or undetectable AML, and a clear improvement in survival for this difficult to treat patient population.

We are elated to update these results and report a meaningful improvement in median Overall Survival of 53% and 32% at one and two years. These survival outcomes are exciting as they are as much as double the one- and two-year survival rates r/r AML patients can expect with current therapies. We are enthused by this compelling proof of

Table of Contents

concept data as it validates our strategy of developing Actimab-A as a backbone therapy and sets the foundation for advanced development. The full data set will be presented at the annual meeting of the American Society of Hematology in December, and we will provide a program update on future development in 2023.

R&D at Actinium is robust, differentiated and practical and given the competitive environment, we are glad that we made the strategic decision years ago to avoid programs with low competitive differentiation potential where multiple radiotherapy companies are focused. Our research collaborations with Astellas, AVEO Oncology and EpicentRx establish our work with immunotherapies and in solid tumors. Our R&D team has ably supported advancement of our Iomab-B and Actimab-A programs in hematology. The Iomab-ACT and Actimab-A combination strategy programs have been informed by their efforts. Solid tumor programs with partner Astellas and the HER3 targeted radiotherapy are novel and cutting edge, as is our work with daratumumab-Ac-225 and other radiotherapy combinations with the immunotherapy magrolimab-CD47 checkpoint inhibitor in both liquid and solid tumors. Underpinning these programs is our expanded patent portfolio of over 195 issued patents and pending patent applications worldwide. Our IP includes several patent families to manufacture Actinium-225 in a cyclotron, and valuable know-how. When appropriate, we are well-positioned to leverage this technology to produce Actinium-225. We look forward to sharing updates as these programs advance to the next phase.

Our balance sheet is strong with the $111.8 million cash reported at the end of 3Q:2022 expected to fund us well into 2025 and enable us to achieve several more value creating milestones. Our partnership with Immedica Pharma AB to commercialize Iomab-B in the EUMENA region provided a $35 million payment upfront and has the potential for up to $452 million in milestone payments and mid-twenty percent royalties. The market potential is extremely compelling in the EU and approximately 50% larger with 15,000 patients with r/r AML and double the number of BMTs performed than in the US.

Our achievements this year provide a stellar foundation upon which we can execute on our corporate strategy as we continue the momentum into 2023. We are hyper focused on delivering a successful BLA filing to obtain approval for Iomab-B and building the capabilities for a successful commercial launch. We will continue to advance our clinical programs by focusing on the Iomab-B lifecycle management plan, Actimab-A combination trials and Iomab-ACT program in cell and gene therapies. We will continue to advance our R&D programs and partnerships into the next phases of development.

We have continued to bolster our leadership team this year to execute and deliver on our strategic plan. Despite the competitive hiring market in the industry, we have continued to attract key talent, including senior leaders across the clinical, commercial, manufacturing, and G&A functions. Additional details on the profiles of our expanded team are included in the Appendix. We will need to continue to hire great talent and in order to attract such individuals to drive value creation, we request that you support the options plan proposal recommended by your Board of Directors in the proxy statement. We ask for your much-needed support, which will enable us to deliver value to you, our shareholders.

As we race toward a very eventful end of year, we are energized to forge forward with the same intensity to prepare for a monumental year for the company in 2023. Your continued support has made this year possible, and TEAM Actinium thanks you for your unwavering support to helping us achieve our goal to bring innovative medicines to people who urgently need new treatment options.

Sincerely and on Behalf of TEAM ACTINIUM,

Sandesh Seth
Chairman and Chief Executive Officer

Table of Contents

**EXECUTIVE COMPENSATION**

*The following discussion provides compensation information pursuant to SEC rules and may contain statements regarding future individual and Company performance targets and goals.   These targets and goals are disclosed in the limited context of the Company's compensation programs and should not be understood to be statements of management's expectations or estimates of results or other guidance. We specifically caution stockholders not to apply these statements to other contexts.*

The following table sets forth the names and positions of: (i) each person who served as our principal executive officer during the year ended December 31, 2021; (ii) our two most highly compensated executive officers, other than our principal executive officer, who was serving as an executive officer, as determined in accordance with the rules and regulations promulgated by the SEC, as of December 31, 2021, with compensation of $100,000 or more, and (iii) two additional individuals for whom disclosure would have been provided pursuant to clause (ii) but for the fact that the individuals were not serving as our executive officers at December 31, 2021 (collectively our "Named Executive Officers"):

| Name | Position |
|------|----------|
| Sandesh Seth | Chairman and Chief Executive Officer |
| Steve O'Loughlin | Chief Financial Officer |
| Mark Berger* | Former Chief Medical Officer |
| Dale Ludwig** | Former Chief Scientific and Technology Officer |

_____

\*      On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer.
\*\*    On July 26, 2021, Dr. Ludwig resigned as the Chief Scientific and Technology Officer.

**Summary Compensation Table**

The following table provides information regarding the compensation earned during the years ended December 31, 2021 and 2020 for our named executive officers.

| Name/Position | Year | Salary | Bonus[1] | Option Awards[2] | All Other Compensation | Total |
|---------------|------|--------|----------|------------------|------------------------|-------|
| Sandesh Seth | 2021 | $ 615,000 | $ 430,000 | $ 1,290,323 | $ — | $ 2,335,323 |
| *Chairman and Chief Executive Officer* | 2020 | $ 578,191 | $ 315,000 | $ 938,537 | $ — | $ 1,831,728 |
| Steve O'Loughlin | 2021 | $ 370,000 | $ 150,000 | $ 447,034 | $ — | $ 967,034 |
| *Chief Financial Officer* | 2020 | $ 330,000 | $ 90,000 | $ 398,640 | $ — | $ 818,640 |
| Mark Berger[3] | 2021 | $ 304,962 | $ — | $ 279,395 | $ — | $ 584,357 |
| *Former Chief Medical Officer* | 2020 | $ 415,000 | $ 100,000 | $ 314,958 | $ — | $ 829,958 |
| Dale Ludwig[4] | 2021 | $ 213,068 | $ — | $ — | $ — | $ 213,068 |
| *Former Chief Scientific and Technology Officer* | 2020 | $ 375,000 | $ 105,000 | $ 337,453 | $ — | $ 817,453 |

_____

(1)    The bonus disclosed in this column relates to performance in the prior year, but was contingent upon Board approval, and was paid in the year disclosed.

(2)    The dollar amounts in this column represent the aggregate grant date fair value of all option awards granted during the indicated year. These amounts have been calculated in accordance with FASB ASC Topic 718, using the Black-Scholes option-pricing model. For a discussion of valuation assumptions, see Note 6 to our financial statements in the Annual Report. These amounts do not correspond to the value that may be recognized from the option awards.

On September 1, 2021, Mr. Seth was granted an option to purchase 310,182 shares of common stock and Mr. O'Loughlin was granted an option to purchase 107,463 shares of common stock. The options have an exercise price of $6.07 per share and will expire on September 1, 2031. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from October 1, 2021 until fully vested.

Table of Contents

**Narrative Disclosure to Summary Compensation Table**

*Chief Executive Officer Compensation*

On August 12, 2020, we and Mr. Seth entered into an employment agreement whereby Mr. Seth will serve as Chairman and Chief Executive Officer until February 24, 2024, unless terminated earlier as set forth in the employment agreement.

Under the terms of the employment agreement, Mr. Seth is entitled to (i) a base salary, which will be determined by the Board and adjusted to be competitively aligned to a range between the 25th and 75th percentile of the relevant market data of chief executive officer positions of similarly situated publicly companies, (ii) a performance bonus with a target of 50% of his annual base salary as well as other multipliers as determined by the Board and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Mr. Seth's annual base salary was set at $578,191, and for 2021, his annual base salary was set at $615,000. When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. Seth's continuing service with the Company. Mr. Seth also receives the standard benefits available to other similarly situated employees.

If Mr. Seth's employment as Chief Executive Officer or Chairman is terminated due to death or disability, Mr. Seth will be entitled to earned, but unpaid, salary, benefits and the Pro-Rated Bonus (as defined herein) for the year of termination. Upon termination of his employment for Cause (as defined in the employment agreement), or his resignation without Good Reason (as defined in the employment agreement), Mr. Seth will receive any accrued and unpaid base salary, the Pro-Rated Bonus and benefits through the date of termination.

If we terminate Mr. Seth's employment without Cause, or if Mr. Seth resigns for Good Reason, Mr. Seth will be entitled to (i) a single lump sum payment equal to the 24 months of his compensation, (ii) continued health benefits for 24 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to his annual bonus subject to the achievement of the applicable goals, pro-rated based on the number of days in the Company's fiscal year through the date of termination (the "Pro-Rated Bonus").

In addition, if we terminate Mr. Seth's employment without Cause or if Mr. Seth resigns for Good Reason, or if we fail to renew his position as Chief Executive Officer and Chairman on February 21, 2024, in any case, within the 12-month period beginning on the date of a Change in Control (as defined in the 2013 Stock Plan and 2019 Plan), Mr. Seth will be entitled to (i) a single lump sum payment equal to 30 months of his compensation, (ii) continued health benefits for 30 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to the Pro-Rated Bonus.

*Chief Financial Officer/Principal Financial Officer Compensation*

On August 12, 2020, we entered into an employment agreement with Mr. O'Loughlin, pursuant to which he serves as Chief Financial Officer of the Company. Under the terms of the employment agreement, Mr. O'Loughlin is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Mr. O'Loughlin's annual base salary was set at $330,000, and for 2021, his annual base salary was set at $370,000.

When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. O'Loughlin's continuing service with the Company. Mr. Loughlin will also receive the standard benefits available to other similarly situated employees.

In addition, if we terminate Mr. O'Loughlin's employment without Cause (as defined in the employment agreement) or if Mr. O'Loughlin resigns for Good Reason (as defined in the employment agreement), in either case, within the 12-month period beginning on the date of a Change in Control, Mr. O'Loughlin will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. O'Loughlin.

Table of Contents

*Former Chief Medical Officer Compensation*

On September 24, 2021, Dr. Berger resigned as the Chief Medical Officer

In December 2016, we and Dr. Mark S. Berger entered into an agreement (the "2016 Berger Employment Agreement"), to employ Dr. Berger as our Chief Medical Officer.

Pursuant to the 2016 Berger Employment Agreement, Dr. Berger was entitled to the following compensation and benefits:

- Dr. Berger's annual base salary was $405,000 in 2019. Dr. Berger was also entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.

- Dr. Berger was eligible to participate in the Company's benefit plans that are generally provided for executive employees.

- From time to time, the Board granted him options to purchase shares of common stock of the Company.

On August 12, 2020, we entered into a new employment agreement with Dr. Berger, pursuant to which he served as Chief Medical Officer of the Company. Under the terms of the employment agreement, Dr. Berger was entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Dr. Berger's annual base salary was set at $415,000. When and if granted, the options would have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant would vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan, as applicable. The options expire 10 years from the grant date, subject to Dr. Berger's continuing service with the Company. Mr. Berger also received the standard benefits available to other similarly situated employees.

*Former Chief Scientific and Technology Officer Compensation*

On July 26, 2021, Mr. Ludwig resigned as the Company's Chief Scientific and Technology Officer.

We and Dr. Dale Ludwig, effective January 2018, entered into an Offer Letter pursuant to which Dr. Ludwig served as the Company's Chief Scientific Officer (the "Offer Letter"). Pursuant to the Offer Letter. Dr. Ludwig was entitled to the following compensation and benefits:

- Dr. Ludwig's annual base salary was $334,750 in 2019, and Dr. Ludwig was entitled to a cash bonus in an amount to be determined by the Board with a target of 30% of the base salary.

- From time to time, the Board granted him options to purchase shares of common stock of the Company.

- Dr. Ludwig was eligible to receive all standard benefits that Company employees are eligible to receive.

On August 12, 2020, we entered into a new employment agreement with Dr. Ludwig, pursuant to which he served as Chief Scientific and Technology Officer of the Company until his resignation. Under the terms of the employment agreement, Dr. Ludwig was entitled to (i) a base salary, which was determined by the Board, (ii) a performance bonus, which could have been up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall have determined and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2020, Dr. Ludwig's annual base salary was set at $375,000. When and if granted, the options would have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant would vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan, as applicable. The options would expire 10 years from the grant date, subject to Mr. Ludwig's continuing service with the Company. Dr. Ludwig would also receive the standard benefits available to other similarly situated employees.

23

Table of Contents

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table shows the beneficial ownership of our common stock as of November 14, 2022 held by (i) each person known to us to be the beneficial owner of more than five percent (5%) of any class of our common stock; (ii) each director; (iii) each Named Executive Officer; and (iv) all directors and executive officers as a group.

Beneficial ownership is determined in accordance with the rules of the SEC, and generally includes voting power and/or investment power with respect to the securities held. Shares of common stock subject to options and warrants currently exercisable or which may become exercisable within 60 days of November 14, 2022, are deemed outstanding and beneficially owned by the person holding such options or warrants for purposes of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. Except as indicated in the footnotes to this table, the persons or entities named have sole voting and investment power with respect to all shares of our common stock shown as beneficially owned by them.

Unless otherwise indicated, the principal address of each of the persons below is c/o Actinium Pharmaceuticals, Inc., 275 Madison Ave, 7th floor, New York, NY 10016.

| Named Beneficial Owner | Number of Shares of Common Stock Beneficially Owned | Percentage of Ownership[a] |
|---|---|---|
| **Beneficial Owners of 5% or More of Our Common Stock** | | |
| Michael Bigger | 1,314,106[1] | 5.2% |
| | | |
| **Name Executive Officers and Directors** | | |
| Sandesh Seth | 715,901[2] | 2.7% |
| Steve O'Loughlin | 128,957[3] | * |
| Jeffrey W. Chell, M.D. | 31,344[4] | * |
| David Nicholson, Ph.D. | 35,010[5] | * |
| Ajit S. Shetty, Ph.D. | 32,107[6] | * |
| Richard I. Steinhart | 34,993[7] | * |
| Mark Berger | —[8] | * |
| Dale Ludwig | —[9] | * |
| **All Directors and Officers as a Group (6 persons)** | 978,306[8] | 3.7% |

_____

\*  less than 1%

(a)  Based on 25,483,306 shares of common stock outstanding as of November 14, 2022.

(1)  The address of record is 2250 Red Springs Drive, Las Vegas, NV 89135. Based on the beneficial owner's Schedule 13G filed February 9, 2022, shares beneficially owned consist of 323,236 shares of Common Stock owned by Bigger Capital Fund, LP ("Bigger Capital"), 118,417 shares of Common Stock issuable upon exercise of Warrants owned by Bigger Capital, 513,099 shares of Common Stock owned by District 2 Capital Fund LP ("District 2 CF"), 160,475 shares of Common Stock issuable upon exercise of Warrants owned by District 2 CF, 150,000 shares of Common Stock held by Mr. Bigger through an IRA and another account, 107,771 shares of Common Stock through an IRA held by Patricia Winter, the spouse of Mr. Bigger and an aggregate of 220,000 shares of Common Stock through an IRA held by the sons of Mr. Bigger. The warrants are subject to a 4.99% beneficial ownership limit. The number of shares and percentage set forth above assume the no exercise of the warrants due to the beneficial ownership limit. Mr. Bigger disclaims beneficial ownership of these securities.

(2)  On December 19, 2012, Mr. Seth was granted an option to purchase 832 shares of common stock at an exercise price of $45.05 per share. On September 23, 2014, Mr. Seth was granted an option to purchase 9,333 shares of common stock with an exercise price of $183.90 per share. On February 18, 2015, Mr. Seth was granted an option to purchase 5,000 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Mr. Seth was granted an option to purchase 16,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. Seth was granted options to purchase an aggregate of 24,998 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. Seth was granted an option to purchase 33,333 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. Seth was granted an option to purchase 50,000 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. Seth was granted an option to purchase 139,062 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. Seth was granted an option to purchase 310,182 shares of common

26

Table of Contents

stock at an exercise price of $6.07 per share. On July 1, 2022, Mr. Seth was granted an option to purchase 827,366 shares of common stock at an exercise price of $4.96 per share. On August 17, 2022, Mr. Seth was granted restricted stock units for 300,000 shares of common stock. All options are subject to vesting. Within 60 days of November 14, 2022, options to purchase an aggregate of 410,520 shares of common stock will have vested. Includes 5,381 shares of common stock.

(3)     On October 1, 2015, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock with an exercise price of $53.70 per share. On April 15, 2016, Mr. O'Loughlin was granted options to purchase of 1,666 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. O'Loughlin was granted options to purchase 3,333 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. O'Loughlin was granted an option to purchase 8,833 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. O'Loughlin was granted an option to purchase 13,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. O'Loughlin was granted an option to purchase 59,066 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. O'Loughlin was granted an option to purchase 107,463 shares of common stock at an exercise price of $6.07 per share. All options are subject to vesting. On July 1, 2022, Mr. O'Loughlin was granted an option to purchase 256,438 shares of common stock at an exercise price of $4.96 per share. Within 60 days of November 14, 2022, options to purchase an aggregate of 127,774 shares of common stock will have vested. Includes 1,183 shares of common stock.

(4)     On April 27, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock with an exercise price of $10.41 per share. On July 13, 2018, Dr. Chell was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Chell was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Dr. Chell was granted an option to purchase 18,351 shares of common stock at an exercise price of $6.07 per share. On July 1, 2022, Dr. Chell was granted an option to purchase 72,156 shares of common stock at an exercise price of $4.96 per share. All options are subject to vesting. Within 60 days of November 14, 2022, options to purchase an aggregate of 31,334 shares of common stock will have vested.

(5)     On February 18, 2015, Dr. Nicholson was granted an option to purchase 833 shares of common stock with an exercise price of $107.40 per share. On April 15, 2016, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Dr. Nicholson was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Nicholson was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Dr. Nicholson was granted an option to purchase 18,351 shares of common stock at an exercise price of $6.07 per share. On July 1, 2022, Dr. Nicholson was granted an option to purchase 72,156 shares at an exercise price of $4.96 per share. All options are subject to vesting. Within 60 days of November 14, 2022, options to purchase an aggregate of 34,677 shares of common stock will have vested. Includes 333 shares of common stock.

(6)     On March 28, 2017, Dr. Shetty was granted an option to purchase 2,500 shares of common stock with an exercise price of $47.40 per share. On July 13, 2018, Dr. Shetty was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Dr. Shetty was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Dr. Shetty was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Dr. Shetty was granted an option to purchase 18,351 shares of common stock at an exercise price of $6.07 per share. On July 1, 2022, Dr. Shetty was granted an option to purchase 72,156 shares at an exercise price of $4.96 per share. All options are subject to vesting. Within 60 days of November 14, 2022, options to purchase an aggregate of 31,344 shares of common stock will have vested. Includes 757 shares of common stock.

(7)     On December 16, 2013 Mr. Steinhart was granted an option to purchase 1,665 shares of common stock at an exercise price of $201.00 per share. On February 18, 2015, Mr. Steinhart was granted an option to purchase 833 shares of common stock at an exercise price of $107.40 per share. On April 15, 2016, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $59.70 per share. On March 14, 2017, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $41.70 per share. On July 13, 2018, Mr. Steinhart was granted an option to purchase 2,500 shares of common stock at an exercise price of $23.487 per share. On July 12, 2019, Mr. Steinhart was granted an option to purchase 8,333 shares of common stock at an exercise price of $6.96 per share. On August 12, 2020, Mr. Steinhart was granted an option to purchase 8,333 shares of common stock at an exercise price of $9.55 per share. On September 1, 2021, Mr. Steinhart was granted an option to purchase 18,351 shares of common stock at an exercise price of $6.07 per share. On July 1, 2022, Mr. Steinhart was granted an option to purchase 72,156 shares at an exercise price of $4.96 per share. All options are subject to vesting. Within 60 days of November 14, 2022, options to purchase an aggregate of 34,677 shares of common stock will have vested. Includes 316 shares of common stock.

(8)     Includes vested options to purchase 670,336 shares of common stock, restricted stock units of 300,000 shares and 7,970 shares of common stock.

27

# 2023 Definitive Proxy Statement

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**SCHEDULE 14A INFORMATION**

_____

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934**

Filed by the Registrant          ☒

Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

# Actinium Pharmaceuticals, Inc.

(Name of Registrant as Specified In Its Charter)

**N/A**

_____

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

Table of Contents



November 10, 2023

Dear Fellow Stockholders:

You are cordially invited to attend the Annual Meeting of Stockholders (the "Annual Meeting") of Actinium Pharmaceuticals, Inc. to be held at 9:30 a.m., Eastern Time, on November 30, 2023, at The Garden City Hotel, 45 Seventh St, Garden City, NY 11530.

**Annual Meeting Details**

Enclosed with this letter are your Notice of Annual Meeting of Stockholders (the "Notice of Annual Meeting"), proxy statement and proxy card. Also provided is the Company's 2022 Annual Report, which includes our annual report on Form 10-K for the fiscal year ended December 31, 2022. The proxy statement describes the business that will be acted upon at the Annual Meeting. Accordingly, we urge you to review the accompanying material carefully and to promptly return the enclosed proxy card or voting instruction form. Our proxy statement and the 2022 Annual Report are also available at *www.viewproxy.com/actiniumpharma/2023*.

While as of the date of this proxy statement we are intending to hold the Annual Meeting in a physical format, as part of our precautions regarding infectious diseases such as the coronavirus, or COVID-19, other cases that may qualify as *force majeure* events, or other situations that may require exercise of caution in the company's best judgement, we reserve the right to reconsider the date, time, and/or means of convening the Annual Meeting, including holding the Annual Meeting by means of remote communications. If we take this step, we will announce the decision to do so as soon as practicable via a press release that will also be filed with the Securities and Exchange Commission (the "SEC") as proxy material, as well as by posting details on our website at *https://www.actiniumpharma.com/*. Please monitor our SEC filings and check our website regularly until the Annual Meeting for updated information.

You are required to register in advance of the Annual Meeting if you plan to attend the Annual Meeting in person. If you wish to register in advance of the Annual Meeting, please contact our investor relations office by no later than November 20, 2023, by e-mail to investorrelations@actiniumpharma.com, mail to Actinium Pharmaceuticals, Inc., 100 Park Avenue, 23rd Floor, New York, New York 10017, or telephone at (646) 677-3875.

Your vote is very important, regardless of the number of shares of our voting securities that you own. Whether or not you expect to be present at the Annual Meeting, after receiving the Notice of Annual Meeting please vote as promptly as possible to ensure your representation and the presence of a quorum at the Annual Meeting. As an alternative to voting in person at the Annual Meeting, you may vote via the Internet, by telephone, or by signing, dating and returning the proxy card that is enclosed with the Notice of Annual Meeting. If your shares are held in the name of a broker, trust, bank or other nominee, and you receive these materials through your broker or through another intermediary, please complete and return the materials in accordance with the instructions provided to you by such broker or other intermediary or contact your broker directly in order to obtain a proxy issued to you by your nominee holder to attend the Annual Meeting and vote in person at the Annual Meeting. Failure to do so may result in your shares not being eligible to be voted by proxy at the Annual Meeting. On behalf of the Board of Directors, I urge you to submit your vote as soon as possible, even if you currently plan to attend the meeting in person.

On behalf of the team at Actinium,

Sincerely,

/s/ Sandesh Seth

Sandesh Seth

Chairman and Chief Executive Officer

Table of Contents

**EXECUTIVE COMPENSATION**

*The following discussion provides compensation information pursuant to SEC rules and may contain statements regarding future individual and Company performance targets and goals. These targets and goals are disclosed in the limited context of the Company's compensation programs and should not be understood to be statements of management's expectations or estimates of results or other guidance. We specifically caution stockholders not to apply these statements to other contexts.*

The following table sets forth the names and positions of our principal executive officer and our chief financial officer during the year ended December 31, 2022, (collectively our "Named Executive Officers"):

| Name | Position |
|------|----------|
| Sandesh Seth | Chairman and Chief Executive Officer |
| Steve O'Loughlin | Chief Financial Officer |

**Summary Compensation Table**

The following table provides information regarding the compensation earned during the years ended December 31, 2022 and 2021 for our named executive officers.

| Name/Position | Year | Salary | Bonus[1] | Option Awards[2] | All Other Compensation | Total |
|---------------|------|--------|----------|------------------|------------------------|-------|
| Sandesh Seth | 2022 | $ 665,000 | $ 480,000 | $ 2,875,167 | $ — | $ 4,020,167 |
| *Chairman and Chief Executive Officer*[3] | 2021 | $ 615,000 | $ 430,000 | $ 1,290,323 | $ — | $ 2,335,323 |
| Steve O'Loughlin | 2022 | $ 400,000 | $ 185,000 | $ 891,144 | $ — | $ 1,476,144 |
| *Chief Financial Officer* | 2021 | $ 370,000 | $ 150,000 | $ 447,034 | $ — | $ 967,034 |

———————

(1) The bonus disclosed in this column relates to performance in the prior year, but was determined and approved by the Board and was paid in the year disclosed.

(2) The dollar amounts in this column represent the aggregate grant date fair value of all option awards granted during the indicated year. These amounts have been calculated in accordance with FASB ASC Topic 718, using the Black-Scholes option-pricing model. For a discussion of valuation assumptions, see Note 7 to our financial statements in the Annual Report. These amounts do not correspond to the value that may be recognized from the option awards.

(3) In addition to the foregoing, on August 17, 2022, Mr. Seth was granted an award of 300,000 restricted stock units, or RSUs, which were granted in exchange for warrants that Mr. Seth received for services provided to the Company prior to becoming employed by Actinium. These warrants were granted on December 17, 2012 and vested and became exercisable on the 12-month anniversary of the grant date. The warrants were in the money for their entire existence since vesting. Mr. Seth was appointed Chairman of the Board in October 2013, became Executive Chairman in August 2014 and Chief Executive Officer in June 2017. Mr. Seth refrained from exercising the warrants in order to be aligned with the long-term interests of the Company and stockholders. In November 2018, the Board extended the expiration of Mr. Seth's warrants to February 2022. In February 2022, the Company requested that Mr. Seth not exercise the warrants to maintain alignment with the long-term interests of the Company. In exchange for refraining from exercising these warrants, the Board determined to grant Mr. Seth 300,000 RSUs based on the average fair value of the warrants during their vested life based on the Black-Scholes option-pricing model to continue to align Mr. Seth with the long-term interest of the Company and stockholders. The RSU grant was detailed on Form 4 filed with the SEC on August 19, 2022.

On July 1, 2022, Mr. Seth was granted an option to purchase 827,366 shares of common stock and Mr. O'Loughlin was granted an option to purchase 256,438 shares of common stock. The options have an exercise price of $4.96 per share and will expire on July 1, 2032. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from July 1, 2022 until fully vested.

22

Table of Contents

**Narrative Disclosure to Summary Compensation Table**

*Chief Executive Officer Compensation*

On August 12, 2020, we and Mr. Seth entered into an employment agreement whereby Mr. Seth will serve as Chairman and Chief Executive Officer until February 21, 2024, unless terminated earlier as set forth in the employment agreement. On November 1, 2023, we and Mr. Seth entered into an amendment to Mr. Seth's employment agreement extending the term to February 21, 2027. All other material terms and provisions remain unchanged.

Under the terms of the employment agreement, Mr. Seth is entitled to (i) a base salary, which will be determined by the Board and adjusted to be competitively aligned to a range between the 25th and 75th percentile of the relevant market data of chief executive officer positions of similarly situated publicly companies, (ii) a performance bonus with a target of 50% of his annual base salary as well as other multipliers as determined by the Board and (iii) options to purchase shares of common stock of the Company as the Board may grant For 2021, Mr. Seth's annual base salary was set at $615,000, and for 2022, his annual base salary was set at $665,000.

When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the Company's Amended and Restated Stock Plan, (as amended, the "2013 Stock Plan") and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. Seth's continuing service with the Company. Mr. Seth also receives the standard benefits available to other similarly situated employees.

If Mr. Seth's employment as Chief Executive Officer or Chairman is terminated due to death or disability, Mr. Seth will be entitled to earned, but unpaid, salary, benefits and the Pro-Rated Bonus (as defined herein) for the year of termination. Upon termination of his employment for Cause (as defined in the employment agreement), or his resignation without Good Reason (as defined in the employment agreement), Mr. Seth will receive any accrued and unpaid base salary, the Pro-Rated Bonus and benefits through the date of termination.

If we terminate Mr. Seth's employment without Cause, or if Mr. Seth resigns for Good Reason, Mr. Seth will be entitled to (i) a single lump sum payment equal to the 24 months of his compensation, (ii) continued health benefits for 24 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to his annual bonus subject to the achievement of the applicable goals, pro-rated based on the number of days in the Company's fiscal year through the date of termination (the "Pro-Rated Bonus").

In addition, if we terminate Mr. Seth's employment without Cause or if Mr. Seth resigns for Good Reason, or if we fail to renew his position as Chief Executive Officer and Chairman on February 21, 2027, in any case, within the 12-month period beginning on the date of a Change in Control (as defined in the 2013 Stock Plan and 2019 Plan), Mr. Seth will be entitled to (i) a single lump sum payment equal to 30 months of his compensation, (ii) continued health benefits for 30 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to the Pro-Rated Bonus.

On August 17, 2022, Mr. Seth was issued 300,000 restricted stock units, or RSUs, in exchange for warrants issued to him for services provided to the Company prior to being employed by Actinium. These RSUs vest at the earliest of a change of control event, the termination of the recipient's continuous service status for any reason other than by the Company for cause and the third anniversary of the date of the grant.

On July 1, 2022, Mr. Seth was granted an option to purchase 827,366 shares of common stock. The options have an exercise price of $4.96 per share and expire on July 1, 2032. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from the respective dates of grants until fully vested.

23

Table of Contents

*Chief Financial Officer/Principal Financial Officer Compensation*

On August 12, 2020, we entered into an employment agreement with Mr. O'Loughlin, pursuant to which he serves as Chief Financial Officer of the Company. Under the terms of the employment agreement, Mr. O'Loughlin is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2021, Mr. O'Loughlin's annual base salary was set at $370,000, and for 2022, his annual base salary was set at $400,000.

When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the 2013 Stock Plan and 2019 Plan. The options will expire 10 years from the grant date, subject to Mr. O'Loughlin's continuing service with the Company. Mr. O'Loughlin will also receive the standard benefits available to other similarly situated employees.

In addition, if we terminate Mr. O'Loughlin's employment without Cause (as defined in the employment agreement) or if Mr. O'Loughlin resigns for Good Reason (as defined in the employment agreement), in either case, within the 12-month period beginning on the date of a Change in Control, Mr. O'Loughlin will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. O'Loughlin.

On July 1, 2022, Mr. O'Loughlin was granted an option to purchase 256,438 shares of common stock. The options have an exercise price of $4.96 per share and expire on July 1, 2032. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from the respective dates of grants until fully vested.

Table of Contents

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table shows the beneficial ownership of our common stock as of the Record Date held by (i) each person known to us to be the beneficial owner of more than five percent (5%) of any class of our common stock; (ii) each director; (iii) each Named Executive Officer; and (iv) all directors and executive officers as a group.

Beneficial ownership is determined in accordance with the rules of the SEC, and generally includes voting power and/or investment power with respect to the securities held. Shares of common stock subject to options and warrants currently exercisable, or which may become exercisable within 60 days of the Record Date, are deemed outstanding and beneficially owned by the person holding such options or warrants for purposes of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. Except as indicated in the footnotes to this table, the persons or entities named have sole voting and investment power with respect to all shares of our common stock shown as beneficially owned by them.

Unless otherwise indicated, the principal address of each of the persons below is c/o Actinium Pharmaceuticals, Inc., 100 Park Avenue, 23rd Floor, New York, NY 10017.

| Named Beneficial Owner | Number of Shares of Common Stock Beneficially Owned | Percentage of Ownership[a] |
|---|---|---|
| **Beneficial Owners of 5% or More of Our Common Stock** | | |
| Michael Bigger | 1,691,667[1] | 6.6% |
| **Name Executive Officers and Directors** | | |
| Sandesh Seth | 704,753[2] | 2.5% |
| Steve O'Loughlin | 224,139[3] | * |
| Jeffrey W. Chell, M.D. | 54,415[4] | * |
| David Nicholson, Ph.D. | 58,081[5] | * |
| Ajit S. Shetty, Ph.D. | 55,172[6] | * |
| Richard I. Steinhart | 58,064[7] | * |
| **All Directors and Officers as a Group (6 persons)** | 1,154,624[8] | 4.0% |

---

\*    less than 1%

(a) Based on 27,413,441 shares of common stock outstanding as of the Record Date.

(1) The address of record is 2250 Red Springs Drive, Las Vegas, NV 89135. Based on the beneficial owner's Schedule 13G filed February 6, 2023, shares beneficially owned consist of 416,000 shares of Common Stock owned by Bigger Capital Fund, LP ("Bigger Capital"), 708,167 shares of Common Stock owned by District 2 Capital Fund LP ("District 2 CF"), 172,500 shares of Common Stock held by Mr. Bigger through an IRA and another account, 135,000 shares of Common Stock through an IRA held by Patricia Winter, the spouse of Mr. Bigger, and an aggregate of 260,000 shares of Common Stock through an IRA held by the sons of Mr. Bigger. Mr. Bigger is also the beneficial owner of 66,406 shares of Common Stock issuable upon exercise of Warrants owned by Bigger Capital and 96,666 shares of Common Stock issuable upon exercise of Warrants owned by District 2 CF. The warrants are subject to a 4.99% beneficial ownership limit. The number of shares and percentage set forth above assume no exercise of the warrants due to the beneficial ownership limit. Mr. Bigger disclaims beneficial ownership of these securities.

(2) Includes 5,381 shares of common stock and 699,372 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(3) Includes 1,183 shares of common stock and 222,956 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(4) Includes 54,415 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(5) Includes 333 shares of common stock and 57,748 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(6) Includes 757 shares of common stock and 54,415 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(7) Includes 316 shares of common stock and 57,748 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(8) Includes 7,970 shares of common stock and 1,146,654 shares of common stock underlying options that will have vested within 60 days of the Record Date.

# 2024 Definitive Proxy Statement

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**SCHEDULE 14A INFORMATION**

_____

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the Registrant                                                ☒

Filed by a Party other than the Registrant            ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

# Actinium Pharmaceuticals, Inc.

(Name of Registrant as Specified In Its Charter)

**N/A**
_____
(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

Table of Contents



November 05, 2024

Dear Fellow Stockholders:

You are cordially invited to attend the Annual Meeting of Stockholders (the "Annual Meeting") of Actinium Pharmaceuticals, Inc. to be held at 9:30 a.m., Eastern Time, on November 27, 2024, at The Garden City Hotel, 45 Seventh St, Garden City, NY 11530.

**Annual Meeting Details**

Enclosed with this letter are your Notice of Annual Meeting of Stockholders (the "Notice of Annual Meeting"), proxy statement and proxy card. Also provided is the Company's 2023 Annual Report, which includes our annual report on Form 10-K for the fiscal year ended December 31, 2023. The proxy statement describes the business that will be acted upon at the Annual Meeting. Accordingly, we urge you to review the accompanying material carefully and to promptly return the enclosed proxy card or voting instruction form. Our proxy statement and the 2023 Annual Report are also available at *https://web.viewproxy.com/actiniumpharma/2024.*

While as of the date of this proxy statement we are intending to hold the Annual Meeting in a physical format, as part of our precautions regarding infectious diseases such as the coronavirus, or COVID-19, other cases that may qualify as *force majeure* events, or other situations that may require exercise of caution in the company's best judgement, we reserve the right to reconsider the date, time, and/or means of convening the Annual Meeting, including holding the Annual Meeting by means of remote communications. If we take this step, we will announce the decision to do so as soon as practicable via a press release that will also be filed with the Securities and Exchange Commission (the "SEC") as proxy material, as well as by posting details on our website at *https://www.actiniumpharma.com/.* Please monitor our SEC filings and check our website regularly until the Annual Meeting for updated information.

You are required to register in advance of the Annual Meeting if you plan to attend the Annual Meeting in person. If you wish to register in advance of the Annual Meeting, please contact our investor relations office by no later than November 20, 2024, by e-mail to investorrelations@actiniumpharma.com, mail to Actinium Pharmaceuticals, Inc., 100 Park Avenue, 23rd Floor, New York, New York 10017, or telephone at (646) 677-3875.

Your vote is very important, regardless of the number of shares of our voting securities that you own. Whether or not you expect to be present at the Annual Meeting, after receiving the Notice of Annual Meeting please vote as promptly as possible to ensure your representation and the presence of a quorum at the Annual Meeting. As an alternative to voting in person at the Annual Meeting, you may vote via the Internet, by telephone, or by signing, dating and returning the proxy card that is enclosed with the Notice of Annual Meeting. If your shares are held in the name of a broker, trust, bank or other nominee, and you receive these materials through your broker or through another intermediary, please complete and return the materials in accordance with the instructions provided to you by such broker or other intermediary or contact your broker directly in order to obtain a proxy issued to you by your nominee holder to attend the Annual Meeting and vote in person at the Annual Meeting. Failure to do so may result in your shares not being eligible to be voted by proxy at the Annual Meeting. On behalf of the Board of Directors, I urge you to submit your vote as soon as possible, even if you currently plan to attend the meeting in person.

On behalf of the team at Actinium,

Sincerely,

/s/ Sandesh Seth

Sandesh Seth

Chairman and Chief Executive Officer

Table of Contents

**EXECUTIVE COMPENSATION**

*The following discussion provides compensation information pursuant to SEC rules and may contain statements regarding future individual and Company performance targets and goals. These targets and goals are disclosed in the limited context of the Company's compensation programs and should not be understood to be statements of management's expectations or estimates of results or other guidance. We specifically caution stockholders not to apply these statements to other contexts.*

The following table sets forth the names and positions of our principal executive officer and our chief financial officer during the year ended December 31, 2023, (collectively our "Named Executive Officers"):

| Name | Position |
|---|---|
| Sandesh Seth | Chairman and Chief Executive Officer |
| Steve O'Loughlin | Chief Financial Officer |

**Summary Compensation Table**

The following table provides information regarding the compensation earned during the years ended December 31, 2023 and 2022 for our named executive officers.

| Name/Position | Year | Salary | Bonus[1] | Option Awards[2] | All Other Compensation | Total |
|---|---|---|---|---|---|---|
| Sandesh Seth | 2023 | $ 705,000 | $ 500,000 | $ 3,499,999 | $ — | $ 4,704,999 |
| *Chairman and Chief Executive Officer[3]* | 2022 | $ 665,000 | $ 480,000 | $ 2,875,167 | $ — | $ 4,020,167 |
| Steve O'Loughlin | 2023 | $ 420,000 | $ 170,000 | $ 900,000 | $ — | $ 1,490,000 |
| *Chief Financial Officer* | 2022 | $ 400,000 | $ 185,000 | $ 891,144 | $ — | $ 1,476,144 |

———————

(1) The bonus disclosed in this column relates to performance in the prior year, but was determined and approved by the Board and was paid in the year disclosed.

(2) The dollar amounts in this column represent the aggregate grant date fair value of all option awards granted during the indicated year. These amounts have been calculated in accordance with FASB ASC Topic 718, using the Black-Scholes option-pricing model. For a discussion of valuation assumptions, see Note 7 to our financial statements in the Annual Report. These amounts do not correspond to the value that may be recognized from the option awards.

(3) In addition to the foregoing, on August 17, 2022, Mr. Seth was granted an award of 300,000 restricted stock units, or RSUs, which were granted in exchange for warrants that Mr. Seth received for services provided to the Company prior to becoming employed by Actinium. These warrants were granted on December 17, 2012 and vested and became exercisable on the 12-month anniversary of the grant date. The warrants were in the money for their entire existence since vesting. Mr. Seth was appointed Chairman of the Board in October 2013, became Executive Chairman in August 2014 and Chief Executive Officer in June 2017. Mr. Seth refrained from exercising the warrants in order to be aligned with the long-term interests of the Company and stockholders. In November 2018, the Board extended the expiration of Mr. Seth's warrants to February 2022. In February 2022, the Company requested that Mr. Seth not exercise the warrants to maintain alignment with the long-term interests of the Company. In exchange for refraining from exercising these warrants, the Board determined to grant Mr. Seth 300,000 RSUs based on the average fair value of the warrants during their vested life based on the Black-Scholes option-pricing model to continue to align Mr. Seth with the long-term interest of the Company and stockholders. The RSU grant was detailed on Form 4 filed with the SEC on August 19, 2022.

On December 28, 2023, Mr. Seth was granted an option to purchase 984,367 shares of common stock and Mr. O'Loughlin was granted an option to purchase 253,123 shares of common stock. The options have an exercise price of $5.00 per share and will expire on December 28, 2033. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from the date of grant.

**Narrative Disclosure to Summary Compensation Table**

*Chief Executive Officer Compensation*

On August 12, 2020, we and Mr. Seth entered into an employment agreement whereby Mr. Seth will serve as Chairman and Chief Executive Officer until February 21, 2024. On November 1, 2023, we and Mr. Seth entered into an amendment to Mr. Seth's employment agreement extending the term to February 21, 2027. All other material terms and provisions remain unchanged.

22

Table of Contents

Under the terms of the employment agreement, Mr. Seth is entitled to (i) a base salary, which will be determined by the Board and adjusted to be competitively aligned to a range between the 25th and 75th percentile of the relevant market data of chief executive officer positions of similarly situated publicly companies, (ii) a performance bonus with a target of 50% of his annual base salary as well as other multipliers as determined by the Board and (iii) options to purchase shares of common stock of the Company as the Board may grant For 2022, Mr. Seth's annual base salary was set at $665,000, and for 2023, his annual base salary was set at $705,000.

When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the Company's Amended and Restated 2019 Stock Plan. The options will expire 10 years from the grant date, subject to Mr. Seth's continuing service with the Company. Mr. Seth also receives the standard benefits available to other similarly situated employees.

If Mr. Seth's employment as Chief Executive Officer or Chairman is terminated due to death or disability, Mr. Seth will be entitled to earned, but unpaid, salary, benefits and the Pro-Rated Bonus (as defined herein) for the year of termination. Upon termination of his employment for Cause (as defined in the employment agreement), or his resignation without Good Reason (as defined in the employment agreement), Mr. Seth will receive any accrued and unpaid base salary, the Pro-Rated Bonus and benefits through the date of termination.

If we terminate Mr. Seth's employment without Cause, or if Mr. Seth resigns for Good Reason, Mr. Seth will be entitled to (i) a single lump sum payment equal to the 24 months of his compensation, (ii) continued health benefits for 24 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to his annual bonus subject to the achievement of the applicable goals, pro-rated based on the number of days in the Company's fiscal year through the date of termination (the "Pro-Rated Bonus").

In addition, if we terminate Mr. Seth's employment without Cause or if Mr. Seth resigns for Good Reason, or if we fail to renew his position as Chief Executive Officer and Chairman on February 21, 2027, in any case, within the 12-month period beginning on the date of a Change in Control (as defined in the 2013 Stock Plan and 2019 Plan), Mr. Seth will be entitled to (i) a single lump sum payment equal to 30 months of his compensation, (ii) continued health benefits for 30 months, (iii) immediate vesting of all outstanding equity awards granted to Mr. Seth, and (iv) a single lump sum payment equal to the Pro-Rated Bonus.

On August 17, 2022, Mr. Seth was issued 300,000 restricted stock units, or RSUs, in exchange for warrants issued to him for services provided to the Company prior to being employed by Actinium. These RSUs vest at the earliest of a change of control event, the termination of the recipient's continuous service status for any reason other than by the Company for cause and the third anniversary of the date of the grant.

On December 28, 2023, Mr. Seth was granted an option to purchase 984,367 shares of common stock. The options have an exercise price of $5.00 per share and will expire on December 28, 2033. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from the date of grant.

*Chief Financial Officer/Principal Financial Officer Compensation*

On August 12, 2020, we entered into an employment agreement with Mr. O'Loughlin, pursuant to which he serves as Chief Financial Officer of the Company. Under the terms of the employment agreement, Mr. O'Loughlin is entitled to (i) a base salary, which shall be determined by the Board, (ii) a performance bonus, which may be up to 30% of the annual base salary based upon the achievement of certain objectives such as the Board shall determine and (iii) options to purchase shares of common stock of the Company as the Board may grant. For 2022, Mr. O'Loughlin's annual base salary was set at $400,000, and for 2023, his annual base salary was set at $420,000.

When and if granted, options will have an exercise price equal to the closing price of the Company's common stock on the date of the approval, and 2% of the grant will vest each month from the grant date until fully vested, in accordance with the Company's Amended and Restated 2019 Stock Plan. The options will expire 10 years from the grant date, subject to Mr. O'Loughlin's continuing service with the Company. Mr. O'Loughlin also receives the standard benefits available to other similarly situated employees.

23

Table of Contents

In addition, if we terminate Mr. O'Loughlin's employment without Cause (as defined in the employment agreement) or if Mr. O'Loughlin resigns for Good Reason (as defined in the employment agreement), in either case, within the 12-month period beginning on the date of a Change in Control, Mr. O'Loughlin will be entitled to (i) a single lump sum payment equal to his annual base salary, (ii) continued health benefits for 12 months, and (iii) immediate vesting of all outstanding equity awards granted to Mr. O'Loughlin.

On December 28, 2023, Mr. O'Loughlin was granted an option to purchase 253,123 shares of common stock. The options have an exercise price of $5.00 per share and will expire on December 28, 2033. Pursuant to the terms of the Company's Amended and Restated 2019 Stock Plan, 2% of the options will vest each month from the date of grant.

24

Table of Contents

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table shows the beneficial ownership of our common stock as of the Record Date held by (i) each person known to us to be the beneficial owner of more than five percent (5%) of any class of our voting securities; (ii) each director; (iii) each Named Executive Officer; and (iv) all directors and executive officers as a group.

Beneficial ownership is determined in accordance with the rules of the SEC, and generally includes voting power and/or investment power with respect to the securities held. Shares of common stock subject to options and warrants currently exercisable, or which may become exercisable within 60 days of the Record Date, are deemed outstanding and beneficially owned by the person holding such options or warrants for purposes of computing the number of shares and percentage beneficially owned by such person, but are not deemed outstanding for purposes of computing the percentage beneficially owned by any other person. Except as indicated in the footnotes to this table, the persons or entities named have sole voting and investment power with respect to all shares of our common stock shown as beneficially owned by them.

Unless otherwise indicated, the principal address of each of the persons below is c/o Actinium Pharmaceuticals, Inc., 100 Park Avenue, 23rd Floor, New York, NY 10017.

| Named Beneficial Owner | Number of Shares of Common Stock Beneficially Owned | Percentage of Ownership[a] |
|---|---|---|
| **Beneficial Owners of 5% or More of Our Common Stock** | | |
| Michael Bigger | 1,895,202[1] | 6.1% |
| BlackRock, Inc. | 1,691,914[2] | 5.4 |
| **Name Executive Officers and Directors** | | |
| Sandesh Seth | 1,232,501[3] | 3.8% |
| Steve O'Loughlin | 384,051[4] | 1.2 |
| Jeffrey W. Chell, M.D. | 94,703[5] | * |
| David Nicholson, Ph.D. | 98,369[6] | * |
| Ajit S. Shetty, Ph.D. | 98,793[7] | * |
| Richard I. Steinhart | 98,352[8] | * |
| June S. Almenoff, M.D., Ph.D. | 0[9] | * |
| **All Directors and Officers as a Group (7 persons)** | 2,006,769[10] | 6.0% |

————————

\*    less than 1%

(a)    Based on 31,195,891 shares of common stock outstanding as of the Record Date.

(1)    The address of record is 2250 Red Springs Drive, Las Vegas, NV 89135. Based on the beneficial owner's Schedule 13G filed February 9, 2024, shares beneficially owned consist of 441,104 shares of Common Stock owned by Bigger Capital Fund, LP ("Bigger Capital"), 826,428 shares of Common Stock owned by District 2 Capital Fund LP ("District 2 CF"), 177,670 shares of Common Stock held by Mr. Bigger through an IRA and another account, 150,000 shares of Common Stock through an IRA held by Patricia Winter, the spouse of Mr. Bigger, and an aggregate of 300,000 shares of Common Stock through an IRA held by the sons of Mr. Bigger. Mr. Bigger is also the beneficial owner of 66,406 shares of Common Stock issuable upon exercise of Warrants owned by Bigger Capital and 96,666 shares of Common Stock issuable upon exercise of Warrants owned by District 2 CF. The warrants are subject to a 4.99% beneficial ownership limit. The number of shares and percentage set forth above assume no exercise of the warrants due to the beneficial ownership limit. Mr. Bigger disclaims beneficial ownership of these securities.

(2)    The address of record is 50 Hudson Yards, New York, NY 10001. Based on the beneficial owner's Schedule 13G filed January 29, 2024

(3)    Includes 5,381 shares of common stock and 1,227,120 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(4)    Includes 1,183 shares of common stock and 382,868 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(5)    Includes 94,703 shares of common stock underlying options that will have vested within 60 days of the Record Date.

30

Table of Contents

(6)    Includes 333 shares of common stock and 98,036 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(7)    Includes 757 shares of common stock and 98,036 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(8)    Includes 316 shares of common stock and 98,036 shares of common stock underlying options that will have vested within 60 days of the Record Date.

(9)    June S. Almenoff was appointed to Actinium's Board of Directors on November 1, 2024 and had no shares of common stock or shares of common stock underlying options that will have vested within 60 days of the Record Date.

(10)    Includes 7,970 shares of common stock and 1,998,799 shares of common stock underlying options that will have vested within 60 days of the Record Date.