# Exhibit T

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

**FORM 10-K**

---

(Mark One)

☒ Annual Report Under Section 13 Or 15(d) Of The Securities Exchange Act Of 1934

For the fiscal year ended **December 31, 2013**

or

☐ Transition Report Under Section 13 Or 15(d) Of The Securities Exchange Act Of 1934

For the transition period from _____ to _____

**COMMISSION FILE NUMBER: 000-52446**

**ACTINIUM PHARMACEUTICALS, INC.**
(Exact name of registrant as specified in its charter)

| **Delaware** | **88-0378336** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**501 Fifth Avenue, 3rd Floor**
**New York, NY, 10017**
(Address of principal executive offices)(Zip Code)

**(646) 459-4201**
Registrant's telephone number, including area code

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of the chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 126-2 of the act): Yes ☐ No ☒

The aggregate market value of voting stock held by nonaffiliates of the registrant as of June 30, 2013, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price of the common stock on the OTCQB on June 28, 2013 was $56,555,717.

As of February 26, 2014, 25,324,978 shares of common stock, $0.001 par value per share, were outstanding.

**Table of Contents**

Page

PART I

| | | |
|---|---|---|
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 12 |
| Item 1B. | Unresolved Staff Comments | 24 |
| Item 2. | Properties | 24 |
| Item 3. | Legal Proceedings | 24 |
| Item 4. | Mine Safety Disclosures | 24 |

PART II

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholders Matters, and Issuer Purchases of Equity Securities | 25 |
| Item 6. | Selected Financial Data | 26 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 27 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 32 |
| Item 8. | Financial Statements and Supplementary Data | F-1 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 33 |
| Item 9A. | Controls and Procedures | 33 |
| Item 9B. | Other Information | 34 |

PART III

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 36 |
| Item 11. | Executive Compensation | 41 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 46 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 47 |
| Item 14. | Principal Accountant Fees and Services | 49 |

PART IV

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 50 |
| Signature Page | | 53 |

Iomab-B

Iomab-B is our product currently in preparation for a pivotal Phase 3 multicenter clinical trial. It consists of the monoclonal antibody BC8 and beta emitting radioisotope iodine 131 (I-131). The indication for that trial is bone marrow conditioning for hematopoietic stem cell transplant in relapsed and refractory AML patients over the age of 55.

Previous Iomab-B clinical trials leading to the Phase 3 trial currently in preparation included:

| Diseases | N | Key Findings |
| --- | --- | --- |
| AML, MDS, ALL (adult) | 34 | -7/34 patients with median disease free state (DFS) of 17 years.<br>-18/34 patients in remission at day 80 |
| AML >1st remission (adult) | 23 | -15/23 in remission at day 28 |
| AML 1st remission (age 16-50) | 43 | -23/43 DFS from 5-16 years<br>-30/43 in remission at day 28<br>-33/43 in remission at day 80 |
| High-risk MDS, advanced AML (age 50+) | 68 in dose escalation study<br>31 treated at MTD | -CR (complete remission) in all patients<br>-1 yr survival ~40% for all patients<br>-1 yr survival ~45% for pts treated at MTD (maximum tolerated dose) |
| High-risk MDS, AML (age 18- 50) | 14 in dose escalation | All patients achieved full donor chimerism by day 28 post-transplant |
| High-risk MDS, AML -haploidentical donors (adult) | 8 in dose escalation | -6/8 treated patients achieved CR by day.28<br>-8/8 patients 100% donor chimerism by day28 |

Ongoing Iomab-B clinical trials include:

| Diseases | Phase |
| --- | --- |
| Relapsed and refractory Hodgkin Lymphoma and NHL (adult) | Phase 1 |
| Advanced AML, ALL and MDS (adult) | Phase 2 |
| AML 1st remission (age 16-50) | Phase 2 |
| High-risk MDS, advanced AML (age 16-50) | Phase 2 |

There are additional ongoing clinical trials with BC8 antibody labeled with yttrium 90 (Y-90).

Phase 3 Iomab-B clinical trial in preparation:

The FDA agreed to the Phase 3 clinical trial design as follows:
-Single pivotal study, pending trial results;
-Patient population: refractory AML patients over the age of 55, where refractory includes primary and secondary refractory and relapsed after <6 months in complete remission;
-Trial arms: study arm and control arm with physician's choice of conventional care with curative intent; and
-Trial size: 150 patients total (75 patients per arm).

**Operations**

Our current operations are primarily focused on furthering the development of its lead clinical drug candidates Actimab™-A and Iomab™-B. In the case of Actimab™-A, key ongoing activities include progressing a multi-center Phase 1/2 trial, support for an ongoing Phase 1 clinical trial at MSKCC, managing isotope and other materials supply chain, and managing the manufacturing of the finished drug candidate product. We have secured access to much of the currently available world reserves of Ac-225 and Bi-213 through a renewable contractual arrangement with the United States Department of Energy (DOE). We project that these quantities are sufficient to support early stages of commercialization of alpha isotopes based products. The Company has also developed its own proprietary process for industrial scale Ac-225 production in a cyclotron in quantities adequate to support full product commercialization.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following person on behalf of the Registrant.

Dated: February 28, 2014

**ACTINIUM PHARMACEUTICALS, INC.**

By:  /s/ Kaushik J. Dave
Kaushik J. Dave
President,Chief Executive Officer and Interim Chief Financial Officer
(Duly Authorized Officer,Principal Executive Officer and Principal Financial and
Accounting Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following person on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Kaushik J. Dave<br>Kaushik J. Dave | President, Chief Executive Officer, Interim Chief Financial Officer and Director<br>(Principal Executive Officer and Principal Financial and Accounting Officer) | February 28, 2014 |
| /s/ Sandesh Seth<br>Sandesh Seth | Director (Chairman of the Board) | February 28, 2014 |
| /s/ David Nicholson<br>David Nicholson | Director | February 28, 2014 |
| /s/ Richard I. Steinhart | Director | February 28, 2014 |
| /s/ Sergio Traversa<br>Sergio Traversa | Director | February 28, 2014 |

52