# Exhibit A

**FDA U.S. FOOD & DRUG**
ADMINISTRATION

IND 124526

**MEETING MINUTES**

Actinium Pharmaceuticals, Inc.
Attention: Mamata Gokhale, M.Sc., PhD., RAC
VP, Global Head of Regulatory Affairs
275 Madison Avenue, Suite 702
New York, NY 10016

Dear Dr. Gokhale:

Please refer to your investigational new drug application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for IOMAB-B.

We also refer to the teleconference between representatives of your firm and the FDA on June 25, 2020. The purpose of the meeting was to discuss Actinium's proposal to change the current primary end point in the ongoing Phase 3 SIERRA trial and to discuss the use of the GSA approach to analyze it.

A copy of the official minutes of the teleconference is enclosed for your information. Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, call Rachel McMullen, Senior Regulatory Project Manager at (240) 402-4574.

Sincerely,

*{See appended electronic signature page}*

Donna Przepiorka, MD, PhD
Clinical Team Lead
Division of Hematologic Malignancies 1
Office of Oncologic Diseases
Center for Drug Evaluation and Research

Enclosure:
• Meeting Minutes

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Ex. A - Page 1

**FDA** **U.S. FOOD & DRUG**
ADMINISTRATION

# MEMORANDUM OF MEETING MINUTES

**Meeting Type:** A
**Meeting Category:** Discuss primary endpoint change in Phase 3 Trial

**Meeting Date and Time:** June 25, 2020; 1:00-2:00PM (ET)
**Meeting Location:** Teleconference

**Application Number:** IND 124526
**Product Name:** IOMAB-B
**Indication:** Conditioning treatment in combination with Fludarabine and low intensity Total Body Irradiation prior to Hematopoietic Stem Cell Transplant (HCT) in R/R AML
**Sponsor Name:** Actinium Pharmaceuticals, Inc.

**Regulatory Pathway:** 351(a) of the Public Health Service Act

**Meeting Chair:** Donna Przepiorka, MD, PhD
**Meeting Recorder:** Rachel McMullen, MPH, MHA

## FDA ATTENDEES

### Office of Oncologic Diseases (OOD)/Division of Hematologic Malignancies 1 (DHM1)
Angelo de Claro, MD, Director (Acting)
Donna Przepiorka, MD, PhD, Clinical Team Leader
Robert Le, MD, PhD, Clinical Reviewer
Rachel McMullen, MPH, MHA, Senior Regulatory Project Manager

### Office of Biostatistics
Jonathon Vallejo, PhD, Team Leader
Xin Wang, PhD, Statistical Reviewer

## SPONSOR ATTENDEES

### Actinium Pharmaceuticals, Inc.
Mark Berger, MD, Chief Medical Officer
Vijay Reddy, MD, PhD, VP Clinical Development and Chief of Transplant
James MacDougall, PhD, Senior Biostatistics Consultant
Mamata Gokhale, PhD, RAC, VP Regulatory Affairs

Ex. A - Page 2

IND 124526
Page 2

## 1.0    BACKGROUND

IOMAB-B is a radio-iodinated murine IgG1 monoclonal antibody targeting the CD45 antigen. Actinium Pharmaceuticals (the Sponsor) is developing IOMAB-B for use in hematopoietic stem cell transplantation (HSCT) preparative regimens. Initial clinical development was conducted by the Fred Hutchinson Cancer Research Center, and Actinium is continuing development under IND 124526. FDA provided advice on the drug development program at a Type B PIND meeting on 9/1/2015.

On May 27, 2020, Actinium requested a Type A meeting to seek Agency feedback and agreement on the proposed revision of the primary endpoint from complete remission lasting 180 days (dCR) to event-free survival (EFS) in Study Iomab-01 (SIERRA).

***Supporting Clinical Trials****:*

| Protocol | Phase | Population | Treatment | Endpoints |
|---|---|---|---|---|
| Study 1432 (Completed) (FHCRC) | Phase 1/2 (n=79) Single-arm | Subjects > 50 years old with relapsed or refractory AML | Iomab-B (dose escalation) plus RIC regimen | 1°- Safety, MTD 2°- OS, DFS |
| Iomab-01 (SIERRA) (Ongoing) | Phase 3 (n=150) Randomized, multicenter | Subjects > 55 years old with relapsed or refractory CD45+ AML | Randomized to:<br>• Iomab-B + RIC/HSCT<br>• Conventional Care | 1°- durable CR 2°- OS |

**Figure 3 SIERRA Trial Design**



\*Control arm subjects with no CR offered crossover
\*\*Wide range of flexible options at physicians discretion

FDA sent preliminary comments to Actinium on June 16, 2020.

Reference ID: 4631728

IND 124526

Page 3

## 2.0     DISCUSSION

*Question 1*: *Does the FDA agree with the rationale for changing the primary endpoint?*

**FDA Response:**  No. We have concerns about your plan to change the primary endpoint in the middle of the open-label randomized phase 3 trial after completing 69% (104/150) enrollment of the planned subjects. See also response to Question 2.

**DISCUSSION: See Discussion under Question 2.**

*Question 2*: *Does the FDA agree with EFS as the newly proposed primary endpoint for SIERRA trial?*

**FDA Response:** No. We do not believe that adding EFS as an endpoint to be formally tested would be appropriate. The trial has already enrolled 69% of the planned number of patients, and 53% of patients on the control arm have already crossed over to the treatment arm. As crossover is conditional on not reaching CR, partial information regarding CR in the control arm is known. We also note that no change in endpoint was prospectively planned for this trial, so that this would constitute an unplanned design adaptation driven in part by trial data. While these trial data are not comparative, the unplanned nature of such a change is extremely suspect. You may consider adding EFS as an exploratory endpoint instead.

Additionally, we do not agree with your proposed definition that "EFS is defined as the interval from the date of randomization to the date of treatment failure (persistent disease or progressive disease), relapse after initial CR/CRp, or death from any cause, whichever occurs first".  For regulatory purposes, the accepted definition of EFS is defined as the time from randomization to the date of induction treatment failure (ITF), relapse for those who have induction treatment success (e.g. CR), or death from any cause, whichever comes first. ITF is defined as failure to achieve the initial interim efficacy endpoint (e.g. CR) within a prespecified period of time, and day 1 of treatment should be assigned as the event date for patients with ITF.  For patients who achieve induction treatment success and are alive and in remission at the data cut-off, EFS should be censored at the last assessment date.

**DISCUSSION: FDA stated that they agree that EFS may be added but not as the primary endpoint. FDA further stated that consideration of EFS as an endpoint and the associated analyses will be a review issue. FDA will provide further comment regarding the acceptability of EFS as a secondary endpoint upon review of an amended protocol and SAP.  FDA recommended OS as the key secondary endpoint. The Sponsor agreed to submit the SAP for review with a full explanation of the plan and supporting sensitivity analyses.**

*Question 3*: *Does the FDA agree with the GSA approach to analyze the EFS in the SIERRA trial?*

Reference ID: 4631728

**FDA Response:** While the GSA approach may address the interval-censored nature of the EFS data in general, this approach is not generally acceptable for regulatory decision-making. Note that use of such an approach relies heavily on the assumption that assessments will occur within the prespecified assessment windows. For instance, should many patients arrive 7 days prior to the planned assessment during "Grouped Time Interval 2", these patients would be grouped into Time Interval 1 for the control arm and Time Interval 2 for the treatment arm. Please refer to the Oncologic Drugs Advisory Committee held on 05/03/2004 for further discussion regarding the difficulty of interpreting response-based time-to-event endpoints when assessment schedule varies between arms.

**DISCUSSION:  The Sponsor asked if there were any additional comments on the GSA approach and in the revised plan.  FDA noted that there were none pending review of the revised SAP.**

**The Sponsor asked about how to apply the ITF definition using the GSA approach.  FDA indicated it would be acceptable to use period 1 for patients with induction failure. FDA noted that in general, induction failure should be assigned as an event occurring on Day 1. FDA stated that while using period 1 in the GSA method is similar, this practice highlights a key difference between the proposed definition of EFS and the usual FDA-accepted version of EFS. FDA reiterated that such differences, in combination with previously mentioned challenges, would make it unlikely that EFS would be considered for regulatory use.**

*Question 4: Does the FDA have feedback on the event rate-based power analysis of EFS as a Measure of Primary Efficacy in SIERRA trial?*

**FDA Response:** Please refer to FDA's response to Questions 1-3. EFS will not be considered a regulatory endpoint for this trial. However, the rate-based power analyses appear correct.

**DISCUSSION: There was no discussion.**

*Question 5: Does the FDA have feedback on the draft study protocol Iomab-01 (Appendix 1)?*

**FDA Response:** Yes.  We have the following comments:

a. The protocol specifies on Page 107 that "for the secondary endpoint of OS in subjects randomized to Conventional Care who crossover to Iomab-B versus all other Conventional Care subjects, the survival rate in the Control Arm subjects who did not have CR or CRp established by Day 42 and cross over to receive Iomab-B will be compared to all other patients in the Conventional Care arm". However, the crossover subjects from Conventional Care arm include those who don't achieve

Reference ID: 4631728

IND 124526

Page 5

CR/CRp by Day 42 and those who have progressive disease on Day 14 or later. Please justify why the patients who cross over due to progressive disease on Day 14 or later are included in "all other patients in the Conventional Care arm" rather than Crossover Cohort.

b.  For regulatory purposes, the definition of complete remission in Table 5 would not be accepted. We recommend that you revise the target platelet count to greater than 100 Gi/L (rather than the "not greater than or equal to" currently in Table 5).

**DISCUSSION: There was no discussion.**

***Question 6:*** *Does the FDA have feedback on the draft SAP (Appendix 2)?*

**FDA Response:** Yes. We have the following comments:

c.  The protocol specifies that the following secondary endpoints will be tested, in order, if the primary endpoint is declared to be significant: OS at 1 year from randomization, OS in subjects randomized to CC who crossover to Iomab-B versus all other CC subjects, dCR. OS should be analyzed over the entire duration of follow-up for all subjects. In addition, OS in subjects randomized to CC who crossover to Iomab-B versus all other CC subjects will be considered an exploratory endpoint and will not be considered for labeling or regulatory decision-making. While such a comparison may provide useful supportive evidence, it relies on post-randomization subgroups which cannot be adjusted for without strong assumptions which are not likely to be met (e.g. unmeasured confounding). We recommend you update your testing hierarchy accordingly.

d.  We note that the "Study Estimands" section of the SAP does not include discussion of crossover as an intercurrent event for dCR. Consequently, it is not clear whether dCR can be achieved after crossover. The SAP should clearly state that dCR can only be achieved while receiving the randomized treatment and not after crossover.

e.  The SAP states on page 11 that "In general, subjects in the CC treatment group will have an event (as defined in Section 7.1.1) prior to receiving Iomab-B therapy (i.e., as illustrated in Figure 1) and, as such, this will not be an intercurrent event. However, if a CC patient receives Iomab-B therapy prior to having an event, a "Treatment policy" strategy is being applied." This phrasing suggests that patients randomized to the control arm may receive Iomab-B while in remission. As the protocol indicates that failure to achieve a CR is a requirement for crossover, it is not clear under which conditions such crossover would occur. We note that, as written, such crossover would constitute a major protocol violation. Please clarify under what conditions this scenario is anticipated. If the incidence of such crossover is high, the study results are not likely to be interpretable.

Reference ID: 4631728

IND 124526
Page 6

f.  The SAP specifies on page 28 that subjects who do not have an EFS event will be censored at "the date of the last visit with non-missing assessments to determine CR/CRp", and on page 48 that the EFS analysis dataset will be constructed in the way that censoring occurs at the withdrawal time. This does not fully cover how dataset is constructed under all the possible scenarios of censoring other than withdrawal from study (e.g. loss to follow up or missed assessment). If this endpoint is to be used, the SAP should clearly specify the censoring rules under all possible scenarios.

g.  The SAP does not specify whether the futility stopping boundary for interim analysis is non-binding or binding.

h.  The SAP specifies the primary analysis for dCR on Page 52 as testing the difference using the Fisher's exact test and computing its 95% CI using Newcombe Wilson Score method. Please justify why different methods are used for hypothesis testing and CI calculation.

**DISCUSSION:  The Sponsor explained that the primary analysis would use the Fisher's exact test, and they would change to another exact method for computing the 95% CI for the difference in proportions. FDA agreed that this approach was acceptable.**

**ADDITIONAL CLINICAL COMMENT:**

1.  We note that the design of SIERRA does not isolate the treatment effect of IOMAB-B.  We caution that in order for SIERRA to support a marketing application, you would need to provide additional data demonstrating that IOMAB-B contributed to the activity of the investigational arm (e.g., the observed difference between arms is not due to the HSCT backbone alone).  Additionally, quantitation of the treatment effect for IOMAB-B is needed in order to allow for a risk-benefit analysis.

**DISCUSSION: The Sponsor explained that it was previously determined that Flu/TBI would not be used in the control.  FDA explained that it would still be necessary to show that IOMAB-B added to the treatment effect.  FDA agreed that might be supported by historical data, but there would need to be a prospectively defined plan for such a comparison.**

### 3.0    OTHER IMPORTANT MEETING INFORMATION

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (codified at section 505B of the Federal Food, Drug, and Cosmetic Act (FD&C Act), 21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new

Reference ID: 4631728

IND 124526
Page 7

indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived or deferred (see section 505B(a)(1)(A) of the FD&C Act). Applications for drugs or biological products for which orphan designation has been granted that otherwise would be subject to the requirements of section 505B(a)(1)(A) are exempt pursuant to section 505B(k)(1) from the PREA requirement to conduct pediatric assessments.

Title V of the FDA Reauthorization Act of 2017 (FDARA) amended the statute to create section 505B(a)(1)(B), which requires that any original marketing application for certain adult oncology drugs (i.e., those intended for treatment of an adult cancer and with molecular targets that FDA has determined to be substantially relevant to the growth or progression of a pediatric cancer) that are submitted on or after August 18, 2020, contain reports of molecularly targeted pediatric cancer investigations. See link to list of relevant molecular targets below. These molecularly targeted pediatric cancer investigations must be "designed to yield clinically meaningful pediatric study data, gathered using appropriate formulations for each age group for which the study is required, regarding dosing, safety, and preliminary efficacy to inform potential pediatric labeling" (section 505B(a)(3)). Applications for drugs or biological products for which orphan designation has been granted and which are subject to the requirements of section 505B(a)(1)(B), however, will not be exempt from PREA (see section 505B(k)(2)) and will be required to include plans to conduct the molecularly targeted pediatric investigations as required, unless such investigations are waived or deferred.

Under section 505B(e)(2)(A)(i) of the FD&C Act, you must submit an Initial Pediatric Study Plan (iPSP) within 60 days of an End of Phase 2 (EOP2) meeting, or such other time as agreed upon with FDA. (In the absence of an EOP2 meeting, refer to the draft guidance below.) The iPSP must contain an outline of the pediatric assessment(s) or molecularly targeted pediatric cancer investigation(s) that you plan to conduct (including, to the extent practicable study objectives and design, age groups, relevant endpoints, and statistical approach); any request for a deferral, partial waiver, or waiver, if applicable, along with any supporting documentation; and any previously negotiated pediatric plans with other regulatory authorities. The iPSP should be submitted in PDF and Word format. Failure to include an Agreed iPSP with a marketing application could result in a refuse to file action.

For additional guidance on the timing, content, and submission of the iPSP, including an iPSP Template, please refer to the draft guidance for industry *Pediatric Study Plans: Content of and Process for Submitting Initial Pediatric Study Plans and Amended Pediatric Study Plans*.

For the latest version of the molecular target list, please refer to FDA.gov.[1]

---

[1] https://www.fda.gov/about-fda/oncology-center-excellence/pediatric-oncology

Reference ID: 4631728

IND 124526
Page 8

## FDARA REQUIREMENTS

Sponsors planning to submit original applications on or after August 18, 2020 or sponsors who are uncertain of their submission date may request a meeting with the Oncology Center of Excellence Pediatric Oncology Program to discuss preparation of the sponsor's initial pediatric study plan (iPSP) for a drug/biologic that is intended to treat a serious or life-threatening disease/ condition which includes addressing the amendments to PREA (Sec. 505B of the FD &C Act) for early evaluation in the pediatric population of new drugs directed at a target that the FDA deems substantively relevant to the growth or progression of one or more types of cancer in children. The purpose of these meetings will be to discuss the Agency's current thinking about the relevance of a specific target and the specific expectations for early assessment in the pediatric population unless substantive justification for a waiver or deferral can be provided. Meetings requests should be sent to the appropriate review division with the cover letter clearly stating "**MEETING REQUEST FOR PREPARATION OF iPSP MEETING UNDER FDARA.**" These meetings will be scheduled within 30 days of meeting request receipt. The Agency strongly advises the complete meeting package be submitted at the same time as the meeting request. Sponsors should consult the guidance for industry, *Formal Meetings Between the FDA and Sponsors or Applicants*, to ensure open lines of dialogue before and during their drug development process.

In addition, you may contact the OCE Subcommittee of PeRC Regulatory Project Manager by email at OCEPERC@fda.hhs.gov. For further guidance on pediatric product development, please refer to FDA.gov.[2]

## SUBMISSION FORMAT REQUIREMENTS

The Electronic Common Technical Document (eCTD) is CDER and CBER's standard format for electronic regulatory submissions. The following submission types: **NDA, ANDA, BLA, Master File** (except Type III) and **Commercial INDs** must be submitted in eCTD format. Submissions that do not adhere to the requirements stated in the eCTD Guidance will be subject to rejection. For more information please visit FDA.gov.[3]

The FDA Electronic Submissions Gateway (ESG) is the central transmission point for sending information electronically to the FDA and enables the secure submission of regulatory information for review. Submissions less than 10 GB must be submitted via the ESG. For submissions that are greater than 10 GB, refer to the FDA technical specification *Specification for Transmitting Electronic Submissions using eCTD Specifications*. For additional information, see FDA.gov.[4]

---

[2] https://www.fda.gov/drugs/development-resources/pediatric-and-maternal-health-product-development
[3] http://www.fda.gov/ectd
[4] http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway

Reference ID: 4631728

IND 124526
Page 9

## **SECURE EMAIL COMMUNICATIONS**

Secure email is required for all email communications from FDA when confidential information (e.g., trade secrets, manufacturing, or patient information) is included in the message. To receive email communications from FDA that include confidential information (e.g., information requests, labeling revisions, courtesy copies of letters), you must establish secure email. To establish secure email with FDA, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

## 4.0    ISSUES REQUIRING FURTHER DISCUSSION
There were no issues requiring further discussion.

## 5.0    ACTION ITEMS
None.

## 6.0    ATTACHMENTS AND HANDOUTS
A copy of the Sponsor's presentation materials is attached for reference.

Reference ID: 4631728

**IND 124526**
**FDA and Actinium Pharmaceuticals Inc. Type A meeting**
**25 June, 2020**
**1-2PM EST**

**Discussion Points requested by Actinium Pharmaceuticals Inc. (Actinium) in response to FDA's preliminary comments [Reference ID: 4146955] dated 16 June, 2020**

**Actinium acknowledges FDA's comments on all of our questions and requests to focus the meeting discussion on the questions in the following order and time allotted below:**

| Question No. | Time for discussion (minutes) |
|---|---|
| 1 and 2 | 10 |
| 3 | 20 |
| Additional Clinical Comment | 20 |
| 6 | 5 |
| 4 and 5 | 5 |

*Question 1*

*Does the FDA agree with the rationale for changing the primary endpoint?*

**FDA's Response to Question 1:** No. We have concerns about your plan to change the primary endpoint in the middle of the open-label randomized phase 3 trial after completing 69% (104/150) enrollment of the planned subjects. See also response to Question 2.

**Actinium's response to FDA's response on Question 1:**

We will retain Durable Complete Remission (dCR), defined as the achievement of durable CR (Complete Remission) or CRp (Complete Remission with incomplete platelet recovery) of 180 days or more, as the primary end point.

*Question 2*

*Does the FDA agree with EFS as the newly proposed primary endpoint for SIERRA trial?*

**FDA's response to Question 2**

No. We do not believe that adding EFS as an endpoint to be formally tested would be appropriate. The trial has already enrolled 69% of the planned number of patients, and 53% of patients on the control arm have already crossed over to the treatment arm. As crossover is conditional on not reaching CR, partial information regarding CR in the control arm is known. We also note that no change in endpoint was prospectively planned for this trial, so that this would constitute an unplanned design adaptation driven in part by trial data. While these trial

1

Ex. A - Page 11

data are not comparative, the unplanned nature of such a change is extremely suspect. You may consider adding EFS as an exploratory endpoint instead.

Additionally, we do not agree with your proposed definition that "EFS is defined as the interval from the date of randomization to the date of treatment failure (persistent disease or progressive disease), relapse after initial CR/CRp, or death from any cause, whichever occurs first". For regulatory purposes, the accepted definition of EFS is defined as the time from randomization to the date of induction treatment failure (ITF), relapse for those who have induction treatment success (e.g. CR), or death from any cause, whichever comes first. ITF is defined as failure to achieve the initial interim efficacy endpoint (e.g. CR) within a prespecified period of time, and day 1 of treatment should be assigned as the event date for patients with ITF. For patients who achieve induction treatment success and are alive and in remission at the data cut-off, EFS should be censored at the last assessment date.

**Actinium's response to FDA's response on Question 2:**

Response to first paragraph

We appreciate the feedback on adding EFS as an endpoint for formally testing as the primary end point. We also want to address the Agency's concern over the unplanned nature of such a change being extremely suspect because Actinium has been totally transparent about the extent of our knowledge of this open label trial data. Please refer to different sections of the briefing document as well as the SIERRA protocol as listed below,

- Because the study physician needs to coordinate the manufacture and supply of Iomab-B, which is manufactured on demand weekly, Actinium is not blinded to the rate of crossover patients from the CC arm to receive Iomab-B (briefing document section 11.3).
- The data presented in Section 15.2 of the briefing document are safety related based on the adverse events, post-transplant engraftment, and 100 day post-transplant non-relapse mortality.
- These data were compiled by Actinium based on safety monitoring as well as the review of subject eligibility for cross over upon failing to achieve CR/CRp in the CC arm as specified in the study protocol Iomab-01 Revision 07 submitted in SN0077 on January 9, 2020 (briefing document section 11.3).
- The post-transplant engraftment data, as presented in Table 8 in the briefing document were obtained as one aspect of monitoring the safety of Iomab-B/fludarabine/TBI conditioning therapy for allogeneic HCT.  Information on engraftment of patients receiving salvage therapy, failing to achieve CR/CRp, and then receiving Iomab-B/fludarabine/TBI conditioning therapy for allogeneic was not available prior to the SIERRA study, and monitoring of engraftment in these patients provided new safety data. Engraftment data on CC arm patients who attained remission and then received allogeneic HCT with conventional conditioning was performed as an internal control. The data on CC arm patients who attained CR/CRp are not unexpected as they are consistent with the literature known to Actinium with respect to achievement of CR or CR+CRi or CRh as captured in Table 5 in the briefing document. Full citations (see footnotes a to f to Table 5) from the literature were provided in the briefing document

2

Reference ID: 4631728

(briefing document section 14.5). Matching data columns are in highlighted columns in Tables 1 and 2.

**Table 1 (Table 8 from the briefing document) Engraftment Post Transplant**

| Days[a] | Iomab-B Arm (N=37) | Conventional Care Arm (N=38) | |
|---|---|---|---|
| | **Underwent Iomab-B – based Conditioning and HCT** <br><br> **84% (N=31/37)[b]** | **Achieved CR and received standard of care HCT** <br><br> **18% (N=7/38)** | **Did not Achieve CR (N=31/38), Crossed over, Iomab-B/HCT** <br><br> **100% (N=20/20)[c]** |
| Days to Neutrophil Engraftment | 15 (9-22)[d] <br> No Graft Failure | 18 (13-82)[e] <br> 1 Graft Failure | 14 (10-37)[f] <br> No Graft Failure |
| Days to Platelet Engraftment | 20 (4-39)[d] | 22 (9-35)[e] | 19 (13-38)[f] |
| Days to HCT (Post Randomization) | 30 (23-50) | 67 (51-86) | 64 (44-161)[g] |

a) Reported as Median (range)
b) No therapy dose in 6 patients due to either declining KPS (3 patients) or Infusion reaction (1 patient) or unfavorable biodistribution (1 patient) or post-randomization eligibility (1 patient); 2/6 patients did not receive dosimetric infusion, 4/6 patients received dosimetric infusion without proceeding to therapeutic infusion.
c) 9 patients ineligible for crossover due to either hospice care/progression (4 patients) or declined/ineligible for HCT (2 patients) or died pre-crossover (3 patients); 2 patients were eligible for crossover but did not receive Iomab-B due to declining status, received dosimetric infusion without proceeding to therapeutic infusion.
d) ANC engraftment data not available (1 patient), platelet engraftment data not available (4 patients)
e) ANC and platelet engraftment data not available (1 patient), engraftment failure (1 patient)
f) ANC engraftment data not available (1) out of 20, platelet engraftment data not available (3 patients)
g) 1 patient at 161 days had delayed transplant due to infection and respiratory failure, received Iomab-B and HCT when stable

3

**Table 2 (Table 5 from the briefing document) Treatment Outcomes with Newly Approved Therapies in Relapse/Refractory Acute Myeloid Leukemia Patients**

| Treatment | Response Rate (%) | | Overall Transplant Rate (%) | Median Overall Survival (months) |
|---|---|---|---|---|
| | CR[*] | CR+CRi or CRh[**] | | |
| Elacytarabine[a] | 15% | 23% | 11.2% | 3.5 |
| Gilterinib[b] | 21.1% | 34.0% | 22.1% | 9.3 |
| Ivosidenib[c] | 21.8% | 30.2% | 8.5% | 8.8 |
| Enosidenib[d] | 19.6% | 28.9% | 8.9% | 9.3 |
| Venetoclax + HMA[e] | 4.6% | 11.6% | 4.6% | 3.0 |
| Venetoclax[f] (800 mg daily) | 6% | 19% | 3% | 4.7 |

[*]CR = Complete Remission
[**]CRi = Complete Remission with incomplete blood count recovery, CRh = Complete Remission with incomplete hematological recovery
[a]Roboz et al, J Clin Oncol. 2014;32(18):1919-1926
[b]Perl et al, N Engl J Med. 2019;381(18):1728-1740
[c]DiNardo et al, N Engl J Med. 2018;378(25):2386-2398
[d]Stein et al, Blood. 2017;130(6):722-731
[e]DiNardo et al, Am J Hematol. 2018;93(3):401-407
[f]Konopleva et al. Cancer Discov; 6(10); 1106–17

ï   The data compilation by Actinium as presented in Section 15.2 of the briefing document has no material impact on the evaluation of the primary end point in SIERRA trial, other than confirming that the rate of remission in the CC arm is consistent with expectations from the literature.

ï   The SIERRA study is monitored by an independent Data Monitoring Committee. As a sponsor, Actinium remains blinded to the proceedings of the DMC and has received only recommendations regarding continuation of the trial (briefing document section 11.3).

ï   An independent blinded three-member Endpoint Adjudication Committee (EAC) will review the data for all subjects to verify both initial CR and CRp, dCR, relapse, and non-response and will perform an unbiased and consistent adjudication of EFS. An EAC Charter, detailing all aspects of the EAC's scope of review and procedures, will be provided in a separate document (as mentioned in draft study protocol Iomab-01 Revision 08, synopsis and sections 5.1, 5.5, 10.1.1.1, 10.1.1.2 and 12.4).

ï   Actinium has not performed nor received any interim efficacy analysis of the SIERRA trial for any efficacy endpoint, including dCR and EFS (briefing document section 11.3).

ï   Neither the DMC nor the EAC were consulted or involved with the proposed the change in the primary endpoint from dCR to EFS. The proposal to change the primary endpoint from dCR to EFS was based on the following:
   o   dCR is poorly understood by transplant physicians
   o   Standard evaluation after allogeneic HCT is at 100 days
   o   Physicians do not routinely do a BM exam at 180 days after HCT and, in the SIERRA trial, need to be reminded to do so.

ï   EFS is a continuous endpoint that reflects attainment of CR, durability of CR, and survival.

4

- ï dCR is a dichotomous endpoint, it does not distinguish between patients with 180 days of CR and, for instance, 300 days of CR.
- ï EFS is a more precise and clinically relevant test of the efficacy of a treatment than is dCR.
- ï EFS is more widely understood and accepted by transplant physicians than dCR.
- ï The EFS endpoint has been used as a primary endpoint for approval in AML. EFS was the primary endpoint for ALFA-0701 study and for approval of gemtuzumab ozogamacin (Mylotarg$^{TM}$).

Response to second paragraph

The definition of EFS that we used was based on the definition used for regulatory approval of Mylotarg$^{TM}$ BLA on August 31, 2017 for treatment of newly-diagnosed CD33-positive acute myeloid leukemia (AML) in adults and the recent extension to include pediatric patients 1 month and older, approved on 16 June, 2020 where event-free survival (EFS) was measured from the date of trial entry until induction failure, relapse, or death by any cause.

We appreciate the definition provided by the FDA in the preliminary response and seek further clarification on the ITF, whether ITF is assigned to Day 1 of treatment or to the Day of induction failure. Based on the clarification, we will revise the definition of EFS.

Based on the fact that our knowledge of midpoint SIERRA trial data is safety related, matches well with what is already known from the published literature and has no bearing on formal testing of EFS, we believe that EFS (per the revised definition in our response to Question 3) should be included as a secondary end point in SIERRA protocol rather than as an exploratory end point as recommended.

Is this proposal acceptable to the FDA?

*Question 3*

***Does the FDA agree with the GSA approach to analyze the EFS in the SIERRA trial?***

**FDA's response Question 3:**

While the GSA approach may address the interval-censored nature of the EFS data in general, this approach is not generally acceptable for regulatory decision-making. Note that use of such an approach relies heavily on the assumption that assessments will occur within the prespecified assessment windows. For instance, should many patients arrive 7 days prior to the planned assessment during "Grouped Time Interval 2", these patients would be grouped into Time Interval 1 for the control arm and Time Interval 2 for the treatment arm. Please refer to the Oncologic Drugs Advisory Committee held on 05/03/2004 for further discussion regarding the difficulty of interpreting response-based time-to-event endpoints when assessment schedule varies between arms.

5

Ex. A - Page 15

**<u>Actinium's response to FDA's response on Question 3:</u>**

We propose the following approach to addressing agency's concern regarding patients being grouped into time intervals:

- The upper and lower bounds of the grouped time intervals have been updated to increase the number of days between the planned assessment times and the grouped time interval boundaries (see Table 1).

- The analysis will be modified such that, if a subject in the Conventional Care arm has a scheduled assessment visit which occurs in a grouped time interval earlier than the corresponding grouped time interval as presented in Table 1 for that visit, the later grouped time interval from Table 1 will be used for this Conventional Care subject visit. Conversely, if a subject in the Iomab-B arm has a scheduled assessment visit which occurs in a grouped time interval later than the corresponding grouped time interval as presented in Table 1, the earlier grouped time interval from Table 1 will be used for this Iomab-B subject visit. This is a conservative approach to addressing the concern of assessment occurring outside of the corresponding grouped time interval.

We anticipate that the rate of scheduled assessment visits occurring outside of the corresponding grouped time intervals as presented in Table 1 will be low. These instances will be clearly documented in a separate table and will be handled using the conservative approach described above.

We agree with the agency regarding the difficulty of interpreting response-based time-to-event endpoints when assessment schedule varies between arms and the issues raised at the Oncologic Drugs Advisory Committee meeting held on 05/03/2004. As discussed in Stone et al, 2007, grouped survival analysis (GSA) methods are recommended for situations like this as using grouped time intervals instead of the actual times will minimize the impact of bias due to the differing assessment times on the EFS endpoint by essentially setting the events occurring within a grouped time interval to a common time for the analysis. We believe that these changes to the GSA method address the concerns raised by the agency and justifies including EFS as a secondary endpoint.

6

Reference ID: 4631728

**Table 3 Updated Proposed Time Intervals for Grouped Event-Free Survival Analysis**

| Grouped Time Interval | Group Time Interval Relative to Randomization (Days) | | | Iomab-B Arm | | Conventional Care Arm | |
|---|---|---|---|---|---|---|---|
| | Interval Lower Bound (inclusive) | Interval Upper Bound (inclusive) | Interval Length (days) | Day Relative to HCT | Day Relative to Randomization[a] | Day Relative to First Dose | Day Relative to Randomization[b] |
| 1 | 0 | 77 | 78 | -50 to -22 | 0 | 0 | 3 |
| | | | | --[c] | --[c] | 14 | 17 |
| | | | | 0 (day of HCT) | 28 | 28-42 | 31-45 |
| | | | | 28 ($\pm$3 days) | 56 | 56 ($\pm$3 days) | 59 |
| 2 | 78 | 180 | 103 | 56 ($\pm$3 days) | 84 | 84 ($\pm$3 days) | 87 |
| | | | | 84 ($\pm$3 days) | 112 | 100 ($\pm$3 days) | 103 |
| | | | | 100 ($\pm$3 days) | 128 | --[d] | --[d] |
| 3 | 181 | 279 | 99 | 180 (+7 days)[e] | 236 | 180 (+7 days)[e] | 211 |
| 4 | 280 | 372 | 93 | 273 ($\pm$14 days)[e] | 329 | 273 ($\pm$14 days)[e] | 304 |
| 5 | 373 | 606 | 234 | 365 ($\pm$14 days)[e] | 421 | 365 ($\pm$14 days)[e] | 396 |
| 6 | 607 | 965 | 359 | 730 ($\pm$28 days)[e] | 786 | 730 ($\pm$28 days)[e] | 771 |
| 7 | 966 | 1330 | 365 | 1095 ($\pm$28 days)[e] | 1151 | 1095 ($\pm$28 days)[e] | 1126 |
| 8 | 1331 | 1695 | 365 | 1460 ($\pm$28 days)[e] | 1516 | 1460 ($\pm$28 days)[e] | 1491 |
| 9 | 1696 | 1971[f] | 276 | 1825 ($\pm$28 days)[e] | 1881 | 1825 ($\pm$28 days)[e] | 1856 |

[a] The median value of 28 days was added as the number of days between randomization and HCT.
[b] The median value of 3 days was added as the number of days between randomization and initiating salvage chemotherapy (per protocol it should not exceed 14 days, unless clinical circumstances require a delay).
[c] The Iomab-B arm has only 2 visits in this time interval compared to the 3 visits in the CC arm.
[d] The CC arm has only 2 visits in this time interval compared to the 3 visits in the Iomab-B arm.
[e] The 180 day visit and subsequent visits are relative to the patients initial assessment of CR/CRp (i.e., not date of HCT or first dose of salvage chemotherapy), which is assumed to be 28 days after HCT for Iomab-B patients and 28 days after initiating salvage chemotherapy for the CC patients.
[f] This has been set at 90 days after the last scheduled visit in the Iomab-B arm (1881 days after randomization), however if a subject has a final Month 60 study beyond this window it will be included in grouped time interval 9.

7

Ex. A - Page 17

*Question 4*

**Does the FDA have feedback on the event rate-based power analysis of EFS as a Measure of Primary Efficacy in SIERRA trial?**

**FDA's response to Question 4:**

Please refer to FDA's response to Questions 1-3. EFS will not be considered a regulatory endpoint for this trial. However, the rate-based power analyses appear correct.

**Actinium's response to FDA's response on Question 4:**

Please see our response to FDA's response to Question 3.

*Question 5*

**Does the FDA have feedback on the draft study protocol Iomab-01 (Appendix 1)?**

**FDA's response to Question 5:**

Yes. We have the following comments:

a. The protocol specifies on Page 107 that "for the secondary endpoint of OS in subjects randomized to Conventional Care who crossover to Iomab-B versus all other Conventional Care subjects, the survival rate in the Control Arm subjects who did not have CR or CRp established by Day 42 and cross over to receive Iomab-B will be compared to all other patients in the Conventional Care arm". However, the crossover subjects from Conventional Care arm include those who don't achieve CR/CRp by Day 42 and those who have progressive disease on Day 14 or later. Please justify why the patients who cross over due to progressive disease on Day 14 or later are included in "all other patients in the Conventional Care arm" rather than Crossover Cohort.

b. For regulatory purposes, the definition of complete remission in Table 5 would not be accepted. We recommend that you revise the target platelet count to greater than 100 Gi/L (rather than the "not greater than or equal to" currently in Table 5).

**Actinium's response to FDA's response on Question 5:**

Actinium agrees and will update the protocol.

a. We agree and will include the patients who cross over due to progressive disease on Day 14 or later in the Crossover Cohort.

b. We agree and will revise the target platelet count as recommended.

8

Reference ID: 4631728

*Question 6*

***Does the FDA have feedback on the draft SAP (Appendix 2)?***

**FDA's response to Question 6:**


Yes. We have the following comments:

c. The protocol specifies that the following secondary endpoints will be tested, in order, if the primary endpoint is declared to be significant: OS at 1 year from randomization, OS in subjects randomized to CC who crossover to Iomab-B versus all other CC subjects, dCR. OS should be analyzed over the entire duration of follow-up for all subjects. In addition, OS in subjects randomized to CC who crossover to Iomab-B versus all other CC subjects will be considered an exploratory endpoint and will not be considered for labeling or regulatory decision-making. While such a comparison may provide useful supportive evidence, it relies on post randomization subgroups which cannot be adjusted for without strong assumptions which are not likely to be met (e.g. unmeasured confounding). We recommend you update your testing hierarchy accordingly.

d. We note that the "Study Estimands" section of the SAP does not include discussion of crossover as an intercurrent event for dCR. Consequently, it is not clear whether dCR can be achieved after crossover. The SAP should clearly state that dCR can only be achieved while receiving the randomized treatment and not after crossover.

e. The SAP states on page 11 that "In general, subjects in the CC treatment group will have an event (as defined in Section 7.1.1) prior to receiving Iomab-B therapy (i.e., as illustrated in Figure 1) and, as such, this will not be an intercurrent event. However, if a CC patient receives Iomab-B therapy prior to having an event, a "Treatment policy" strategy is being applied." This phrasing suggests that patients randomized to the control arm may receive Iomab-B while in remission. As the protocol indicates that failure to achieve a CR is a requirement for crossover, it is not clear under which conditions such crossover would occur. We note that, as written, such crossover would constitute a major protocol violation. Please clarify under what conditions this scenario is anticipated. If the incidence of such crossover is high, the study results are not likely to be interpretable.

f. The SAP specifies on page 28 that subjects who do not have an EFS event will be censored at "the date of the last visit with non-missing assessments to determine CR/CRp", and on page 48 that the EFS analysis dataset will be constructed in the way that censoring occurs at the withdrawal time. This does not fully cover how dataset is constructed under all the possible scenarios of censoring other than withdrawal from study (e.g. loss to follow up or missed assessment). If this endpoint is to be used, the SAP should clearly specify the censoring rules under all possible scenarios.

g. The SAP does not specify whether the futility stopping boundary for interim analysis is non-binding or binding.

9

h. The SAP specifies the primary analysis for dCR on Page 52 as testing the difference using the Fisher's exact test and computing its 95% CI using Newcombe Wilson Score method. Please justify why different methods are used for hypothesis testing and CI calculation.

**Actinium's response to FDA's response on Question 6c:**

The secondary endpoint OS at 1 year from randomization will be modified to Overall Survival over the duration of follow-up for all subjects.  The set of secondary endpoints will be modified to Overall Survival and Event-Free Survival. The OS in subjects randomized to CC who crossover to Iomab-B versus all other CC subjects endpoint will be moved to an exploratory endpoint.

**Actinium's response to FDA's response on Question 6d:**

The study estimands description for the dCR endpoint will be updated to address crossover in the Conventional Care subjects. A subject in the Conventional Care arm will have an event, as defined by the investigator, prior to crossover (i.e., receiving Iomab-B).  However, the final determination of an event is determined by an independent blinded Endpoint Adjudication Committee (EAC). Although unlikely, given the nature of the events, it is possible that the EAC may not agree with the investigator and a Conventional Care subject may receive Iomab-B and the EAC may not agree with the Investigator relative to the event. Given the nature of these events, it is anticipated that the incidence of these discordances will be very low and will identified in the study report.  If a Conventional Care arm patient receives Iomab-B and the EAC disagrees with the investigators assessment, a subject may still meet the dCR endpoint in this scenario.

**Actinium's response to FDA's response on Question 6e:**

A subject in the Conventional Care arm will have an event, as defined by the investigator, prior crossover (i.e., receiving Iomab-B).  However, the final determination of an event is determined by an independent blinded Endpoint Adjudication Committee (EAC). Although unlikely, given the nature of the events, it is possible that the EAC may not agree with the investigator and a Conventional Care subject may receive Iomab-B and the EAC may not agree with the Investigator relative to the event. Given the nature of these events, it is anticipated that the incidence of these discordances will be very low and will identified in the study report.

**Actinium's response to FDA's response on Question 6f:**

The SAP will be updated to clearly specify the censoring rules under all possible scenarios.

**Actinium's response to FDA's response on Question 6g:**

The SAP will be updated to specify that the interim analysis is non-binding.

Reference ID: 4631728

**Actinium's response to FDA's response on Question 6h:**

The SAP will be updated such that an exact confidence interval method will be used instead of the Newcombe Wilson Score method. The exact unconditional confidence limits method of Chan and Zhang (1999) as implemented in SAS Proc Freq will be used. The acceptance or rejection of the dCR null hypothesis will be based on Fisher's Exact test.

**ADDITIONAL CLINICAL COMMENT:**

1. We note that the design of SIERRA does not isolate the treatment effect of IOMAB-B. We caution that in order for SIERRA to support a marketing application, you would need to provide additional data demonstrating that IOMAB-B contributed to the activity of the investigational arm (e.g., the observed difference between arms is not due to the HSCT backbone alone). Additionally, quantitation of the treatment effect for IOMAB-B is needed in order to allow for a risk-benefit analysis.

**Actinium's response to FDA's Additional Clinical Comment:**

We appreciate the caution that design of SIERRA does not isolate the treatment effect of IOMAB-B. The design of the SIERRA trial was discussed and agreed with the FDA with the clear understanding that this was a trial for regulatory approval. The intent of this multicenter Phase 3 study to support the marketing application was stated in the study protocol (section 3.4) and the adequacy of the study design to support licensure was confirmed during the PIND meeting.

Please also note that there are no approved conditioning regimens for older patients with R/R AML.

The original proposal was for a single-arm trial, as the literature documented the poor response rate of older patients with relapsed and refractory AML receiving SOC salvage therapy. The fludarabine/TBI regimen alone has not been approved as a therapeutic regimen for conditioning and is not considered to have adequate activity to be used as conditioning for older patients with R/R AML having active disease. A control arm using only fludarabine/TBI reduced intensity conditioning was not considered to be viable as both parties understood that this conditioning regimen alone was not adequate for this population of patients with active relapsed, refractory disease prior to allogeneic HCT. Such a study, of course, would be the best way to isolate the effects of Iomab-B treatment since that would be the only difference between the arms, but was considered to be unethical. The present design comparing conditioning with Iomab-B/fludarabine/TBI with SOC salvage therapy was agreed with the FDA as an approval trial, depending, of course, on the results of the trial.

The majority of patients ≥55 years of age are not eligible to receive myeloablative conditioning, including the patients in the SIERRA trial, and reduced intensity options are limited. Fludarabine/TBI is a non-myeloablative conditioning regimen, suitable for patients in remission, but not sufficient as conditioning for older AML patients with active disease. This is well demonstrated by CIBMTR data showing that flu/low-dose TBI is very rarely used as a preparative regimen for allogeneic transplant. The data show that only 16/2267 (0.7%) of

11

Reference ID: 4631728

patients aged ≥55 with relapsed or refractory AML received fludarabine/TBI conditioning for allogeneic HCT over a 7 year period (see below). In addition, literature reports confirm that fludarabine/TBI is rarely used as a preparative regimen for allogeneic transplant even in highly selected older patients due to lack of myeloablative intensity required to eradicate active, relapsed or refractory AML. The few reports that do exist are consistent with the lack of efficacy of fludarabine/TBI conditioning for such patients. Thus, fludarabine/TBI was not used as the control arm for the SIERRA study, nor was a SOC conditioning regimen available for these patients. The FDA reviewed the protocol with Iomab-B/fludarabine/TBI in the experimental arm and SOC salvage therapy in the control arm and accepted the current study design as documented in the PIND minutes.

In contrast, the doses of Iomab-B used in SIERRA are myeloablative and are administered in order to markedly reduce the AML burden prior to transplant.  In order to isolate the treatment effect of Iomab-B, we present data from the SIERRA trial documenting clearance of all peripheral blood blasts within a week of the administration of the therapeutic dose of Iomab-B alone (see below). This marked decrease in leukemia burden prior to fludarabine/TBI administration allows patients to have universal engraftment without delay which we have documented in the SIERRA trial (see below). We also present data from a study using Iomab-B as the sole conditioning agent for autologous HCT in patients with lymphoma, demonstrating the effectiveness of Iomab-B to provide single agent conditioning activity (see below).  These data together quantitate the treatment effect of Iomab-B when used together with fludarabine/TBI for conditioning prior to allogeneic HCT.

To summarize, we have demonstrated the contribution of Iomab-B to the combination conditioning regimen and put in context the lack of effectiveness of a fludarabine/TBI conditioning regimen alone in the older patients with relapsed and refractory AML who are enrolled in the SIERRA study.

History behind SIERRA study Design:

To provide historical context based on our personal communication with Dr. John Pagel who was IND Sponsor-Investigator at Fred Hutchinson Cancer Research Center (FHCRC), SIERRA study design was initially discussed as a single arm study as documented in the EOP2 FDA meeting minutes dated April 1, 2013 [Reference ID: 3285892] under IND 003771. During this discussion, a control arm using only fludarabine/TBI reduced intensity conditioning was not considered to be viable as both Dr. Pagel and the FDA understood that this conditioning regimen alone was not adequate for this population of patients with active relapsed, refractory disease prior to allogeneic hematopoietic stem cell transplant (HCT). Unfortunately this rationale was not documented in the meeting minutes. We will provide a letter addressing this issue from Dr. Pagel before the meeting. Later per the FDA recommendations, SIERRA trial design was changed to a randomized trial with conventional care (salvage chemotherapy) as the control arm and was agreed to during the Type C meeting discussion led by Dr. John Pagel as noted in the FDA meeting minutes dated July 19, 2013 [Reference ID: 3343968] under IND 003771. Again, there was no consideration given to the fludarabine+ low-dose TBI as a standalone control arm. Acceptance of the same trial design was confirmed with Actinium per PIND meeting minutes dated September 2, 2015 [Reference ID: 3814677] for IND 124526 under Actinium ownership.

12

There was no recommendation from the FDA to demonstrate the treatment effect of Iomab-B alone. The design of the SIERRA study was discussed and agreed with the FDA with the clear understanding that this was a trial for regulatory approval  The intent of this multicenter Phase 3 study to support the marketing application was stated in the study protocol (section 3.4) and the adequacy of the study design to support licensure was confirmed during the PIND meeting.

CIBMTR Data:

The fact that the fludarabine/TBI regimen alone is not sufficient as conditioning for older AML patients with active relapsed and refractory disease is also well reflected by CIBMTR data showing that Flu+ low-dose is very rarely used as a preparative regimen for allogeneic transplant. The data show that only 16/2267 (0.7%) of patients aged ≥55 with relapsed or refractory AML received fludarabine + low dose TBI conditioning for allogeneic HCT over a 7 year period.

Actinium  obtained these data from CIBMTR in order to evaluate the efficacy of HCT in adult patients with R/R AML who received fludarabine and 200 cGy TBI as a preparative regimen. A summary of the findings is provided below. Actinium can provide the entire report if needed.

| Time Period: 2008 – 2015 (CIBMTR Analysis), pages 1-4 | |
| --- | --- |
| Number of patients aged ≥55 with relapsed or refractory AML, patients who underwent allogeneic transplants in the US | 2267 |
| Number of patients of age ≥55 had reduced intensity regimens | 1069 |
| Number of patients who were treated with reduced intensity TBI alone or in combination with other agents | 117 |
| Number of patients who received low dose TBI and fludarabine, and who meet current SIERRA trial criteria of age ≥55 and transplants from 8/8 HLA matched donors | 16 |

Note that 12 patients from FHCRC were excluded from this outcomes analysis since CIBMTR did not collect information on additional targeted therapy (e.g. radiolabeled antibodies like Iomab-B) when they were added to fludarabine + low dose TBI. It is likely that the FHCRC used these agents for R/R AML along with fludarabine + low dose TBI conditioning, since Study 1432 was being conducted at FHCRC during this time.

Therefore, we have outcomes data for 16 patients with R/R AML who received only reduced intensity fludarabine + low dose TBI conditioning prior to allogeneic HCT. Only 2 of the 16 patients are alive and in remission with a median follow up of 77 months (range: 60-95 months). The majority (n=12, 75%) of these patients relapsed at a median time of 3 months (range: 1 – 12 months) and subsequently died in relapse.

These data confirm that older patients with R/R AML rarely undergo allogeneic transplant with

13

fludarabine + low-dose TBI as the outcomes in general are very poor.

Literature on fludarabine + low dose TBI (fludarabine/TBI):

Several literature reports confirm that fludarabine + low-dose TBI is rarely used as a preparative regimen for allogeneic transplant and document that this is rarely effective even in highly selected older patients with relapsed and refractory AML. Full citations are attached for the ease of reference and are also summarized below:

- Since the majority of R/R AML patients (~80% or more) do not achieve a CR with salvage chemotherapy (Armistead, 2009), attempts have been made to improve their outcomes by administering a reduced intensity/non-myeloablative conditioning followed directly by HCT in patients with active disease.
- Hegenbart et al. (2006) reported the outcomes of reduced intensity preparative regimens in 122 patients with AML who were not considered candidates for conventional transplantation due to age and/or other known risk factors, and this report was expanded to include 274 patients with longer follow up by Gyurkocza et al. (2010). These 274 patients were treated with 200 cGy TBI, with or without fludarabine. Of these, only 15 patients had active disease at the time of transplant. Their median blast count was only 11%, compared to the median blast count of patients in the Iomab-B arm of the SIERRA trial where the median blast count is 30%  as presented in section 15.2.1 of the briefing document .  While this article does not give additional details of these patients, we have personal communication from the first author Dr. Gyurkocza regarding the age and blast counts at transplant. Of the 15 patients, only 9 were of age ≥55 with active disease (BM Blasts >5% or peripheral blasts), and only 5 had active disease documented with median blasts of 7% (range 4-12%).  Thus, there are limited and essentially anecdotal literature data on the use of fludarabine/TBI conditioning in highly selected older patients with relapsed and refractory disease.

Single agent activity and antileukemic effect of Iomab prior to HCT in SIERRA trial:

In contrast to the available data on fludarabine + low-dose TBI alone, the doses of Iomab-B used in SIERRA trial (from 350-1030 mCi) are myeloablative and are administered in order to markedly reduce the AML burden prior to transplant. In order to isolate the treatment effect of Iomab-B, we present data from the SIERRA trial in Figure 1 documenting clearance of all peripheral blood blasts within a week of the administration of the therapeutic dose of Iomab-B alone.

14

Reference ID: 4631728

**Figure 1 Absolute Blast Reduction Following Iomab-B Therapeutic Dose**



Data shown in Figure 1 were evaluated for the first 25% of patients enrolled in the SIERRA study (N = 38). Twenty-nine patients received Iomab-B, either directly (N = 19) or via crossover (N = 10). Median baseline marrow blasts were 30% (4-74) for Iomab-B and 24% (6-70%) for CC, which increased to 45% (10-70%) at crossover. Peripheral blast data was available in 16 patients (Iomab 7, Crossover 9). By day 3 post-Iomab, blasts were reduced by 98% with 100% reduction by day 8 (assuming 0% blasts due to lack of differential at WBC 0.1; Table 1). All patients engrafted with ANC at a median of 13 days (9-22 days). Targeted re-induction radioimmunotherapy with single agent Iomab-B rapidly decreases peripheral blasts in chemotherapy refractory AML.

This marked decrease in leukemia burden prior to fludarabine/TBI administration allowed patients to have universal engraftment without delay which we have documented in the SIERRA trial. These data on engraftment with Iomab-B were included in Table 8 in section 15.2.3 of the briefing document and is also included in our response to FDA response on question 2.

We have demonstrated the contribution of Iomab-B to the combination conditioning regimen and put in context the lack of effectiveness of a fludarabine/TBI conditioning regimen alone in the older patients with relapsed and refractory AML who are enrolled in the SIERRA study.

Iomab-B alone in autologous HCT setting:

As reported by Cassaday et al, 2019, Iomab-B was used as the sole conditioning agent for autologous HCT in patients with lymphoma, demonstrating the effectiveness of Iomab-B to provide single agent conditioning activity. This study at FHCRC documented the myeloablative effect of Iomab-B as a single agent for preparative therapy in high risk lymphoma prior to

15

Ex. A - Page 25

autologous transplantation. In 16 patients with high-risk B-cell (n=7) or T-cell (n=3) non-Hodgkin lymphoma and Hodgkin lymphoma (6) who were treated with Iomab-B alone followed by autologous stem cell transplantation (ASCT), the overall response rate at one month was 54% despite a median of 3 prior lines of chemotherapy and 56%  having documented chemo-refractory disease. There were no protocol defined DLT events noted, and all patients engrafted after myeloablative radiation was delivered to the bone marrow by Iomab-B. The 1-year and 3-year Kaplan-Meier estimates of PFS were 50% and 31%, respectively, while the 1-year and 3-year OS estimates were 81% and 55%, respectively.  The median PFS and OS were 11 (95% CI = 4 months to infinity) and not reached (29 months to infinity).  These data support the use of single agent Iomab-B as a myeloablative conditioning therapy prior to autologous transplantation.

These data together quantitate the treatment effect of Iomab-B when used together with fludarabine/TBI for conditioning prior to allogeneic HCT as well as when used alone prior to autologous HCT.

16

Reference ID: 4631728

**From:**                    Diane Myers
**Sent:**                    Tuesday, September 24, 2013 2:35 PM
**To:**                      Matt Henwood
**Subject:**                 FW: FDA


Diane P. Myers
SVP, Regulatory Affairs & QA
Office:  484-395-2407
Mobile: 610-613-2688
Fax:  484-395-2401

---

**From:** Pagel, John M [mailto:jpagel@fhcrc.org]
**Sent:** Thursday, June 06, 2013 4:03 PM
**To:** Dragan Cicic (dcicic@actiniumpharmaceuticals.com); Gerri Henwood; Davies, Jennifer C; Lake, Victoria (Tory); Diane Myers; Almeda, Monina M
**Subject:** FDA

Hi

I received a voice-mail today from Ann Ferrell and Al Deisseroth at the FDA.  They noted:

1.   They are "happy and comfortable with the design of the study"
2.   The problem is with the statistics and in particular the duration of CR as it is defined with regard to equipoise and analysis.  The tats team is meeting and they will be back to us with questions.

They did leave a call back number if I have questions(301-796-4864 for Deisseroth).  I will not plan to call at this time until we see the questions.  Let me know if you have other thoughts.

John

**John M. Pagel, MD, PhD**
Fred Hutchinson Cancer Research Center
1100 Fairview Ave. N., D5-380
Seattle, WA  98109
(o) 206-667-1868
(f) 206-667-4111

Ex. A - Page 27

**From:** Diane Myers
**Sent:** Tuesday, September 24, 2013 2:36 PM
**To:** Matt Henwood
**Subject:** FW: IND 003771

Diane P. Myers

SVP, Regulatory Affairs & QA

Office:  484-395-2407

Mobile:  610-613-2688

Fax:  484-395-2401

---

**From:** Pagel, John M [mailto:jpagel@fhcrc.org]
**Sent:** Tuesday, June 11, 2013 7:52 PM
**To:** Dragan Cicic (dcicic@actiniumpharmaceuticals.com); Davies, Jennifer C; Lake, Victoria (Tory); Gerri Henwood; Diane Myers; Almeda, Monina M; csc@weidu4u.com
**Subject:** FW: IND 003771

Dear All,

I want to give a follow up to my phone conversation today with Dr. Deisseroth at the FDA.

First, Dr. Deisseroth noted that he "wanted to thank us for our thoughtful proposal" and that he and the clinical review team were "dazzled and surprised with our protocol design".  He also said that the team was "very positive" about our program.

Next, the only concern comes from the Biostatisticians.  In particular, there was concern on the clarity of the definition of the primary end point (durable CR).  He wanted to ensure that this endpoint was analyzed as a rate and not as a landmark (180 days) – i.e., what is the incidence on earth arm of pts that get a durable CR.  While I don't think we initially intended it this way, I believe that a rate for durable CR is reasonable.  Wei can please comment.

He wanted a bit of clarification on durable CR, which I gave him (starts when documented CR) and that the comparator arm can receive multiple courses of SOC therapy.

Lastly, he told me that he is pleased that the FDA "can play a role in moving this important program forward"!

Best

John

---

**From:** Deisseroth, Albert [mailto:Albert.Deisseroth@fda.hhs.gov]
**Sent:** Monday, June 10, 2013 11:09 AM
**To:** Pagel, John M
**Cc:** Farrell, Ann T; Dinndorf, Pat
**Subject:** IND 003771

Dr. Pagel: We would like to talk briefly over the phone  (5 minutes)  to clarify and confirm some issues about the definition of the primary endpoint on the two arms for your proposed trial. We would like to have this tomorrow or Wednesday if possible. We need this information prior to holding a final meeting with the statisticians which needs to take place before we could have

Reference ID: 4631728

the T-con to give you feedback on your new trial design (about which we remain positive). Please let me know when it would be convenient in the next two days to talk. I am free the rest of today, tomorrow after 8:30AM your time and Wednesday after 9AM your time. Please let me know what works for you. Thanks. Al Deisseroth



**SWEDISH**
CANCER INSTITUTE

June 23, 2020

To Whom It May Concern:

This letter serves to provide important historical context on the SIERRA trial design. For almost two decades I was the IND Sponsor-Investigator at the Fred Hutchinson Cancer Research Center for the studies using Iomab-B for patients with advanced leukemia. Because of this experience, I led the development and discussion with the Food and Drug Administration (FDA) about the SIERRA trial study design.

The initial design proposed to the FDA was a single-arm study using Iomab-B/fludarabine/total body irradiation (TBI) since there was no obvious comparator conditioning regimen for older patients with relapsed or refractory acute myeloid leukemia (AML). It was well documented that salvage therapy in these highly refractory patients had very poor results, so this was not initially even considered by the FDA. During the subsequent discussions with the FDA, which took over a year and involved multiple teleconferences, a control arm using only fludarabine/TBI reduced intensity conditioning was discussed but clearly understood by the FDA to not be feasible and thus was not seriously considered. This was because neither I, the transplant community, nor the FDA believed that this conditioning regimen alone was an adequate preparative regimen for a population of patients with active relapsed or refractory disease prior to allogeneic hematopoietic stem cell transplant (HCT). Furthermore, since older patients with relapsed or refractory AML are not eligible for myeloablative conditioning, many reduced intensity regimens have been tried but none were considered to be adequate or standard of care conditioning for this population.

The FDA, however, did insist that as the SIERRA trial was designed to be a pivotal trial for approval, it needed to be a randomized trial. After multiple discussions and at the direction of the FDA, the SIERRA trial design was changed to a randomized trial with conventional care (salvage chemotherapy) as the control arm, despite that fact that one arm of the trial would receive Iomab-B and get transplanted. It was understood that the control arm of the trial would be expected to do poorly on salvage chemotherapy. Importantly, it was recognized that a crossover was required to allow patients to proceed to the Iomab-B and HCT arm after failure by study criteria among those patients on the control arm. Because of the randomized design and the necessary crossover, the FDA recommended the endpoint be durable remission, as currently described in the study.

Again, there was no consideration given to using fludarabine/TBI conditioning alone prior to HCT as the control arm because it would have been an unethical design and would never enroll patients. The trial design we agreed to in the end has the potential to significantly enlarge the population of patients who can benefit from allogeneic HCT, and I look forward to seeing the trial completed and hearing of the final results.

Sincerely,

John M. Pagel, MD, PhD
Chief of Hematologic Malignancies
CENTER FOR BLOOD DISORDERS AND STEM CELL TRANSPLANTATION
SWEDISH CANCER INSTITUTE
john.pagel@swedish.org
Phone: 206-215-3245

Reference ID: 4631728



# Quantifying the Survival Benefit for Allogeneic Hematopoietic Stem Cell Transplantation in Relapsed Acute Myelogenous Leukemia

Paul M. Armistead,[1] Marcos de Lima,[1] Sherry Pierce,[2] Wei Qiao,[3] Xuemei Wang,[3] Peter F. Thall,[3] Sergio Giralt,[1] Farhad Ravandi,[2] Hagop Kantarjian,[2] Richard Champlin,[1] Elihu Estey[4]

Allogeneic hematopoietic stem cell transplantation (HSCT) is the recommended therapy for patients with relapsed acute myelogenous leukemia (AML), despite little evidence showing a survival benefit in patients who undergo HSCT versus chemotherapy alone. Because a prospective randomized trial addressing this issue is unlikely, we retrospectively reviewed all patients receiving initial salvage therapy for AML at M.D. Anderson Cancer Center between 1995 and 2004, focusing on patients undergoing HSCT or chemotherapy without HSCT as second salvage after first salvage failed to produce complete remission (CR) (group A) and patients in first salvage–induced CR (group B). Median survival was 5.1 months for HSCT (n=84) versus 2.3 months for chemotherapy (n = 200; $P = .004$) in group A and 11.7 months for HSCT (n = 46) versus 5.6 months for chemotherapy (n = 66; $P < .001$) in group B. HSCT was associated with a survival benefit in each of 8 subgroups defined by age $</\geq$ 50, high-risk cytogenetics or not, and treatment in first salvage–induced CR or second salvage, and also in 5 of 6 subgroups defined by age $</\geq$ 50 years and duration of first CR (CR1) (primary refractory, CR1 $\leq$ 36 weeks, CR1 $>$ 36 weeks). Our data suggest that HSCT is preferable to chemotherapy alone in these patients with poor prognoses, with particular benefits noted in patients under age 50 years.

*Biol Blood Marrow Transplant 15: 1431-1438 (2009) © 2009 American Society for Blood and Marrow Transplantation*

**KEY WORDS:** Relapsed acute myelogenous leukemia, Hematopoietic stem cell transplantation, Overall survival

## INTRODUCTION

Acute myelogenous leukemia (AML) is the most common acute leukemia in adults, with approximately 10,000 cases per year in the United States [1]. Whereas anthracycline + ara-C-containing chemotherapy is curative in some patients, approximately 80% will either relapse after achieving a first complete remission (CR1) or have disease that is refractory to initial

induction chemotherapy [2]. Fewer than 30% of these patients will be alive 1 year from the time of relapse or failure of initial induction [3].

Because of the extremely poor prognosis of patients with either relapsed or primary refractory AML, allogeneic hematopoietic stem cell transplantation (HSCT) is often pursued as a curative treatment strategy. Several case series have reported survival rates of 25%-40% at 2 or more years after HSCT for relapsed AML [3-5]. Factors predicting favorable outcomes after HSCT include younger age, non–high-risk cytogenetics, duration of CR $>$ 1 year, and the attainment of CR2 after salvage chemotherapy [3-5].

These variables also are highly predictive of survival in patients with AML who receive salvage chemotherapy rather than HSCT. This similarity suggests that HSCT and salvage chemotherapy are qualitatively similar, and that the favorable results reported with the former reflect patient selection bias. The optimal basis for testing this hypothesis would be a trial randomizing patients with relapsed or primary refractory AML and suitable transplant donors to receive either salvage chemotherapy or allogeneic HSCT. Because of the

From the [1]Department of Stem Cell Transplantation and Cellular Therapy; [2]Leukemia; [3]Biostatistics, M.D. Anderson Cancer Center, Houston Texas; and [4]Fred Hutchinson Cancer Research Center, Seattle, Washington.

*Financial disclosure:* See Acknowledgments on page 1437.

Correspondence and reprint requests: Paul Armistead, MD, PhD, Lineberger Comprehensive Cancer Center, 21-244, University of North Carolina, 450 West Road, Chapel Hill, NC 27599 (e-mail: paul_armistead@med.unc.edu).

Received May 27, 2009; accepted July 9, 2009

© 2009 American Society for Blood and Marrow Transplantation

1083-8791/09/1511-0011$36.00/0

doi:10.1016/j.bbmt.2009.07.008

Reference ID: 4631728

impracticality of this approach, we compared survival according to whether patients in prognostic subgroups defined by the aforementioned variables received HSCT or chemotherapy. Our analyses focused on 2 categories of patients: (1) those receiving HSCT or chemotherapy as second salvage therapy, that is, after an initial (first salvage) chemotherapy regimen failed to produce CR for relapsed or primary refractory AML, and (2) those receiving HSCT or chemotherapy as postremission therapy after first salvage chemotherapy produced CR in relapsed or primary refractory AML.

## PATIENTS AND METHODS

### Patient Characteristics

The starting point for our analyses was the 599 patients with relapsed or primary refractory AML, without inv(16), t(8;21), or t(15;17), who were treated by the Department of Leukemia at the M.D. Anderson Cancer Center between 1995 and 2004. After excluding the 67 patients who died during their first salvage therapy and the 42 who underwent HSCT as their first salvage therapy, 490 patients remained (Figure 1). Their median age was 59 years, and median duration

of CR1 was 22 weeks. High-risk cytogenetics (defined as $-5$, $-7$, or complex karyotype with 3 or more cytogenetic abnormalities) were present in 290 of these patients (59%). At the time of first salvage, the median creatinine value was 0.9 and the median total bilirubin value was 0.6, with no significant differences between patients who ultimately underwent HSCT and those who did not. The first salvage regimen contained high- or intermediate-dose ara-C in 383 patients (78%). Of the 490 patients, 112 (23%) achieved CR with first salvage chemotherapy and 378 did not. This low CR rate primarily results from to the extremely poor prognosis of the group of patients being studied, particularly their median CR1 of < 1 year [6]. Ninety-four of the 378 patients who did not achieve CR with first salvage therapy received no treatment (HSCT or chemotherapy) after first salvage. These patients were excluded from subsequent analyses, leaving 396 patients (112 who achieved CR and 284 who did not) in our final data set. These 396 patients included 46 who received HSCT in first salvage–induced CR, 66 who received chemotherapy in first salvage–induced CR, 84 who received HSCT as second salvage after failure of first salvage, and 200 who received chemotherapy as second (and all subsequent) salvage after failure of first salvage. Thus, 42% of the patients who



**Figure 1.** Flow chart of patient treatments. Of 599 evaluable patients, 67 died during first salvage chemotherapy and 42 underwent HSCT as their first salvage therapy (both shown in gray boxes). These groups were not used in this analysis. The remaining 490 patients were evaluable; of these, 112 patients achieved CR, and 378 did not. After first salvage therapy, 94 patients did not undergo further treatment (shown in gray box) and were subsequently excluded from further analysis, leaving 396 patients for analysis.

Reference ID: 4631728

**Table 1.** Baseline HSCT Characteristics

|  | 1995-1999 (n = 63) | 2000-2004 (n = 67) |
|---|---|---|
| Conditioning, n (%) |  |  |
| Reduced intensity | 28 (44%) | 30 (45%) |
| Fludarabine/melphalan | 10 (16%) | 14 (21%) |
| Busulfan/fludarabine | 1 (1%) | 16 (24%) |
| Miscellaneous | 17 (27%) | 0 (0%) |
| Ablative | 35 (56%) | 37 (55%) |
| TBI-containing | 15 (24%) | 2 (3%) |
| Busulfan/cyclophosphamide | 20 (32%) | 12 (18%) |
| Busulfan/fludarabine | 0 (0%) | 23 (34%) |
| Stem cell source, n (%) |  |  |
| Matched related | 42 (67%) | 30 (45%) |
| Matched unrelated | 13 (21%) | 31 (46%) |
| Mismatched related | 7 (11%) | 3 (5%) |
| Mismatched unrelated | 0 | 2 (3%) |
| Cord blood | 1 (1%) | 1 (1%) |

HSCT indicates hematopoietic stem cell transplantation; TBI, total body irradiation.

The conditioning regimens and stem cell sources for the 130 allogeneic transplants performed after first salvage are shown for the periods 1995-1999 and 2000-2004. Over this time frame, more matched unrelated donor transplantations were performed. The conditioning regimens used also changed, with fewer TBI-containing regimens used, and the majority of transplants performed with busulfan/fludarabine-based conditioning.

**Table 2.** Patient Characteristics According to Salvage Treatment Group

|  | Non-HSCT (n = 360) | HSCT (n = 130) | P value |
|---|---|---|---|
| Age, years, mean (SD) | 59.5 (14.5) | 44.4 (14.4) | < .0001 |
| Duration of CR1, weeks, mean (SD) | 31.1 (39.8) | 41.4 (43.2) | .0004 |
| Delay time, weeks, mean (SD) | 15.4 (23.2) | 21.6 (36.6) | < .0001 |
| Cytogenetics, n (%) |  |  |  |
| Unfavorable | 224 (62.2%) | 66 (50.8%) |  |
| Intermediate | 136 (37.8%) | 64 (49.2%) | .03 |
| First salvage–induced CR, n (%) |  |  |  |
| Non-CR | 293 (81.4%) | 84 (64.6%) |  |
| CR | 67 (18.6%) | 46 (35.4%) | .0002 |

HSCT indicates hematopoietic stem cell transplantation; CR1, first complete remission.

For all evaluable patients treated for relapsed AML, statistically significant (P < .05) differences in age, CR1, and time between first salvage and subsequent treatment, proportion of patients with unfavorable cytogenetics, and treatment performed in first salvage–induced CR were observed between the HSCT and non-HSCT cohorts. These factors were included in the subsequent multiple-subgroup analyses. Wilcoxon's test for continuous variables or Fisher's exact test for categorical variables.

achieved first salvage–induced CR received an HSCT in this CR, whereas 22% of those in whom first salvage did not produce CR received HSCT as second salvage. We compared survival from the time of initiation of postremission therapy in patients who did and did not receive HSCT and survival from start of second salvage in patients who did and did not receive HSCT as second salvage.

Table 1 lists the conditioning regimens and stem cell sources for the 130 patients (33% of the 396) who underwent HSCT. The 67 patients who underwent HSCT between 2000 and 2004 were more likely to receive matched unrelated donor transplants and less likely to receive total body irradiation (TBI). Despite these differences, there was no difference in overall survival (OS) between patients receiving unrelated donor transplants and those receiving related donor transplants in both the first salvage–induced CR subgroup (P = .48) and the second salvage subgroup (P = .7). The 130 patients who underwent HSCT were a mean of 15 years younger than the 266 patients who did not undergo HSCT, were more likely to receive HSCT in CR rather than as second salvage, and had on average a 10-week longer duration of CR1 and a 6-week longer interval from first salvage to the next therapy (HSCT or chemotherapy) (Table 2).

### Statistical Methods

Covariates were compared between the HSCT and chemotherapy groups using a Wilcoxon-Mann-Whitney test for quantitative variables [7] or Fisher's exact test [8] for discrete variables. Unadjusted survival time probabilities were estimated using the method of

Kaplan and Meier [9], and between-group survival time comparisons were made using the log-rank test [10].

### Analysis

Initial Kaplan-Meier survival analysis showed statistically longer survival in patients receiving HSCT (see below). Although multivariate analyses would typically be done to examine whether this difference reflected treatment (HSCT or chemotherapy) rather than a better underlying prognosis, multivariate analyses were complicated by the strong associations between treatment and the covariates given in Table 2. The strength of these associations was such that, for example, a longer time from first salvage to subsequent therapy ("delay time") was essentially collinear with HSCT (P < .001). In these circumstances, the problem of collinearity makes multivariate regression models numerically unstable and their results unreliable. Rather than fitting such unreliable survival time regression models, we instead stratified the patients into subgroups. Within each subgroup, we calculated Kaplan-Meier survival estimates and performed log-rank tests to compare OS between HSCT and non-HSCT groups [9,10]. We also performed an overall comparison using a stratified log-rank test [11].

### RESULTS

#### Unstratified Survival for Patients with Relapsed or Primary Refractory AML by Treatment Type

A log-rank test performed on the entire 396 patient cohort and Kaplan-Meier estimates revealed longer survival in patients who underwent HSCT (P < .0001) (Figure 2A). This was true both in patients

Reference ID: 4631728

*Biol Blood Marrow Transplant 15:1431-1438, 2009*







**Figure 2.** Overall survival of patient cohorts. Kaplan-Meier survival probability curves were generated to evaluate overall survival probability for the entire evaluable cohort. A, Overall survival for the entire cohort according to treatment modality. B, Overall survival in patients who underwent HSCT in first salvage–induced CR. C, Overall survival in patients who underwent HSCT as second salvage. In all 3 analyses, a statistically significant survival advantage was observed in the HSCT cohorts.

who had achieved CR after first salvage and those who had not (Figures 2B and C). In the CR group, median survival from the initiation of postremission therapy was 11.7 months in the HSCT group and 5.6 months in the chemotherapy group ($P < .001$). For patients receiving HSCT or chemotherapy as second salvage, median survival from the start of second salvage was 5.1 months in the HSCT group and 2.3 months in the chemotherapy group ($P = .004$).

## Subgroup Analysis by Age, Cytogenetics, and First Salvage–Induced CR Status

Given the high degree of collinearity between treatment and nontreatment covariates (Table 2), we used a multiple-subgroup analysis strategy. Because of the limited number of patients, a subgroup analysis accounting for all of the covariates listed in Table 2 was not feasible, producing 32 distinct subgroups. Thus, we first divided the 396-patient cohort (Figure 1) into 8 subgroups based on 3 dichotomous variables known to be predictive of survival in these patients: age ($< 50$ vs $\geq 50$ years), cytogenetics (intermediate vs high risk), and achievement of CR after first salvage therapy (yes vs no). The resulting 8 Kaplan-Meier survival curves are shown in Figure 3, and their corresponding median survival times for patients who received HSCT or chemotherapy are given in Table 3. HSCT had a longer median survival in all of the 8 subgroups. These results were statistically significant ($P < .05$) in 4 of the 8 subgroups (2 of the 4 subgroups with more than the median subgroup size of 35 patients and 2 of the 4 subgroups with $\leq 35$ patients). Application of a stratified log-rank test to all 8 subgroups showed that survival was significantly longer in the entire HSCT treatment cohort compared with the entire chemotherapy-alone group ($P < .0001$).

## Subgroup Analysis by Age and Duration of CR1

We performed additional analyses to evaluate survival in the 6 subgroups defined by age ($< 50$ vs $\geq 50$ years) and CR1 duration (primary refractory, CR1 duration $\leq 36$ weeks, CR1 duration $> 36$ weeks), with 36 weeks the overall median duration of CR1. The resulting 6 survival curves are shown in Figure 4, and associated OS data are given in Table 4. Median survival with HSCT was longer in 5 of the 6 groups, the exception being a 1-week advantage for chemotherapy in patients aged $\geq 50$ years with a first salvage–induced CR duration of $< 36$ weeks. The survival advantage seen in the HSCT groups was statistically significant in 3 of the 6 subgroups, with a nonsignificant survival advantage seen in the patients aged $\geq 50$ years, who were either primary refractory or had a CR1 duration of $> 36$ weeks.

## DISCUSSION

For at least the last 30 years, physicians have debated the relative merits of allogeneic HSCT versus chemotherapy without HSCT in various scenarios, including CR produced by initial AML treatment, first salvage, CR produced by first salvage, and second salvage. We have examined the latter 2 scenarios here. The length of the debate reflects the relatively small medical (as opposed to statistical) differences between

Reference ID: 4631728

Case 1:25-cv-02553-IPO    Document 46-1     Filed 10/27/25    Page 36 of 76



**Figure 3.** First multiple-subgroup analysis. Kaplan-Meier survival probability curves were generated for subgroups based on remission status following first salvage, age, and cytogenetics as described in the heading for each curve. The letter heading for each curve matches the prognostic factors and survival data described in Table 3.

the 2 alternatives and the difficulty in fundamentally addressing the question through a trial that randomizes patients with identified donors between HSCT and chemotherapy. As an alternative to randomization, many studies have used multivariate analyses to investigate whether, after accounting for known prognostic covariates, one treatment was superior to another. But, the issue of collinearity between treatments (HSCT vs

chemotherapy) and patient covariates known to strongly predict survival time made us hesitant to carry out multivariate regression analyses here, prompting us to compare HSCT and chemotherapy in each of several "comparable" subgroups using log-rank tests and Kaplan-Meier plots within each subgroup, with comparability based on the covariates listed in Table 2. These simple analyses suggest that HSCT is preferable

Reference ID: 4631728

**Table 3.** Comparison of Overall Survival between HSCT and Non-HSCT Cohorts by Multiple-Subgroup Analyses According to Age, Cytogenetics, and First Salvage–Induced CR Status

| Group | n | Median Survival Time (95% Confidence Interval) | | *P* value |
|---|---|---|---|---|
| | | HSCT | Chemotherapy | |
| A: age <50, intermediate cytogenetics, first salvage– induced CR | 28 | 17.25 (8.29, NA) | 3.12 (2.36, NA) | .004 |
| B: age < 50, intermediate cytogenetics, no first salvage–induced CR | 35 | 5.15 (4.16, 18.03) | 2.36 (1.41, 5.15) | .001 |
| C: age < 50, unfavorable cytogenetics, first salvage– induced CR | 17 | 11.08 (10.43, NA) | 4.54 (1.15, NA) | .60 |
| D: age < 50, unfavorable cytogenetics, no first salvage–induced CR | 60 | 5.05 (3.90, 8.69) | 2.33 (1.51, 3.44) | .003 |
| E: age ≥ 50, intermediate cytogenetics, first salvage– induced CR | 29 | 13.5 (1.84, NA) | 8.1 (4.85, 17.9) | .68 |
| F: age ≥ 50, intermediate cytogenetics, no first salvage–induced CR | 75 | 6.26 (5.34, 23.87) | 2.66 (2.20, 3.48) | .006 |
| G: age ≥ 50, unfavorable cytogenetics, first salvage–induced CR | 38 | 5.21 (4.39, NA) | 4.92 (3.25, 7.9) | .43 |
| H: age ≥ 50, unfavorable cytogenetics, no first salvage–induced CR | 114 | 2.62 (2.07, 8.46) | 2.00 (1.48, 2.95) | .09 |

NA indicates not applicable; CR, complete response; HSCT, hematopoietic stem cell transplantation.

to chemotherapy in the majority of patients about to receive second salvage therapy for active AML or in whom first salvage therapy produced CR, including patients < and ≥ the age of 50 years, with high-risk or other cytogenetics, and with varying durations of first CR. It should be noted, however, that the survival benefit for patient cohorts aged ≥ 50 years did not reach statistical significance ($P < .05$) in most circumstances. Although the survival benefit in this older population is less clear in this study, recent reports on the efficacy of reduced-intensity conditioning (RIC) in the elderly may point to improved outcomes in this group,



**Figure 4.** Second multiple-subgroup analysis. Kaplan-Meier survival probability curves were generated for subgroups based on the known prognostic factors of age and duration of CR1, as described in the heading for each curve. The letter heading for each curve matches the prognostic factors and survival data described in Table 4.

Reference ID: 4631728

**Table 4.** Comparison of Overall Survival between HSCT and Non-HSCT Cohorts by Multiple-Subgroup Analyses According to Age and Duration of CR1

| | | Median Survival Time (95% Confidence Interval) | | |
| Group | n | HSCT | Chemotherapy | P value |
| --- | --- | --- | --- | --- |
| A: age < 50, CR1 duration > 36 weeks | 48 | 13.54 (8.69, 31.2) | 5.15 (4.0, 16.6) | .03 |
| B: age < 50, CR1 duration ≤ 36 weeks | 57 | 5.05 (4.29, 10.43) | 2.88 (1.44, 3.77) | .0005 |
| C: age < 50, CR1 duration 0 weeks | 35 | 5.71 (4.59, NA) | 1.84 (1.34, 3.15) | .0002 |
| D: age ≥ 50, CR1 duration > 36 weeks | 100 | 6.13 (3.93, 8.98) | 3.48 (2.62, 6.0) | .17 |
| E: age ≥ 50, CR1 duration ≤ 36 weeks | 85 | 2.47 (1.9, NA) | 2.66 (1.97, 3.48) | .05 |
| F: age ≥ 50, CR1 duration 0 weeks | 71 | 5.85 (4.39, NA) | 2.26 (1.9, 3.57) | .15 |

NA indicates not applicable; CR1, first complete response; HSCT, hematopoietic stem cell transplantation.

compared with the outcomes in our study cohort, half of whom underwent HSCT before 2000 [12].

An important question is whether the covariates listed in Table 2 were in fact prognostic in our patients, as reported in other series. In general, this appears to be the case. For example, a comparison of high-risk and non–high-risk cytogenetics in otherwise similar groups (groups A vs C, B vs D, E vs G, and F vs H in Table 3) indicates that high-risk cytogenetics was strongly associated with worse survival regardless of whether patients received HSCT or chemotherapy. Patients did better when treated in first salvage–induced CR rather than in second salvage (groups A vs B, C vs D, E vs F, and G vs H), independent of treatment, as they did when their duration of CR1 was > 36 weeks rather than < 36 weeks (groups A vs B and D vs E in Table 4).

The time from first salvage therapy until next treatment (ie, delay time) strongly correlated with treatment type (HSCT vs chemotherapy), and it is possible that the longer delay time in the HSCT group led to the selection of patients with a generally more indolent AML. Our survival analyses minimized the effect of delay time by measuring survival from the time of subsequent therapy. Regardless, the clinical significance of delay time likely is minor when the survival outcomes for patients undergoing HSCT in CR are compared with the outcomes for all other groups (eg, HSCT not in CR, no HSCT). As a whole, our data support an urgency in proceeding to allogeneic HSCT as soon as possible to either perform transplantation while the patient is in CR or to at least perform transplantation while the patient has minimal disease burden, and toxicity from salvage chemotherapy. This approach is often complicated by unrelated donor searches, which can increase the time to subsequent therapy by months. Given the extremely poor outcomes for all of the non-HSCT patient cohorts in

our study, alternative donor strategies should be investigated to reduce the time to transplantation and hopefully increase the percentage of transplantations performed in CR [13,14].

Differences in outcome such as those shown in Figure 2 may, of course, reflect not only the effects of treatment or of known prognostic covariates (Table 2), but also differences in unknowable or unquantifiable factors. Principal among these factors in our patients was selection bias, operating such that patients with donors might not have undergone transplantation out of fear that they would do poorly. This possibility is typically addressed by comparing outcomes in patients with and without donors regardless of whether the former received HSCT. The retrospective nature of our analysis did not permit a donor versus no donor comparison; however, the fact that 33% of our patients (130/396) underwent HSCT, including 42% of those in first salvage–induced CR and 22% as second salvage, suggests that the effect of selection bias was not overwhelming, particularly given that the use of unrelated donors was not as common during the study period as it is today.

Using the M.D. Anderson database allowed us to capture the outcome of chemotherapy without HSCT in a well-defined group of patients. Thus, this study is the first to compare survival in patients with AML in first salvage–induced CR or about to receive second salvage for active AML according to whether they received HSCT or chemotherapy without HSCT. Despite the aforementioned limitations of a retrospective study, our data suggest that HSCT is the preferable option in the great majority of these patients, particularly those aged < 50 years and judged healthy enough to undergo HSCT. Indeed, the extremely poor outcomes for patients aged < 50 years who did not undergo HSCT, considered in light of recent reports on the efficacy of cord blood transplantation, would suggest that this strategy should also be considered [13,14]. Nonetheless, the prognosis of patients with relapsed AML remains poor, and novel investigational approaches should still be vigorously pursued in these patients.

## ACKNOWLEDGMENTS

Author contributions: P.M.A. performed research, compiled and analyzed data, and wrote the manuscript; M.d.L. analyzed data and assisted with the writing; S.P. compiled patient data; W.Q. and X.W. analyzed data; P.F.T. analyzed data and assisted with the writing; S.G., F.R., H.K., and R.C. assisted with the analysis and writing; and E.E. designed the research and assisted with the data analysis and writing.

*Financial disclosure:* The authors have nothing to disclose.

Reference ID: 4631728

## REFERENCES

1. Estey E, Dohner H. Acute myeloid leukaemia. *Lancet*. 2006;368: 1894-1907.
2. Yanada M, Garcia-Manero G, Borthakur G, et al. Potential cure of acute myeloid leukemia: analysis of 1069 consecutive patients in first complete remission. *Cancer*. 2007.
3. Breems DA, Van Putten WL, Huijgens PC, et al. Prognostic index for adult patients with acute myeloid leukemia in first relapse. *J Clin Oncol*. 2005;23:1969-1978.
4. Michallet M, Thomas X, Vernant JP, et al. Long-term outcome after allogeneic hematopoietic stem cell transplantation for advanced-stage acute myeloblastic leukemia: a retrospective study of 379 patients reported to the Societe Francaise de Greffe de Moelle (SFGM). *Bone Marrow Transplant*. 2000;26: 1157-1163.
5. Wong R, Shahjahan M, Wang X, et al. Prognostic factors for outcomes of patients with refractory or relapsed acute myelogenous leukemia or myelodysplastic syndromes undergoing allogeneic progenitor cell transplantation. *Biol Blood Marrow Transplant*. 2005;11:108-114.
6. Estey EH. Treatment of relapsed and refractory acute myelogenous leukemia. *Leukemia*. 2000;14:476-479.
7. Randles R, Wolfe D. *Introduction to the Theory of Nonparametric Statistics*. New York: Wiley; 1979. 1.
8. Fisher R. On the interpretation of $\chi^2$ from contingency tables, and the calculation of p. *J R Stat Soc*. 1922;85:87-94.
9. Kaplan E, Meier P. Nonparametric estimator from incomplete observations. *J Am Stat Assoc*. 1958;53:457-481.
10. Mantel N. Evaluation of survival data and two new rank order statistics arising in its consideration. *Cancer Chemother Rep*. 1966;60:163-170.
11. Jennison C, Turnbull B. *Group-Sequential Methods with Applications to Clinical Trials*. Boca Raton, FL: Chapman & Hall/CRC; 2000.
12. de Lima M, Anagnostopoulos A, Munsell M, et al. Nonablative versus reduced-intensity conditioning regimens in the treatment of acute myeloid leukemia and high-risk myelodysplastic syndrome: dose is relevant for long-term disease control after allogeneic hematopoietic stem cell transplantation. *Blood*. 2004;104:865-872.
13. Atsuta Y, Suzuki R, Nagamura-Inoue T, et al. Disease-specific analyses of unrelated cord blood transplantation compared with unrelated bone marrow transplantation in adult patients with acute leukemia. *Blood*. 2009;113:1631-1638.
14. Majhail NS, Brunstein CG, Tomblyn M, et al. Reduced-intensity allogeneic transplant in patients older than 55 years: unrelated umbilical cord blood is safe and effective for patients without a matched related donor. *Biol Blood Marrow Transplant*. 2008;14:282-289.

Reference ID: 4631728

**Research Briefs: Clinical Trial Brief Report**

**Clinical Cancer Research**

# Phase I Study of a CD45-Targeted Antibody–Radionuclide Conjugate for High-Risk Lymphoma



Ryan D. Cassaday[1,2], Oliver W. Press[1,2,†], John M. Pagel[3], Joseph G. Rajendran[4], Ted A. Gooley[2,5], Darrell R. Fisher[6], Leona A. Holmberg[1,2], Robert S. Miyaoka[4], Brenda M. Sandmaier[1,2], Damian J. Green[1,2], and Ajay K. Gopal[1,2]

## Abstract

**Purpose:** External-beam radiation is the single most effective therapy for localized lymphoma. However, toxicity limits its use for multifocal disease. We evaluated CD45 as a therapeutic target for an antibody–radionuclide conjugate (ARC) for the treatment of lymphoma based on its ubiquitous expression, infrequent antigen loss or blockade, and the ability to target minimal disease based on panhematopoietic expression.

**Patients and Methods:** We performed a phase I trial of escalating doses of single-agent CD45-targeted ARC based on per-patient dosimetry using the BC8 antibody labeled with iodine-131 ($^{131}$I) followed by autologous stem cell support in adults with relapsed, refractory, or high-risk B-cell non-Hodgkin lymphoma (B-NHL), T-cell NHL (T-NHL), or Hodgkin lymphoma. The primary objective was to estimate the maximum tolerated radiation absorbed dose.

**Results:** Sixteen patients were enrolled: 7 patients had B-NHL, 6 had Hodgkin lymphoma, and 3 had T-NHL. Median number of prior therapies was three (range: 2–12). Absorbed doses up to 32 Gy to liver were delivered. No dose-limiting toxicities occurred. Nonhematologic toxicity was infrequent and manageable. Objective responses were seen across histologies. Fourteen patients had measurable disease at enrollment, 57% of whom achieved complete remission (CR), including all 3 with T-NHL. Three patients with B-NHL treated among the highest dose levels (26–32 Gy) remain in CR without subsequent therapy 35–41 months later.

**Conclusions:** CD45-targeted ARC therapy is well-tolerated at doses up to at least 32 Gy to the liver. Objective responses and long-term remissions were observed in patients with relapsed/refractory lymphoma. These data validate continued evaluation of anti-CD45 ARCs in lymphoma.

## Introduction

Despite numerous advances, external-beam radiotherapy remains the single most effective agent for the treatment of localized lymphoma. Unfortunately, the ability to safely deliver curative doses of radiation to multifocal disease sites has been limited by toxicity (1).

One potential avenue that has been explored is the use of targeted radiation by means of antibody–radionuclide conjugates (ARC), also known as radioimmunotherapy. CD20 is an effective target in B-cell non-Hodgkin lymphoma (B-NHL) with relatively little nonhematologic toxicity, and prospective clinical trials led to FDA approval of two different agents in this class: yttrium-90 ($^{90}$Y) ibritumomab tiuxetan and iodine-131 ($^{131}$I) tositumomab. Both therapeutics emit beta particles that can cross many cell diameters in tissues.

A major barrier to further augmenting the efficacy of antibody-targeted radiation is dose-dependent hematologic toxicity that limits the amount of radioactivity that can be safely delivered. Autologous hematopoietic stem cell transplantation (ASCT) partially abrogates this, allowing for further dose escalation. High-dose CD20-targeted radiation can produce superior outcomes over historic controls receiving traditional high-dose regimens (2, 3).

Despite the clinical efficacy of targeting CD20 with radiation, many patients will relapse. We demonstrated in animal models that circulating rituximab blocks the binding of CD20 in preclinical models of B-NHL, thereby limiting the radiation-absorbed dose to disease sites and yielding inferior survival (4). Targeting the panhematopoietic antigen CD45 could circumvent this obstacle in B-NHL and could also provide antitumor efficacy in models of T-cell NHL (T-NHL), a disease with no currently available ARC (4, 5). We further postulated that targeting CD45 with isotopes that emit long multi-cell-diameter pathlength beta particles would be effective in treating classical Hodgkin lymphoma based on the bystander effect of targeting CD45-bearing cells adjacent to Reed–Sternberg cells, which classically lack CD45.

[1]Department of Medicine, University of Washington School of Medicine, Seattle, Washington. [2]Clinical Research Division, Fred Hutchinson Cancer Research Center, Seattle, Washington. [3]Swedish Cancer Institute, Seattle, Washington. [4]Department of Radiology, University of Washington School of Medicine, Seattle, Washington. [5]Department of Biostatistics, University of Washington School of Public Health, Seattle, Washington. [6]Versant Medical Physics and Radiation Safety, Richland, Washington.

**Note:** Supplementary data for this article are available at Clinical Cancer Research Online (http://clincancerres.aacrjournals.org/).

†Deceased.

**Corresponding Author:** Ajay K. Gopal, University of Washington/Fred Hutchinson Cancer Research Center/Seattle Cancer Care Alliance, SCCA, 825 Eastlake Avenue E, CE3–300, Seattle, WA 98109. Phone: 206-606-2037; Fax: 206-606-1130; E-mail: agopal@u.washington.edu

Clin Cancer Res 2019;XX:XX–XX

**doi:** 10.1158/1078-0432.CCR-19-1567

2019 American Association for Cancer Research.

**AACR** OF1

Ex. A - Page 39

Reference ID: 4631728

Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Cassaday et al.

## Translational Relevance

The vast majority of patients with relapsed lymphoma will not be cured. External beam radiation remains the single most effective therapy for local control of lymphoma, but the ability to provide tumoricidal doses to multifocal sites across the spectrum of this set of diseases has been elusive. Preclinical data indicate that antibody–radionuclide conjugate (ARC) targeting of the panhematopoietic antigen CD45 has the capacity to treat B-cell non-Hodgkin lymphoma, T-cell non-Hodgkin lymphoma, and Hodgkin lymphoma. However, prior to this publication no clinical data existed to support this approach. We carried out the first trial of targeting CD45 in lymphoma and showed that the use of $^{131}$I-ARC is feasible, safe, and effective, inducing remissions across the spectrum of histologies. These data illustrate the initial translation of this strategy and set the stage for further development of anti-CD45 ARC as an effective treatment option that could be applied to a variety of lymphomas.



**Figure 1.**
Study treatment schema. Test dose 1 and (when indicated by dosimetry results) test dose 2 depict the timing of dosimetry infusions of trace-labeled $^{131}$I-BC8. Therapy dose included $^{131}$I activity to deliver an absorbed dose of radiation based on the dose-escalation schema described in the text. Radiation isolation was maintained until body radioactivity was measured to be <7 mR/hour at 1 m. Infusion of hematopoietic stem cells (ASCT) occurred when radiation exposure was predicted to be <2 mR/hour at 1 m. The days depicted in the figure represent a general timeframe at which the respective events occurred on the basis of the anticipated rate of decay noted above.

These rationales served as the foundation for a single-agent phase I study targeting CD45 with $^{131}$I followed by ASCT for patients with high-risk B-NHL, T-NHL, and Hodgkin lymphoma.

## Patients and Methods

### Patient eligibility

Eligible patients were at least 18 years old with a histologically confirmed diagnosis of B-NHL, T-NHL, or Hodgkin lymphoma. Confirmation of CD45 expression in tumor samples (either by IHC or flow cytometry) was required. In Hodgkin lymphoma, observation of CD45 expression on cells adjacent to Reed–Sternberg cells was necessary. Patients must have received at least one prior standard systemic therapy with documented recurrent or refractory disease, with the following exception: high-risk histologies (e.g., mantle cell lymphoma and T-NHL) were eligible while in first complete (CR) or partial remission (PR). Additional eligibility criteria are discussed in the Supplementary Materials and Methods. This study was conducted in accordance with the Declaration of Helsinki, was approved by the Fred Hutchinson Cancer Research Center (FHCRC) Institutional Review Board, and all patients gave written informed consent. The study was registered on clinicaltrials.gov (#NCT00860171; FHCRC protocol 2238).

### Antibody production and infusions

The anti-CD45 ARC was composed of the antibody BC8, a murine IgG1 that binds to all CD45 isoforms. BC8 was produced and purified in the Biologics Production Facility at the FHCRC and linked to $^{131}$I, as described previously (6). A general treatment schema is depicted in Fig. 1. First, to determine biodistribution and dosimetry, patients received a trace-labeled [~10 mCi (0.37 GBq)] infusion of $^{131}$I-BC8, followed by serial planar gamma camera images obtained at 0 hours (i.e., after completion of the infusion) and on a minimum of 3 of the subsequent 7 days. Organ uptake, retention, and clearance were determined by region-of-interest delineation and quantitative analysis. Time–activity curves were identified and integrated, from which radiation-absorbed doses (Gy per unit adminis-

tered of radionuclide activity) were calculated for tissues and organs according to methods recommended by the Medical Internal Radiation Dose (MIRD) Committee of The Society of Nuclear Medicine and Medical Imaging, as described previously (7, 8). Tumor dosimetry was performed in select patients with disease sites amenable to biopsy following trace-labeled infusions. These results were used to optimize biodistribution via a protein-dose escalation schema. Details of these methods, as well as supportive-care measures that were taken for radiolabeled antibody administration are described in the Supplementary Materials and Methods.

The desired $^{131}$I activity for each patient's therapeutic infusion was based on the corresponding data obtained from the lead-in dosimetry study, to administer an absorbed radiation dose to the normal organ that received the highest dose, according to the prespecified radiation-dose escalation schema. Dose escalation was independently performed in 2 Gy increments in two groups: arm A included those with prior ASCT or RT >20 Gy and started at a dose of 10 Gy to the target organ, while arm B was all others and started at a dose of 20 Gy to the target organ. Initial patients also had radiation dose to red marrow capped at 50 Gy.

### Assessments of toxicity and efficacy

Adverse events were categorized and graded according to the NCI Common Terminology Criteria for Adverse Events (version 3.0; CTCAE). Response assessments occurred prior to therapy and then approximately 1 month after transplant according to International Working Group criteria (9). Long-term follow-up for efficacy and safety on this phase I trial was based on clinical standard of care.

### Statistical design and dose-escalation schema

The primary objective of this study was to estimate the MTD of $^{131}$I-BC8 that could be delivered followed by ASCT in patients with high-risk lymphoma. Dose escalation/deescalation was conducted by a "two-stage" approach (10). Single patients were entered at each dose level in 2-Gy increments until a dose-limiting toxicity (DLT; defined as a therapy-related grade III or IV Bearman toxicity within 30 days following transplant)

Reference ID: 4631728  Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Published OnlineFirst September 3, 2019; DOI: 10.1158/1078-0432.CCR-19-1567

Case 1:25-cv-02553-JPO    Document 46-1    Filed 10/27/25    Page 42 of 76

was observed (11). Once a DLT was observed, a second dose-escalation scheme was to be initiated in cohorts of 4 patients starting at one dose level lower (outlined in the Supplementary Materials and Methods). In addition, antibody dose could be adjusted in patients undergoing serial tumor dosimetry to yield a more favorable biodistribution (also detailed in the Supplementary Materials and Methods). Detailed pharmacokinetic studies of $^{131}$I-BC8 have been reported previously (6).

## Results

### Patient characteristics

We enrolled a total of 16 patients, and their characteristics are summarized in Table 1. Histologies included 7 with B-NHL, 6 with Hodgkin lymphoma, and 3 with T-NHL. Among the patients not in CR at enrollment, the median longest diameter of the largest site of measurable disease was 4.0 cm (range: 2.3–15.3 cm). No patients had evidence of bone marrow involvement by morphologic review; however, the 3 patients with T-NHL each had detectable marrow disease by flow cytometry.

### Biodistributions, dosimetry, and therapeutic infusions

The critical nontarget organ that most commonly received the highest absorbed dose was liver at a median of 3.1 cGy/mCi. Patient 2 [mantle cell lymphoma (MCL)] and 3 (Hodgkin lymphoma) underwent serial trace-labeled infusions of $^{131}$I-BC8 at antibody–protein doses of 0.5 mg/kg and 0.75 mg/kg, followed by tumor biopsies for dosimetry. Both patients demonstrated improved tumor uptake of the ARC at 0.75 mg/kg, with an increase in tumor-to-liver dose ratios from <0.66 to 0.66, and from 0.80 to 1.61, respectively. All subsequent patients were treated at this antibody dose. Personalized dosimetry guided the selection of $^{131}$I therapy infusion activities, which were designed to optimize the maximum absorbed dose to liver or marrow (Table 2). The median activity administered of $^{131}$I was 678 mCi (25.1 GBq). Additional dosimetry results are provided in the Supplementary Materials and Methods (Supplementary Tables S1 and S2).

**Table 1.** Patient characteristics

| Characteristics at enrollment | Number (N = 16) | % |
|---|---|---|
| Male | 10 | 62 |
| Age: median (Range) | 61 (20–75) | |
| Histology | | |
|   Hodgkin lymphoma | 6 | 38 |
|   MCL | 4 | 25 |
|   T-NHL | 3[a] | 19 |
|   Follicular | 1 | 6 |
|   DLBCL | 1 | 6 |
|   HGBCL | 1 | 6 |
| Number of prior therapies: median (range) | 3 (2–12) | |
| Prior RT (to critical organ >20 Gy) | 4 (2) | 25 (12) |
| Prior ASCT | 1 | 6 |
| Ann Arbor stage III–IV | 12 | 75 |
| Disease status at enrollment | | |
|   CR | 2 | 12 |
|   PR | 5 | 31 |
|   SD/PD | 9 | 56 |
| Chemorefractory disease | 9 | 56 |

[a]Two cases of angioimmunoblastic T-cell lymphoma and 1 case of peripheral T-cell lymphoma, not otherwise specified.

Abbreviations: DLBCL, diffuse large B-cell lymphoma; RT, radiotherapy; SD/PD, stable or progressive disease.

### Safety

All grade 3 or 4 CTCAE nonhematologic events recorded are shown in Table 3, and no DLTs were observed in any patients. None of these events developed after discharge from our center (i.e., day 30 after ASCT). Infusion-related reactions to BC8 have been described previously (7), and that experience was again observed. These reactions, including two cases of grade 3 serum sickness, were self-limited and resolved with pausing the infusion and/or instituting appropriate supportive care. No patients had to be removed from the trial due to unacceptable toxicity, and adverse events typical for high-dose regimens such as mucositis, diarrhea, and febrile neutropenia were infrequent. Expected grade 3–4 hematologic toxicity was observed in all patients: median time after ASCT to recovery of neutrophils >500/µL was 10 (range: 8–20) days, while for platelets >20,000/µL it was 12 (range: 8–26) days. Seven events were classified as serious adverse events. Secondary malignancies were seen in 6 patients, which included 3 non-melanoma skin cancers, 1 adenocarcinoma of the colon, 1 myelodysplastic syndrome, and 1 follicular lymphoma.

### Efficacy and survival

Seven (50%) of 14 patients with measurable disease responded and 6 (42%) achieved a CR at 1-month post-ASCT. The CRs included all 3 patients (100%) with T-NHL, 2 patients (33%) with Hodgkin lymphoma, and 1 patient (20%) with B-NHL (follicular). Among those with chemorefractory disease ($n = 9$), the overall response rate was 56% (4 CR's and 1 PR). The 2 patients that enrolled while in CR had MCL, but these remissions were after two and three prior chemotherapy regimens, respectively: the first was treated at the lowest dose level (patient 1, 10 Gy) and relapsed 6 months later; the second patient received a higher radiation dose (patient 13, 26 Gy) and was still in CR at last available follow-up (35 months).

The 1-year and 3-year Kaplan–Meier estimates of progression-free survival (PFS) were 50% and 31%, respectively, while the 1-year and 3-year overall survival (OS) estimates were 81% and 55%, respectively (Fig. 2). The median PFS and OS were 11 months [95% confidence interval (CI), 4 months to infinity] and not reached (95% CI, 29 months to infinity). Among the 9 surviving patients, the median duration of follow-up has been 35 months.

Overall, 5 (31%) remain in prolonged remission after $^{131}$I-BC8 at a median of 36 (range: 25–41) months of follow-up. All had received multiple lines of chemotherapy (range: 2–6) and included 2 with Hodgkin lymphoma and 1 each with MCL; follicular; and high-grade B-cell lymphoma (HGBCL) with *MYC*, *BCL2*, and *BCL6* rearrangements (i.e., triple-hit lymphoma). The 2 patients with Hodgkin lymphoma, who had otherwise been unable to achieve a CR, received a protocol-permitted consolidative ASCT with busulfan, etoposide, cytarabine, and melphalan (BEAM) conditioning following recovery from $^{131}$I-BC8 therapy because CR was induced by the ARC. Both patients with follicular and HGBCL had measurable disease at enrollment and demonstrated remissions of 41 and 35 months, respectively, which are ongoing at last follow-up. Interestingly, the 3 patients with B-NHL who experienced the longest remissions received among the highest radioactivity levels of ARC therapy [ranges: 713–1,014 mCi (26.4–37.5 GBq) and 26–32 Gy to the liver].

Ex. A - Page 41

Reference ID: 4631728   Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Cassaday et al.

**Table 2.** Limiting normal organ-absorbed doses for [131]I anti-CD45 ARC

| Patient number | Treatment arm | Dose-limiting organ | Organ-limiting absorbed dose, Gy | Total administered activity to deliver the prespecified absorbed dose, mCi (GBq) | Limiting red marrow–absorbed dose, Gy |
|---|---|---|---|---|---|
| 1 | A | Liver | 10 | 425 (15.7) | 14 |
| 2 | A | Liver | 12 | 396 (14.7)[a] | 24 |
| 3 | B | Liver | 20 | 819 (30.3)[a] | 20 |
| 4 | B | Marrow | 50 | 344 (12.7) | 50 |
| 5 | B | Liver | 22 | 825 (30.5) | 13 |
| 6 | B | Marrow | 50 | 468 (17.3) | 50 |
| 7 | B | Marrow | 50 | 461 (17.1) | 50 |
| 8 | A | Liver | 14 | 593 (21.9) | 22 |
| 9 | B | Liver | 24 | 814 (30.1) | 17 |
| 10 | B | Liver | 24 | 596 (22.0) | 26 |
| 11 | B | Liver | 24 | 642 (23.8) | 24 |
| 12 | B | Liver | 26 | 774 (28.6) | 28 |
| 13 | B | Liver | 26 | 713 (26.4) | 8 |
| 14 | B | Liver | 28 | 752 (27.8) | 17 |
| 15 | B | Liver | 30 | 1,064 (39.4) | 34 |
| 16 | B | Liver | 32 | 1,014 (37.5) | 21 |

[a]Patients 2 and 3 received their respective therapy infusions after tumor dosimetry data suggested improved biodistribution following an escalation in the BC8 protein dose from 0.5 to 0.75 mg/kg. These improved biodistribution data were used to calculate the radioactivity dose administered with their subsequent and respective therapy infusions.

## Discussion

The last decade has witnessed improved treatment options for patients with lymphoma. However, even with the most promising recent strategies such as chimeric antigen receptor–modified T cells, many patients do not achieve prolonged remissions and will succumb to their disease (12). Furthermore, despite several new agents for the treatment of T-NHL and Hodgkin lymphoma, very few patients with relapsed or refractory disease achieve prolonged disease control (13–16). These regimens are also notable for protracted treatment courses and cumulative toxicity. As our understanding of the biology of lymphoma advances, many therapies are becoming progressively more refined and, thus, targeting an increasingly narrower spectrum of diseases, further compounding the challenge of drug development. In this study, we specifically designed and evaluated an ARC strategy targeting CD45 that could be broadly applied to B-NHL, T-NHL, and Hodgkin lymphoma, taking advantage of the broad expression of this antigen and the known exquisite radiosensitivity of all lymphoid malignancies.

Nonhematologic toxicity from ARC therapy is generally modest and infrequent. Most of the grade 3 or 4 events observed were due to hypersensitivity or anaphylactoid reactions to the murine anti-CD45 antibody BC8 comparable with other mAbs in routine clinical use. Fortunately, these reactions were self-limited, resolved with slowing or cessation of the antibody infusion along with supportive care, and did not appear to impact the antilymphoma activity of the ARC. Despite increasing the amount of [131]I infused to over 1,000 mCi (37 GBq) with an associated radiation dose of over 30 Gy to the liver, no DLT events were seen, and common adverse events expected with high-dose therapy such as mucositis and febrile neutropenia were rare, emphasizing the safety of this strategy. This level of radioactivity is over 10-fold greater than the median administered in the pivotal trial of [131]I-tositumomab (17). Furthermore, there were also no obvious signals of prolonged effects on hematopoietic recovery.

In addition to a relatively favorable toxicity profile, we documented encouraging signs of activity in patients with high-risk lymphoma, even though many such patients were treated at low dose levels. Objective responses were still seen in this group, where the majority had three or more lines of prior therapy and chemorefractory disease. It is noteworthy that all 3 patients with T-NHL had measurable disease at enrollment and achieved CR about 1 month after anti-CD45 ARC. Although we saw no clear evidence of a dose–response relationship based on 1-month response rate, the 3 patients that experienced the longest remissions without further consolidative therapy received the highest absorbed doses of radiation. At these high doses, the anticipated hematologic toxicity is such that ASCT likely abrogated the potential sequelae that prolonged cytopenias may have caused.

**Table 3.** Grade 3 and 4 nonhematologic adverse events observed following [131]I CD45-targeted ARC

| NCI CTCAE term | Grade 3 | Grade 4 |
|---|---|---|
| Infusion-related | | |
| Hypoxia | 8 | 0 |
| Hypotension | 3 | 0 |
| Dyspnea | 2 | 0 |
| Allergic reaction | 1 | 0 |
| Total number of patients who experienced ≥1 such event | 11 | 0 |
| Non–infusion-related | | |
| Hyperglycemia | 3 | 0 |
| Neutropenic fever | 3 | 0 |
| Diarrhea | 2 | 0 |
| Hypernatremia | 2 | 0 |
| Rash | 2 | 0 |
| Serum sickness | 2 | 0 |
| Elevated AST | 1 | 0 |
| Fatigue | 1 | 0 |
| Hypertension | 1 | 0 |
| Hypoglycemia | 1 | 0 |
| Hypophosphatemia | 1 | 0 |
| Mucositis | 1 | 0 |
| Total number of patients who experienced ≥1 such event | 7 | 0 |

NOTE: Infusion-related adverse events are those that developed during or immediately following infusion of radiolabeled BC8 antibody.

Reference ID: 4631728   Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Case 1:25-cv-02553-JPO    Document 46-1    Filed 10/27/25    Page 44 of 76





**Figure 2.**

Kaplan–Meier progression-free (**A**) and overall (**B**) survival curves generated from patients who received escalating doses of anti-CD45 ARC with [131]I-BC8 followed by autologous hematopoietic stem cell transplantation (ASCT). Shaded areas depict 95% CIs. Tick marks represent censored events.

These findings also support the hypothesis that high-dose anti-CD45 ARC therapy has antitumor activity even in chemorefractory, high-risk lymphoma, corroborating observations with local control by external beam radiation (1).

In contrast to prior anti-CD20 ARC strategies, targeting CD45 has several potential advantages. Anti-CD45 antibodies can circumvent blocking or CD20 downregulation caused by prior rituximab (4), which may have adversely impacted the results of prior phase III trials of CD20-targeted ARC-based thera-py (18, 19). Furthermore, anti-CD45 ARCs can bind to both malignant cells and inflammatory cells in the tumor microenvironment. This provides an opportunity to amplify the delivery of therapeutic radiation to hematolymphoid tumor sites. The pathlengths of the resulting beta particles are typically approximately 1 mm in tissue, cross many cell diameters, and create an optimal radius of potential therapeutic field, a concept referred to as the "crossfire effect." This is particularly advantageous in Hodgkin lymphoma, where inflammatory infiltrate comprises the vast

Ex. A - Page 43

Reference ID: 4631728

Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Cassaday et al.

majority of the tumor volume. The fact that we observed efficacy of this anti-CD45 ARC in patients with Hodgkin lymphoma provides direct evidence of this phenomenon, because the malignant Reed–Sternberg cells classically do not express CD45 and are dispersed among CD45-expressing lymphocytes. This is analogous to observed efficacy of CD25-directed ARC, which is expected to primarily target infiltrating T cells that surround Reed–Sternberg cells (20).

In conclusion, we have shown that anti-CD45 ARC with $^{131}$I at doses from 10 to 32 Gy to liver can be safely administered to patients with a broad range of high-risk lymphomas, yielding a manageable toxicity profile and signs of short- and long-term efficacy. These data, and the additional experience utilizing this approach in acute leukemia and multiple myeloma, also support the combination of anti-CD45 ARC with traditional transplant conditioning regimens for lymphoma, such as our study with $^{90}$Y-BC8 combined with BEAM followed by ASCT (NCT01921387). Other combinations could be considered where synergy with radiotherapy is expected (e.g., immunotherapy). We anticipate that with these data and results from ongoing trials, anti-CD45 ARC could be broadly applied to treat a wide range of hematologic neoplasms, a therapeutic space that still requires improved options.

## Disclosure of Potential Conflicts of Interest

R.D. Cassaday is an employee/paid consultant for and has ownership interests (including patents) in Seattle Genetics; is an unpaid consultant/advisory board member for Pfizer, Amgen, Jazz Pharmaceuticals, and Adaptive Biotechnologies; and reports receiving commercial research grants from Pfizer, Amgen, Vanda Pharmaceuticals, Merck, and Kite/Gilead. J.M. Pagel is an unpaid consultant/advisory board member for Actinium Pharmaceuticals. R.S. Miyaoka is an employee/paid consultant for Precision Sensing, LLC, and is an unpaid consultant/advisory board member for MIM Software. B.M. Sandmaier is an unpaid consultant/advisory board member for Actinium Pharmaceuticals. D.J. Green is an employee/paid consultant for Cellectar Biosciences, GlaxoSmithKline, and Celgene. A.K. Gopal reports receiving commercial research grants from Merck, Takeda, Teva, Janssen, Pfizer, Seattle Genetics, Gilead, and Spectrum, and is an unpaid consultant/advisory board member for Seattle Genetics, Gilead, Amgen, Janssen, Adaptive, IMAB, and Sanofi. No potential conflicts of interest were disclosed by the other authors.

## Authors' Contributions

**Conception and design:** O.W. Press, J.M. Pagel, B.M. Sandmaier, D.J. Green, A.K. Gopal

**Development of methodology:** O.W. Press, J.M. Pagel, J.G. Rajendran, A.K. Gopal

**Acquisition of data (provided animals, acquired and managed patients, provided facilities, etc.):** R.D. Cassaday, O.W. Press, J.M. Pagel, J.G. Rajendran, L.A. Holmberg, B.M. Sandmaier, D.J. Green, A.K. Gopal

**Analysis and interpretation of data (e.g., statistical analysis, biostatistics, computational analysis):** R.D. Cassaday, O.W. Press, J.M. Pagel, T.A. Gooley, D.R. Fisher, R.S. Miyaoka, B.M. Sandmaier, A.K. Gopal

**Writing, review, and/or revision of the manuscript:** R.D. Cassaday, O.W. Press, J.M. Pagel, J.G. Rajendran, D.R. Fisher, L.A. Holmberg, R.S. Miyaoka, B.M. Sandmaier, D.J. Green

**Administrative, technical, or material support (i.e., reporting or organizing data, constructing databases):** R.D. Cassaday, J.M. Pagel

**Study supervision:** A.K. Gopal

## Acknowledgments

This work is dedicated to Oliver W. Press who devoted much of his professional life to the development of high-dose ARC-based regimens. This study was funded by NIH K24 CA184039, P01 CA044991, P30 CA015704, and T32 CA009515; the Lymphoma Research Foundation; and donations from Frank and Betty Vandermeer and Sonya and Tom Campion.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received May 16, 2019; revised July 1, 2019; accepted August 19, 2019; published first September 3, 2019.

## References

1. Ng AK, Yahalom J, Goda JS, Constine LS, Pinnix CC, Kelsey CR, et al. Role of radiation therapy in patients with relapsed/refractory diffuse large B-cell lymphoma: guidelines from the international lymphoma radiation oncology group. Int J Radiat Oncol Biol Phys 2018;100:652–69.

2. Cassaday RD, Stevenson PA, Gooley TA, Chauncey TR, Pagel JM, Rajendran J, et al. High-dose CD20-targeted radioimmunotherapy-based autologous transplantation improves outcomes for persistent mantle cell lymphoma. Br J Haematol 2015;171:788–97.

3. Gopal AK, Gooley TA, Maloney DG, Petersdorf SH, Eary JF, Rajendran JG, et al. High-dose radioimmunotherapy versus conventional high-dose therapy and autologous hematopoietic stem cell transplantation for relapsed follicular non-Hodgkin lymphoma: a multivariable cohort analysis. Blood 2003;102:2351–7.

4. Gopal AK, Press OW, Wilbur SM, Maloney DG, Pagel JM. Rituximab blocks binding of radiolabeled anti-CD20 antibodies (Ab) but not radiolabeled anti-CD45 Ab. Blood 2008;112:830–5.

5. Gopal AK, Pagel JM, Fromm JR, Wilbur S, Press OW. 131I anti-CD45 radioimmunotherapy effectively targets and treats T-cell non-Hodgkin lymphoma. Blood 2009;113:5905–10.

6. Matthews DC, Appelbaum FR, Eary JF, Fisher DR, Durack LD, Hui TE, et al. Phase I study of (131)I-anti-CD45 antibody plus cyclophosphamide and total body irradiation for advanced acute leukemia and myelodysplastic syndrome. Blood 1999;94:1237–47.

7. Pagel JM, Gooley TA, Rajendran J, Fisher DR, Wilson WA, Sandmaier BM, et al. Allogeneic hematopoietic cell transplantation after conditioning with 131I-anti-CD45 antibody plus fludarabine and low-dose total body irradiation for elderly patients with advanced acute myeloid leukemia or high-risk myelodysplastic syndrome. Blood 2009;114:5444–53.

8. Loevinger R, Budinger TF, Watson EE, Name A, Name A, Name A, et al. MIRD primer for absorbed dose calculations (revised). New York, NY: The Society of Nuclear Medicine; 1991.

9. Cheson BD, Pfistner B, Juweid ME, Gascoyne RD, Specht L, Horning SJ, et al. Revised response criteria for malignant lymphoma. J Clin Oncol 2007;25:579–86.

10. Storer BE. An evaluation of phase I clinical trial designs in the continuous dose-response setting. Stat Med 2001;20:2399–408.

11. Bearman SI, Appelbaum FR, Back A, Petersen FB, Buckner CD, Sullivan KM, et al. Regimen-related toxicity and early posttransplant survival in patients undergoing marrow transplantation for lymphoma. J Clin Oncol 1989;7:1288–94.

12. Neelapu SS, Locke FL, Bartlett NL, Lekakis LJ, Miklos DB, Jacobson CA, et al. Axicabtagene ciloleucel CAR T-cell therapy in refractory large B-cell lymphoma. N Engl J Med 2017;377:2531–44.

13. O'Connor OA, Pro B, Pinter-Brown L, Bartlett N, Popplewell L, Coiffier B, et al. Pralatrexate in patients with relapsed or refractory peripheral T-cell lymphoma: results from the pivotal PROPEL study. J Clin Oncol 2011;29:1182–9.

14. Piekarz RL, Frye R, Prince HM, Kirschbaum MH, Zain J, Allen SL, et al. Phase 2 trial of romidepsin in patients with peripheral T-cell lymphoma. Blood 2011;117:5827–34.

15. Younes A, Gopal AK, Smith SE, Ansell SM, Rosenblatt JD, Savage KJ, et al. Results of a pivotal phase II study of brentuximab vedotin for patients with relapsed or refractory Hodgkin's lymphoma. J Clin Oncol 2012;30:2183–9.

Reference ID: 4631728  Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.

Case 1:25-cv-02553-JPO    Document 46-1    Filed 10/27/25    Page 46 of 76

16. Younes A, Santoro A, Shipp M, Zinzani PL, Timmerman JM, Ansell S, et al. Nivolumab for classical Hodgkin's lymphoma after failure of both autologous stem-cell transplantation and brentuximab vedotin: a multicentre, multicohort, single-arm phase 2 trial. Lancet Oncol 2016;17: 1283–94.

17. Kaminski MS, Zelenetz AD, Press OW, Saleh M, Leonard J, Fehrenbacher L, et al. Pivotal study of iodine I 131 tositumomab for chemotherapy-refractory low-grade or transformed low-grade B-cell non-Hodgkin's lymphomas. J Clin Oncol 2001;19:3918–28.

18. Shimoni A, Avivi I, Rowe JM, Yeshurun M, Levi I, Or R, et al. A randomized study comparing yttrium-90 ibritumomab tiuxetan (Zevalin) and high-dose BEAM chemotherapy versus BEAM alone as the conditioning regimen before autologous stem cell transplantation in patients with aggressive lymphoma. Cancer 2012;118:4706–14.

19. Vose JM, Bierman PJ, Loberiza FR, Enke C, Hankins J, Bociek RG, et al. Phase II trial of 131-Iodine tositumomab with high-dose chemotherapy and autologous stem cell transplantation for relapsed diffuse large B cell lymphoma. Biol Blood Marrow Transplant 2013;19:123–8.

20. Janik JE, Morris JC, O'Mahony D, Pittaluga S, Jaffe ES, Redon CE, et al. 90Y-daclizumab, an anti-CD25 monoclonal antibody, provided responses in 50% of patients with relapsed Hodgkin's lymphoma. Proc Natl Acad Sci U S A 2015;112:13045–50.

Reference ID: 4631728    Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.



# Clinical Cancer Research

# Phase I Study of a CD45-Targeted Antibody−Radionuclide Conjugate for High-Risk Lymphoma

Ryan D. Cassaday, Oliver W. Press, John M. Pagel, et al.

*Clin Cancer Res* Published OnlineFirst September 3, 2019.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>doi:10.1158/1078-0432.CCR-19-1567 |
| **Supplementary Material** | Access the most recent supplemental material at:<br>http://clincancerres.aacrjournals.org/content/suppl/2019/08/31/1078-0432.CCR-19-1567.DC1 |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, use this link<br>http://clincancerres.aacrjournals.org/content/early/2019/10/15/1078-0432.CCR-19-1567.<br>Click on "Request Permissions" which will take you to the Copyright Clearance Center's (CCC)<br>Rightslink site. |

Ex. A - Page 46

Reference ID: 4631728 Downloaded from clincancerres.aacrjournals.org on October 17, 2019. © 2019 American Association for Cancer Research.



Test-Based Exact Confidence Intervals for the Difference of Two Binomial Proportions

Author(s): Ivan S. F. Chan and Zhongxin Zhang

Source: *Biometrics*, Dec., 1999, Vol. 55, No. 4 (Dec., 1999), pp. 1202–1209

Published by: International Biometric Society

Stable URL: http://www.jstor.com/stable/2533740

**REFERENCES**
Linked references are available on JSTOR for this article:
http://www.jstor.com/stable/2533740?seq=1&cid=pdf-reference#references_tab_contents
You may need to log in to JSTOR to access the linked references.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Wiley* and *International Biometric Society* are collaborating with JSTOR to digitize, preserve and extend access to *Biometrics*

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

BIOMETRICS 55, 1202–1209
December 1999

# Test-Based Exact Confidence Intervals for the Difference of Two Binomial Proportions

**Ivan S. F. Chan\* and Zhongxin Zhang**

Clinical Biostatistics, Merck Research Laboratories, BL 2-3, West Point, Pennsylvania 19486, U.S.A.
\* *email:* Ivan_Chan@Merck.Com

SUMMARY.    Confidence intervals are often provided to estimate a treatment difference. When the sample size is small, as is typical in early phases of clinical trials, confidence intervals based on large sample approximations may not be reliable. In this report, we propose test-based methods of constructing exact confidence intervals for the difference in two binomial proportions. These exact confidence intervals are obtained from the unconditional distribution of two binomial responses, and they guarantee the level of coverage. We compare the performance of these confidence intervals to ones based on the observed difference alone. We show that a large improvement can be achieved by using the standardized $Z$ test with a constrained maximum likelihood estimate of the variance.

KEY WORDS:    Constrained MLE; Exact test; Two-by-two table; Unconditional distribution.

## 1. Introduction

In clinical trials designed to compare a new treatment with a standard treatment, the difference in proportions of responses to a specific endpoint between the two groups is often of primary interest. Confidence intervals are typically provided to estimate the treatment difference. An asymptotic confidence interval computed based on the normal approximation is quite good in large samples, but it may behave poorly when the sample size is small or when the observed rates are near the extreme. Santner and Snell (1980) proposed methods to construct confidence intervals that guarantee the coverage probability. Their method of constructing exact confidence intervals based on the tail distribution of the observed rate difference has been implemented in the commercially available software StatXact (Cytel Software, 1995).

In a vaccine clinical trial to investigate whether a new manufacturing process provides improvement over the current process, subjects were randomized to receive either the new or current process materials. The preliminary data showed that the proportions of subjects responding to the vaccine were .944 (17/18) and .611 (11/18) for the new and current processes, respectively. The rate difference was .333, suggesting that the new process had noticeable improvement. Since the sample size was rather small, the simple tail-based method (Cytel Software, 1995) was used to provide a 95% exact confidence interval for the rate difference (new − current). It yielded an interval of $(-.019, .630)$, indicating no significant improvement, however.

We note that the tail-based method could be overly conservative because it uses only the observed rate difference to rank the outcomes without considering the associated variability. In this paper, we propose three other statistics for constructing exact confidence intervals that take into account

the variability of the outcome. We show that confidence intervals based on these three statistics provide substantial improvement over the simple tail-based method proposed by Santner and Snell (1980) and implemented in StatXact (Cytel Software, 1995). For the above example, our recommended method (standardized $Z$ statistics with constrained maximum likelihood estimate of variance) yields a 95% confidence interval of $(.049, .593)$, which is completely within the one produced by the simple tail-based method and indicates a statistically significant improvement of the new process.

For some background on the problem, consider a binomial trial comparing two groups of sizes $N_1$ and $N_2$. Let $X$ and $Y$ be the independent responses distributed as binomial random variables having parameters $(N_1, P_1)$ and $(N_1, P_2)$, respectively. The parameter of interest is the difference of the two binomial probabilities

$$\delta = P_1 - P_2, \qquad (1)$$

where the range of $\delta$ is $(-1, 1)$. The joint probability mass function of $(X, Y)$ is a product of two binomial probabilities. Let $P = P_1$ and substitute $P_2$ with $(P - \delta)$ from (1). The joint probability mass function becomes

$$
\begin{aligned}
&\Pr\{X = i, Y = j \mid \delta, P\} \\
&= \binom{N_1}{i}\binom{N_2}{j} P^i (1 - P)^{N_1 - i} (P - \delta)^j (1 + \delta - P)^{N_2 - j}
\end{aligned}
$$

$$(2)$$

for $0 \leq i \leq N_1$ and $0 \leq j \leq N_2$. For any given $\delta$, the domain of $P$ is

$$D(\delta) = \{P : \max(0, \delta) \leq P \leq \min(1, 1 + \delta)\}. \qquad (3)$$

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

Ex. A - Page 48

Note that $P$ is a nuisance parameter for the inference on $\delta$. For testing the hypothesis $H_0$: $\delta = 0$, the marginal sum $(X + Y)$ is the sufficient statistic for $P$. An exact test conditional on the sufficient statistic is the well-known Fisher's exact test.

Suissa and Shuster (1985) and Haber (1986) proposed an exact test for $H_0$: $\delta = 0$ based on the unconditional distribution given in (2). They used the maximization method (Basu, 1977) to eliminate the effect of the nuisance parameter $P$, in which the exact $p$ value is obtained by maximizing the rejection probability over the domain of $P$. They showed the exact unconditional test is more powerful than the Fisher's exact test. For testing null hypotheses with a nonzero difference, no simple sufficient statistics exist for $P$. Chan (1998) developed an exact unconditional test for such hypotheses based on a statistic proposed by Miettinen and Nurminen (1985) and Farrington and Manning (1990).

In Section 2, we extend the ideas of exact unconditional tests to constructing exact confidence intervals for the difference ($\delta$) of proportions in two independent binomial samples. In Section 3, we discuss four well-known test statistics that are used to construct exact confidence intervals, including the simple tail-based method in StatXact (Cytel Software, 1995) as a special case. The method of dealing with a nuisance parameter with a restricted search is discussed in Section 4. We illustrate these methods with several examples in Section 5, and we examine and compare their performance in Section 6.

## 2. Test-Based Exact Confidence Interval

Our goal is to construct a two-sided $(1 - 2\alpha)100\%$ confidence interval $(\delta_L, \delta_U)$ for the true difference $\delta$ by using the exact method (Clopper and Pearson, 1934). The proposed exact confidence interval eliminates aberrations and guarantees strict conservatism in the sense that the coverage probability is at least $1 - 2\alpha$ for every $\delta$. The two confidence bounds are obtained by inverting the test procedure for two one-sided hypotheses, one for the lower bound and the other for the upper bound.

We find the upper bound by considering the one-sided hypothesis

$$H_0: \delta = \delta_0 \quad \text{versus} \quad H_1: \delta < \delta_0 \qquad (4)$$

for a specified value $\delta_0$. Without loss of generality, let $T = T(X, Y; \delta_0)$ be a test statistic with the rejection region defined by the left tail of the statistic. In other words, small values of $T$ are in favor of the alternative hypothesis. Several examples of the $T$ statistic will be discussed in the next section.

Following the ideas of Suissa and Shuster (1985), Haber (1986), and Chan (1998), one can develop an exact unconditional test based on the $T$ statistic for the one-sided hypothesis in (4). For an observed outcome $(i, j)$ of $(X, Y)$, the exact $p$ value for $\delta_0$ is defined by

$$p(i, j \mid T, \delta_0) = \max_{P \in D} \Pr[T(X, Y; \delta_0) \le T(i, j; \delta_0) \mid \delta_0, P], \quad (5)$$

where the probability is evaluated using (2) and $D = D(\delta_0)$ as given in (3) is the space of the nuisance parameter. This test considers all possible combinations of the outcomes given the sample sizes $N_1$ and $N_2$. The $p$ value is obtained by maximizing the tail probability over the domain of the nuisance parameters $D(\delta_0)$ to account for the worst configuration. For an $\alpha$-level test, the null hypothesis in (4) will be rejected if $p(i, j \mid T, \delta_0) \le \alpha$.

Using the duality of hypothesis testing and interval estimation (Rohatgi, 1984, pp. 224–225), one can derive, using (5), the one-sided $(1 - \alpha)100\%$ confidence set for $\delta$ based on the observed outcome $(i, j)$ as

$$C_{\alpha, T}(i, j) = \{\delta : p(i.j \mid T, \delta) > \alpha\} \qquad (6)$$

and

$$\Pr\{\delta \in C_{\alpha, T}(i, j)\} \ge 1 - \alpha.$$

It is easy to see that the confidence set $C_{\alpha, T}(i, j)$ is an unique interval of the form $(-1, \delta_U)$ if the tail probability function

$$g(\delta) = p(i, j \mid T, \delta) \qquad (7)$$

is monotonely decreasing in $\delta$. In this case, the upper limit ($\delta_U$) is the value of $\delta$ for which $g(\delta) = \alpha$. If $g(\delta)$ fluctuates with $\delta$, then the confidence set may consist of multiple disjoint intervals. To be conservative, we define the upper limit to be

$$\delta_U = \sup_\delta C_{\alpha, T}(i, j)$$

so that the interval $(-1, \delta_U)$ covers the true difference ($\delta$) with at least $(1 - \alpha)$ probability.

Extending the above method to obtain the lower limit ($\delta_L$) of the confidence interval is straightforward. We invert the test $T$ for the hypothesis

$$H_0: \delta = \delta_0 \quad \text{versus} \quad H_1: \delta > \delta_0. \qquad (8)$$

Now large values of $T$ favor the alternative hypothesis in (8). Following a similar procedure, we can obtain the lower limit as

$$\delta_L = \inf_\delta \left\{\delta : \max_{P \in D} \Pr[T(X, Y; \delta) \ge T(i, j; \delta) \mid \delta, P] > \alpha\right\}$$

so that the interval $(\delta_L, 1)$ covers the true $\delta$ with at least $(1 - \alpha)$ probability.

The interval $(\delta_L, \delta_U)$ forms a $(1 - 2\alpha)100\%$ exact confidence interval for the true difference ($\delta$) since

$$\Pr\{\delta_L \le \delta \le \delta_U\} = 1 - \Pr\{\delta < \delta_L\} - \Pr\{\delta > \delta_U\} \ge 1 - 2\alpha.$$

Note that the exact confidence interval is generally conservative due to the discreteness of the distribution in (2) and the fact that the $p$ value is obtained by taking the maximum over the domain of the nuisance parameter.

It is interesting to observe from equation (2) that the probability of observing the outcome $(i, j)$ given $(P_1 = P, P_2 = P - \delta)$ is the same as that of the outcome $(N_1 - i, N_2 - j)$ given $(P_1 = 1 - P, P_2 = 1 - P + \delta)$. Therefore, the confidence interval for $\delta$ obtained based on the outcome $(i, j)$ is the same as the confidence interval for $(-\delta)$ obtained based on the outcome $(N_1 - i, N_2 - j)$. In other words, if the outcome $(i, j)$ yields a confidence interval $(\delta_L, \delta_U)$ for $\delta$, then the confidence interval for $\delta$ based on the outcome $(N_1 - i, N_2 - j)$ will be $(-\delta_U, -\delta_L)$.

## 3. Choices of Test Statistics

In this section, we discuss four test statistics that can be used to construct exact confidence intervals. In all cases, small values of the statistic favor the alternative hypothesis in (4).

*Simple statistic* ($S$). The tail-based exact confidence interval proposed by Santner and Snell (1980) and implemented

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

in StatXact (Cytel Software, 1995) uses the observed rate difference as the test statistic

$$S(i, j; \delta_0) = \hat{P}_1 - \hat{P}_2,$$

where $\hat{P}_1 = i/N_1$ and $\hat{P}_2 = j/N_2$. Note that the test statistic is independent of $\delta$ (or $\delta_0 = 0$) and the tail of any observed outcome is fixed. Therefore, the tail probability function $g(\delta)$ in (7) is monotone in $\delta$, and the confidence set $C_{\alpha,T}(\delta)$ defined in (6) always yields a unique interval. Since the $S$ statistic depends only on the observed difference, its distribution may have many ties, especially when sample sizes are equal in both groups. In addition, the same confidence interval will be obtained from two different sample outcomes with the same observed difference even though they may have different variance estimates. This method seems overly conservative, as one would expect a narrower confidence interval for the sample point having a smaller variance.

*Binomial Z statistic* ($Z_1$). Another choice of statistic is the well-known binomial $Z$ statistic based on the normal approximation,

$$Z_1(i, j; \delta_0) = \frac{\hat{P}_1 - \hat{P}_2}{\{\hat{P}_1(1 - \hat{P}_1)/N_1 + \hat{P}_2(1 - \hat{P}_2)/N_2\}^{1/2}}.$$

Like the $S$ statistic, $Z_1$ does not depend on $\delta$, and thus the confidence set $C_{\alpha,T}(\delta)$ in (6) always yields a unique interval. Since $Z_1$ standardizes the observed difference by its variance, the distribution of $Z_1$ has fewer ties than that of $S$. As a result, $Z_1$ is more sensitive than $S$ as a test statistic. One would expect that the confidence interval based on $Z_1$ would be generally narrower than that based on $S$.

Note that, when $(\hat{P}_1, \hat{P}_2)$ takes on the values of $(0, 0)$, $(1, 1)$, $(0, 1)$, or $(1, 0)$, the variance estimate is zero and $Z_1$ is undefined. We use a slight adjustment in these situations. For the former two cases, we define $Z_1$ to be zero since the observed difference is zero. For the third case, use $\hat{P}_1 = (2N_1)^{-1}$ and $\hat{P}_2 = 1 - (2N_2)^{-1}$ in calculating the variance estimate. Similarly, we use $\hat{P}_1 = 1 - (2N_1)^{-1}$ and $\hat{P}_2 = (2N_2)^{-1}$ in calculating the variance estimate for the last case. As such, the $Z_1$ statistic will be smallest at $(0, 1)$ and largest at $(1, 0)$.

*δ-Projected Z statistic* ($Z_2$). For testing one-sided hypotheses in the form of (4), Miettinen and Nurminen (1985) and Farrington and Manning (1990) proposed a modification to the binomial $Z$ statistic and restricted the estimation of variance under the null hypothesis, i.e.,

$$Z_2(i, j; \delta_0) = \frac{\hat{P}_1 - \hat{P}_2 - \delta_0}{\{\tilde{P}_1(1 - \tilde{P}_1)/N_1 + \tilde{P}_2(1 - \tilde{P}_2)/N_2\}^{1/2}}.$$

Here $\tilde{P}_1$ and $\tilde{P}_2$ are the maximum likelihood estimates of $P_1$ and $P_2$, respectively, under the constraint specified in the null hypothesis (4). Explicit formulas for calculating $\tilde{P}_1$ and $\tilde{P}_2$ can be found in these two references. Miettinen and Nurminen (1985) also developed an asymptotic confidence interval based on $Z_2$. These two studies demonstrated that the normal approximation to $Z_2$ performs better than the one using the sample variance estimate in terms of controlling type I error rates of the test and maintaining coverage probabilities of confidence intervals. We call $Z_2$ the $\delta$-projected statistic because $(\tilde{P}_1, \tilde{P}_2)$ is a projection of $(\hat{P}_1, \hat{P}_2)$ on the line $P_1 - P_2 = \delta_0$.

Note that the $\delta$-projected $Z$ statistic involves $\delta_0$. Although rarely seen in practice, there is a theoretical possibility that

the tail of an observed outcome based on $Z_2$ will change with a new hypothesized value of $\delta$ and thus the tail probability function $g(\delta)$ will fluctuate with $\delta$. The consequence is twofold: (a) substantially more computational effort (compared to $S$ or $Z_1$) is needed to update the tail with changing $\delta$ in the search for the confidence limits, and (b) the procedure will potentially yield multiple disjoint intervals and the resulting confidence limits will be overconservative since they represent the two extremes of these disjoint intervals. To eliminate these two problems, we adopt a modification to the procedure. First, we compute the asymptotic confidence interval $(\delta_L^A, \delta_U^A)$ using the approach of Miettinen and Nurminen (1985). This usually provides a good approximation to the exact interval. Then we use $\delta_L^A$ (or $\delta_U^A$) as the final hypothesized value of $\delta$ in $Z_2$ to define the tail of the observed outcome for calculating the upper (or lower) limit.

*Likelihood ratio statistic* ($LR$). Denote the log likelihood function by

$$l(P, \delta \mid (i, j)) = \log\{\Pr(X = i, Y = j \mid \delta, P)\}.$$

The log-likelihood ratio statistic for the one-sided hypothesis (4) is given by

$$LR(i, j; \delta_0) = \text{sign}(\hat{\delta} - \delta_0)\{l(\hat{P}_1, \hat{\delta} \mid (i, j)) - l(\tilde{P}_1, \delta_0 \mid (i, j))\},$$

where $\hat{\delta} = \hat{P}_1 - \hat{P}_2$ and $\text{sign}(x) = 1$, $0$, or $-1$ if $x > 0$, $= 0$, or $< 0$, respectively. Just like the $\delta$-projected $Z$ statistic, the likelihood ratio statistic also involves $\delta_0$. We adapt the same modification as for $Z_2$ to define the tail in calculating the confidence limits.

## 4. Restricted Search of Nuisance Parameter

The above methods search the maximum tail probability over the whole domain of the nuisance parameter ($P$). This search casts for the worst scenario but might result in overconservative confidence intervals if the peak occurs at a place far away from the true value of $P$. Berger and Boos (1994) proposed a method for a valid $p$ value that maximizes the tail probability over a confidence interval for the nuisance parameter and showed that conservatism could be reduced if the peak was outside the confidence interval. StatXact (Cytel Software, 1995, Section 13.3) adapted their method for the confidence interval based on the simple statistic ($S$). We apply this method to other statistics here. Basically, one first constructs two $100(1 - \gamma)\%$ confidence intervals $A_1 = (L_1, U_1)$ and $A_2 = (L_2, U_2)$ for $P_1$ and $P_2$, respectively. Assuming the event $\varepsilon : (P_1, P_2) \in A_1 \times A_2$ is true, the range of $\delta$ is $R = (L_1 - U_2, U_1 - L_2)$ and thus the range for the nuisance parameter is restricted to $D_R(\delta) = \{P : \max(L_1, L_2 + \delta) \leq P \leq \min(U_1, U_2 + \delta)\}$. Then one searches for the maximum tail probability over this restricted range $D_R(\delta)$. The confidence limit will be the value of $\delta$ such that $g(\delta) = \alpha - \gamma$, where $P \in D_R(\delta)$ and $\gamma$ serves as the penalty for restricting the search of the maximum tail probability. It can be shown that the confidence interval has the right coverage since

$$
\begin{aligned}
\Pr\{\delta \notin [\delta_L, \delta_U]\} = {} & \Pr\{\delta \notin [\delta_L, \delta_U] \mid \varepsilon\}\Pr(\varepsilon) \\
& + \Pr\{\delta \notin [\delta_L, \delta_U] \mid \varepsilon^c\}\Pr(\varepsilon^c) \\
\leq {} & \Pr\{\delta \notin [\delta_L, \delta_U] \mid \varepsilon\} + \Pr(\varepsilon^c) \\
\leq {} & \Pr\{\delta < \delta_L \mid \varepsilon\} + \Pr\{\delta > \delta_U \mid \varepsilon\} + 2\gamma \\
\leq {} & (\alpha - \gamma) + (\alpha - \gamma) + 2\gamma = 2\alpha
\end{aligned}
$$

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

**Table 1**

*Ninety-five percent exact confidence intervals for the illustrative examples*

| Outcome | | Observed difference | Search over entire domain ($\gamma = 0$) | | | | Search over restricted domain ($\gamma = .001$) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $\hat{P}_1 = X/N_1$ | $\hat{P}_2 = X/N_2$ | $\hat{\delta} = \hat{P}_1 - \hat{P}_2$ | Simple statistic ($S$) | Binomial $Z$ statistic ($Z_1$) | $\delta$-projected $Z$ statistic ($Z_2$) | Likelihood ratio statistic ($LR$) | Simple statistic ($S$) | Binomial $Z$ statistic ($Z_1$) | $\delta$-projected $Z$ statistic ($Z_2$) | Likelihood ratio statistic ($LR$) |
| 17/18 | 11/18 | .33 | (−.019, .629) | (.059, .668) | (.049, .593) | (.049, .593) | (−.019, .630) | (.059, .658) | (.047, .595) | (.049, .595) |
| 9/10 | 5/10 | .40 | (−.086, .762) | (−.020, .762) | (−.020, .741) | (−.049, .741) | (−.089, .764) | (−.020, .762) | (−.024, .743) | (−.052, .743) |
| 12/15 | 7/15 | .33 | (−.056, .654) | (−.024, .652) | (−.024, .637) | (−.030, .637) | (−.059, .656) | (−.024, .652) | (−.027, .639) | (−.031, .639) |
| 0/10 | 0/10 | 0 | (−.456, .456) | (−.456, .456) | (−.309, .309) | (−.309, .309) | (−.424, .424) | (−.422, .422) | (−.311, .311) | (−.311, .311) |
| 0/10 | 0/20 | 0 | (−.389, .389) | (−.389, .389) | (−.188, .309) | (−.168, .309) | (−.272, .378) | (−.271, .376) | (−.190, .311) | (−.190, .311) |
| 1/4 | 0/4 | .25 | (−.510, .830) | (−.389, .830) | (−.389, .806) | (−.389, .806) | (−.515, .832) | (−.389, .830) | (−.394, .809) | (−.394, .809) |
| 2/4 | 1/4 | .25 | (−.510, .830) | (−.510, .821) | (−.510, .830) | (−.598, .830) | (−.515, .832) | (−.510, .821) | (−.515, .832) | (−.598, .832) |

Ex. A - Page 51

using the fact that a probability cannot exceed one and the Bonferroni inequality that $\Pr(\varepsilon^c) \leq 2\gamma$.

## 5. Illustrative Examples

To illustrate the methodology, we used the four test statistics described in Section 3 to calculate exact confidence intervals in several examples, including the vaccine study described in the Introduction. Throughout, we used a bisection procedure to find the confidence limits for $\delta$. For the confidence interval with a restricted search for the nuisance parameter, we will use $\gamma = .001$, as used in Berger (1996) and StatXact (Cytel Software, 1995). The computer programs were written in FORTRAN 77 and are available from the first author.

Table 1 lists the examples and their 95% exact confidence intervals with and without the restricted search of the nuisance parameter. The first example is the vaccine study, where the simple statistic fails to show an improvement of the new manufacturing process since the lower bound of the confidence interval for the difference is less than zero. However, all other methods produce much narrower confidence intervals with lower bounds exceeding zero, thus indicating a significant improvement of the new process. The second example was taken from StatXact (Cytel Software, 1995, Section 13.9), and the third example was from an influenza vaccine study reported by Fries et al. (1993) where the outcomes were the proportions of subjects who developed clinical symptoms

of influenza after viral challenge among placebo controls and vaccine recipients, respectively. These two examples represent outcomes associated with relatively higher sample variability. The $\delta$-projected $Z$ statistic yields the shortest confidence intervals that are completely within those based on all other statistics. It is noted that the restricted search does not reduce the length of the confidence intervals in these two examples.

The fourth and fifth examples represent extreme outcomes taken from Miettinen and Nurminen (1985). The restricted search reduces the length of confidence intervals based on the $S$ and $Z_1$ statistics. But the $\delta$-projected $Z$ statistic ($Z_2$) and the likelihood ratio statistic (LR), without using restricted search, provide substantially shorter confidence intervals in these extreme outcomes, however.

The last two examples, $(1/4, 0/4)$ and $(2/4, 1/4)$, are used to explicitly illustrate the benefit of accounting for the variability of the rate difference. These two examples have the same observed rate difference of .25, and they yield the same confidence interval $(-.510, .830)$ based on the simple statistic ($S$) without restricted search of nuisance parameter. However, the variability with outcome $(2/4, 1/4)$ is larger than with $(1/4, 0/4)$, and hence the $Z_1$ statistic is smaller for $(2/4, 1/4)$ than for $(1/4, 0/4)$. Since the outcome $(1/4, 0/4)$ is in the right tail of $(2/4, 1/4)$ based on $Z_1$, the upper bound estimate for outcome $(2/4, 1/4)$ based on $Z_1$ is smaller (.821) than the one

## Table 2
*Average length of* 95% *exact confidence intervals (number in parentheses gives the percent of confidence intervals with the shortest length among the eight methods)*

| Sample size $(N_1, N_2)$ | Search over entire domain ($\gamma = 0$) | | | | Search over restricted domain ($\gamma = .001$) | | | |
|---|---|---|---|---|---|---|---|---|
| | Simple statistic (S) | Binomial $Z$ statistic ($Z_1$) | $\delta$-projected $Z$ statistic ($Z_2$) | Likelihood ratio statistic (LR) | Simple statistic (S) | Binomial $Z$ statistic ($Z_1$) | $\delta$-projected $Z$ statistic ($Z_2$) | Likelihood ratio statistic (LR) |
| (4, 4) | 1.227 (28) | 1.190 (52) | 1.168 (76) | 1.182 (76) | 1.234 (0) | 1.190 (52) | 1.175 (0) | 1.188 (0) |
| (5, 5) | 1.121 (22) | 1.080 (44) | 1.050 (67) | 1.066 (67) | 1.127 (0) | 1.079 (44) | 1.057 (0) | 1.071 (0) |
| (6, 6) | 1.037 (14) | .990 (39) | .960 (59) | .971 (59) | 1.043 (0) | .990 (39) | .967 (0) | .976 (0) |
| (7, 7) | .968 (13) | .919 (34) | .890 (56) | .896 (53) | .974 (0) | .918 (34) | .897 (0) | .900 (0) |
| (8, 8) | .911 (9) | .862 (31) | .831 (63) | .845 (44) | .916 (0) | .861 (31) | .837 (0) | .845 (0) |
| (9, 9) | .863 (8) | .816 (28) | .781 (62) | .793 (48) | .867 (0) | .814 (28) | .787 (0) | .794 (0) |
| (10, 10) | .821 (6) | .775 (26) | .740 (62) | .750 (47) | .824 (0) | .772 (26) | .745 (0) | .750 (0) |
| (11, 11) | .785 (6) | .742 (26) | .704 (63) | .713 (43) | .787 (0) | .738 (26) | .710 (1) | .715 (1) |
| (12, 12) | .753 (4) | .710 (24) | .674 (59) | .682 (44) | .754 (0) | .705 (24) | .679 (0) | .682 (0) |
| (13, 13) | .724 (4) | .683 (24) | .647 (60) | .654 (41) | .724 (0) | .678 (24) | .651 (0) | .654 (0) |
| (14, 14) | .699 (3) | .658 (32) | .623 (63) | .631 (40) | .698 (0) | .653 (32) | .628 (0) | .629 (0) |
| (15, 15) | .675 (3) | .636 (32) | .602 (64) | .609 (32) | .674 (0) | .630 (32) | .606 (2) | .608 (2) |
| (16, 16) | .654 (2) | .617 (29) | .582 (63) | .590 (34) | .652 (0) | .610 (29) | .586 (1) | .588 (2) |
| (17, 17) | .635 (2) | .599 (27) | .564 (63) | .570 (36) | .632 (0) | .592 (28) | .568 (2) | .569 (1) |
| (18, 18) | .617 (2) | .583 (28) | .547 (60) | .554 (39) | .614 (0) | .575 (29) | .551 (2) | .552 (3) |
| (19, 19) | .601 (2) | .568 (28) | .533 (58) | .539 (40) | .597 (0) | .559 (29) | .536 (3) | .537 (4) |
| (20, 20) | .586 (2) | .554 (25) | .519 (58) | .524 (36) | .581 (0) | .545 (26) | .522 (4) | .523 (3) |
| (4, 3) | 1.245 (70) | 1.245 (70) | 1.231 (70) | 1.256 (70) | 1.246 (0) | 1.239 (70) | 1.238 (0) | 1.259 (0) |
| (10, 5) | .981 (9) | .948 (9) | .896 (61) | .923 (27) | .974 (0) | .936 (12) | .899 (9) | .906 (9) |
| (10, 7) | .839 (52) | .842 (32) | .811 (34) | .835 (36) | .840 (0) | .836 (34) | .816 (0) | .825 (5) |
| (13, 11) | .708 (39) | .707 (32) | .674 (35) | .692 (29) | .708 (0) | .700 (33) | .678 (1) | .683 (6) |
| (15, 10) | .722 (11) | .709 (24) | .672 (53) | .690 (30) | .720 (0) | .699 (28) | .674 (9) | .678 (7) |
| (15, 13) | .657 (34) | .656 (31) | .624 (38) | .639 (26) | .656 (0) | .649 (31) | .627 (4) | .631 (4) |
| (20, 10) | .710 (4) | .695 (5) | .636 (59) | .657 (19) | .700 (0) | .674 (6) | .636 (16) | .638 (16) |
| (20, 15) | .602 (19) | .597 (23) | .561 (45) | .574 (24) | .599 (2) | .586 (27) | .562 (8) | .564 (9) |

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

Ex. A - Page 52

Test-Based Exact Confidence Intervals

**Table 3**

*Average expected error rates of coverage (%) of 95% exact confidence intervals*[a]

| Sample size $(N_1, N_2)$ | Search over entire domain ($\gamma = 0$) | | | | | | | | Search over restricted domain ($\gamma = .001$) | | | | | | | |
| | Simple statistic (S) | | Binomial Z statistic ($Z_1$) | | $\delta$-projected Z statistic ($Z_2$) | | Likelihood ratio statistic (LR) | | Simple statistic (S) | | Binomial Z statistic ($Z_1$) | | $\delta$-projected Z statistic ($Z_2$) | | Likelihood ratio statistic (LR) | |
| | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ | $\delta = 0$ | $\delta = .4$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (4, 4) | .35 | .82 | .35 | 2.06 | .35 | 2.06 | .35 | 2.06 | .35 | .82 | .35 | 2.06 | .35 | 2.06 | .35 | 2.06 |
| (5, 5) | 1.04 | .78 | 1.04 | 1.33 | 1.04 | 1.33 | 1.04 | 1.33 | 1.04 | .78 | 1.04 | 1.33 | 1.04 | 1.33 | 1.04 | 1.33 |
| (6, 6) | 1.98 | 1.83 | 1.98 | 2.99 | 1.98 | 2.99 | 1.98 | 2.09 | 1.98 | 1.83 | 1.98 | 2.99 | 1.98 | 2.99 | 1.98 | 2.09 |
| (7, 7) | .60 | 1.15 | 1.63 | 2.61 | 1.63 | 2.61 | 1.63 | 1.26 | .60 | 1.15 | 1.63 | 2.61 | 1.63 | 2.61 | 1.63 | 2.11 |
| (8, 8) | 1.02 | .77 | 2.03 | 1.64 | 2.03 | 1.64 | 2.03 | 1.69 | 1.02 | .83 | 2.03 | 1.64 | 2.03 | 1.69 | 2.03 | 1.69 |
| (9, 9) | 1.54 | 2.82 | 2.51 | 2.82 | 2.51 | 3.09 | 2.51 | 3.09 | 1.54 | 2.82 | 2.51 | 2.82 | 2.51 | 3.09 | 2.51 | 3.09 |
| (10, 10) | 2.13 | 1.94 | 3.06 | 2.89 | 3.06 | 3.99 | 3.06 | 3.99 | 2.13 | 1.94 | 3.06 | 2.89 | 3.06 | 3.99 | 3.06 | 3.99 |
| (11, 11) | .79 | 2.79 | 2.41 | 2.79 | 3.29 | 3.60 | 3.29 | 3.12 | .79 | 2.80 | 2.41 | 2.80 | 3.29 | 3.60 | 3.29 | 3.12 |
| (12, 12) | 1.09 | 1.83 | 3.54 | 1.83 | 3.54 | 3.89 | 3.54 | 3.89 | 1.09 | 1.83 | 3.54 | 1.83 | 3.54 | 3.89 | 3.54 | 3.89 |
| (13, 13) | 1.43 | 1.24 | 3.82 | 2.21 | 3.82 | 2.88 | 3.11 | 2.99 | 1.43 | 1.25 | 3.82 | 2.31 | 3.11 | 2.88 | 3.11 | 2.99 |
| (14, 14) | 1.81 | 2.93 | 3.36 | 2.93 | 3.43 | 4.03 | 3.43 | 4.03 | 1.81 | 2.93 | 3.36 | 2.93 | 3.43 | 4.03 | 3.43 | 4.03 |
| (15, 15) | 2.21 | 2.07 | 3.78 | 3.69 | 3.78 | 3.86 | 3.78 | 3.59 | 2.21 | 2.07 | 3.78 | 3.69 | 3.78 | 3.86 | 3.78 | 3.86 |
| (16, 16) | .95 | 2.63 | 3.23 | 3.64 | 3.94 | 4.13 | 3.94 | 4.21 | 1.07 | 2.63 | 3.94 | 3.64 | 3.94 | 4.13 | 3.94 | 4.21 |
| (17, 17) | 1.18 | 1.80 | 3.43 | 3.37 | 4.11 | 3.42 | 4.11 | 4.29 | 1.29 | 1.85 | 3.43 | 3.42 | 4.11 | 3.42 | 4.11 | 4.29 |
| (18, 18) | 1.42 | 3.55 | 3.64 | 4.02 | 4.29 | 4.37 | 4.29 | 4.15 | 1.42 | 3.55 | 3.64 | 4.02 | 4.29 | 4.37 | 4.29 | 4.15 |
| (19, 19) | 1.68 | 2.53 | 3.44 | 3.45 | 4.07 | 3.61 | 4.07 | 3.91 | 1.68 | 2.53 | 3.44 | 3.45 | 3.61 | 3.32 | 3.61 | 3.91 |
| (20, 20) | 1.96 | 3.13 | 3.68 | 3.64 | 4.28 | 4.58 | 4.28 | 4.30 | 1.96 | 3.14 | 3.68 | 3.64 | 3.47 | 4.07 | 3.47 | 3.70 |
| | | | | | | | | | | | | | | | | |
| (4, 3) | .79 | .82 | .79 | .82 | .79 | 1.39 | .79 | 1.39 | .79 | .82 | .79 | .82 | .79 | 1.39 | .79 | 1.39 |
| (10, 5) | 2.18 | 1.99 | 2.18 | 2.31 | 2.18 | 2.73 | 1.56 | 2.02 | 2.18 | 1.99 | 2.18 | 2.31 | 2.18 | 2.06 | 1.56 | 2.02 |
| (10, 7) | 2.49 | 2.53 | 2.49 | 2.84 | 3.13 | 2.61 | 2.53 | 1.36 | 2.49 | 2.53 | 2.49 | 2.84 | 2.53 | 2.61 | 2.53 | 2.61 |
| (13, 11) | 2.23 | 3.13 | 2.39 | 3.13 | 3.18 | 3.52 | 2.68 | 2.76 | 1.85 | 3.16 | 2.39 | 3.16 | 2.79 | 3.52 | 3.00 | 3.38 |
| (15, 10) | 2.05 | 3.23 | 2.92 | 3.23 | 3.37 | 3.61 | 3.37 | 3.17 | 2.05 | 2.60 | 2.92 | 3.23 | 3.37 | 3.04 | 3.37 | 3.04 |
| (15, 13) | 2.54 | 3.75 | 3.05 | 3.69 | 3.96 | 3.82 | 3.27 | 3.16 | 2.54 | 3.77 | 3.05 | 3.75 | 3.57 | 3.82 | 3.57 | 3.82 |
| (20, 10) | 1.30 | 2.64 | 2.50 | 3.05 | 3.14 | 3.72 | 3.61 | 3.18 | 1.36 | 2.65 | 2.88 | 3.06 | 3.14 | 3.32 | 3.09 | 3.32 |
| (20, 15) | 2.34 | 3.35 | 2.81 | 3.58 | 3.41 | 3.67 | 3.01 | 2.65 | 2.40 | 3.36 | 3.21 | 3.60 | 3.41 | 3.40 | 3.40 | 3.32 |

[a] For $\delta = 0$, average error rates are calculated using nine values of $P_1$ (.10, .20, .30, .40, .50, .60, .70, .80, .90). For $\delta = .4$, average error rates are calculated using nine values of $P_1$ (.5, .55, .60, .65, .70, .75, .80, .85, .90).

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

1208  *Biometrics, December* 1999

obtained based on $S$. By similar argument, the lower bound estimate for outcome $(1/4, 0/4)$ based on $Z_1$ is larger $(-.389)$. Therefore, the confidence intervals based on $Z_1$ are shorter than those based on $S$.

## 6. Comparison of Performance

In this section, we compare the performance of confidence intervals constructed using these methods in terms of interval length and coverage probabilities. For each given sample size $(N_1, N_2)$, we obtained the 95% exact confidence intervals for all possible outcomes.

Table 2 summarizes the average length of the 95% exact confidence intervals for various sample sizes. For each sample size $(N_1, N_2)$, the average length is calculated by taking the arithmetic mean of the length of all $(N_1+1)(N_2+1)$ confidence intervals. The table also summarizes for each method the percent of confidence intervals achieving the shortest length among the eight methods. These results show that the $\delta$-projected $Z$ statistic $(Z_2)$ without the constrained search $(\gamma = 0)$ produces the shortest confidence intervals on average. In almost every case, the $Z_2$ method yields the highest percentage of confidence intervals achieving the shortest length among all methods. The improvement provided by $Z_2$ over the simple statistic $(S)$ is greater in cases with equal sample sizes than in cases with unequal sample sizes. In addition, the reduction of length seems to increase (percentagewise) with larger sample sizes. The binomial $Z$ statistic $(Z_1)$ and the likelihood ratio statistic (LR) also yield shorter confidence intervals than the simple statistic $(S)$, but the improvement is not as great as for $Z_2$.

It is worth noting that restricting the search of nuisance parameter $(\gamma = .001)$ slightly reduces the average length of confidence intervals based on $S$ and $Z_1$. A closer look into the individual confidence intervals reveals that the restricted search may benefit the confidence intervals based on $S$ and $Z_1$ in near-extreme outcomes where the tail probability is likely to peak near either extreme. However, the restricted search does not provide improvement for confidence intervals based on the $\delta$-projected $Z_2$ and LR statistics. We observed that the tail probabilities based on these two statistics are smooth with peaks typically lying in the middle part of the nuisance parameter domain. As a result, the length of the confidence interval based on $Z_2$ or LR is often penalized with the restriction $(\gamma = .001)$.

In addition, we summarize the average expected error rates of coverage of the 95% confidence intervals for the true difference $(\delta)$. The expected error rate is calculated for a given combination of $P_1$ and $P_2$ $(= P_1 - \delta)$ using the binomial probabilities. Then the average is taken as the arithmetic mean of nine values of $P_1$ given $P_2 = P_1 - \delta$. Table 3 summarizes the results for $\delta = 0$ and $.4$. The nine values of $P_1$ are chosen as $.10, .20, .30, .40, .50, .60, .70, .80,$ and $.90$ for $\delta = 0$ and $.5, .55, .60, .65, .70, .75, .80, .85,$ and $.90$ for $\delta = .4$. For all sample sizes and combinations of $P_1$ and $P_2$ examined, the expected error rate of coverage of the 95% confidence intervals obtained by each of the four methods does not exceed the nominal 5% level. In general, the confidence intervals obtained with the simple statistic $(S)$ are too conservative since their error rates are much lower than expected (5%). In contrast, the $Z_2$ statistic produces the least conservative confidence intervals among all methods. In general, the degree of conservatism is reduced

when the sample size increases. The restricted search of nuisance parameter seems unable to reduce the conservatism of these exact confidence intervals.

## 7. Conclusion

Overall, we find the exact confidence interval based on the $\delta$-projected $Z$ statistic $(Z_2)$ without restricted search for the nuisance parameter performs best in almost every case. It provides substantial improvement over the method based on the simple statistic $(S)$, and the improvement gets more appreciable as sample sizes increase. The $Z_1$ statistic and the likelihood ratio statistic (LR) also yield shorter confidence intervals than the simple statistic $(S)$; however, their confidence intervals are generally wider than those based on the $\delta$-projected $Z$ statistic. The search of nuisance parameter over a restricted domain does not offer benefits to the $Z_2$ or LR statistic as the tail probability often peaks in the middle of the domain of the nuisance parameter.

## RÉSUMÉ

Des intervalles de confiance sont souvent utilisés pour étudier une différence entre traitements. Quand la taille de l'échantillon est faible, comme c'est le cas en particulier dans les phases précoces d'essais cliniques, les intervalles de confiance basés sur les approximations asymptotiques peuvent ne pas être fiables. Nous proposons des méthodes basées sur les tests pour construire des intervalles de confiance exacts de la différence entre deux proportions binomiales. Ces intervalles de confiance exacts sont obtenus à partir de la distribution non conditionnelle de deux réponses binomiales, et ils garantissent le taux de couverture. Nous comparons la performance de ces intervalles de confiance et de ceux basés seulement sur la différence observée (Santner and Snell 1980, statXact 1995). Nous montrons que l'utilisation d'un test $Z$ standardisé avec une estimation de la variance par maximum de vraisemblance contraint peut apporter une grande amélioration.

## REFERENCES

Basu, D. (1977). On the elimination of nuisance parameters. *Journal of the American Statistical Association* **72**, 355.

Berger, R. L. (1996). More powerful tests from confidence interval $p$-value. *American Statistician* **50**, 314–318.

Berger, R. L. and Boos, D. D. (1994). $P$ values maximized over a confidence set for the nuisance parameter. *Journal of the American Statistical Association* **89**, 1012–1016.

Chan, I. S. F. (1998). Exact tests of equivalence and efficacy with a non-zero lower bound for comparative studies. *Statistics in Medicine,* **17**, 1403–1413.

Clopper, C. J. and Pearson, E. S. (1934). The use of confidence or fiducial limits illustrated in the case of the binomial. *Biometrika* **26**, 404–413.

Cytel Software. (1995). *StatXact,* Version 3. Cambridge, MA: Cytel Software.

Farrington, C. P. and Manning, G. (1990). Test statistics and sample size formulae for comparative binomial trials with null hypothesis of non-zero risk difference or non-unity relative risk. *Statistics in Medicine* **9**, 1447–1454.

Fries, L. F., et al. (1993). Safety and immunogenicity of a recombinant protein influenza A vaccine in adult human volunteers and protective efficacy against wild-type

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

*Test-Based Exact Confidence Intervals* 1209

H1N1 virus challenge. *The Journal of Infectious Disease* **167,** 593–601.

Haber, M. (1986). An exact unconditional test for the $2 \times 2$ comparative trials. *Psychological Bulletin* **99,** 129–132.

Miettinen, O. and Nurminen, M. (1985). Comparative analysis of two rates. *Statistics in Medicine* **4,** 213–226.

Rohatgi, V. K. (1984). *Statistical Inference.* New York: John Wiley.

Santner, T. J. and Snell, M. K. (1980). Small-sample confidence intervals for $p_1 - p_2$ and $p_1/p_2$ in $2 \times 2$ contingency Tables. *Journal of the American Statistical Association* **75,** 386–394.

Suissa, S. and Shuster, J. J. (1985). Exact unconditional sample sizes for the $2 \times 2$ binomial trial. *Journal of the Royal Statistical Society, Series A* **148,** 317–327.

*Received February* 1998. *Revised January* 1999.
*Accepted January* 1999.

This content downloaded from
73.119.46.112 on Wed, 17 Jun 2020 11:33:06 UTC
All use subject to https://about.jstor.org/terms

Ex. A - Page 55

# JOURNAL OF CLINICAL ONCOLOGY

**ORIGINAL REPORT**

# Nonmyeloablative Allogeneic Hematopoietic Cell Transplantation in Patients With Acute Myeloid Leukemia

*Boglarka Gyurkocza, Rainer Storb, Barry E. Storer, Thomas R. Chauncey, Thoralf Lange, Judith A. Shizuru, Amelia A. Langston, Michael A. Pulsipher, Christopher N. Bredeson, Richard T. Maziarz, Benedetto Bruno, Finn B. Petersen, Michael B. Maris, Edward Agura, Andrew Yeager, Wolfgang Bethge, Firoozeh Sahebi, Frederick R. Appelbaum, David G. Maloney, and Brenda M. Sandmaier*

From the Fred Hutchinson Cancer Research Center; University of Washington School of Medicine; Veterans Affairs Puget Sound Health Care System, Seattle, WA; Stanford University, Stanford; City of Hope–Kaiser Permanente Medical Group, Duarte, CA; Emory University, Atlanta, GA; University of Utah; Latter Day Saints Hospital, Salt Lake City, UT; Medical College of Wisconsin, Milwaukee, WI; Oregon Health & Science University, Portland, OR; Rocky Mountain Cancer Center, Denver, CO; Baylor University, Dallas, TX; University of Arizona, Tucson, AZ; University of Leipzig, Leipzig; University of Tübingen, Tübingen, Germany; and University of Torino, Torino, Italy.

Submitted November 16, 2009; accepted January 27, 2010; published online ahead of print at www.jco.org on May 3, 2010.

Supported by Grants No. CA78902, HL36444, CA18029, CA15704, and CA106177 from the National Institutes of Health, Bethesda, MD.

Authors' disclosures of potential conflicts of interest and author contributions are found at the end of this article.

Corresponding author: Brenda M. Sandmaier, MD, Fred Hutchinson Cancer Research Center, 1100 Fairview Ave N, Mail Stop D1-100, PO Box 19024, Seattle, WA 98109-1024; e-mail: bsandmai@fhcrc.org.

© 2010 by American Society of Clinical Oncology

0732-183X/10/2817-2859/$20.00

DOI: 10.1200/JCO.2009.27.1460

**A B S T R A C T**

**Purpose**
Allogeneic hematopoietic cell transplantation (HCT) after high-dose conditioning regimens imposes prohibitively high risks of morbidity and mortality for patients with high-risk acute myeloid leukemia (AML) who are older or have comorbid conditions. Here, we examined outcomes after nonmyeloablative allogeneic HCT in such patients.

**Patients and Methods**
Two hundred seventy-four patients (median age, 60 years) with de novo or secondary AML underwent allogeneic HCT from related (n = 118) or unrelated donors (n = 156) after conditioning with 2 Gy of total-body irradiation (TBI) with or without fludarabine. A calcineurin inhibitor and mycophenolate mofetil were used for postgrafting immunosuppression.

**Results**
With a median follow-up of 38 months in surviving patients, the estimated overall survival at 5 years was 33%. The estimated 5-year relapse/progression and nonrelapse mortality rates were 42% and 26%, respectively. The cumulative incidences of grades 2, 3, and 4 acute graft-versus-host disease (GVHD) were 38%, 9%, and 5%, respectively. The cumulative incidence of chronic GVHD at 5 years was 44%. Patients in first and second complete remission had better survival rates than patients with more advanced disease (37% and 34% *v* 18%, respectively). Patients with HLA-matched related or unrelated donors had similar survivals. Unfavorable cytogenetic risk status was associated with increased relapse and subsequent mortality. Chronic GVHD was associated with lower relapse risk.

**Conclusion**
Allogeneic HCT from related or unrelated donors after conditioning with low-dose TBI and fludarabine, relying almost exclusively on graft-versus-leukemia effects, can result in long-term remissions in older or medically infirm patients with AML.

*J Clin Oncol 28:2859-2867. © 2010 by American Society of Clinical Oncology*

## INTRODUCTION

According to Surveillance, Epidemiology, and End Result statistics, the median patient age at the diagnosis of acute myeloid leukemia (AML) is 67 years. The treatment of older patients with AML remains challenging. Approximately 55% to 80% of adults with de novo AML achieve complete remissions when treated with induction therapy.[1,2] These remissions, however, are rarely durable; multiple cycles of high-dose cytarabine have become the standard consolidation for patients with favorable/intermediate cytogenetic risk younger than age 60 years.[3] Patients older than age 60 years or those with comorbid conditions are usually treated with less intense regimens because of their inability to tolerate multiple cycles of high-dose chemotherapy, although a recent study by Lowenberg et al[4] reported encouraging results with escalated doses of daunorubicin. In this group of patients, long-term leukemia-free survival rates are typically 10% to 15%.[5,6] Similarly, although allogeneic hematopoietic cell transplantation (HCT) after myeloablative conditioning represents a postremission therapy option with curative potential for younger patients,[7,8] concerns about treatment-related morbidity and mortality have limited its use in older patients and in those with pre-existing medical conditions.[9]

In recent years, the development of reduced-intensity conditioning regimens has enabled older and medically infirm patients to undergo allogeneic

Ex. A - Page 56

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

HCT. These approaches rely more heavily on potent graft-versus-leukemia (GVL) effects for tumor eradication. A number of studies of reduced-intensity conditioning followed by allogeneic HCT for the treatment of AML have been published,[10-22] with long-term (2- to 4-year) survival rates ranging between 28% and 54%. Here, we report a multicenter experience with allogeneic HCT after nonmyeloablative conditioning with low-dose (2 Gy) total-body irradiation (TBI) with or without fiudarabine in patients with AML.

## PATIENTS AND METHODS

### Eligibility

This analysis included all patients with de novo or secondary AML who received nonmyeloablative conditioning on multi-institutional protocols between March 4, 1998 and September 30, 2008 (Table 1). Patients were treated at 17 centers (Appendix Table A1, online only). The Fred Hutchinson Cancer Research Center (FHCRC; Seattle, WA) acted as coordinating center. Protocols and consents were approved by institutional review boards of the FHCRC and collaborating centers. All patients signed informed consent forms approved by local institutional review boards.

Patients with related or unrelated donors were eligible for nonmyeloablative conditioning if they were older than 55 or 50 years, respectively. Younger patients were included if they had otherwise prohibitive comorbid conditions. Patients in first complete remission (CR1) were only eligible if they had unfavorable cytogenetic abnormalities, had secondary AML, and/or were older than 60 years. Patients in subsequent remissions or with primary refractory leukemia were also eligible. Exclusion criteria were left ventricular ejection fraction less than 40%, pulmonary carbon monoxide diffusion capacity less than 35% of predicted value, severe liver dysfunction, or serologic evidence of HIV infection.

### Pretransplantation Characteristics

Complete remission (CR) was defined according to standard morphologic criteria[23]; morphologic CR with incomplete blood count recovery (absolute neutrophil count $< 1,000/\mu L$ and/or platelet count $< 100,000/\mu L$) was included. Cytogenetic risk was stratified per Southwest Oncology Group criteria.[24] Minimal residual disease (MRD) was assessed by multiparameter fiow cytometry, karyotype analysis, and fiuorescence in situ hybridization when applicable, performed within 30 days before HCT. Pretransplantation comorbidities were assessed using the HCT comorbidity index (HCT-CI).[25]

### HLA Typing and Matching

Patients and donors were tested for HLA-A, -B, and -C by at least intermediate-resolution DNA typing and HLA-DRB1 and -DQB1 by high-resolution techniques.[26]

### Conditioning Regimen and Postgrafting Immunosuppression

Patients were conditioned with a single fraction of 2 Gy TBI at a rate of 0.07 to 0.20 Gy/min from linear accelerators or opposing dual cobalt-60 sources on day 0, with or without fiudarabine at 30 mg/m$^2$/d on days $-4$ through $-2$ before HCT. Postgrafting immunosuppression consisted of cyclosporine or tacrolimus combined with mycophenolate mofetil.[27-30]

### Post-HCT Monitoring

Patients underwent marrow aspirations on days 28, 84, 180, and 360 after HCT to assess for AML. Donor chimerism was evaluated in peripheral-blood T cells, granulocytes, and marrow cells on days 28, 84, 180, and 360 after HCT as described.[31] Acute and chronic graft-versus-host disease (GVHD) were graded as described.[32,33] Toxicities occurring within the first 100 days were scored using Common Terminology Criteria for Adverse Events version 3.0.

### Causes of Death

In patients whose AML relapsed or progressed, relapse/progression was listed as cause of death regardless of other events. In patients with GVHD on immunosuppressive therapy who died from infections, GVHD was listed as cause of death. Infection was listed as cause of death when occurring without

| Demographic or Clinical Characteristic | No. of Patients (N = 274) | % |
|---|---|---|
| **Table 1.** Patient Demographics and Clinical Characteristics | | |
| Age, years | | |
| Median | 60 | |
| Range | 5-74 | |
| AML type | | |
| De novo | 188 | 69 |
| Secondary | 86 | 31 |
| AML stage | | |
| CR1 | 160 | 58 |
| MRD present | 29 | |
| CR2 | 71 | 26 |
| MRD present | 13 | |
| CR > 2 | 28 | 10 |
| MRD present | 11 | |
| Relapse/refractory* | 15 | 6 |
| Cytogenetic risk | | |
| Favorable | 14 | 5 |
| Intermediate | 117 | 43 |
| Unfavorable | 85 | 31 |
| Unknown prognostic significance | 48 | 18 |
| Data not available | 10 | 4 |
| Time from diagnosis to HCT, months | | |
| Median | 8.8 | |
| Range | 2.2-226.7 | |
| < 6 | 77 | 28 |
| 6-18 | 134 | 49 |
| ≥ 18 | 63 | 23 |
| No. of high-dose chemotherapy cycles | | |
| All patients | | |
| Median | 3 | |
| Range | 1-16 | |
| Patients in CR1 | | |
| Median | 3 | |
| Range | 1-6 | |
| Donor | | |
| HLA identical (related) | 117 | 43 |
| HLA matched (unrelated) | 123 | 45 |
| HLA mismatched | 34 | 12 |
| Related | 1 | |
| Unrelated | 33 | |
| Conditioning | | |
| TBI, 2 Gy | 28 | 10 |
| FLU, TBI 2 Gy | 246 | 90 |
| Stem-cell source | | |
| Marrow | 5 | 2 |
| PBSC | 269 | 98 |
| Median CD34$^+$ cell dose, ×10$^6$/kg | 6.9 | |
| Median CD3$^+$ cell dose, ×10$^8$/kg | 2.9 | |
| GVHD prophylaxis† | | |
| MMF, CSP | 194 | 71 |
| Tacrolimus | 80 | 29 |
| Follow-up, months | | |
| Median | 38 | |
| Range | 6-122 | |
| Durable engraftment | | 95 |

Abbreviations: AML, acute myeloid leukemia; CR1, first complete remission; MRD, minimal residual disease; CR2, second complete remission; CR, complete remission; HCT, hematopoietic cell transplantation; TBI, total-body irradiation; FLU, fiudarabine; PBSC, peripheral-blood stem cells; GVHD, graft-versus-host disease; MMF, mycophenolate mofetil; CSP, cyclosporine A.

*The median marrow blast count among 15 patients in relapse was 11% (range, 7% to 60%); three of these patients had circulating blasts, and one had CNS relapse.

†CSP or tacrolimus was administered orally twice daily starting on day $-3$. MMF was started on day 0 and was given to all patients twice daily initially; subsequently, the protocols were altered so that recipients of unrelated-donor allografts received MMF three times daily to reduce the risks of graft rejection and acute GVHD.

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

Nonmyeloablative Allogeneic HCT in Patients With AML

relapse/progression or GVHD. All deaths without relapse/progression were considered nonrelapse mortality (NRM).

### Statistical Analysis

Data were analyzed as of April 22, 2009. Overall survival (OS) was estimated using the Kaplan-Meier method. Cumulative incidence estimates were calculated using methods previously described. Death was treated as a competing risk in the analyses of relapse/progression and acute and chronic GVHD. Relapse/progression was treated as a competing risk when analyzing NRM. Cox regression was used for univariate and multivariate analyses of risk factors for all time-to-event end points; all $P$ values were two-sided and derived from likelihood ratio statistics.

## RESULTS

### Patient Characteristics

Results on 63 (23%) of 274 patients[34] have been previously reported. Median age was 60 years (range, 5 to 74 years). One hundred eighty-eight patients had de novo AML, and 86 had secondary AML, which was therapy related in 23 patients and evolved from myelodysplastic syndrome or myeloproliferative disorder in 63 patients. Of the 274 patients, 160 were in CR1, 71 were in second CR (CR2), and 43 had more advanced leukemia. Among 264 patients with cytogenetic data available, 14 had favorable risk (three patients in CR1), 117 had intermediate risk, and 85 had unfavorable cytogenetics, whereas 48 patients had cytogenetic aberrations of unknown prognostic significance. Fifty-three patients in morphologic CR had minimal residual disease at HCT, of whom 33 (62%) had unfavorable cytogenetics. Among patients in morphologic CR, 53 had evidence of minimal residual disease, and 197 did not; data were not available in nine patients. Median time from diagnosis to HCT was 8.8 months (range, 2.2 to 226.7 months).

### Transplantation Details

One hundred seventeen patients had HLA-identical sibling donors, and 123 patients had HLA-matched unrelated donors. Thirty-four donors were HLA mismatched at the antigen or allele level, 33 of whom were unrelated.

Twenty-eight patients received 2-Gy TBI alone, and 246 patients received 2-Gy TBI and fludarabine as additional immunosuppression. Two hundred sixty-nine patients received granulocyte colony-stimulating factor–mobilized peripheral-blood mononuclear cell grafts, whereas five patients received unrelated marrow grafts. Median CD34$^+$ and CD3$^+$ cell doses were $6.9 \times 10^6$/kg and $2.9 \times 10^8$/kg recipient weight, respectively.

### Engraftment

The median neutrophil nadir occurred 15 days after HCT and was 200 cells/$\mu$L (range, 0 to 2,000 cells/$\mu$L). The median duration of neutrophil counts less than 500 cells/$\mu$L was 10 days (range, 1 to 100 days). The median platelet nadir occurred 9 days after HCT and was 30,000/$\mu$L; the median duration of platelet counts less than 20,000/$\mu$L was 4 days (range, 1 to 46 days).

Four patients died before day +28. Of the remaining 270 patients, 258 (96%) had sustained engraftment. Median day +28 peripheral-blood T-cell and granulocyte donor chimerism levels (available in 260 and 187 patients, respectively) were 77.5% and 99%, respectively. Corresponding levels on day +84 were 85% and 100%,

respectively. Engrafting patients received grafts containing a median of $2.9 \times 10^8$/kg and $7.0 \times 10^6$/kg CD3$^+$ and CD34$^+$ cells, respectively.

Twelve patients (4%) experienced graft rejection, which was primary in six patients (never > 5% donor T cells) and secondary in six patients (declines in donor T cells to ≤ 5% after initial engraftment). Two of the 12 patients (both in CR1) received 2-Gy TBI, whereas 10 patients received 2-Gy TBI and fludarabine. In patients with graft rejection, five patients had HLA-identical related grafts, six had HLA-matched unrelated grafts (three patients received marrow), and one had an HLA-A antigen-mismatched unrelated graft. Overall, rejected grafts contained a median of $2.4 \times 10^8$/kg CD3$^+$ cells and $4.0 \times 10^6$/kg CD34$^+$ cells. In the six patients with primary graft rejection, median CD3$^+$ and CD34$^+$ cell doses were $0.3 \times 10^8$/kg and $2.7 \times 10^6$/kg, respectively. Although the median CD34$^+$ cell doses were comparable between engrafting and rejecting patients, the CD3$^+$ cell dose was approximately a log lower in patients with primary graft rejection than in patients with durable engraftment or secondary graft rejection.

Five patients who experienced graft rejection underwent second allogeneic HCT, and four of these patients died (relapse, n = 1; NRM, n = 3). Seven patients did not undergo second HCT; one is alive with MDS, and six died of relapse, despite donor lymphocyte infusions in two patients.

### GVHD and Toxicity

Acute GVHD developed at a median of 42 days after HCT. The cumulative incidences of grade 2, 3, and 4 acute GVHD were 38%, 9%, and 5%, respectively (Figs 1A and 1B). The cumulative incidence of grade 2 acute GVHD was less with HLA-identical related donors than with HLA-matched unrelated donors (28% $v$ 43%, respectively), whereas the incidences of grade 3-4 acute GVHD were comparable (12% each). The rates of both grade 2 and grade 3-4 acute GVHD were higher in patients with HLA-mismatched unrelated grafts (50% and 24%, respectively). Chronic GVHD developed in 43% of patients (Fig 1C), with similar cumulative incidences among all three patient groups (44%, 41%, and 41% in HLA-identical related, HLA-matched unrelated, and HLA-mismatched donors, respectively). Grade 4 nonhematologic toxicities were uncommon and included mainly pulmonary, cardiovascular, and hepatic toxicities (15, 11, and 10 events, respectively).

### Relapse, Progression, and Relapse-Related Mortality

The median follow-up time of surviving patients was 38 months (range, 6 to 122 months). Of the 274 patients, 113 developed relapse/progression, which was fatal in 106. The overall 5-year probability of relapse/progression was 42%. Median time to relapse/progression was 84 days. Patients with favorable/intermediate and unclassified cytogenetics had lower 5-year relapse/progression rates than patients with unfavorable cytogenetics (36%, 32%, and 55%, respectively; Fig 2B). The 5-year probabilities of relapse/disease progression for patients in CR1, CR2, and with advanced/refractory AML were 39%, 41%, and 52%, respectively (Figs 3A, 3B, and 3C). Although HLA-mismatched unrelated recipients seemed to have less 5-year relapse/progression than HLA-matched related or unrelated recipients (25% $v$ 47% and 42%, respectively), these differences did not reach statistical significance.

© 2010 by American Society of Clinical Oncology    **2861**

Ex. A - Page 58

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

Gyurkocza et al



**Fig 1.** Cumulative incidences of (A) grade 2 acute graft-versus-host disease (GVHD), (B) grade 3 or 4 acute GVHD, and (C) chronic GVHD. (D) Estimated probability of nonrelapse mortality stratified by donor type. (*) Thirty-three of the HLA-mismatched donors were unrelated. HCT, hematopoietic cell transplantation.

Patients with unfavorable cytogenetics, patients with minimal residual disease, patients undergoing HCT within 6 months of diagnosis, and patients with incomplete peripheral-blood cell count recoveries before HCT had higher risks of relapse/progression in univariate analysis (Table 2). Factors without statistically significant impact on relapse/progression were age, AML stage, etiology (de novo v secondary), and donor type (HLA-identical related v HLA-matched unrelated v HLA-mismatched unrelated). In a multivariate model, the impacts of MRD and peripheral-blood cell count recovery lost statistical significance, whereas cytogenetic risk status and time between diagnosis and HCT remained significantly associated with relapse/progression and overall mortality.

**Fig 2.** (A) Overall survival and (B) relapse/progression stratified by cytogenetic risk before hematopoietic cell transplantation (HCT). Total number of patients was 264 because cytogenetic data were not available in 10 patients.

Ex. A - Page 59

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

Reference ID: 4631728



**Fig 3.** Overall survival, relapse/progression rate, and nonrelapse mortality of patients with acute myeloid leukemia in first complete remission (CR1), in second complete remission (CR2), and with more advanced/refractory disease.

More advanced AML was associated with greater risks of relapse and mortality. The presence of MRD was not identified as an independent risk factor for relapse/progression, possibly because of its close association with unfavorable cytogenetics; 33 (62%) of 53 patients with MRD had unfavorable cytogenetics.

Similarly, among patients in CR1, the absence of pre-HCT peripheral-blood cell count recovery, unfavorable cytogenetics, and MRD were associated with increased risk of relapse/progression in univariate analysis (Table 2; Appendix Figs A1A and A1B, online only); cytogenetics and peripheral-blood cell count recovery re-

mained significantly associated with relapse/progression in a multivariate model. Cytogenetics was the single factor influencing overall mortality in a multivariate model for patients in CR1 (Appendix Table A2, online only).

In a time-dependent analysis, the presence of acute GVHD (grade $\geq$ 2) did not affect relapse/progression. In contrast, chronic GVHD was associated with a significant decrease in relapse/progression (Table 3).

### Survival and Causes of Death

At the time of last follow-up, 99 of 274 patients were alive. The 5-year rates of OS and disease-free survival were 33% and 32%, respectively. Patients in CR1 and CR2 had better 5-year OS than patients with more advanced AML (37% and 34%, respectively, $v$ 18%; $P = .008$; Fig 3). Patients with HLA-mismatched unrelated donors had slightly worse 5-year OS than patients with HLA-matched related or unrelated donors, which was not statistically significant (22% $v$ 37% and 33%, respectively; $P = .37$). Patients with HLA-identical related donors had lower NRM than patients with HLA-matched or HLA-mismatched unrelated donors (18% $v$ 29% and 52%, respectively; $P = .005$; Fig 1D). In addition, patients with favorable/intermediate and unclassified cytogenetics had better OS than patients with unfavorable cytogenetics (41% and 39%, respectively, $v$ 19%; $P < .001$; Fig 2A). The leading cause of death was relapse (106 patients).

### Risk Factors for NRM

The 100-day, 1-year, and 5-year NRM rates were 4%, 16%, and 26%, respectively. The majority of NRM was caused by GVHD or a combination of GVHD and infections (48 patients; Appendix Table A3, online only). Patients with HLA-matched and HLA-mismatched unrelated donors had increased risk of NRM and mortality in a multivariate analysis (Appendix Table A2). Age at HCT, the etiology of AML, pre-HCT CBC recovery, and HCT-CI scores did not have statistically significant impacts on NRM. Although there was a tendency of increased NRM for patients with HCT-CI scores of $\geq$ 4, this remained a trend ($P = .08$; Appendix Table A2).

---

**DISCUSSION**

---

Patients with AML older than 60 years of age have a poor prognosis with conventional chemotherapy and are usually not candidates for allogeneic HCT with high-dose conditioning regimens. Allogeneic HCT after a variety of reduced-intensity conditioning regimens has been introduced in recent years, with encouraging results reported in patients with AML.[11-15,17,21] Many studies used fludarabine-based conditioning regimens with addition of an alkylating agent and, in some cases, in vivo T-cell depletion with antithymocyte globulin or alemtuzumab.[10,12-14]

At the FHCRC, a low-dose TBI-based conditioning regimen has been developed based on studies in a canine HCT model.[35-39] The regimen consists of 2-Gy TBI with or without fludarabine[40] and postgrafting immunosuppression with a calcineurin inhibitor and mycophenolate mofetil. The regimen has relied almost entirely on GVL effects for treating AML.

The engraftment rate in this study was 96%. The median donor CD3$^+$ cell dose was almost a log lower in patients with primary graft

© 2010 by American Society of Clinical Oncology **2863**

Ex. A - Page 60

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

**Table 2.** Risk Factors for Relapse/Progression in Univariate and Multivariate Analyses

| Variable | No. of Patients | Univariate Analysis | | | Multivariate Analysis* | | |
|---|---|---|---|---|---|---|---|
| | | HR for Relapse/ Progression | 95% CI | P | HR for Relapse/ Progression | 95% CI | P |
| All patients | | | | | | | |
| Age at HCT, years | | | | | | | |
| < 60 | 139 | 1.0 | | .66 | 1.0 | | .97 |
| ≥ 60 | 135 | 0.92 | 0.6 to 1.3 | | 1.01 | 0.6 to 1.6 | |
| AML etiology | | | | | | | .84 |
| De novo | 188 | 1.0 | | .09 | 1.0 | | |
| Secondary | 86 | 1.40 | 1.0 to 2.1 | | 1.06 | 0.6 to 1.8 | |
| AML stage | | | | | | | |
| CR1 | 160 | 1.0 | | .14 | 1.0 | | < .001 |
| CR2 | 71 | 1.06 | 0.7 to 1.7 | | 2.51 | 1.4 to 4.6 | |
| Advanced/refractory | 43 | 1.65 | 1.0 to 2.7 | | 5.89 | 3.0 to 12 | |
| MRD at HCT† | | | | | | | |
| No | 197 | 1.0 | | .02 | 1.0 | | .83 |
| Yes | 53 | 1.76 | 1.1 to 2.8 | | 1.07 | 0.6 to 1.9 | |
| Cytogenetic risk | | | | | | | |
| Favorable/intermediate | 131 | 1.0 | | < .001 | 1.0 | | .001 |
| Unfavorable | 85 | 2.27 | 1.5 to 3.4 | | 2.71 | 1.6 to 4.6 | |
| Unknown prognostic significance | 48 | 0.98 | 0.5 to 1.8 | | 1.18 | 0.6 to 2.3 | |
| Months from diagnosis to HCT | | | | | | | |
| < 6 | 77 | 1.0 | | < .001 | 1.0 | | < .001 |
| 6-18 | 134 | 0.88 | 0.6 to 1.3 | | 0.81 | 0.5 to 1.4 | |
| ≥ 18 | 63 | 0.34 | 0.2 to 0.6 | | 0.15 | 0.1 to 0.4 | |
| Blood count recovery at HCT | | | | | | | |
| Yes | 141 | 1.0 | | .05 | 1.0 | | .06 |
| No | 112 | 1.49 | 1.0 to 2.2 | | 1.55 | 1.0 to 2.5 | |
| Donor | | | | | | | |
| HLA-identical sibling | 117 | 1.0 | | .21 | 1.0 | | .39 |
| HLA-matched unrelated donor | 134 | 0.94 | 0.6 to 1.4 | | 1.03 | 0.6 to 1.7 | |
| HLA-mismatched unrelated donor | 34 | 0.54 | 0.3 to 1.1 | | 0.59 | 0.2 to 1.5 | |
| Patients in CR1 | | | | | | | |
| Age at HCT, years | | | | | | | |
| < 60 | 73 | 1.0 | | .17 | 1.0 | | .42 |
| ≥ 60 | 87 | 0.71 | 0.4 to 1.2 | | 0.78 | 0.4 to 1.4 | |
| AML etiology | | | | | | | |
| De novo | 102 | 1.0 | | .26 | 1.0 | | .50 |
| Secondary | 58 | 1.34 | 0.8 to 2.2 | | 0.79 | 0.4 to 1.6 | |
| MRD at HCT | | | | | | | |
| No | 125 | 1.0 | | .02 | 1.0 | | .48 |
| Yes | 29 | 2.10 | 1.2 to 3.8 | | 1.33 | 0.6 to 2.9 | |
| Cytogenetic risk | | | | | | | |
| Favorable/intermediate | 71 | 1.0 | | .002 | 1.0 | | .01 |
| Unfavorable | 50 | 2.33 | 1.3 to 4.1 | | 2.60 | 1.2 to 5.6 | |
| Unknown prognostic significance | 33 | 0.74 | 0.3 to 1.6 | | 0.81 | 0.3 to 2.0 | |
| Months from diagnosis to HCT | | | | | | | |
| < 6 | 72 | 1.0 | | .07 | 1.0 | | .91 |
| ≥ 6 | 88 | 0.60 | 0.3 to 1.0 | | 0.96 | 0.5 to 1.9 | |
| Blood count recovery at HCT | | | | | | | |
| Yes | 91 | 1.0 | | .03 | 1.0 | | .02 |
| No | 55 | 1.83 | 1.1 to 3.2 | | 2.24 | 1.1 to 4.4 | |
| Donor | | | | | | | |
| HLA-identical sibling | 75 | 1.0 | | .62 | 1.0 | | .35 |
| HLA-matched unrelated donor | 69 | 0.90 | 0.5 to 1.5 | | 1.19 | 0.6 to 2.4 | |
| HLA-mismatched unrelated donor | 16 | 0.62 | 0.2 to 1.8 | | 0.52 | 0.1 to 2.0 | |

NOTE. The No. of prior high dose-chemotherapy treatment cycles and HCT Comorbidity Index scores were also included in the model but did not have statistically significant association with the risk of relapse/progression.

Abbreviations: HR, hazard ratio; HCT, hematopoietic cell transplantation; AML, acute myeloid leukemia; CR1, first complete remission; CR2, second complete remission; MRD, minimal residual disease.

*Data on all variables were available for 226 patients undergoing HCT with nonmyeloablative conditioning. In the subgroup of patients in CR1, data on all variables were available for 130 patients.

†Among 250 patients in morphologic complete remission in univariate analysis; among 215 patients in morphologic complete remission in multivariate analysis.

Ex. A - Page 61

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

**Table 3.** Time-Dependent Analysis of Risk Factors for Overall Mortality, Relapse/Progression, and Nonrelapse Mortality

| Factor | Overall Mortality | | | Relapse/Progression | | | Nonrelapse Mortality | | |
|---|---|---|---|---|---|---|---|---|---|
| | HR | 95% CI | P | HR | 95% CI | P | HR | 95% CI | P |
| Acute GVHD grade 0/1 | 1.0 | | < .001 | 1.0 | | .22 | 1.0 | | < .001 |
| 3 | 1.21 | 0.9 to 1.7 | | 1.11 | 0.7 to 1.7 | | 1.76 | 1.0 to 3.2 | |
| 3/4 | 3.38 | 2.2 to 5.1 | | 0.45 | 0.1 to 1.4 | | 11.6 | 6.3 to 21 | |
| Chronic extensive GVHD No | 1.0 | | .07 | 1.0 | | .01 | 1.0 | | .36 |
| Yes | 0.71 | 0.5 to 1.0 | | 0.42 | 0.2 to 0.8 | | 1.32 | 0.7 to 2.4 | |

Abbreviations: HR, hazard ratio; GVHD, graft-versus-host disease.

rejection than in patients with durable engraftment, emphasizing the role T cells play in engraftment. The degree of HLA disparity did not impact the rate of engraftment in this cohort.

Allogeneic HCT after conditioning with 2-Gy TBI with or without fludarabine was well tolerated in this cohort of older and/or medically infirm patients and resulted in improved OS rates in all disease stages. With a median follow-up time of 38 months, patients in CR1 had an estimated 5-year OS rate of 37%, which represents an improvement when compared with historical data using chemotherapy only (reported 3-year survival rates of 2% to 15%[41]), especially when considering that current patients in CR1 were either older than 60 years or had unfavorable cytogenetics and/or secondary AML. The 5-year OS in patients in CR2 and with more advanced AML (34% and 18%, respectively) was also better than expected than with chemotherapy alone (11% at 5 years for 667 patients in first relapse in a study by Breems et al[42]).

Patients in the current study were slightly older compared with patients in other reports of allogeneic HCT after reduced-intensity conditioning, (median age, 60 years v 58,[11] 56,[15] 53,[21] and 52 years,[13] respectively); however, the current 5-year NRM rate of 26% was comparable to the rates reported by others, which ranged from 20% to 53% at 2 and 4 years.[10,14,21] The leading cause of NRM in current patients was GVHD, resulting in death in 18% of patients; however, GVHD rates in our patients (grade 3-4 acute GVHD, 14%; chronic GVHD, 44%) were similar to the rates reported in a recent Center for International Blood and Marrow Transplant Research study of younger patients undergoing high-dose conditioning before allogeneic HCT.[43] Infections in the absence of GVHD caused the deaths of 2% of our patients, suggesting a more rapid immune reconstitution in this cohort when compared with reduced-intensity conditioning regimens incorporating in vivo T-cell depletion, with reported infection-related mortality rates of 6% to 12%.[10,14]

The leading cause of treatment failure in previous studies of reduced-intensity conditioning regimens in patients with AML was relapse/progression, with 2- to 4-year relapse rates of 32% to 61%,[11,13,15,17] although a single-institution report by Mohty et al[12] described a 12% relapse rate at 4 years in 25 patients in CR1 undergoing reduced-intensity conditioning. Similarly, the leading cause of mortality in our study was relapse, with a 5-year estimated overall relapse/progression rate of 42%.

The current study showed higher relapse rates in patients with advanced disease, patients with unfavorable cytogenetics, and patients who underwent HCT within 6 months of diagnosis of AML. Further-

more, there was a suggestion of higher relapse/progression rates in patients with poor blood cell count recovery before HCT, which either represented impaired marrow function as a result of leukemia not detected by other methods, underlying myelodysplastic syndrome, or decreased hematopoietic reserve as a result of chemotherapy damage. Overall, our findings suggested that larger leukemia burden and perhaps faster proliferation rates associated with unfavorable cytogenetics enabled leukemic cells to outgrow GVL effects, a suggestion that was supported by the observation that more than half of the relapses occurred within 100 days of HCT. A previous report from our institution, investigating various hematologic malignancies at different disease stages, showed that graft-versus-tumor effects were most powerful in patients with relatively low tumor burden and more indolent tumors like chronic lymphocytic leukemia.[44]

Given the above observations regarding leukemia burden, it was surprising that MRD, while associated with higher risk of relapse in a univariate analysis, was no longer an independent risk factor when the multivariate analysis was adjusted to include cytogenetic risk. Most likely this was a result of the fact that a majority of patients (62%) with MRD had unfavorable cytogenetics, suggesting a codependency of these two variables. Furthermore, our observations are limited by relatively small patient numbers and variations in the techniques of disease assessment over time and among participating sites. Refinements in flow cytometry and molecular methods to assess leukemia burden and prognosis of AML (eg, *NPM1* mutation analysis reported by Schnittger et al[45]) will be important in the design of future studies.

In conclusion, allogeneic HCT from related or unrelated donors after nonmyeloablative conditioning resulted in long-term disease-free survival in patients with AML who were not considered candidates for myeloablative conditioning because of age or comorbid conditions. Best outcomes were observed in patients in CR1 or CR2 who had favorable/intermediate cytogenetic risks. New strategies will be required in patients with advanced AML and in patients with unfavorable cytogenetics with the aim of increasing GVL effects and thereby reducing relapse, which clearly has been the major cause of treatment failure.

### AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

The author(s) indicated no potential conflicts of interest.

© 2010 by American Society of Clinical Oncology    **2865**

Ex. A - Page 62

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

Gyurkocza et al

## AUTHOR CONTRIBUTIONS

**Conception and design:** Rainer Storb, Barry E. Storer, Brenda M. Sandmaier
**Financial support:** Rainer Storb, Frederick R. Appelbaum
**Administrative support:** Rainer Storb, Frederick R. Appelbaum, Brenda M. Sandmaier
**Provision of study materials or patients:** Rainer Storb, Thomas R. Chauncey, Thoralf Lange, Judith A. Shizuru, Amelia A. Langston, Michael A. Pulsipher, Richard T. Maziarz, Benedetto Bruno, Finn B. Petersen, Michael B. Maris, Edward Agura, Andrew Yeager, Wolfgang Bethge, Firoozeh Sahebi, Frederick R. Appelbaum, David G. Maloney, Brenda M. Sandmaier
**Collection and assembly of data:** Boglarka Gyurkocza, Rainer Storb, Thoralf Lange, Judith A. Shizuru, Amelia A. Langston, Finn B.

Petersen, Michael B. Maris, Edward Agura, Andrew Yeager, Wolfgang Bethge, Firoozeh Sahebi, David G. Maloney, Brenda M. Sandmaier
**Data analysis and interpretation:** Boglarka Gyurkocza, Rainer Storb, Barry E. Storer, Thomas R. Chauncey, Christopher N. Bredeson, Richard T. Maziarz, Edward Agura, Brenda M. Sandmaier
**Manuscript writing:** Boglarka Gyurkocza, Rainer Storb, Barry E. Storer, Michael A. Pulsipher, Christopher N. Bredeson, Richard T. Maziarz, Wolfgang Bethge, Brenda M. Sandmaier
**Final approval of manuscript:** Boglarka Gyurkocza, Rainer Storb, Barry E. Storer, Thomas R. Chauncey, Thoralf Lange, Judith A. Shizuru, Amelia A. Langston, Michael A. Pulsipher, Christopher N. Bredeson, Richard T. Maziarz, Benedetto Bruno, Finn B. Petersen, Michael B. Maris, Edward Agura, Andrew Yeager, Wolfgang Bethge, Firoozeh Sahebi, Frederick R. Appelbaum, David G. Maloney, Brenda M. Sandmaier

## REFERENCES

**1.** Berman E, Heller G, Santorsa J, et al: Results of a randomized trial comparing idarubicin and cytosine arabinoside with daunorubicin and cytosine arabinoside in adult patients with newly diagnosed acute myelogenous leukemia. Blood 77:1666-1674, 1991

**2.** Bishop JF, Matthews JP, Young GA, et al: A randomized study of high-dose cytarabine in induction in acute myeloid leukemia. Blood 87:1710-1717, 1996

**3.** Mayer RJ, Davis RB, Schiffer CA, et al: Intensive postremission chemotherapy in adults with acute myeloid leukemia. N Engl J Med 331:896-903, 1994

**4.** Löwenberg B, Ossenkoppele GJ, van Putten W, et al: High-dose daunorubicin in older patients with acute myeloid leukemia. N Engl J Med 361:1235-1248, 2009

**5.** Godwin JE, Kopecky KJ, Head DR, et al: A double-blind placebo-controlled trial of granulocyte colony-stimulating factor in elderly patients with previously untreated acute myeloid leukemia: A Southwest Oncology Group study (9031). Blood 91:3607-3615, 1998

**6.** Anderson JE, Kopecky KJ, Willman CL, et al: Outcome after induction chemotherapy for older patients with acute myeloid leukemia is not improved with mitoxantrone and etoposide compared to cytarabine and daunorubicin: A Southwest Oncology Group study. Blood 100:3869-3876, 2002

**7.** Krauter J, Heil G, Hoelzer D, et al: Role of consolidation therapy in the treatment of patients up to 60 years with high risk AML. Blood 106:54a, 2005 (abstr 172)

**8.** Gale RP, Horowitz MM, Rees JK, et al: Chemotherapy versus transplants for acute myelogenous leukemia in second remission. Leukemia 10:13-19, 1996

**9.** Wallen H, Gooley TA, Deeg HJ, et al: Ablative allogeneic hematopoietic cell transplantation in adults 60 years of age and older. J Clin Oncol 23:3439-3446, 2005

**10.** Sayer HG, Kröger M, Beyer J, et al: Reduced intensity conditioning for allogeneic hematopoietic stem cell transplantation in patients with acute myeloid leukemia: Disease status by marrow blasts is the strongest prognostic factor. Bone Marrow Transplant 31:1089-1095, 2003

**11.** de Lima M, Anagnostopoulos A, Munsell M, et al: Nonablative versus reduced-intensity conditioning regimens in the treatment of acute myeloid leukemia and high-risk myelodysplastic syndrome: Dose is relevant for long-term disease control after allogeneic hematopoietic stem cell transplantation. Blood 104:865-872, 2004

**12.** Mohty M, de Lavallade H, Ladaique P, et al: The role of reduced intensity conditioning allogeneic stem cell transplantation in patients with acute myeloid leukemia: A donor vs no donor comparison. Leukemia 19:916-920, 2005

**13.** Tauro S, Craddock C, Peggs K, et al: Allogeneic stem-cell transplantation using a reduced-intensity conditioning regimen has the capacity to produce durable remissions and long-term disease-free survival in patients with high-risk acute myeloid leukemia and myelodysplasia. J Clin Oncol 23:9387-9393, 2005

**14.** van Besien K, Artz A, Smith S, et al: Fludarabine, melphalan, and alemtuzumab conditioning in adults with standard-risk advanced acute myeloid leukemia and myelodysplastic syndrome. J Clin Oncol 23:5728-5738, 2005

**15.** Alyea EP, Kim HT, Ho V, et al: Impact of conditioning regimen intensity on outcome of allogeneic hematopoietic cell transplantation for advanced acute myelogenous leukemia and myelodysplastic syndrome. Biol Blood Marrow Transplant 12:1047-1055, 2006

**16.** Gorin NC, Labopin M, Boiron JM, et al: Results of genoidentical hemopoietic stem cell transplantation with reduced intensity conditioning for acute myelocytic leukemia: Higher doses of stem cells infused benefit patients receiving transplants in second remission or beyond—The Acute Leukemia Working Party of the European Cooperative Group for Blood and Marrow Transplantation. J Clin Oncol 24:3959-3966, 2006

**17.** Shimoni A, Hardan I, Shem-Tov N, et al: Allogeneic hematopoietic stem-cell transplantation in AML and MDS using myeloablative versus reduced-intensity conditioning: The role of dose intensity. Leukemia 20:322-328, 2006

**18.** McClune B, Weisdorf DJ, DiPersio JF, et al: Non-myeloablative hematopoietic stem cell transplantation in older patients with AML and MDS: Results from the Center for International Blood and Marrow Transplant Research (CIBMTR). Blood 112:135, 2008 (abstr 346)

**19.** Mohty M, Labopin M, Milpied N-J, et al: Impact of cytogenetics risk on outcome after reduced intensity conditioning (RIC) allogeneic stem cell transplantation (allo-SCT) from an HLA identical sibling for patients with acute myeloid leukemia (AML) in first complete remission (CR1). Blood 112:134-135, 2008 (abstr 345)

**20.** Pfeifer T, Schleuning M, Eder M, et al: Improved outcome for patients with acute myeloid leukemia (AML) and myelodysplastic syndrome (MDS) with poor risk cytogenetics: Result from an analysis on 172 patients receiving FLAMSA-RIC conditioning for allogeneic stem cell transplantation (SCT). Blood 112:688, 2008 (abstr 1971)

**21.** Valcárcel D, Martino R, Caballero D, et al: Sustained remissions of high-risk acute myeloid leukemia and myelodysplastic syndrome after reduced-intensity conditioning allogeneic hematopoietic transplantation: Chronic graft-versus-host disease is the strongest factor improving survival. J Clin Oncol 26:577-584, 2008

**22.** Ringdén O, Labopin M, Ehninger G, et al: Reduced intensity conditioning compared with myeloablative conditioning using unrelated donor transplants in patients with acute myeloid leukemia. J Clin Oncol 27:4570-4577, 2009

**23.** Cheson BD, Bennett JM, Kopecky KJ, et al: Revised recommendations of the International Working Group for Diagnosis, Standardization of Response Criteria, Treatment Outcomes, and Reporting Standards for Therapeutic Trials in Acute Myeloid Leukemia. J Clin Oncol 21:4642-4649, 2003

**24.** Slovak ML, Kopecky KJ, Cassileth PA, et al: Karyotypic analysis predicts outcome of preremission and postremission therapy in adult acute myeloid leukemia: A Southwest Oncology Group/ Eastern Cooperative Oncology Group study. Blood 96:4075-4083, 2000

**25.** Sorror ML, Maris MB, Storb R, et al: Hematopoietic cell transplantation (HCT)-specific comorbidity index: A new tool for risk assessment before allogeneic HCT. Blood 106:2912-2919, 2005

**26.** Petersdorf EW, Gooley TA, Anasetti C, et al: Optimizing outcome after unrelated marrow transplantation by comprehensive matching of HLA class I and II alleles in the donor and recipient. Blood 92:3515-3520, 1998

**27.** Maris MB, Niederwieser D, Sandmaier BM, et al: HLA-matched unrelated donor hematopoietic cell transplantation after nonmyeloablative conditioning for patients with hematologic malignancies. Blood 102:2021-2030, 2003

**28.** Kerbauy FR, Storb R, Hegenbart U, et al: Hematopoietic cell transplantation from HLA-identical sibling donors after low-dose radiation-based conditioning for treatment of CML. Leukemia 19:990-997, 2005

**29.** Maloney DG, Molina AJ, Sahebi F, et al: Allografting with nonmyeloablative conditioning following cytoreductive autografts for the treatment of patients with multiple myeloma. Blood 102:3447-3454, 2003

Ex. A - Page 63

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

Reference ID: 4631728

**30.** Baron F, Maris MB, Storer BE, et al: HLA-matched unrelated donor hematopoietic cell transplantation after nonmyeloablative conditioning for patients with chronic myeloid leukemia. Biol Blood Marrow Transplant 11:272-279, 2005

**31.** Sandmaier BM, Maris M, Maloney DG, et al: Low-dose total body irradiation (TBI) conditioning for hematopoietic cell transplants (HCT) from HLA-matched related (MRD) and unrelated (URD) donors for patients with hematologic malignancies: A five-year experience. Blood 102:78a-79a, 2003 (abstr 264)

**32.** Przepiorka D, Weisdorf D, Martin P, et al: 1994 Consensus conference on acute GVHD grading. Bone Marrow Transplant 15:825-828, 1995

**33.** Filipovich AH, Weisdorf D, Pavletic S, et al: National Institutes of Health consensus development project on criteria for clinical trials in chronic graft-versus-host disease: I. Diagnosis and Staging Working Group report. Biol Blood Marrow Transplant 11:945-956, 2005

**34.** Hegenbart U, Niederwieser D, Sandmaier BM, et al: Treatment for acute myelogenous leukemia by low-dose, total-body, irradiation-based conditioning and hematopoietic cell transplantation from related and unrelated donors. J Clin Oncol 24:444-453, 2006

**35.** Storb R, Raff RF, Appelbaum FR, et al: What radiation dose for DLA-identical canine marrow grafts? Blood 72:1300-1304, 1988

**36.** Storb R, Raff RF, Appelbaum FR, et al: DLA-identical bone marrow grafts after low-dose total body irradiation: The effect of canine recombinant hematopoietic growth factors. Blood 84:3558-3566, 1994

**37.** Yu C, Storb R, Mathey B, et al: DLA-identical bone marrow grafts after low-dose total body irradiation: Effects of high-dose corticosteroids and cyclosporine on engraftment. Blood 86:4376-4381, 1995

**38.** Storb R, Yu C, Wagner JL, et al: Stable mixed hematopoietic chimerism in DLA-identical littermate dogs given sublethal total body irradiation before and pharmacological immunosuppression after marrow transplantation. Blood 89:3048-3054, 1997

**39.** Hogan WJ, Little MT, Zellmer E, et al: Postgrafting immunosuppression with sirolimus and cyclosporine facilitates stable mixed hematopoietic chimerism in dogs given sublethal total body irradiation before marrow transplantation from DLA-identical littermates. Biol Blood Marrow Transplant 9:489-495, 2003

**40.** Niederwieser D, Maris M, Shizuru JA, et al: Low-dose total body irradiation (TBI) and fiudarabine followed by hematopoietic cell transplantation (HCT) from HLA-matched or mismatched unrelated donors and postgrafting immunosuppression with cyclosporine and mycophenolate mofetil (MMF) can induce durable complete chimerism and sustained remissions in patients with hematological diseases. Blood 101:1620-1629, 2003

**41.** Wheatley K, Brookes CL, Howman AJ, et al: Prognostic factor analysis of the survival of elderly patients with AML in the MRC AML11 and LRF AML14 trials. Br J Haematol 145:598-605, 2009

**42.** Breems DA, Van Putten WL, Huijgens PC, et al: Prognostic index for adult patients with acute myeloid leukemia in first relapse. J Clin Oncol 23:1969-1978, 2005

**43.** Ringdén O, Pavletic SZ, Anasetti C, et al: The graft-versus-leukemia effect using matched unrelated donors is not superior to HLA-identical siblings for hematopoietic stem cell transplantation. Blood 113:3110-3118, 2009

**44.** Kahl C, Storer BE, Sandmaier BM, et al: Relapse risk in patients with malignant diseases given allogeneic hematopoietic cell transplantation after nonmyeloablative conditioning. Blood 110:2744-2748, 2007

**45.** Schnittger S, Kern W, Tschulik C, et al: Minimal residual disease levels assessed by NPM1 mutation-specific RQ-PCR provide important prognostic information in AML. Blood 114:2220-2231, 2009

■ ■ ■

## Sign up for Alerts About Your Topic of Interest

Learn about new research in your field as it becomes available. Subscribe to a *JCO* e-mail alert to be notified immediately when new articles within your area of interest are posted.

Receive notification when:

➢ *JCO* releases a new issue's Table of Contents.
➢ A new issue of *JCO* is posted online.
➢ New articles are published online ahead of print publication.
➢ New content in your subspecialty is published.
➢ An article is published online from an author of interest.

Go to jco.org/alerts to sign up.

**ASCO**
American Society of Clinical Oncology

© 2010 by American Society of Clinical Oncology    **2867**

Ex. A - Page 64

Reference ID: 4631728

Downloaded from ascopubs.org by Dr. Mark Berger on January 2, 2019 from 038.140.120.021
Copyright © 2019 American Society of Clinical Oncology. All rights reserved.

VOLUME 24 · NUMBER 3 · JANUARY 20 2006

# JOURNAL OF CLINICAL ONCOLOGY

**ORIGINAL REPORT**

# Treatment for Acute Myelogenous Leukemia by Low-Dose, Total-Body, Irradiation-Based Conditioning and Hematopoietic Cell Transplantation From Related and Unrelated Donors

*Ute Hegenbart, Dietger Niederwieser, Brenda M. Sandmaier, Michael B. Maris, Judith A. Shizuru, Hildegard Greinix, Catherine Cordonnier, Bernard Rio, Alois Gratwohl, Thoralf Lange, Haifa Al-Ali, Barry Storer, David Maloney, Peter McSweeney, Thomas Chauncey, Ed Agura, Benedetto Bruno, Richard T. Maziarz, Finn Petersen, and Rainer Storb*

From the University of Leipzig, Leipzig, Germany; Fred Hutchinson Cancer Research Center and the University of Washington, Seattle, WA; Stanford University, Palo Alto, CA; Bone Marrow Transplant Unit, Medical University of Vienna, Austria; Hopital Henri Mondor, Creteil, Hotel Dieu, Paris, France; University Hospital, Basel, Switzerland; University of Colorado, Denver, CO; Seattle Veterans Administration Medical Center, Seattle, WA; Baylor University, Dallas, TX; University of Torimo, Torimo, Italy; Oregon Health & Science University, Portland, OR; and University of Utah, Salt Lake City, UT.

Submitted July 3, 2005; accepted October 28, 2005.

Supported by grants CA 18029, CA 15704, CA 78902, and HL 36444 from the National Institutes of Health, Bethesda, MD and by the EU grant European Leukemia Net and the Swiss National Research Foundation.

Authors' disclosures of potential confiicts of interest and author contributions are found at the end of this article.

Address reprint requests to Dietger Niederwieser, MD, Division of Hematology and Oncology, University of Leipzig, Johannissallee 32A, D-4103 Leipzig, Germany; e-mail: dietger@medizin.uni-leipzig.de.

© 2006 by American Society of Clinical Oncology

0732-183X/06/2403-444/$20.00

DOI: 10.1200/JCO.2005.03.1765

**A B S T R A C T**

### Purpose

The use of low-dose, irradiation-based preparative regimens have allowed the extension of allografting to older and medically infirm patients. The study reported here assessed outcomes for patients with acute myeloid leukemia (AML) in different stages of their disease, who were not considered candidates for conventional hematopoietic cell transplantation (HCT) because of age and/or other known risk factors and were given minimal conditioning followed by HCT from related or unrelated donors.

### Patients and Methods

The present study included 122 patients with AML, who were conditioned with 2 Gy total-body irradiation (TBI) on day 0 with or without preceding fiudarabine (30 mg/m$^2$/d from days $-4$ to $-2$), and given postgrafting cyclosporine at 6.25 mg/kg twice daily from day $-3$ and mycophenolate mofetil at 15 mg/kg twice daily from day 0.

### Results

Durable engraftment was observed in 95% of the patients. Cumulative incidences of acute graft-versus-host disease grades 2 to 4 at 6 months were 35% after related and 42% after unrelated HCT, respectively. With a median follow-up of 44 months (range, 26 to 79 months), 51 patients were alive, of whom 48 were in complete remission (CR). Cumulative nonrelapse mortalities were 10% and 22%, and cumulative mortalities from disease progression were 47% and 33% at 2 years for related and unrelated recipients, respectively. Overall, 2-year survival was 48%, and disease-free survival was 44%. Patients receiving transplantation in CR1 had 2-year overall survivals of 44% after related and 63% after unrelated HCT, respectively.

### Conclusion

We conclude that HCT from related and unrelated donors after low-dose TBI is a promising treatment for elderly patients with AML.

*J Clin Oncol 24:444-453. © 2006 by American Society of Clinical Oncology*

## INTRODUCTION

Complete remissions (CR) can be achieved with induction chemotherapy in approximately 65% of adults with de novo acute myeloid leukemia (AML).[1-6] Postremission therapies result in disease-free survivals (DFS) of 10% to 35% at 5 years. Outcomes are largely determined by biologic risk factors such as specific genetic mutations, cytogenetic abnormalities, and older patient age.[7-10] The vast majority of older patients with AML have more adverse prognostic features than younger patients and, despite reaching initial CR, most older patients relapse within 2 years of diagnosis and die within 3 years.[1,2,8,9,11-14] No chemotherapy regimen provides durable remission or long-term survival in more than a small percentage of patients with AML in CR2 or beyond.[12]

Results can be improved by high-dose postremission therapy with autologous hematopoietic cell transplantation (HCT) or by allogeneic HCT, which has the highest potential of curing patients with AML. Given the toxicity of the treatment, however, allogeneic HCT is limited to younger patients without comorbidities.

During the last years, reduced and minimal intensity conditioning were developed with the aim of using the curative potential of allogeneic HCT in

**444**

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 65

Reference ID: 4631728

elderly and medically infirm patients as well.[15-20] Initial data from patients with various hematologic malignancies have demonstrated the feasibility of allogeneic HCT after conditioning with a minimal-intensity regimen consisting of 2 Gy total-body irradiation (TBI) with or without fludarabine and postgrafting immunosuppression with mycophenolate mofetil (MMF) and cyclosporine (CSP).[19-22] The study reported here assessed outcomes for patients with AML in different stages of their disease, who were not considered candidates for conventional high-dose HCT and were given minimal conditioning followed by HCT from related or unrelated donors.

## PATIENTS AND METHODS

### Eligibility Criteria

Patients with AML received transplantation at eight United States and five European centers using the same protocol approved by the Institutional Review Boards at each of the participating sites. Patients were eligible for unrelated HCT if they were more than 50 years old and for related HCT if they were more than 55 years old. Younger patients were included if they had comorbid conditions (eg, aspergillosis) that excluded them from conventional allogeneic HCT. Reasons for performing HCT in CR1 were persistent cytogenetic or molecular evidence of disease, high-risk cytogenetics at diagnosis, age more than 60 years, and secondary AML in younger patients with comorbidities. No exclusions were made for renal insufficiency or active bacterial or fungal infections.

### HLA Typing and Matching

All related and 61 of 64 unrelated donor-recipient pairs were selected on the basis of serologic matching for human leukocyte antigen (HLA) class I and molecular matching for HLA-DRB1 and -DQ1. Three unrelated pairs had one HLA-A or HLA-B antigen mismatches. In addition, retrospective allele level typing was performed in the majority of donor-recipient pairs for HLA-A, -B, -C, -DQB1, and -DPB1 alleles using direct automated fluorescent methods, as described.[23,24] Overall, one or more antigen and/or allele level mismatches were recognized in 22 of the 64 unrelated donor-recipient pairs. Mismatches were present in 19 and 21 pairs by rejection and by graft-versus-host disease (GvHD) vector, respectively.

### Patient Characteristics

Between July 1998 and December 31, 2002, 122 patients were enrolled in the study. The results of 18 previously reported patients[22] have been updated, and data on 104 additional patients have been included. Their characteristics are presented in Table 1. Eighteen patients had secondary AML, 51 patients were in CR1, 39 patients were in CR2, and 32 patients had more advanced stages of AML. The distributions of cytogenetic risks among related and unrelated recipients were comparable, but 55% of related compared with 30% of unrelated recipients were in CR1. Median time from last chemotherapy to HCT was 76 days (range, 7 to 491 days) with no difference between related and unrelated recipients.

Indications to perform reduced-intensity conditioning were age, either alone or combined with comorbidities and failed autologous or allogeneic HCT in 74%, comorbidities in 14%, previous HCT in 8%, and patient choice in 4% of the patients. More unrelated recipients (23%) had previous autologous HCT than related recipients (3%; $P = .0007$).

### Transplant Procedure

All patients were conditioned with a single fraction of 2 Gy TBI delivered at 0.07 to 0.20 Gy/min from linear accelerators or opposing dual cobalt 60 sources on day 0. In addition, all unrelated and 39 related recipients (all receiving transplantation after October 2000) were given fludarabine, 30 mg/m$^2$/d, from days $-4$ to $-2$. Granulocyte colony-stimulating factor mobilization and harvest of peripheral blood mononuclear cells (G-PBMC), marrow harvest procedures, infusion of donor hematopoietic cells, immunosuppressive therapy, and antimicrobial prophylaxis were performed, as previously reported.[19-22] Graft characteristics are presented in Table 2. Toxicities were determined using the National Cancer Institute Common Toxicity Criteria, Version 2.0. Percentages of donor chimerism were assessed by fluorescent in situ hybridization for X and Y chromosomes and/or by polymerase chain reaction-based amplification of variable number tandem repeat sequences after flow cytometry sorting, as previously described.[20] The local investigators performed GvHD grading using standard criteria.[25,26] In selected patients, residual disease was measured using molecular studies.[27]

Persistent, progressive, or relapsed malignancies in the absence of GvHD were treated by rapid discontinuation of systemic immunosuppression. Donor lymphocyte infusions (DLI) were given either for relapse/disease progression or persistent mixed chimerism.

### Statistical Analyses

Data were analyzed as of March 1, 2005. Patients without evidence of relapse and progression were considered to have died of nonrelapse causes. Survival and DFS were estimated by the Kaplan-Meier method. Risk factors were analyzed using proportional hazards regression models, treating death before acute GvHD, rejection, and relapse as competing events. Rejection was treated as a competing event for acute GvHD and as a time-dependent covariate for death and relapse. The factors considered in the univariate analyses were disease risk, diagnosis, HLA mismatches, and rejection. The multivariate models were constructed in stepwise fashion. All $P$ values were derived from likelihood ratio statistics and were 2-sided.

## RESULTS

### Peripheral-Blood Cell Changes, Allogeneic Engraftment, and Graft Rejection

The hematologic toxicities after HCT were moderate (Table 2). Twenty-two related patients (38%) and 11 unrelated patients (17%) did not have absolute neutrophil counts (ANC) less than 500/$\mu$L. Platelet transfusions were not required in 71% of related and 42% of unrelated recipients. RBC transfusions were not given to 50% of related and 16% of unrelated recipients (Table 2).

One of the 122 patients died on day 8, too early to be assessed for engraftment. Among the remaining 121 patients, 115 patients (95%) had sustained engraftment. The median percentages of donor chimerism levels among marrow mononuclear cells, peripheral blood granulocytes (CD33$^+$ or CD15$^+$-cells), and T-cells (CD3$^+$-cells) over the first 180 days were consistent with rapid engraftment (Fig 1). Six patients (5%) rejected their grafts; three of the four unrelated recipients had received marrow grafts and one G-PBMC with a low CD34$^+$ cell count (0.76 $\times$ 10$^6$/kg); and both related recipients had received TBI alone as conditioning. Graft rejection was accompanied by prolonged neutropenia and thrombocytopenia with eventual autologous recovery in four patients, while two patients received a successful second HCT from different unrelated donors. The use of marrow instead of G-PBMC, low CD34+, and low CD3+ cell doses were risk factors for rejection in univariate analysis.

### Regimen-Related Toxicities and Infections

New onset alopecia, mucositis, diarrhea, and veno-occlusive disease of the liver were not observed. Mild to moderate nausea caused by MMF/CSP was common. Most frequent grades 3 and 4 toxicities involved hepatic (12.2%), cardiac (10.6%), pulmonary (7.4%), gastrointestinal (6.6%), renal (6.6%), and metabolic (5.7%) toxicities (Table 3). Two patients died because of cerebral complications before day 100, posttransplant.

Fevers of unknown origin were encountered in 22.9% of patients and bacteremia/septicemia in 24.6% of patients (Table 2). Overall, the

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 66

Reference ID: 4631728

| Characteristics | All No. | All % | Related No. | Related % | Unrelated No. | Unrelated % | P |
|---|---|---|---|---|---|---|---|
| **Table 1.** Characteristics of 122 AML Patients Treated by Allogeneic HCT | | | | Donors | | | |
| Patients studied | 122 | | 58 | 48 | 64 | 52 | |
| Age, years | | | | | | | .02 |
|   Median | 57.5 | | 58 | | 57 | | |
|   Range | 17-74 | | 18-74 | | 17-69 | | |
| Sex | | | | | | | .008 |
|   Male | 69 | | 40 | | 29 | | |
|   Female | 53 | | 18 | | 35 | | |
| AML | | | | | | | |
|   Type | | | | | | | .42 |
|     De novo | 104 | 85 | 51 | 88 | 53 | 83 | |
|     Secondary | 18 | 15 | 7 | 12 | 11 | 17 | |
|   Remission status | | | | | | | .003 |
|     CR1 | 51 | 42 | 32 | 55 | 19 | 30 | |
|     CR2 | 39 | 32 | 18 | 31 | 21 | 33 | |
|     Advanced | 32 | 26 | 8 | 14 | 24 | 38 | |
| Cytogenetic risks* | | | | | | | .25 |
|   Low | 11 | 9 | 8 | 14 | 3 | 5 | |
|   Standard | 82 | 67 | 41 | 71 | 41 | 73 | |
|   High | 21 | 17 | 9 | 16 | 12 | 21 | |
| Diagnosis-HCT, days | | | | | | | .0003 |
|   Median | 279 | | 200 | | 388 | | |
|   Range | 4-3,143 | | 62-2,452 | | 4-3,143 | | |
| Last chemotherapy-HCT, days | | | | | | | .42 |
|   Median | 76 | | 75 | | 76 | | |
|   Range | 7-491 | | 22-242 | | 7-491 | | |
| Previous HCT | | | | | | | |
|   Autologous | 17 | 14 | 2 | 3 | 15 | 23 | .0007 |
|   Allogeneic | 1 | 1 | 1 | 2 | 0 | — | .22 |
| Indication for reduced intensity conditioning | | | | | | | .34 |
|   Age† | 90 | 74 | 43 | 74 | 47 | 73 | |
|   Comorbidity | 17 | 14 | 8 | 14 | 9 | 14 | |
|   Autologous/allogeneic | 10 | 8 | 3 | 5 | 7 | 11 | |
|   Patient choice | 5 | 4 | 4 | 7 | 1 | 2 | |

Abbreviations: AML, acute myeloid leukemia; HCT, hematopoietic cell transplantation; CR, complete remission.
*Cytogenetics missing in eight patients.
†With or without comorbidity or autologous HCT.

incidence of fevers of unknown origin was significantly lower following related (10.3%) compared with unrelated (34.3%) HCT. Nine related recipients (15.5%) and 21 unrelated recipients (32.8%) developed bacteremia. Pneumonias of bacterial origin were diagnosed in two related recipients and in seven unrelated recipients. Cytomegalovirus reactivations, all treated successfully with ganciclovir, occurred in 12 related recipients and 27 unrelated recipients, respectively.

Fungal pneumonias were diagnosed in 6.9% of related recipients and 7.8% of unrelated recipients. Two unrelated recipients died from fungal pneumonias before day 100.

### GvHD

Forty-eight patients (40.0%) developed acute GvHD, which was grade 2 in 34 patients, grade 3 in eight patients, and grade 4 in six patients (Table 2 and Fig 2). All six patients with grade 4 and one patient with grade 3 acute GvHD died.

Chronic GvHD, requiring therapy, occurred in 44 patients, and an additional 16 patients experienced limited chronic GvHD, not requiring therapy. The cumulative probability of extensive chronic GvHD at 2 years for all patients was 36% (Fig 3). No differences in acute and chronic GvHD incidences were observed between patients with related and unrelated donors (Table 2).

### Status of the Underlying Disease

*Patients with graft rejection.* Four of the six rejecting patients died either of disease progression between days 69 and 179 or of multi-organ failure on day 830 after the second allogeneic HCT. One of the six patients is alive in CR after a successful second HCT from another donor, and another patient is alive with myelodysplastic syndrome that developed 1,620 days after HCT.

*Patients with sustained engraftment.* Among the 115 patients with durable engraftment, 48 patients relapsed, of whom, 45 patients have died of disease progression, while two patients are alive in CR with complete donor chimerism following withdrawal of immunosuppression, and one patient is alive in CR after a second transplant. Specifically, 19 of the 47 patients with CR1 (40%), 14 of 38 patients with CR2 (37%), and 15 of 32 patients beyond CR2 (47%) relapsed.

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 67

Reference ID: 4631728

**Hematopoietic Cell Transplantation in AML**

**Table 2.** HCT Characteristics and Outcomes in 122 Patients With AML Conditioned With 2 Gy TBI

| | All (n = 122) | | Related Donor (n = 58) | | Unrelated Donor (n = 64) | | | | |
| Characteristic | No. | % | No. | % | No. | % | HR | 95% CI | P |
|---|---|---|---|---|---|---|---|---|---|
| Added Fludarabine | 103 | 84 | 39 | 67 | 64 | 100 | | | < 0.0001 |
| Graft characteristics | | | | | | | | | |
| G-PBMC | 116 | 95 | 58 | 100 | 58 | 91 | | | 0.005 |
| CD34 cells $\times 10^6$/kg* | | | | | | | | | 0.37 |
| Median | 5.97 | | 6.1 | | 5.8 | | | | |
| Range | 0.8-19.4 | | 2.1-14.4 | | 0.8-19.4 | | | | |
| CD3 cells $\times 10^8$/kg* | | | | | | | | | 0.02 |
| Median | 3.20 | | 3.4 | | 3.1 | | | | |
| Range | 0.3-8.3 | | 0.7-8.3 | | 0.3-7.2 | | | | |
| Hematologic findings | | | | | | | | | |
| Min ANC count/$\mu$L | | | | | | | | | 0.01 |
| Median | 216 | | 290 | | 168 | | | | |
| Range | 0-3,690 | | 0-3,690 | | 0-1,310 | | | | |
| ANC < 500 $\mu$L, days | | | 3 | | | | | | 0.002 |
| Median | 6 | | 3 | | 9 | | | | |
| Range | 0-76 | | 0-44 | | 0-76 | | | | |
| Patients with ANC > 500/$\mu$L | 33 | 27 | 22 | 38 | 11 | 17 | | | 0.01 |
| Minimum platelet count/$\mu$L | | | | | | | | | 0.01 |
| Median | 35,000 | | 50,000 | | 23,500 | | | | |
| Range | 1,000-149,000 | | 1,000-149,000 | | 4,000-124,000 | | | | |
| Platelet < 20,000 $\mu$L, days | | | | | | | | | 0.005 |
| Median | 0 | | 0 | | 0 | | | | |
| Range | 0-100 | | 0-25 | | 0-100 | | | | |
| Number of platelet units transfused | | | | | | | | | 0.0005 |
| Median | 0 | | 0 | | 2 | | | | |
| Range | 0-83 | | 0-32 | | 0-83 | | | | |
| Patients without platelet transfusions | 68 | 56 | 41 | 71 | 27 | 42 | | | 0.001 |
| Number of RBC units transfused | | | | | | | | | < 0.0001 |
| Median | 2 | | 0 | | 8 | | | | |
| Range | 0-61 | | 0-22 | | 0-61 | | | | |
| Patients without RBC transfusions | 39 | 32 | 29 | 50 | 10 | 16 | | | < 0.0001 |
| Graft Rejection at two years† | 6 | 5 | 2 | 3 | 4 | 6 | 1.9 | 0.4 to 10.4 | 0.44 |
| Infections | | | | | | | | | |
| FUO | 28 | 22.9 | 6 | 10.3 | 22 | 34.4 | | | 0.001 |
| Central venous catheter infections | 13 | 10.6 | 3 | 5.2 | 10 | 15.6 | | | 0.05 |
| Bacteremia | 30 | 24.6 | 9 | 15.5 | 21 | 32.8 | | | 0.02 |
| Bacterial pneumonia | 9 | 7.3 | 2 | 3.4 | 7 | 10.9 | | | 0.10 |
| Fungal pneumonia | 9 | 7.3 | 4 | 6.9 | 5 | 7.8 | | | 0.85 |
| CMV reactivation | 39 | 32.0 | 12 | 20.7 | 27 | 42.2 | | | 0.01 |
| Acute GvHD grade‡ | | | | | | | | | |
| Grade II | 34 | 28 | 12 | 21 | 22 | 34 | 1.6§ | 0.9 to 2.8 | 0.13 |
| Grade III | 8 | 7 | 5 | 9 | 3 | 5 | 0.7§ | 0.2 to 2.1 | 0.53 |
| Grade IV | 6 | 5 | 3 | 5 | 3 | 5 | 0.9§ | 0.2 to 4.7 | 0.95 |
| Chronic extensive GvHD at 2 yrs | 44 | 36 | 19 | 33 | 25 | 39 | 1.4 | 0.7 to 2.5 | 0.32 |
| DLI | 23 | 19.0 | 21 | 36.0 | 2 | 3 | | | < 0.0001 |
| For relapse | 14 | 11.4 | 12 | 20.6 | 2 | 3 | | | 0.0001 |
| For mixed chimerism/graft rejection | 9 | 7 | 9 | 15.5 | 0 | 0 | | | 0.0004 |
| OS (2yrs) | | 48 | | 48 | | 48 | 1.1 | 0.7 to 1.8 | 0.68 |
| CR1 (2yrs) | | 51 | | 44 | | 63 | | | 0.13 |
| CR2 (2yrs) | | 61 | | 68 | | 57 | | | 0.25 |
| Other (2yrs) | | 28 | | 25 | | 29 | | | 0.96 |
| OS for CR1/CR2 > 60 yrs, 2 years | | 48 | | 45 | | 55 | | | |
| DFS (2 yrs) | | 44 | | 43 | | 45 | 1.0 | 0.6 to 1.5 | 0.93 |
| DFS for CR1/CR2 > 60 yrs, 2 years | | 42 | | 35 | | 55 | | | |
| Relapse (2yrs) | | 39 | | 47 | | 33 | 1.1 | 0.7 to 1.8 | 0.12 |
| CR1 (2yrs) | | 50 | | 16 | | | | | 0.005 |
| CR2 (2yrs) | | 34 | | 38 | | | | | 0.58 |
| Other (2yrs) | | 63 | | 42 | | | | | 0.43 |

(continued on following page)

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 68

Reference ID: 4631728

| | Patients | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | All (n = 122) | | Related donor (n = 58) | | Unrelated donor (n = 64) | | | | |
| Characteristic | No. | % | No. | % | No. | % | HR | 95% CI | P |
| NRM | | | | | | | 2.7 | 1.0 to 6.7 | 0.03 |
| 100 days | | 3 | | 0 | | 6 | | | |
| 1 year | | 14 | | 10 | | 17 | | | |
| 2 years | | 16 | | 10 | | 22 | | | |
| CR1 (2yrs) | | | | 13 | | 21 | | | 0.92 |
| CR2 (2yrs) | | | | 6 | | 5 | | | 0.07 |
| Other (2yrs) | | | | 13 | | 38 | | | 0.19 |
| Follow-up months¶ | | | | | | | | | |
| Median | | 44 | | 47 | | 41 | | | |
| Range | | 26-79 | | 26-79 | | 26-71 | | | |

**Table 2.** HCT Characteristics and Outcomes in 122 Patients With AML Conditioned With 2 Gy TBI (continued)

NOTE. *P* values are derived from HR analysis over entire follow-up period.
Abbreviations: HCT, hematopoietic cell transplantation; AML, acute myeloid leukemia; TBI, total-body irradiation; HR, hazard ratio; G-PBMC, granulocyte-peripheral blood mononuclear cells; ANC, absolute deutrophil count; FUO, fever of unknown origin; CMV, cytomegalovirus; GvHD, graft-versus-host disease; DLI, donor lymphocyte infusion; OS, overall survival; CR, complete remission; DFS, disease-free surival; NRM, nonrelapse mortality.
*CD34 and CD3 values missing in 15 and 21 patinets, respectively.
†Cumulative incidence estimates at indicated time point.
‡Terminal incidence.
§HR and *P* for acute GvHD equal or worse than indicated grade.
¶Time from transplant to March 1, 2005.

Twenty-four of the 32 patients beyond CR2 had partial remission (PR)/refractory AML, of whom, 18 patients (eight PR and 10 refractory) underwent unrelated and six patients (one PR and five refractory) underwent related HCT. Nine of the 18 unrelated recipients and three of the six related recipients achieved CR, however, none of the patients with more than 15% blasts at transplant became long-term survivors.

CBF$\beta$-MYH11 nested reverse transcriptase polymerase chain reaction done in two patients with CR1 became negative on days 42 and 57 and has remained negative for more than 800 days after HCT.

### Donor Lymphocyte Infusions for Relapse, Mixed Chimerism, and Rejection

DLIs were given for relapse/persistent disease to 14 patients, of whom, 12 patients had received related grafts, and two patients received unrelated grafts. Thirteen of the 14 patients died from relapse between 1 and 595 days after DLI. One patient is alive in remission.

DLIs were given for low-level donor chimerism to seven patients. One patient died of liver GvHD, two patients relapsed, and four patients are alive in remission. DLIs were unsuccessfully administered to two patients with pending graft rejection.

### Survival and Causes of Death

With a median follow-up of 44 months (range, 26-79 months), 51 of the 122 patients were alive. Of these, 48 patients were in CR, one patient had developed myelodysplastic syndrome after graft rejection, and two patients were in CR after a second HCT. Specifically, 25 of the 58 related recipients and 26 of the 64 unrelated recipients were alive. The probabilities of overall and DFSs at 2 years were 48% and 44%, respectively (Table 2), with no statistically significant differences between related and unrelated as well as younger ($< 60$ years) and older ($> 60$ years) recipients. For patients receiving transplantation in CR1, overall survival was 51% at 2 years. Results were similar for patients receiving transplantation in CR2 with overall 2-year survivals of 61%, while overall 2-year survival in patients with AML beyond CR2 was 28% (Table 2 and Fig 4). Factors infiuencing survival in a multivariate analysis were disease stage at HCT, HLA mismatch, and cytogenetic risk (Table 4).

A total of 48 patients died following relapse, 27 patients after related and 21 patients after unrelated HCT (Table 5). The cumulative incidence of relapse among patients in CR1 was 50% after related and 16% after unrelated HCT at 2 years (Table 2 and Fig 4; $P = .005$). The only factor associated with risk of relapse in multivariate analysis was the number of receiving transplantation CD3$^+$ cells (Table 4). Twenty-three of the 122 patients died from nonrelapse causes, all but one of whom were in CR. Nonrelapse mortality among all patients was 19% (Table 5). Major causes of death included complications from GvHD (9%) and infections (7%).

The cumulative probabilities of nonrelapse mortality among all patients was 3% at day 100 and 16% at 2 years (Table 2). Factors



**Fig 1.** Percent donor chimerism after HCT. Median percentages of NK cells ($\Delta$), donor peripheral blood CD33$^+$, CD15+ cells (granulocytes; 0), and CD3+ cells (T-lymphocytes; ●) are shown for the first 180 days from transplant. HCT, hematopoietic cell transplantation; NK, natural killer.

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 69

Reference ID: 4631728

**Table 3.** Incidences of Grade III and IV Toxicities (n = 122)

| | Grades | | | | | | Total 3-4 | |
| | 3 | | | 4 | | | | |
| Characteristic | No. of Episodes (N) | Related (%) | Unrelated (%) | No. of Episodes (N) | Related (%) | Unrelated (%) | No. | % |
|---|---|---|---|---|---|---|---|---|
| Hepatic | 11 | 4 | 7 | 4 | 2 | 2 | 15 | 12.2 |
| Cardiac | 12 | 6 | 6 | 1 | 1 | 0 | 13 | 10.6 |
| Pulmonary | 6 | 2 | 4 | 3 | 0 | 3 | 9 | 7.4 |
| Gastrointestinal | 7 | 2 | 5 | 1 | 0 | 1 | 8 | 6.6 |
| Renal | 5 | 1 | 4 | 3 | 1 | 2 | 8 | 6.6 |
| Metabolic | 6 | 3 | 3 | 1 | 1 | 0 | 7 | 5.7 |
| Neurologic | 4 | 2 | 2 | 0 | 0 | 0 | 4 | 3.3 |
| Pain | 2 | 1 | 1 | 2 | 1 | 1 | 4 | 3.3 |
| Hemorrhage | 2 | 1 | 1 | 1 | 0 | 1 | 3 | 2.5 |

associated with high nonrelapse mortality were advanced stage of the disease at transplant, the use of fiudarabine and peripheral-blood stem cells as stem cell source in multivariate analyses (Table 4).

## DISCUSSION

The current analysis extended previous reports on the use of these regimens in patients with various hematologic malignancies.[19-22] The multicenter study included 122 patients with AML, who, in all but five cases were ineligible for conventional HCT because of age and/or medical contraindications. More than half of the patients (58%) were in ≥ CR2, 15% had secondary AML, and 17% had adverse cytogenetic risk factors.

In agreement with the earlier observations, HCT was well-tolerated and resulted in a > 95% rate of sustained engraftment. The hematopoietic toxicities of the HCT regimen were moderate with ANCs in approximately 30% of patients not declining below $500/\mu L$, more than half of the patients not requiring platelet transfusions, and approximately 30% not requiring RBC transfusions. Unrelated recipients had slower engraftment, lower ANC and platelet nadirs, and higher transfusion requirements than related recipients. In part, this might explain the three times higher bacterial and twice higher viral infection rates among unrelated compared with related recipients, though fungal infection incidences were comparable. In part, differences in infection rates might be related to greater incidence of failed preceding autologous HCT, more advanced disease stages, and greater degrees of HLA-disparities with their donors among unrelated recipients.

While engraftment rates with these regimens have been high, two complications have limited the eventual success of the procedure, relapse and nonrelapse mortalities. The regimens have relied virtually entirely on graft-versus-leukemia effects for both maintaining remissions in patients receiving transplantation without and achieving remissions in those receiving transplantation with measurable disease. While impressive, graft-versus-leukemia effects were not universally effective. The percentages of patients who remained disease-free were higher when grafts were carried out in first or second CR compared with more advanced disease stages. These findings emphasized that allogeneic HCT with reduced intensity conditioning should be considered earlier in patients with AML. In fact, cure rates with continued chemotherapy in patients > 55 years of age in CR1 have been reported



**Fig 2.** Cumulative probabilities of grades 2, 3, and 4 acute graft-versus-host disease (GvHD).



**Fig 3.** Cumulative incidence of extensive chronic graft-versus-host disease (GvHD).

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 70

Reference ID: 4631728

Hegenbart et al



**Fig 4.** Overall survival, relapse, and nonrelapse mortality in relation to the disease status at HCT and donor relationship. Patients were in (A and B) CR1 (n = 51), (C and D) CR2 (n = 39), and (E and F) beyond CR2 (n = 32) before transplant and received either related (A, C1; C, CR2; and E, beyond CR2) or unrelated (B, CR1; D, CR2; and F, beyond CR2) grafts. HCT, hematopoietic cell transplantation, CR, complete remission.

to be no better than 10% to 15%.[13] This compared with 44% and 63% continued remission, respectively, in current CR1 patients given related or unrelated grafts. As for patients in CR2 or in relapse, there have been no survivors with chemotherapy alone.[12] In contrast, relapse rates for CR2 patients given related or unrelated HCT in the current study ranged from 34% to 38% and those for more advanced patients from 63% to 42% for related and unrelated recipients, respectively. As a result, 68% related patients and 57% unrelated patients in

second CR and 25% related patients and 29% unrelated patients beyond second CR have become long-term survivors, respectively. Reductions of the relapse rates after HCT, following reduced intensity conditioning, might eventually be achieved with a better understanding of the polymorphic minor histocompatibility antigens and/or by adding targeted therapy to the conditioning regimen.

Cumulative nonrelapse mortalities at 2 years were 10% after related and 22% after unrelated transplantation (P = .03). The

**450**

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 71

Reference ID: 4631728

**Table 4.** Multivariate Risk Factors and Outcome in 122 Patients With AML

| Characteristic | No. (n) | Relapse (51 events) HR | 95% CI | P | NRM (23 events) HR | 95% CI | P | Survival (71 events) HR | 95% CI | P |
|---|---|---|---|---|---|---|---|---|---|---|
| Donor | | | | | | | | | | |
| Related | 58 | | | | | | | | | |
| Unrelated | 64 | | | | | | | | | |
| HLA mismatch | | | | | | | | | | |
| No | 98 | | | | | | | 1.0 | | 0.05 |
| Yes* | 24 | | | | | | | 0.5 | 0.2 to 1.0 | |
| AML type | | | | | | | | | | |
| De novo | 104 | | | | | | | | | |
| Secondary | 18 | | | | | | | | | |
| Stage at HCT | | | | | | | | | | |
| CR1 | 51 | | | | 1.0 | | .009 | 1.0 | | 0.01 |
| CR2 | 39 | | | | 0.8 | 0.3 to 2.5 | | 0.9 | 0.5 to 1.6 | |
| Others | 32 | | | | 3.7 | 1.4 to 9.5 | | 2.2 | 1.2 to 3.9 | |
| Cytogenetic risk | | | | | | | | | | |
| Low | 11 | | | | | | | 0.6 | 0.2 to 1.6 | 0.008 |
| Standard | 82 | | | | | | | 1.0 | | |
| High | 21 | | | | | | | 2.4 | 1.3 to 4.5 | |
| Fludarabine | | | | | | | | | | |
| Yes | 103 | | | | 1.0 | | .001 | | | |
| No | 19 | | | | 0.0 | 0.0 to —† | | | | |
| Source | | | | | | | | | | |
| PBSC | 116 | | | | 1.0 | | .03 | | | |
| Marrow | 6 | | | | 0.0 | 0.0 to —† | | | | |
| Age at transplantation | | | | | | | | | | |
| Per 10 yrs | | | | | | | | | | |
| CD34 cell dose | | | | | | | | | | |
| Per $10^6$ cells/kg | | | | | | | | | | |
| CD3 cell dose | | | | | | | | | | |
| Per $10^8$ cells/kg | | 1.3 | 1.1 to 1.6 | .003 | | | | | | |

Abbreviations: AML, acute myeloid leukemia; NRM, nonrelapse mortality; HR, hazard ratio; HCT, hematopoietic cell transplanation; CR, complete remission; PBSC, peripheral-blood stem cell.
*21 HLA mismatches in rejection vector.
†No events in category.

difference between the two groups of recipients might be caused, in part, by greater comorbidity scores and, in part, by greater degrees of histoincompatibility among unrelated donor-recipient pairs. GvHD has remained a major cause of morbidity and mortality after reduced-intensity conditioning HCT. Complications from acute GvHD have resulted in the death of 6% of all patients, and another 3% have died from chronic GvHD. Nevertheless, GvHD rates among patients with reduced conditioning tended to be lower than among those given ablative conditioning, even though patients with reduced conditioning were older.[28,29] This difference might, in part, be explained by reduced tissue damage from less intense conditioning regimens, initial mixed donor/host chimerism, lack of cytokine storm, and potent postgrafting immunosuppression with CSP and MMF. The incidences of acute GvHD among related and unrelated recipients were not significantly different, despite the many partially HLA-mismatched unrelated donor-recipient pairs; perhaps, this was a consequence of the more prolonged MMF administration in unrelated recipients.

Comparable rates of acute GvHD have been reported by Giralt et al[16] in related and unrelated recipients with myeloid malignancies (49%), by Kröger et al[30] in both related and unrelated recipients (37%), by Wong et al[31] in unrelated recipients (41%), by Bertz et al[32] in both related and unrelated recipients (55.5%), and by Sayer et al[33] in related and unrelated recipients (42%).

Infections in the absence of GvHD caused an overall nonrelapse mortality rate of 2% for related recipients and 11% for unrelated

**Table 5.** Causes of Death

| Causes of Death | Recipients All (N = 122) No. | % | Related (n = 58) No. | % | Unrelated (n = 64) No. | % |
|---|---|---|---|---|---|---|
| Relapse | 48 | 39 | 27 | 47 | 21 | 33 |
| Non-relapse | 23 | 19 | 6 | 10 | 17 | 27 |
| Acute GvHD | 7 | 6 | 4 | 7 | 3 | 5 |
| Chronic GvHD | 4 | 3 | 1 | 2 | 3 | 5 |
| Infections | 8 | 7 | 1 | 2 | 7 | 11 |
| Hemorrhage* | 2 | 2 | | | 2 | 3 |
| Myocardial infarction | 1 | 1 | | | 1 | 2 |
| Cerebral death | 1 | 1 | | | 1 | 2 |
| Overall | 71 | 58 | 33 | 57 | 38 | 59 |

Abbreviation: GvHD, graft-versus-host disease.
*GI, cerebral.

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 72

Reference ID: 4631728

recipients, respectively. Pneumonias were the most frequent infections. These findings call for better infection prevention and control, in particular, in elderly individuals. We recently compared morbidity and nonrelapse mortalities after related or unrelated HCT following ablative or reduced conditioning HCT[29,34] and found both to be significantly increased among ablative recipients. Sierra et al[35] have described nonrelapse mortality of 43%, mostly within the first 100 days after conventional unrelated HCT in patients with a median age of 30 years (range, 1 to 55 years). Robin et al[36] reported a nonrelapse mortality of 22% in myeloablative related recipients with AML in CR, who had a median age of 27 years (range, 2 to 53 years). Among patients with AML in CR1 with a median age of 34 years (range, 20 to 57 years) undergoing non-T cell-depleted, HLA-matched HCT

following Cy/TBI or Bu/Cy conditioning, nonrelapse mortalities were 23% to 25% at 1 year.[37] Wong et al[31] described a 1 year nonrelapse mortality of 55% in patients with a median age of 60 years (range, 55 to 69 years) given reduced conditioning. A retrospective multicenter study published by Kröger et al[30] reported 45% nonrelapse mortality after unrelated HCT, following reduced conditioning. Sayer et al[33] described 33% nonrelapse mortality in patients with AML in CR or PR compared with 66% among patients with advanced disease.

From the data obtained in this analysis we conclude that HCT from related and unrelated donors after low-dose TBI is a promising and safe treatment for elderly patients and medically infirm younger patients with AML not eligible for conventional HCT.

## REFERENCES

**1.** Mayer RJ, Davis RB, Schiffer CA, et al: Intensive postremission chemotherapy in adults with acute myeloid leukemia: Cancer and Leukemia Group B. N Engl J Med 331:896-903, 1994

**2.** Löwenberg B, Downing JR, Burnett A: Acute myeloid leukemia. N Engl J Med 341:1051-1062, 1999

**3.** Harousseau J-L, Cahn J-Y, Pignon B, et al: Comparison of autologous bone marrow transplantation and intensive chemotherapy as postremission therapy in adult acute myeloid leukemia. Blood 90:2978-2986, 1997

**4.** Rowe JM, Tallman MS: Intensifying induction therapy in AML. Blood 90:2121-2126, 1997

**5.** Zittoun RA, Mandelli F, Willemze R, et al: Autologous or allogeneic bone marrow transplantation compared with intensive chemotherapy in acute myelogenous leukemia: European Organization for Research and Treatment of Cancer (EORTC) and the Gruppo Italiano Malattie Ematologiche Maligne dell'Adulto (GIMEMA) Leukemia Cooperative Groups. N Engl J Med 332:217-223, 1995

**6.** Leith CP, Kopecky KJ, Chen IM, et al: Frequency and clinical significance of the expression of the multidrug resistance proteins MDR1/P-glycoprotein, MRP1, and LRP in acute myeloid leukemia: A Southwest oncology group study. Blood 94:1086-1099, 1999

**7.** Cassileth PA, Harrington DP, Hines JD, et al: Maintenance chemotherapy prolongs remission duration in adult acute nonlymphocytic leukemia. J Clin Oncol 6:583-587, 1988

**8.** Hiddemann W, Kern W, Schoch C, et al: Management of acute myeloid leukemia in elderly patients. J Clin Oncol 17:3569-3576, 1999

**9.** Grimwalde D, Walker H, Harrison G, et al: The predictive value of hierarchical cytogenetic classification in older adults with acute myeloid leukemia (AML): Analysis of 1065 patients entered into the United Kingdom medical research council AML11 trial. Blood 98:1312-1320, 2001

**10.** Goldstone AH, Burnett AK, Wheatley K, et al: Attempts to improve treatment outcomes in acute myeloid leukemia (AML) in older patients: The results of the United Kingdom medical research council AML11 trial. Blood 98:1302-1311, 2001

**11.** Grimwalde D, Walker H, Oliver F, et al: The importance of diagnostic cytogenetics on outcome in AML: Analysis of 1,612 patients entered into the MRC AML 10 trial. Blood 92:2322-2333, 1998

**12.** Leopold LH, Willemze R: The treatment of acute myeloid leukemia in first relapse: A comprehensive review of the literature. Leukemia Lymphoma 43:1715-1727, 2002

**13.** Godwin JE, Kopecky KJ, Head DR, et al: A double-blind placebo-controlled trial of granulocyte colony-stimulating factor in elderly patients with previously untreated acute myeloid leukemia: A Southwest oncology group study (9031). Blood 91:3607-3615, 1998

**14.** Leith CP, Kopecky KJ, Godwin J, et al: Acute myeloid leukemia in the elderly: Assessment of multidrug resistance (MDR1) and cytogenetics distinguishes biologic subgroups with remarkably distinct responses to standard chemotherapy: A Southwest oncology group study. Blood 89:3323-3329, 1997

**15.** Slavin S, Nagler A, Naparstek E, et al: Nonmyeloablative stem cell transplantation and cell therapy as an alternative to conventional bone marrow transplantation with lethal cytoreduction for the treatment of malignant and nonmalignant hematologic diseases. Blood 91:756-763, 1998

**16.** Giralt S, Thall PF, Khouri I, et al: Melphalan and purine analog-containing preparative regimens: Reduced-intensity conditioning for patients with hematologic malignancies undergoing allogeneic progenitor cell transplantation. Blood 97:631-637, 2001

**17.** Chakraverty R, Peggs K, Chopra R., et al: Limiting transplantation-related mortality following unrelated donor stem cell transplantation by using a nonmyeloablative conditioning regimen. Blood 99:1071-1078, 2002

**18.** Martino R, Caballero MD, Simon JAP, et al: Evidence for a graft-versus-leukemia effect after allogeneic peripheral blood stem cell transplantation with reduced-intensity conditioning in acute myelogenous leukemia and myelodysplastic syndromes. Blood 100:2243-2245, 2002

**19.** McSweeney PA, Niederwieser D, Shizuru JA, et al: Hematopoietic cell transplantation in older patients with hematologic malignancies: Replacing high-dose cytotoxic therapy with graft-versus-tumor effects. Blood 97:3390-3400, 2001

**20.** Niederwieser D, Maris M, Shizuru JA, et al: Low-dose total body irradiation (TBI) and fiudarabine followed by hematopoietic cell transplantation (HCT) from HLA-matched or mismatched unrelated donors and postgrafting immunosuppression with cyclosporine and mycophenolate mofetil (MMF) can induce durable complete chimerism and sustained remissions in patients with hematological diseases. Blood 101:1620-1629, 2003

**21.** Maris MB, Niederwieser D, Sandmaier BM, et al: HLA-matched unrelated donor hematopoietic cell transplantation after nonmyeloablative conditioning for patients with hematologic malignancies. Blood 102:2021-2030, 2003

**22.** Feinstein LC, Sandmaier BM, Hegenbart U, et al: Non-myeloablative allografting from human leucocyte antigen-identical sibling donors for treatment of acute myeloid leukaemia in first complete remission. Br J Haematol 120:281-288, 2003

**23.** Petersdorf EW, Gooley TA, Anasetti C, et al: Optimizing outcome after unrelated marrow transplantation by comprehensive matching of HLA class I and II alleles in the donor and recipient. Blood 92:3515-3520, 1998

**24.** Petersdorf EW, Gooley T, Malkki M, et al: The biological significance of HLA-DP gene variation in haematopoietic cell transplantation. Br J Haematol 112:1-8, 2001

**25.** Przepiorka D, Weisdorf D, Martin P, et al: 1994 Consensus Conference on Acute GVHD Grading. Bone Marrow Transplant 15:825-828: 1995

**26.** Sullivan KM, Agura E, Anasetti C, et al: Chronic graft-versus-host disease and other late complications of bone marrow transplantation. Semin Hematol 28:250-259, 1991

**27.** Ritter M, Thiede C, Schakel U, et al: Underestimation of inversion (16) in acute myeloid leukaemia using standard cytogenetics as compared with polymerase chain reaction: Results of a prospective investigation. Br J Haematol 98:969-972, 2004

**28.** Mielcarek M, Martin PJ, Leisenring W, et al: Graft-versus-host disease after nonmyeloablative versus conventional hematopoietic stem cell transplantation. Blood 102:756-762, 2003

**29.** Sorror ML, Maris MB, Storer B, et al: Comparing morbidity and mortality of HLA-matched unrelated donor hematopoietic cell transplantation after nonmyeloablative and myeloablative conditioning: Infiuence of pretransplantation comorbidities. Blood 104:961-968, 2004

**30.** Kröger N, Bornhäuser M, Ehninger G, et al: Allogeneic stem cell transplantation after a fiudarabine/busulfan-based reduced-intensity conditioning in patients with myelodysplastic syndrome or secondary acute myeloid leukemia. Ann Hematol 82:336-342, 2003

**31.** Wong R, Giralt SA, Martin T, et al: Reduced-intensity conditioning for unrelated donor hematopoietic stem cell transplantation as treatment for myeloid malignancies in patients older than 55 years. Blood 102:3052-3059, 2003

**32.** Bertz H, Potthoff K, Finke J: Allogeneic stem-cell transplantation from related and unrelated donors in older patients with myeloid leukemia. J Clin Oncol 21:1480-1484, 2003

**33.** Sayer HG, Kröger M, Beyer J, et al: Reduced intensity conditioning for allogeneic hematopoietic stem cell transplantation in patients with acute

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 73

Reference ID: 4631728

myeloid leukemia: Disease status by marrow blasts is the strongest prognostic factor. Bone Marrow Transplant 31:1089-1095, 2003

**34.** Diaconescu R, Flowers CR, Storer B, et al: Morbidity and mortality with nonmyeloablative compared to myeloablative conditioning before hematopoietic cell transplantation from HLA matched related donors. Blood 104:1550-1558, 2004

**35.** Sierra J, Storer B, Hansen JA, et al: Unrelated donor marrow transplantation for acute myeloid leukemia: An update of the Seattle experience. Bone Marrow Transplant 26:397-404, 2000

**36.** Robin M, Guardiola P, Dombret H, et al: Allogeneic bone marrow transplantation for acute myeloblastic leukaemia in remission: Risk factors for long-term morbidity and mortality. Bone Marrow Transplant 31:877-887, 2003

**37.** Litzow MR, Pérez WS, Klein JP, et al: Comparison of outcome following allogeneic bone marrow transplantation with cyclophosphamide-total body irradiation versus busulphan-cyclophosphamide conditioning regimens for acute myelogenous leukaemia in first remission. Br J Haematol 119:1115-1124, 2002

■ ■ ■

### *Acknowledgment*

We thank Monica Stuart, Wolfram Pönisch, Leante Grommisch, Effie Petersdorf, and Elliot Epner, as well as Heather Hildebrandt, Debbie Bassuk, Steve Minor, Mary Hinds, John Sedgwick, Helen Crawford, and Bonnie Larson for their invaluable help in making the study possible.

### *Appendix: Participating Centers*

Patients underwent transplantation at the Fred Hutchinson Cancer Research Center (Seattle, WA), University of Washington, Medical Center (Seattle, WA), Seattle Children's Regional Medical Center (Seattle, WA), Seattle Veterans Affairs Research Service Medical Center (Seattle, WA), Stanford University (Palo Alto, CA), University of Colorado (Denver, CO), University of Utah (Salt Lake City, UT), Baylor University (Dallas, TX), Oregon Health & Science University (Portland, OR), University of Arizona (Tucson, AR), University of Leipzig (Germany), University of Vienna (Austria), Hopital Henri Mondor, (Creteil, France), Hotel Dieu, (Paris, France), University of Torino, (Torino, Italy), and Kantonspital Basel (Switzerland).

### *Authors' Disclosures of Potential Conflicts of Interest*

The authors indicated no potential conflicts of interest.

### *Author Contributions*

**Conception and design:** Dietger Niederwieser, Brenda M. Sandmaier, Michael B. Maris, Judith A. Shizuru, Hildegard Greinix, Catherine Cordonnier, Alois Gratwohl, Thoralf Lange, Haifa Al-Ali, David Maloney, Peter McSweeney, Ed Agura, Richard T Maziarz, Finn Petersen, Rainer Storb

**Financial support:** Bernard Rio

**Administrative support:** Dietger Niederwieser, Barry Storer, Benedetto Bruno

**Provision of study materials or patients:** Dietger Niederwieser, Brenda M. Sandmaier, Michael B. Maris, Judith A. Shizuru, Catherine Cordonnier, Richard T. Maziarz, Finn Petersen, Rainer Storb

**Collection and assembly of data:** Ute Hegenbart, Dietger Niederwieser, Alois Gratwohl, Haifa Al-Ali, Ed Agura, Benedetto Bruno, Finn Petersen, Rainer Storb

**Data analysis and interpretation:** Dietger Niederwieser, Brenda M. Sandmaier, Michael B. Maris, Thoralf Lange, Haifa Al-Ali, Barry Storer, Thomas Chauncey, Ed Agura

**Manuscript writing:** Ute Hegenbart, Dietger Niederwieser, Judith A. Shizuru, Hildegard Greinix, Catherine Cordonnier, Bernard Rio, Thoralf Lange, Haifa Al-Ali, Peter McSweeney, Richard T. Maziarz, Rainer Storb

**Final approval of manuscript:** Ute Hegenbart, Dietger Niederwieser, Brenda M. Sandmaier, Michael B. Maris, Judith A. Shizuru, Hildegard Greinix, Catherine Cordonnier, Bernard Rio, Alois Gratwohl, Thoralf Lange, Haifa Al-Ali, Barry Storer, David Maloney, Peter McSweeney, Thomas Chauncey, Ed Agura, Richard T. Maziarz, Finn Petersen, Rainer Storb, Benedetto Bruno

Information downloaded from jco.ascopubs.org and provided by at FDA Library on March 4, 2016 from 150.148.14.4
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Ex. A - Page 74

Reference ID: 4631728

-------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------

/s/

------------------------------------------------------------

DONNA PRZEPIORKA
06/25/2020 04:50:34 PM

Ex. A - Page 75

Reference ID: 4631728