# Exhibit Q

**S&P Global**
Market Intelligence

# Actinium Pharmaceuticals, Inc. NYSEAM:ATNM

# Special Call

## Tuesday, February 28, 2023 1:00 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .................................................................................. | 3 |
| Presentation | .................................................................................. | 4 |
| Question and Answer | .................................................................................. | 8 |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Sergio Giralt**
*Member of Scientific Advisory Board*

**Unknown Executive**

**ANALYSTS**

**Jason Wesly McCarthy**
*Maxim Group LLC, Research Division*

**Joseph Pantginis**
*H.C. Wainwright & Co, LLC, Research Division*

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

**Richard V. Miller**
*Cantor Fitzgerald & Co., Research Division*

**Yuan Zhi**
*B. Riley Securities, Inc., Research Division*

**ATTENDEES**

**Peter Kelleher**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good morning and welcome to the Actinium Pharmaceuticals KOL call with Dr. Sergio Giralt.

[Operator Instructions] As a reminder: This call is being recorded, and a replay will be made available on the Actinium website following the conclusion of the event.

I'd now like to turn the call over to PJ Kelleher from LifeSci Advisors.

Please go ahead, PJ.

### Peter Kelleher

Thanks, Tara. And good morning, everyone. Welcome to Actinium Pharmaceuticals' KOL call with Dr. Sergio Giralt.

Before we begin, I'd like to cover a brief agenda before turning the call over to Dr. Sergio Giralt. Dr. Giralt will give a presentation of the pivotal Phase III SIERRA trial results. And then we'll transition to a moderator-led KOL Q&A session before opening the call to a live Q&A with the audience.

At this time, I'd like to turn it over to your presenter, Dr. Sergio Giralt.

### Sergio Giralt
*Member of Scientific Advisory Board*

Thank you very much, PJ. And hello to everybody.

I'm Sergio Giralt. I am currently the deputy division head of the division of heme malignancies at Memorial Sloan Kettering Cancer Center. I'm an attending physician on adult BMT service. As you can see in this slide, I've been in the field now for 30 years. My clinical research activities have been focused on bone marrow transplant for patients with blood disorders. And I've pioneered the use of reduced-intensity conditioning regimen for older and more debilitated patients.

It is a true pleasure today to present to you the results of the SIERRA trial, a multicenter pivotal Phase III study of Iomab-B prior to allogeneic hematopoietic cell transplantation versus conventional care in older patients with an active relapsed or refractory acute myeloid leukemia. And I'm presenting this on behalf of all the co-investigators that you see because it is a truly global multicenter trial. And here are all the centers that were represented in this trial.

So patients with active relapsed/refractory AML have a [ dismal ] prognosis. Particularly with increasing age, they are generally not offered allogeneic transplant because of the fact that patients with active disease going to transplant either tolerate very poorly myeloablative regimens or have a huge risk of relapse. SIERRA was designed to offer these patients, who are considered transplant ineligible in many transplant centers and many times will receive only palliative care, to have a potentially curative transplant. Iomab-B, iodine-131 apamistamab, is an anti-CD45 antibody conjugated to radioactive iodine. It is designed to deliver targeted myeloablative radiation to hematopoietic cells, along with reduced-intensity conditioning, prior to allogeneic transplant. The SIERRA trial is a prospective, randomized, controlled Phase III study in patients over the age of 55 comparing rates of durable complete remissions, as defined as complete remissions that last at -- more than 6 months after initial complete remission, between 2 arms: Iomab-B, followed by transplant, with the reduced-intensity conditioning regimens of fludarabine and low-dose TBI; or a physician choice conventional care, followed by transplant according to the physician's choice.

Just so you can see, [indiscernible] 21,000 patients [ are ] diagnosed with AML annually. It is the largest indication for allogeneic transplant. The median age at diagnosis is 68, with more than 70% of patients over the age of 55. Outcome for older patients remain poor. More than 50% of AML patients develop relapsed/refractory disease, and without a transplant, these patients will inevitably die from their disease. Although the number of allogeneic transplants continued to grow and the percentage of patients over the 65 continue to increase, it is still an unmet need, as you will see in the end of my presentation.

So what are the factors that prevent patients from going to transplant? Well, many transplant centers will not take a patient with active disease because of the fact that the results are very poor either because they cannot tolerate intensive chemotherapy to induce a complete remission or they cannot tolerate a myeloablative condition needed to achieve long-term disease control. In essence, what happens is, with older patients with active disease, you're left with the quagmire of, "Do I just give this patient palliative care? Or do

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I try to induce a complete remission so they will accept the patient to transplant?" SIERRA actually changes this paradigm because it provides a way of taking or bridging the patient to a reduced-intensity conditioning transplant which we know is well tolerated and by -- taking the patient with a lower tumor burden and therefore increasing the chances of achieving a durable complete remission, as opposed to the conventional strategies that we have today.

These are the different conditioning regimens that we have, from ablative to reduced intensity. It's important to note that myeloablative conditioning regimens are rarely, if ever, performed in patients over the age of 65; or in patients with high comorbidity scores, which is very common in older patients with refractory or relapsed acute myelogenous leukemia.

So what can Iomab-B do? Iomab-B can provide disease control with myeloablative [ conditioning ] in one agent and achieve a complete -- and allow that patient to be successfully bridged to reduced-intensity conditioning regimen. As you can see here in the schema, Iomab-B is a monoclonal antibody against CD45, which is actually present in the majority of leukemic cells. It is conjugated with a radioisotope, actinium. And therefore, it can deliver very high amounts of radiation to acute myelogenous leukemia cells not only in the bone marrow but in other extramedullary sites which can serve as potential [ sanctuaries ] to do additional chemotherapy-based conditioning regimens. This way, you have an induction regimen that can successfully bridge a patient to a reduced-intensity conditioning regimen. This can be applicable not only in hematologic malignancies but potentially in non-hematologic disorders.

This was the design of the SIERRA trial. The SIERRA trial patient is over the age of 55, who have active acute myelogenous leukemia as defined by a bone marrow blast count greater than 5% or the presence of circulating blasts. Patients had to have 8 out of 8 matched related or unrelated donor. They could have not had a previous transplant and had to be candidates for reduced-intensity conditioning with fludarabine and low-dose TBI based on their [ prognostic score and other ] organ functions.

Patients were randomized one to one to either Iomab-B or conventional care. Conventional care were a wide range of different options at physician discretion, including many targeted therapies. Patients in the Iomab-B arm would then precede the transplant with fludarabine and low-dose TBI. Those achieving a complete remission a month after transplant would continue to be followed for the prespecified primary end point, which was a durable complete remission 6 months after that initial remission. Secondary end points were overall survival and event-free survival. Patients randomized to the conventional care arm would then -- if they achieved a complete remission, would proceed to an allogeneic transplant at physician discretion, with the conditioning regimen chosen by the physician at that time. Patients were also achieving a complete remission, whose physicians decided not to go to transplant but then continue with standard of care. Again, patients achieving a complete remission would be eligible for the primary end point and will be followed to see if they had a durable complete remission that lasted 6 months. Of note and very important, patients in the conventional care arm who did not achieve a complete remission were allowed to cross over to the Iomab arm.

This is the way Iomab-B was delivered. On day minus 19, a dosimetric dose of 20 millicurie was given to the patient. And then through imaging and with our nuclear medicine specialists, a therapeutic dose was calculated to deliver an upper limit of 24 gray to the liver and essentially a median of 16 gray to the bone marrow. On day minus 4, patients would start their conditioning regimen with a reduced-intensity transition regimen of fludarabine and low-dose TBI. Graft-versus-host disease prevention was done with a calcineurin inhibitor and mycophenolate mofetil.

This is the consort [ diagram ]. 153 patients were randomized, 76 to the Iomab-B arm, 77 to the conventional arm. Amongst the 76 patients that were randomized to the Iomab-B arm, 66 of these patients received a therapeutic dose and underwent an allogeneic transplant. However, only 59 are being analyzed per protocol because 7 of these patients either did not have the adequate assessments or received non-protocol therapy before the primary end point. It is notable that I will provide the intent-to-treat analysis of all 66 patients as well as the per-protocol analysis.

In the conventional care arm, 62 patients failed to achieve a complete remission, of which 44 went on to cross over to Iomab, of which 40 underwent transplant. 38 of these patients will be analyzed per protocol. Of the 14 patients that achieved a complete remission, 14 underwent an allogeneic transplant and 11 will be analyzed per protocol. Again, per-protocol analysis was prespecified in the protocol and includes patients who did -- only include patients who, a, did not get the -- got all the adequate assessments and did not get non-protocol therapy, but again we will present the data for intent-to-treat and per-protocol analyses.

These are the patients' characteristics. And as you can see from both the Iomab-B arm and the conventional care arm, the main patient characteristics are well balanced: average age of 64 versus 66, 35% of the patients with intermediate risk of acute leukemia versus 40% and 56% of the patients in the Iomab group with adverse- or poor-risk cytogenetics versus 55% in the conventional care group. More importantly, similar number of patients had primary induction failures. And 17 of these -- and [ 21% ] of these patients in the Iomab arm as well as [ 19% ] in the conventional care arm were either relapsed/refractory beyond second relapse. It is important to note that these are patients that would not qualify for the ASAP trial that was recently presented by the German group in the ASH plenary session.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Median number line of prior therapies was 3. 47 -- 60% of the patients received prior targeted therapy in both groups. And the Karnofsky score was less than 90 in 60% of the patients in the Iomab group versus 56% of the patients in the conventional care arm. Note that the median percentage of blasts in the bone marrow in the Iomab group was 30%, and the median percentage of blasts in the conventional care group was 20%. It is important to note that many of these patients, because of that high tumor burden, would never have been considered for any conventional transplant unless a significant reduction in tumor burden were able to be achieved.

These are the conditioning and transplant characteristics. The median infused activity in the Iomab group was 664.4 millicuries that gave a medium dose to the bone marrow of 16 gray. The median time from randomization to transplant was 29 days versus 66 days for the standard transplant arm. Engraftment kinetics were similar for both neutrophil and platelets, with a slightly lower platelet recovery in the Iomab group than in the conventional transplant group of 14 patients (sic) [ days ]. Comorbidity indexes were similar in both groups.

I will not go into the details of the crossover patients, but they were similar to the patients who were treated on Iomab.

Here is the results of the primary end point: per-protocol analysis, in which 59 patients on the Iomab group and 64 patients on the conventional care group. 74% of the patients in the Iomab group achieved complete remission, of which 22 achieved the -- 22% achieved the primary end point of a durable complete remission greater than 180 days after that first initial complete remission. This is in contrast to only 6% of patients in the conventional chemotherapy arm who actually achieved a complete remission. And none of them were durable or none of them lasted more than 6 months. In the crossover arm, 91% of the patients achieving transplants, 52% achieved a complete remission, of which 13% were durable beyond 6 months. Maintenance was only allowed in -- with a TKI in the Iomab-B group [ for patients with worse T3 mutated ] or BCR-ABL mutated, while patients on the conventional chemotherapy arm can get any type of maintenance therapy. That is important to note.

Here you see the overall survival for all patients. And what you can see is that for patients in the Iomab group the median overall survival was 6.4% (sic) [ 6.4 months ]. For patients in conventional chemotherapy group who did not cross over, so that's a total of 33 patients, overall -- median overall survival was 3 months. That's doubling survival with the Iomab group. 1-year survival was also twice as likely in the Iomab group versus the conventional chemotherapy group, 26 months versus 13 months. And as you can see, the crossover groups, [ in blue ], seem to have durable survival [ as compared as to like the ] Iomab group, suggesting that it was very important to get Iomab either early or later in the course of your disease journey.

So this is interesting because one says, "Well, are these the best results, [ like, can ] we maintain?" The answer is no because, remember, per protocol, these patients could not receive any form of maintenance until at least 6 months [ for ] transplant. We now know that there are many different maintenance [ options ] that these patients could really get earlier or actually between 60 and 90 days post transplant, which is what many maintenance protocol recommended. So Iomab-B enables access to transplant for patients who would not otherwise be eligible to a transplant or would not be considered for transplant in many franchise centers across the United States. Iomab-B resulted in a durable complete remission in many more patients than those who received conventional chemotherapy. This is true across all risk categories.

And event-free survival was also significantly better with Iomab-B. And remember here an event is defined as an induction treatment failure, crossover to Iomab-B, relapse after induction treatment success or death. Now remember that patients who had either induction treatment failure who crossed over or who did not receive a transplant were scored as having an event on day of randomization. And that way, these curves looked like this, but if you look at the event-free survival at 6 months, 28% for the Iomab-B group versus less than 1% for the conventional chemotherapy group, with a very important, significant statistical difference; and a hazard ratio of 0.22. So an 80% reduction in [ bad events ].

Is -- are durable remissions truly durable? As you can see on this slide again, in all patients who achieved a complete remission or who had that primary end point of achieving a durable complete remission, 60% of them remained in remission 2 years down the road.

So is Iomab-B well tolerated? The answer is definitely yes. There was significantly less sepsis events, 6% versus 26% (sic) [ 28.6% ]. Febrile neutropenia was similar, 43% versus 50%. Mucositis seemed to be numerically less, 15% versus 21%. And the risk of acute graft-versus-host disease was similar in both groups.

So how difficult or easy? How difficult is it to start Iomab-B or to deliver Iomab-B? So SIERRA trial was conducted in 22 leading U.S. transplant centers. And more than 100 patients were treated with Iomab-B. The nuclear medicine and radiation safety officers established procedures and protocols for patient care that will facilitate commercial efforts. MSKCC utilized actinium-shielding solutions for the majority of patients; and did not use lead-lined rooms, although they were available. Iomab-B can -- administered in any corner hospital room utilizing shielding solutions, as you can see in the picture. Daily blood draws from central venous access devices were feasible with minimum radiation exposure risk to caregivers and staff. Sites were trained and equipped in conjunction

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with radiation safety officers to address any emergency situation with no interruption to clinical care. Average exposure of personnel on study was 0.09 mSv, and that is significantly less than the public dose limit of 1 mSv. Coordination with nuclear medicine and radiation colleague is in line with other radiotherapeutics and was essential for the success of this trial.

So what did we learn? There is definitely positive efficacy and safety results that were demonstrated by Iomab-B in older relapsed/ refractory AML patients with active disease. SIERRA met the primary end point of durable complete remission greater or equal to 100 (sic) [ 180 ] days, with high statistical significance. Durable complete remission is a very appropriate end point in the study and actually was designed and required by FDA guidance. Company intends to file a BLA for Iomab-B in the second quarter -- or the second half of 2023. Company plans to launch an early access program to make Iomab-B available prior to potential approval.

So a lot of questions have come up as well. And these results look worse than the ASAP trial that was recently presented at ASH. And once again, I remind everybody that cross-trial comparisons are very dangerous, but the key difference here is that, patients in the SIERRA arm, many of them would not have been eligible for the ASAP trial. They were beyond second relapse. Many of them were considered to be unfit for myeloablative conditioning. And therefore, in -- the ASAP trial really only involved patients who were fit, transplant-eligible patients, different than what we saw in the SIERRA trial. Thus, Iomab-B is truly paradigm changing, as it enables unfit, transplant-ineligible patients with advanced refractory/relapsed AML, who many of them will receive palliative care, give them access to transplant and to benefit from the treatment.

So what is the current status? So many patients, because they're not in remission or because they're not fit for a myeloablative conditioning regimen, would not go on to receive transplant. The ASAP trial, interestingly enough, showed that [ taking patients ] straight to transplant makes a difference and the results are similar than if you try to reinduce with chemotherapy, but these patients are fit. And many of them were only [ in beyond ] first relapse or primary induction failure. And what was interesting is that many of these patients were treated in the same transplant center, so there was really no need -- so the communications between the referring physician and the [ test planners ] were immediate.

Iomab-B has a unique impact. It will be offered to older patients with refractory disease and many of them who would be considered unfit for a myeloablative conditioning regimen.

So in conclusion. The SIERRA trial results demonstrate the viability of successfully transplanting relapsed/refractory AML patients, who are currently offered palliative care, and improving their outcomes, thereby paving the way for Iomab-B to become a new standard of care. Iomab-B achieved the SIERRA trial's primary end point of durable complete remission with high statistical significance. It doubled the median overall survival and the 1-year survival. Event-free survival was also significantly improved with Iomab-B. Iomab-B was well tolerated, with a low rate of serious events. And further exploration of Iomab-B in other indications and with different condition regimens and donor types is planned.

So let me once again underscore why is this important. So as you can see, the fraction of patients over the age of 65 that are undergoing allogeneic transplant has increased significantly over time. And remember the median age of AML patients is 68 years old, so still we have an enormous unmet need, as you can see here and from different studies. The best one, done by Dr. Roboz using the Connect MDS/AML Registry trial, suggests that only 1 in 5 patients with AML or MDS over the age of 65 are actually getting transplanted.

And here is another study showing a huge practice [ variation ]. So there is a eightfold less chance of being transplanted if you're 60 years or above. And some of this is we need to educate our referring physicians. Only 30% of them, in a recent survey, actually thought that patients aged over 60, with AML, could benefit from transplant, many of them because they're saying that the patients at this age do not achieve a complete remission and taking a patient to transplant with active disease is not beneficial. Iomab should change that paradigm and should change that thought.

Thank you very much for your attention. I will now take questions from the moderator and stop sharing the slides.

**Peter Kelleher**

Thank you, Dr. Giralt.
So we've received a number of questions leading up to today's event, so we thought it would be appropriate to present some of these to Dr. Giralt before opening the call to live Q&A from today's audience.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Peter Kelleher**

So first, Dr. Giralt, how were the SIERRA results received at the TCT conference last weekend? And what was the medical community's reaction?

**Sergio Giralt**
*Member of Scientific Advisory Board*

The SIERRA results were received very enthusiastically, the comments of we now have something that we can offer patients with active disease. "This looks like a great bridge to a reduced-intensity conditioning transplant." And really one of the big comments was, "Well, you -- when are you going to do this for mismatched donors who are looking at different GVHD prevention strategies?" said those studies are currently being planned, but I think the most important comments was one made by one of my colleagues in one of the transplant centers who was participating and part of the SIERRA trial, who said, "Look. I was able to take patients to transplant because of the SIERRA trial and because of the crossover design that we would have rejected because they had poor disease control. And we did not think they would be good candidates for a myeloablative conditioning regimen." So this opens a whole new door for a variety of patients who, up to now, many times, were being rejected for a curative transplant.

**Peter Kelleher**

Awesome. I guess, on the second question here, how do the recently approved targeted agents impact the treatment patient population -- or treatable patient population for Iomab-B?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So I think we're very excited about all the targeted therapies. Now remember the targeted therapies are good in reducing leukemic burden, but they do not achieve long-term disease control. And these patients are destined to relapse. What we believe is that this will actually make the Iomab-B trials even more relevant because you can now take a patient to Iomab-B with a lower tumor burden, but even though they still have low levels of active disease, Iomab-B will get these patients in remission and will, hopefully, achieve durable complete remissions but even better than the SIERRA results because we can now use these targeted therapies as maintenance strategies which we were unable to do in the SIERRA trial.

**Peter Kelleher**

Great. I guess a third question here that has come in a few times is, can you explain why the statistical analysis for overall survival is confounded by the crossover arm?

**Sergio Giralt**
*Member of Scientific Advisory Board*

Yes, sure. Remember that 40 patients in the conventional care arm went on to crossover to Iomab. And these patients actually did as well as those that were randomized to Iomab alone. So had we not had the crossover design, we probably would not have been able to [ approve ], but having the crossover design, you now confound the overall survival because many of the patients who crossed over achieved durable complete remissions. And many of those complete remissions have lasted more than 2 years, so that affects the survival curve. That's why you see such a difference between the patients with conventional care who did not cross over versus those who crossed over, significantly driven. And those who crossed over did as well as those who were originally randomized to Iomab-B.

**Peter Kelleher**

Great. And I guess, an extension on the crossover arm here: What do you think about the crossover results overall? And how do you [ interpret ] them?

**Sergio Giralt**
*Member of Scientific Advisory Board*

Well, I think it's excellent that the patients who were crossed over did as well as those who were randomized to Iomab-B. Does that mean that, a, you should wait until to give somebody? No. I think what it means is that, if you have a -- I mean the message we'll give to the community is, if you have a patient with active disease and you were unable to get them in remission because you didn't think

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you wanted to try, that patient should be referred immediately, once it becomes commercially available, to an Iomab-B center that can induce, [ that can ] treat those patients with Iomab-B and rapidly take them to a reduced-intensity conditioning regimen to increase their chances of achieving a durable complete remission and long-term disease control.

**Peter Kelleher**

Great. And then, I guess, another 2 questions here that we've got in the queue, but what additional indications do you think Iomab-B could be used in?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So we are very excited of exploring Iomab-B in myelodysplastic syndromes, which is rapidly becoming one of the most common indications for allo transplants in older patients. Obviously one can consider using Iomab-B in other CD45-positive malignancies or even as just a strategy to deliver myeloablative radiation to the marrow for other non-CD45-positive diseases, but those have to be studied in obviously prospective, well-designed clinical trials.

**Peter Kelleher**

Great. And then I guess finally here is, is there anything in development for bone marrow transplant conditioning that would potentially impact Iomab-B?

**Sergio Giralt**
*Member of Scientific Advisory Board*

I can say, in the near future -- there is a lot of talk of what we call non-genotoxic conditioning regimens with monoclonal antibodies. I mean there was data presented with Jasper and Magenta, but these are not ready for prime time. And we -- I mean they've never shown the results that were seen with the Iomab-B -- or the Iomab-B results we've seen today, but as, I mean, in the early horizon, I can say I don't think there's anything yet there.

**Peter Kelleher**

Great. At this time, I'd like to turn the call back over to the operator to open the call for live Q&A.

**Operator**

So our first question comes from Jason McCarthy from Maxim. Jason, you might be on mute.

**Sergio Giralt**
*Member of Scientific Advisory Board*

Or he might [indiscernible].

**Operator**

Jason, unfortunately, we can't hear you. All right, we'll go with the next question. And we'll, hopefully, help Jason with his audio.

So our next question comes from Rick Miller from Cantor Fitzgerald.

**Richard V. Miller**
*Cantor Fitzgerald & Co., Research Division*

This is Rick on for Kristen Kluska today. This question is for the company; and maybe Dr. Giralt as well, if you have anything to add. Are you able to offer any details potentially on what an early access program for Iomab-B could look like? Would you be looking at working with the same sites as the SIERRA trial, or could you look to expand to other potential sites for early access?

**Unknown Executive**

Yes. So what we've said is -- so first, thank you for the question. What we've said is we will message about the early access program in terms of details towards the middle of the year. What I will say at this point is we expect to be in several more sites in addition to the SIERRA trial and use that as preparation in order for site expansion, assuming that the drug gets approved. In terms of further details on the trial itself, we will be back to you in a few months.

**Richard V. Miller**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Cantor Fitzgerald & Co., Research Division*

Great. And if I can maybe just add one more, and maybe Dr. Giralt could add some perspective here. So thinking about the radiation dose actually delivered. You went over the dosimetric dose and therapeutic doses of Iomab dosing. In terms of dose level, how does this compare to dose levels typically delivered for other indications in the radiotherapy clinic? And to ask this another way: How used to this level of radiation dosing are the centers typically?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So that's a great question, Rick. And thank you for asking. Just put into perspective that total body radiation is limited to about 12 gray. And that's not 12 gray delivered to marrow spaces. For myeloma, for example, you need 5 gray to be able to cure plasmacytoma. So here the median radiation delivered to the marrow was 16 gray. Now the dose is capped at 24 gray to the liver. This is done by our nuclear medicine specialists who do all the dissymmetry, but it truly is, one, a personalized dosing given the maximum amount of radiation to the marrow where the disease lives. But it also allows delivering radiation -- it also allows us to deliver radiation to extramedullary sites. And regarding how the sites feel, I think all the SIERRA sites feel very comfortable. Look. They deliver radioiodine. They -- this is very similar to when we used to do Zevalin and Bexxar for radioimmunotherapy. So the nuclear medicine staff is very accustomed to giving these type of radiopharmaceuticals.

**Unknown Executive**

And let me just add to that, Rick. You want to be thinking about obviously you're trying to wipe out the bone marrow here. If you're trying to do something in the brain, that's a different dose, right, so you have to think about it in that context. The relevant metric also for people administering the dose is what is that radiation exposure, and I think Dr. Giralt alluded to that in some of his slides. It's very, very low compared to acceptable radiation dose exposure limits annually. It's about 1/10 [indiscernible] of that dose.

**Jason Wesly McCarthy**
*Maxim Group LLC, Research Division*

Okay, can you hear me now?

**Operator**

Yes, we can hear you now, Jason.

**Jason Wesly McCarthy**
*Maxim Group LLC, Research Division*

Fantastic. Sorry for the confusion. Just a question, Dr. Giralt, on the primary end point, the use of the 6-month DCR. I understand the survival data is, of course, confounded by the crossovers, but when you look at the kind of the totality of the impact on 6-month DCR, what you see in trends on the survival, in terms of approvability by FDA, can you compare that to what has been approved for targeted therapies in relapsed/refractory settings and kind of explain how this is so much better?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So I think that's a great question. And thank you for asking. So let's just go with the first end point, right? 70% of patients who received Iomab, at 30 days post transplant, had achieved a complete remission. Complete remission is the single most important surrogate for not only long-term disease control but overall survival. Now mind you: If you think about all of the targeted therapies, those complete remission rates fall somewhere between 30% to 40%. Now unfortunately many of the patients who receive targeted therapy, even if they achieve a complete remission, end up relapsing very early on. As you can see in the control group in SIERRA, very few people actually had -- none of them had remissions that lasted more than 6 months. In the Iomab-B group, there was 22% of the patients achieved a complete remission that lasted more than -- I mean 30% of the patients achieved a complete remission that lasted more than 6 months. And when you add the crossover group and you look at all those patients who achieved that durable complete remission and see what happened to them 2 years later, 2/3 of those patients are still in complete remission. So I think, one, this is clinically relevant end point, a very good clinical significance and clinical benefit. Now can we work upon that? Can we make it better? As I said in my talk, I think we can definitely make it better by adding post-transplant therapies that the protocol did not allow. So I definitely think this is a very important primary end point of clinical significance and clinical benefit for these patients.

**Jason Wesly McCarthy**
*Maxim Group LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. One more question. Can -- just from a very broad perspective considering that this is the sickest of the sick or just one of the most challenging settings in AML that you can have. And you look at the DCR and the 1-year survival, but can you talk a little bit more about the event-free survival, which was so much more tilted towards the Iomab arm; and how that will translate with maintenance therapies and extended quality of life for patients as well as pharmacoeconomic benefit for payers and hospitals potentially?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So that's an excellent question and a complex one to answer, so let's just go for the first, the event-free survival. So -- and I'm not going to go into the details of what we defined as events. I think the important thing is that event-free survival was significantly better for patients on Iomab-B versus conventional chemotherapy. And the way I think you have to look at it or the way I look at it as a physician is a patient is in the community, has acute myelogenous leukemia. The patient decided not to get transplanted in first complete remission and relapses, which is what frequently happens. Or an older patient fails to respond to induction therapy. And these patients, traditionally, many transplant centers have said we will not take them unless they're in a complete remission. Now you have a strategy that will allow you to bridge these patients successfully into a reduced-intensity conditioning regimen, so -- and I think one of the things that -- we talked about the ASAP trial, but one of the things the ASAP trial shows us is, look, if you have a patient who does not respond to induction therapy, or a patient who has relapsed, rather than trying to get them in remission, particularly if they had a short first remission, this Iomab-B becomes the optimal bridging strategy to a reduced-intensity conditioning regimen. And it should allow us to transplant many more patients above the age of 65. As I showed you, now only 1 in 5 of those patients are actually being considered for transplant.

**Operator**

Our next question comes from Joe Pantginis from H.C. Wainwright.

**Joseph Pantginis**
*H.C. Wainwright & Co, LLC, Research Division*

Great. Can you hear me?

**Operator**

Yes, we can.

**Joseph Pantginis**
*H.C. Wainwright & Co, LLC, Research Division*

Fantastic. So Dr. Giralt, I hate to belabor this because it just seems like a foolhardy exercise for something that's been in the ether, but I really appreciate your comparisons with SIERRA and the ASAP study. And that comparison is the one that seems to be a theme that's been out there that, like I said, has been quite foolhardy in our belief, in our assessment, so I just wanted to ask about the actual conditioning regimen that's been used in ASAP. And is that actually used in real world? To what extent with regard to cytarabine and mitoxantrone?

**Sergio Giralt**
*Member of Scientific Advisory Board*

I would say that the ASAP regimen -- the ASAP study was a study that was performed in Germany, in centers that are committed to doing this type of studies. Now the things we don't know about the ASAP study is who was it -- randomized. It wasn't all comers, right? It was basically patients in which the physicians felt equally comfortable giving just mitoxantrone or cytarabine at low doses versus mitoxantrone and cytarabine at a dose to try to induce a remission. What's interestingly enough is all those patients got transplanted, but the conditioning regimen used for transplant was each individual transplant center decided. And I think very few of those patients got fludarabine and low-dose TBI, which is the best tolerated in the reduced-intensity conditioning regimens. Our transplant-related mortality in SIERRA was extremely low. And I don't think -- you really can't compare ASAP to SIERRA, as you just alluded to, Joe, because the patient population was totally different. SIERRA population was 66 years of age versus 64. And remember a significant proportion of patients in SIERRA were beyond first relapse, and these patients were not allowed in ASAP.

**Joseph Pantginis**
*H.C. Wainwright & Co, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

**ACTINIUM PHARMACEUTICALS, INC. SPECIAL CALL  FEB 28, 2023**

Got it. That's very, very helpful. So my next question is really a [ more of a macro ] question with regard to potential real-world use for Iomab-B. So I appreciate your comments about the specialty centers like you guys and the radiation shielding in the room and what have you, so can you put into perspective? Over the last several years, there has been a lot more interest by pharma and acquisitions of companies with radiopharmaceuticals. And why real-world use might be more accepted than, say, 10, 15 or more years ago of the Bexxars and the Zevalins of the past.

**Sergio Giralt**
*Member of Scientific Advisory Board*

Well, I think the example is prostate cancer, right? You now have a radiopharmaceutical in prostate cancer, which has been rapidly adopted by the prostate cancer community because, one, it's safe. And it's effective. And we now have, I would say, a critical mass of nuclear medicine specialists who know how to deliver these drugs and a critical mass of oncology specialists who know the values of these drugs. And I think this is a similar situation. We now have a critical mass of nuclear medicine physicians who can deliver Iomab-B safely. And we have a critical mass of transplant centers who can make that connection with their nuclear medicine colleagues to make sure that they're bridged successfully to transplant. The other thing that's happened now that there was not a decade ago is in the transplant arena, with post-transplant cyclophosphamide, everybody has a donor, so we're no longer -- I mean, as long as the transplant center gets involved early in the care of the patient, we will find a donor for that patient. And we can take that patient successfully into transplant.

**Unknown Executive**

Joe, I just want to add one more thing. One of our advisers that we work with actually launched Zevalin, [ out of sharing ], many, many moons ago. And they were going up against Rituxan, which at that time was the world's best-selling drug. And the oncologist who was the treating health care provider was giving these patients Rituxan outside the clinic. You had a demand that was met, very well met. Here there is unmet medical need, so I think that's -- really is the key differentiator as well, right, not to be forgotten.

**Joseph Pantginis**
*H.C. Wainwright & Co, LLC, Research Division*

You bet.

**Operator**

Our next question comes from Yuan Zhi from B. Riley.

**Yuan Zhi**
*B. Riley Securities, Inc., Research Division*

Dr. Giralt, maybe you have covered this, but in your view, does the benefit observed from the SIERRA trial, such as higher engraftment and overall survival, justify the Iomab conditioning process and bone marrow transplant, knowing that this process involves radioactive materials?

**Sergio Giralt**
*Member of Scientific Advisory Board*

Yuan, there's -- I mean I think this is a question that -- I mean it was really addressed throughout the TCT, where everybody who approached this said, look, this is a valuable new agent that will allow patients who otherwise had no options but palliative care to undergo a transplant with a curative potential of around 15% to 20%. And so I think definitely this is of clinical value and clinical benefit. And the way I always look at it: Look. The SIERRA trial was probably our lowest bar. We're only going to get better because we're going to learn how to use these drugs much more effectively and probably learn how to use them in earlier phases of disease where the benefit is actually going to be even more. So I think the 2 ways to look at it is Iomab-B looks as the best way to bridge a patient to transplant if they're older and they're not in remission. Can Iomab-B work better in other situations? Those are clinical trials that are currently being planned, but the answer is probably yes. And it is a paradigm shift in the treatment of AML in the elderly patients.

**Yuan Zhi**
*B. Riley Securities, Inc., Research Division*

Got it. And can you talk about the baseline characteristics of those patients who had complete remission and [ stayed alive ] for more than 2 years?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Sergio Giralt**
*Member of Scientific Advisory Board*

So Yuan, that is an excellent question. And we can -- I can tell you we are doing those analyses now, but when we did the [ forest plots ] that I showed there, it -- Iomab-B benefited all patients of categories that were prespecified. We are now going back into the data to see if we can try to parse out which patients had the best benefit, but for now, from what we have from the 66 patients that were treated, it seems to benefit all patients across all disease categories. But further analysis of the data is currently being planned.

**Yuan Zhi**
*B. Riley Securities, Inc., Research Division*

Got it, got it. As you can see, there are ongoing debate in trial design and the clinical benefit we observed here. If you were to design this Phase III trial of Iomab-B in AML bone marrow transplant study, how do you design it to show the benefit more clearly? Any additional thoughts on potential end point selection there?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So Yuan, let me tell you that the study was designed together with the FDA. And the reality is, when you ask me, "How would you design it?" I'll design it whichever way the FDA wants me to design it to get the drug approved. So that's how it was designed.

**Operator**

So our next question comes from Justin Walsh from JonesTrading.

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

Yes. Can you hear me?

**Operator**

Yes, we can.

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

You've touched on these questions in one form or another, but I wanted to ask directly and maybe dig a little deeper into starting with the expected reception of Iomab-B versus Bexxar and Zevalin. Do you think community physicians will be at all hesitant to refer out patients for treatment with Iomab-B from both a clinical and a business perspective?

**Sergio Giralt**
*Member of Scientific Advisory Board*

So that's an excellent question, Justin, so let me -- there are -- let me tell you about 3 initiatives that are currently being done nationally. So let's just -- I'm going to put Iomab-B in the picture in a minute, but one, both the National Marrow Donor Program and the transplant centers and the American society of transplant and cellular therapy have really worked enormously over the last couple of years to make sure that we increase our transplantation rates. Currently in the United States, only 30% to 40% of patients with acute leukemia or MDS who could potentially be cured with a transplant are actually getting transplant, so we have a huge gap to fill. Now one of the gaps is the lack of communication between the treating physicians and the transplant centers. And Be The Match and -- has actually started a trial, a study that we -- Be The Match goes and gets patients HLA typed earlier. ASTCT is working to make sure that all the community physicians have good connections with their transplant centers. So now to the question of Iomab-B: Once you have that connection between the person that is treating the leukemia patient and the transplant center that's going to do the transplant, it makes a logical connection that, if a patient has a primary induction failure or the patient has relapsed, with the SIERRA data, you can now say, "Get me that patient early. That patient has already been HLA typed. We already have a donor identified." And we have the best strategy to bridge this patient to transplant if they're over the age of 55, and that would be Iomab-B.

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And maybe expanding on this: So clearly most of the major centers are able to handle iodine-131 with that problem and particularly the ones that are involved in SIERRA. Maybe you can just give us a sense of how many transplant centers that were not involved in SIERRA have experience working with radiopharmaceuticals and/or are capable of easily adopting Iomab-B.

**Sergio Giralt**
*Member of Scientific Advisory Board*

So that's a difficult question to answer. There's 150 large transplant centers across the country. 22 were involved in SIERRA. I think the company can tell you how many more they're thinking for the expanded access protocol, but I mean, in any place where there is a large nuclear medicine facility, they probably can handle Iomab-B if there is a transplant center involved with that.

**Unknown Executive**

So Justin, let me put this in perspective here, right? Transplant is done in very large hospitals that have transplant centers of excellence. Show me even a relatively medium-sized hospital that doesn't have the ability to use radiation in terms of diagnostics. That implies they have radiation safety officers. That implies they have a nuclear medicine department, right? We actually polled all of the 156 transplant centers when we were starting the trial. Maybe there's a few more or less. I'm not sure at this point. And we have a pretty good idea of who is capable. We also have a very good idea, through publicly available data, of the number of transplants these centers do. And when we do our strategic plan for commercialization, what we've said consistently is, the first phase, we'll be expanding from 22 sites in the United States to about 50. The early access program will cover some or all of those, depending. And we are looking at, based on our guidance for BLA, an approval in the second half of next year. It takes, in my opinion and my experience, 6 months to a year to get a site up and running, so those efforts are underway already. In terms of the ability of a large quaternary care cancer center to handle radiation, I think that's a complete nonissue.

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

Got it. One more question for me here. So you mentioned that the trial design was made in collaboration and consultation with the FDA, but I think it's worth just sort of double checking on this because we saw a company's neuroblastoma radiopharmaceutical drug receive a CRL at the end of last year due to insufficient evidence that it improved survival. So I just wanted to just double check in that context, if -- Dr. Giralt, if you really have any concern at all that the FDA might be worried that there isn't conclusive survival results due to crossover or if you really think that, that will be a nonissue from a regulatory perspective.

**Sergio Giralt**
*Member of Scientific Advisory Board*

I think, when the SIERRA trial was designed, the board of scientific advisers as well as [ a ] company, when we went to the FDA, we advised them that there was no way that this trial was going to be able to accrue adequately unless there was a crossover. Now the crossover actually worked much better than we ever, ever thought of, right? Remember one is we had 40 people cross over from conventional chemotherapy to the Iomab arm. That's more than 50% of the control arm. And the other thing that happens is the crossover happened relatively early, so these patients were getting transplanted within 60 days of randomization. So what usually happens when you have crossover designs is that, if the crossover happens later on in the journey, you can see a survival benefit for the experimental arm because a lot of people are not able to cross over because they fail very early and die. Here we didn't see that. We saw that these people failed. They were able to cross over successfully and they had the benefit of getting the Iomab-B. I think that the survival data is actually compelling. And it speaks to the benefit of the drug by the fact that the group that crossed over did so much better than the group that didn't cross over despite the fact that they actually achieved a durable complete remission.

**Justin Howard Walsh**
*JonesTrading Institutional Services, LLC, Research Division*

Got it.

**Unknown Executive**

So for those of you who are interested: There's a JAMA article on cancer trials and the [ structural lot effects ] that are necessary in cancer trials with respect to a crossover given that you are treating late-line patients that have no treatment options. So this is actually very, very common. The JAMA article lists about 50 drugs, some of which are household names that had a similar issue to SIERRA. And so you can go look up that article. It's very informative. Thank you.

**Operator**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

This concludes today's webinar hosted by Actinium Pharmaceuticals. We thank you for your participation, and you may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.