**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE ACTINIUM
PHARMACEUTICALS, INC.
SECURITIES LITIGATION

25 **CIVIL** 2553 (JPO)

**JUDGMENT**

.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2026, Defendants' motion dismiss Plaintiffs' Amended Complaint is GRANTED, and Plaintiffs' claims are dismissed with prejudice. Accordingly, judgment entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**